Glenn E. Westreich (State Bar No.100457)
gwestreich@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Rosalyn P. Mitchell (State Bar No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Michael St. James (State Bar No. 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
michael@stjames-law.com
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Attorneys for Defendants/Cross-Claimants
JOHN M. AND FLORENCE E. BRYAN TRUST

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>THE LEGACY ESTATE GROUP, LLC, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, and ARROWOOD VINEYARD & WINERY<br><br>Debtor | Case No. 05-14659<br><br>**MOTION TO WITHDRAW REFERENCE** |
| Adv. No. 06-01173<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v. | |

| | |
|---|---|
| JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company<br>                      Defendants.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST,<br>                      Defendants/Cross-Claimants,<br><br>v.<br><br>KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership<br>                      Defendants/Cross-Defendants. | |

       The Motion of Defendants John M. Bryan, John M. and Florence E. Bryan Trust (the "JFB Trust"), and J.M. Bryan Family Trust (the "JMB Trust") (collectively, the "Bryan Defendants") to withdraw the reference respecting the above lawsuit pursuant to 28 U.S.C. § 157(d) and Bankruptcy Local Rule 5011-2 respectfully represents as follows:

       1.     The JFB Trust has a right to trial by jury in the District Court. Withdrawal of the reference is appropriate in order to preserve and protect that right.

       2.     The Bankruptcy Court has indicated that in response it might sever parties and bifurcate the lawsuit into identical halves, one including and one excluding the JFB Trust. Such severance is inappropriate because:

            a.     If principles of issue preclusion are applied, the Bankruptcy Court would control the result of the District Court litigation.

      b.    If principles of issue preclusion are not applied, the parties face the prospect of inconsistent results in the two trials.

      c.    In any event, the parties and the Courts will face the burden, expense and delay of conducting two substantially identical trial among the same parties and about the same operative facts.

Withdrawal of the reference is appropriate to prevent such severance and bifurcation.

3.    This Motion shall be supported by the instant Motion, the Memorandum of Points and Authorities in Support of Motion to Withdraw the Reference, the Declaration of John M. Bryan in Support of Motion to Withdraw the Reference, the Request for Judicial Notice in Support of Motion to Withdraw the Reference and such other and further evidence and argument as may be presented at or before the hearing hereon.

Respectfully submitted,

ST. JAMES LAW, P.C.

NIXON PEABODY LLP

DATED: May 23, 2007                By: /s/ *Michael St. James*
                                          Michael St. James
                                          Glenn E. Westreich
                                          Rosalyn P. Mitchell
                                          Attorneys for Defendants/Cross-Claimants
                                          JOHN M. BRYAN, JOHN M. AND
                                          FLORENCE E. BRYAN TRUST,
                                          J.M. BRYAN FAMILY TRUST