Glenn E. Westreich (State Bar No.100457)
gwestreich@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Rosalyn P. Mitchell (State Bar No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Michael St. James (State Bar No. 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
michael@stjames-law.com
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Attorneys for Defendants/Cross-Claimants
JOHN M. AND FLORENCE E. BRYAN TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE LEGACY ESTATE GROUP, LLC,<br>formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, and ARROWOOD VINEYARD & WINERY<br><br>Debtor<br><br>Case No. 05-14659<br><br>Adv. No. 06-01173<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v. | **CERTIFICATE OF SERVICE RE: MOTION TO WITHDRAW REFERENCE** |

CERTIFICATE OF SERVICE RE:
MOTION TO WITHDRAW REFERENCE

10589885 1

| | |
|---|---|
| 1 | JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |
| 7 | JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, |
| 8 | |
| 9 | Defendants/Cross-Claimants, |
| 10 | v. |
| 11 | KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership |
| 12 | |
| 13 | |
| 14 | |
| 15 | Defendants/Cross-Defendants. |

I, Michael St. James, declare as follows:

    I am a citizen of the United States of America, over the age of 18 years and not a party to the within action. My business address is 155 Montgomery Street, Suite 1004, San Francisco, California.

    On this date, I caused to be served the following:

**MOTION TO WITHDRAW REFERENCE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO WITHDRAW REFERENCE**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO WITHDRAW REFERENCE**

**DECLARATION OF JOHN M. BRYAN IN SUPPORT OF DEFENDANTS' MOTION TO WITHDRAW REFERENCE**

I served the interested parties in this matter by placing a true and correct copy of the above-mentioned document in sealed envelopes with postage fully pre-paid, addressed to:

**See Attached Service List**

Said envelope(s) were deposited in the United States mail in the normal course of business. I am readily familiar with the office procedure for depositing of mail and if called upon, would and could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of May, 2007 at San Francisco, California

                /s/ _Michael St James_
                Michael St. James

# SERVICE LIST

## Official Committee of Unsecured Creditors v. John M. Bryan et al.

| Attorneys for Plaintiff, Official Committee of Unsecured Creditors of The Legacy Estate Group, LLC: | Attorneys for Defendants & Cross-Defendants, Harry Chew, Pacific Paragon Investment Funds, Ltd., and AIC Capital Partners, LLC: |
|---|---|
| WINSTON & STRAWN, LLP<br>David A. Honig<br>Hannah L. Blumensteil<br>101 California Street, Suite 3900<br>San Francisco, CA 94111-5802<br><br>MACCONAGHY & BARNIER, PLC<br>John H. Macconaghy<br>645 First Street West, Suite D<br>Sonoma, CA 95476 | Elmer Dean Martin, III<br>22632 Golden Springs Drive, Suite 190<br>P.O. Box 4670<br>Diamond Bar, CA 91763<br><br>WINTHROP COUCHOT, P.C.<br>Sean A. O'Keefe<br>Richard H. Golubow<br>660 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660 |
| **Defendants & Cross-Defendants Kulwinder Sidhu and Devinder Sidhu in *Propia Persona*:** | **Attorneys for Cross-Defendant Laminar Direct Capital, L.P.:** |
| Kulwinder "Calvin" Sidhu<br>Devinder Sidhu<br>P.O Box 401<br>St. Helena, CA 94574 | KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>Thomas E. Patterson<br>Michael L. Tuchin<br>Courtney E. Pozmantier<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 |