Glenn E. Westreich (State Bar No.100457)
gwestreich@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Rosalyn P. Mitchell (State Bar No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Michael St. James (State Bar No. 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
michael@stjames-law.com
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Attorneys for Defendants/Cross-Claimants
JOHN M. AND FLORENCE E. BRYAN
TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE LEGACY ESTATE GROUP, LLC, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, and ARROWOOD VINEYARD & WINERY<br><br>Debtor | Case No. 05-14659<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO WITHDRAW REFERENCE** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v. | Adv. No. 06-01173 |

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company<br>        Defendants.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST,<br>    Defendants/Cross-Claimants,<br><br>v.<br><br>KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership<br>    Defendants/Cross-Defendants. |

17  TO THE COURT, ALL PARTIES AND TO TRIAL ATTORNEYS OF RECORD:

18   Defendants JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M.

19  BRYAN FAMILY TRUST (hereinafter collectively the "Bryan Defendants") by and through their

20  attorney, hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201

21  of the following facts:

22   1. The Official Committee of Unsecured Creditors (the "Committee") filed a First

23     Amended Complaint for Damages and Declaratory and Equitable Relief, Including

24     Subordination of Certain Claims on November 22, 2006, a true and correct copy of

25     which is attached as Exhibit 1.

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF   -2-   10581333.1
DEFENDANTS' MOTION TO WITHDRAW REFERENCE

2. The Bryan Defendants filed an Answer to Plaintiff's First Amended Complaint and Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages on January 5, 2007, a true and correct copy of which is attached as Exhibit 2.

3. The Bryan Defendants filed a Notice of Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2, with an accompanying Memorandum of Points and Authorities in Support on February 16, 2007, a true and correct copy of which is attached as Exhibit 3.

4. Laminar Direct Capital L.P.' filed a Response to Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 on February 22, 2007, a true and correct copy of which is attached as Exhibit 4.

5. The Official Committee of Unsecured Creditors filed an Opposition to Bryan Defendants' Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 on February 22, 2007, along with the Declaration of John H. MacConaghy In Support of Plaintiff's Opposition. True and correct copies of the opposition and declaration are attached hereto as Exhibit 5.

6. On February 23, 2007 the court considered oral argument regarding the Bryan Defendants' Motion to Certify Proceeding to District Court for Trial by Jury. Attached hereto as Exhibit 6 is a true and correct copy of the court transcript of the hearing.

7. On March 28, 2007 the court issued a Memorandum re Motion to Certify Case to District Court for Jury Trial, a true and correct copy of which is attached hereto as Exhibit 7.

8. On May 11, 2007 the court issued an Order of Abstention regarding Cross-Defendant Laminar Direct Capital, L.P.'s Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages, a true and correct copy of which is attached hereto as Exhibit 8.

/ / / / /

/ / / / /

```
 1                                      Respectfully submitted,
 2  Dated: May 23, 2007                  NIXON PEABODY LLP
 3
 4                              By:      /s/ ROSALYN P. MITCHELL
                                         GLENN E. WESTREICH
 5                                       BETH L. MITCHELL
                                         ROSALYN P. MITCHELL
 6                                       Attorneys for Defendants/Cross-Claimants
                                         JOHN M. BRYAN, JOHN M. AND
 7                                       FLORENCE E. BRYAN TRUST, J.M. BRYAN
                                         FAMILY TRUST
 8
```