**EXHIBIT 4**

THOMAS E. PATTERSON (State Bar No. 130723)
MICHAEL L. TUCHIN (State Bar No. 150375)
COURTNEY E. POZMANTIER (State Bar No. 242103)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:   (310) 407-4000
Facsimile:    (310) 407-9090
Email:          cpozmantier@ktbslaw.com

Counsel for Cross-Defendant Laminar Direct Capital, L.P.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>THE LEGACY ESTATE GROUP, LLC, a California limited liability company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY,<br><br>Debtor. | Case No. 05-14659 AJ<br><br>Adv. No. 06-01173<br><br>Chapter 11<br><br>**LAMINAR DIRECT CAPITAL L.P.'S RESPONSE TO MOTION TO CERTIFY PROCEEDING TO DISTRICT COURT FOR TRIAL BY JURY PURSUANT TO BANKRUPTCY LOCAL RULE 9015-2**<br><br>Date:    February 23, 2007<br>Time:   9:00 a.m.<br>Place:   99 S. "E" Street<br>             Santa Rosa, CA 95404 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company, | |

| | |
|---|---|
| 1 | |
| 2 | Defendants. |
| 3 | |
| 4 | |
| 5 | JOHN M. BRYAN, JOHN M. AND FLORENCE BRYAN TRUST, J.M. BRYAN FAMILY TRUST, |
| 6 | |
| 7 | Defendants/Cross-Claimants, |
| 8 | v. |
| 9 | |
| 10 | KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND, LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership, |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Defendants/Cross-Defendants. |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## RESPONSE

Laminar Direct Capital, L.P., a Cross-Defendant herein ("Laminar"), hereby submits its Response to the "Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2" filed by Defendants and Cross-Claimants John M. Bryan, John M. and Florence E. Bryan Trust and J.M. Bryan Family Trust.

Laminar reserves its right to a jury trial in this adversary proceeding. The Cross-Claim against Laminar and the other Cross-Defendants, however, represents only a small portion of this adversary proceeding. Therefore, Laminar respectfully submits that certification of this adversary proceeding should not occur unless and until a jury trial on the Cross-Claim or any other portion of the adversary proceeding is to take place. Administering this adversary proceeding as a whole in this Court until such time will facilitate the expeditious resolution of this adversary proceeding, and will reduce the expense associated with litigating this matter.

Respectfully Submitted,

KLEE, TUCHIN, BOGDANOFF & STERN LLP

DATED: February 22, 2007

/s/ Courtney E. Pozmantier
COURTNEY E. POZMANTIER
Counsel for Cross-Defendant Laminar Direct Capital, L.P.