**EXHIBIT 5**

**WINSTON & STRAWN LLP**
ROLF S. WOOLNER (CA SBN: 143127)
HANNAH L. BLUMENSTIEL (CA SBN: 214842)
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
Email:         rwoolner@winston.com
Email:         hblumenstiel@winston.com

**MACCONAGHY & BARNIER, PLC**
JOHN H. MACCONAGHY (CA SBN: 83684)
645 First Street West, Suite D
Sonoma, California 95476
Telephone:     (707) 935-3205
Facsimile:      (707) 935-7051
Email:         macclaw@macbarlaw.com

Co-Counsel for Plaintiff,
The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>THE LEGACY ESTATE GROUP, LLC, a California Limited Liability Company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY,<br><br>Debtor. | Case No. 05-14659<br><br>Chapter 11<br><br>Adversary Proceeding No. 06-01173 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD., a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,<br><br>Defendants. | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO BRYAN DEFENDANTS' MOTION TO CERTIFY PROCEEDING TO DISTRICT COURT FOR TRIAL BY JURY PURSUANT TO BANKRUPTCY LOCAL RULE 9015-2**<br><br>Hearing Date:  **February 23, 2007**<br>Time:             **9:00 a.m.**<br>Judge:           **Hon. Alan Jaroslovsky** |

*(left margin, vertical)* Winston & Strawn LLP   101 California Street   San Francisco, CA 94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

JOHN M. BRYAN, JOHN M. AND FLORENCE
E. BRYAN TRUST, J.M. BRYAN FAMILY
TRUST,

               Defendants/Cross-Claimants,

     v.

KULWINDER SIDHU, DEVINDER SIDHU,
PACIFIC PARAGON INVESTMENT FUND
LTD., a British Columbia company, HARRY
CHEW, and AIC CAPITAL PARTNERS, LLC, a
California limited liability company, AND
LAMINAR DIRECT CAPITAL, L.P., a Texas
limited partnership

               Defendants/Cross-Defendants.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 case of The Legacy Estate Group LLC ("Legacy") hereby opposes the Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 (the "Certification Motion") by Defendants John M. Bryan, John M. and Florence E. Bryan Trust, and J.M. Bryan Family Trust (collectively, the "Bryan Defendants").

## I.    INTRODUCTION

The Bryan Defendants' Certification Motion is at minimum premature, for several reasons. The Certification Motion is premised on the assumption that the John M. and Florence E. Bryan Trust (the "J&FB Trust") has not filed a proof of claim in this bankruptcy case and thus has not waived any right to seek a jury trial. The Certification Motion fails to disclose facts that strongly suggest the J&FB Trust, acting as "Sycamore Vineyards," may very well have waived its right to a jury trial by virtue of Sycamore Vineyards' filing of proofs of claim against the Legacy estate. At the very least, the Court should afford the Committee time to investigate Sycamore Vineyards' relationship with the J&FB Trust to determine whether the latter has waived its right to a jury trial.

The one Defendant that plainly has not filed a proof of claim, AIC Capital Partners, LLC ("AIC"), has advised the Committee that it waives any right to a jury trial as to the claims asserted by the Committee in its First Amended Complaint (the "FAC"). In addition, the Committee has filed with this Opposition a notice of withdrawal of its demand for a jury trial.

**1**

1      Not all Cross-Defendants have responded to the Bryan Defendants' Cross-Complaint and, as

2  a result, it is not clear whether all parties to this litigation will assert a right to a jury trial.

3      Finally, no prejudice will arise from deferring adjudication of the Certification Motion until

4  the parties have thoroughly investigated the relevant facts and provided them to the Court.  No

5  discovery has been taken and the Court has not even held its first status conference.  Given that this

6  proceeding is in its infancy, no prejudice will arise from the Court taking the time to make a fully

7  informed decision on the Certification Motion.

8                **II.    ARGUMENT**

9      **A.    Substantial Evidence Indicates that the J&FB Trust Operates Under the**

10          **Fictitious Name Sycamore Vineyards – A Claimant in the Legacy Bankruptcy.**

    Substantial evidence supports the conclusion that the J&FB Trust has waived any right to a

11  jury trial because the J&FB Trust operates under the fictitious name "Sycamore Vineyards."

12  Sycamore Vineyards has not only filed two proofs of claim against the Legacy estate, but received

13  payments from estate property during the bankruptcy case pursuant to the May 11, 2006 Final DIP

14  Financing Order (the "Final DIP Order") and the May 17, 2006 Order Deeming Parties to Assumed

15  Contracts to be Adequately Assured of Future Performance (the "Adequate Assurance Order").

16      As detailed in the Declaration of John H. MacConaghy in Support of Opposition to Bryan

17  Defendants' Motion to Certify Proceeding to District Court (the "MacConaghy Decl."), it appears

18  that the J&FB Trust did or does business under the name "Sycamore Vineyards."  MacConaghy

19  Decl., ¶ 3.  In November 1993, a Statement of General Partnership for a general partnership known

20  as Sycamore Vineyards was recorded in the Napa County official records.  MacConaghy Decl., ¶¶ 5-

21  6 and Ex. 3.  The recorded Statement is succinct:  it identifies John and Florence Bryan as the

22  general partners and authorizes either general partner to convey any real property held in the name of

23  the partnership.  See Ex. 3.  That same month, Sycamore Vineyards conveyed its sole asset – a piece

24  of real property – to the J&FB Trust.  MacConaghy Decl., ¶ 7 and Ex. 4.  In 1997, the J&FB Trust

25  conveyed the same property to Mr. and Mrs. Bryan as community property.  Id. ¶ 9 and Ex. 5.  In

26  2000, Mr. and Mrs. Bryan re-conveyed the property to the J&FB Trust.  Id. ¶ 10 and Ex. 6.  Two

27  years later, the co-trustees of the J&FB Trust reconveyed the property once again to the Bryans as

28  community property.  Id. ¶ 11 and Ex. 7.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    Thus, to the extent one seeks to draw conclusions from the public record, there appears to be

2    no public record of Sycamore Vineyards since 1993. MacConaghy Decl., ¶ 5. It is not possible to

3    say from that record whether Sycamore Vineyards exists or operates under that fictitious name.

4    What the public record does reflect in the years since 1993 is the flipping back and forth between the

5    Bryans and the JF&B Trust of the partnership's real property (the eponymous Sycamore vineyards).

6        The two proofs of claim filed by Sycamore Vineyards against the Legacy estate underscore

7    the questions concerning the nature of Sycamore Vineyards and its relationship to the J&FB Trust.

8    John M. Bryan executed both proofs of claim filed by Sycamore Vineyards with the indication that

9    he did so "on behalf of Sycamore Vineyards," but neither proof of claim identifies him as a general

10   partner. MacConaghy Decl., ¶ 12 and Ex. 2. As to Claim No. 139, the Claims Register describes

11   Sycamore Vineyards' address as Attn: Alan Brudos. Id. Mr. Brudos is one of the two co-trustees

12   (Mr. Bryan is the other) of the J&FB Trust.

13       **B.    The Intertwining of the Affairs of Sycamore Vineyards and the JF&B Trust**
              **Suggests that the Latter has Waived Any Right to a Jury Trial By Reason of the**
14            **Proofs of Claim filed, and Payment Received, by Sycamore Vineyards.**

15       At the very least, the facts described above warrant further development of the Sycamore

16   Vineyards-J&FB Trust relationship. Sycamore Vineyards has filed two proofs of claim against the

17   Legacy estate. MacConaghy Decl., ¶¶ 3, 12 and Ex. 2. Moreover, these claims appear to have been

18   paid with property of the Legacy estate, pursuant to the Final DIP Order and the Adequate

19   Assurance Order.

20       Whether or not investigation determines that Sycamore Vineyards and the J&FB Trust are

21   the same entity, there is evident intertwining of the affairs of Sycamore Vineyards, the Bryans, and

22   the J&FB Trust. If Sycamore Vineyards is little more than a fictitious name used by the J&FB Trust,

23   then the J&FB Trust has waived its right to a jury trial based upon Sycamore Vineyards' filing of

24   these claims. See Benedor Corp. v. Conejo Enter., Inc. (In re Conejo Enter., Inc.), 96 F.3d 346, 354

25   n.6 (9th Cir. 1996) (by filing a proof of claim, a creditor submits to the bankruptcy court's jurisdiction

26   and therefore waives any right to a jury trial).

27       The information available at this point concerning the relationship strongly suggests that, at a

28   minimum, a bankruptcy court is entitled to disregard any distinction between Sycamore Vineyards

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**3**

1    and the J&FB Trust for purposes of submission to bankruptcy jurisdiction here, and conclude that

2    the Trust has waived any right to a jury trial in this action.

3    **C.    The Litigation is Not Yet At Issue, So the Court Does Not Yet Know Whether All Parties Will Demand a Jury Trial.**

4

5    Cross-Defendants AIC Capital Partners LLC ("AIC"), Harry Chew ("Chew"), and Pacific

     Paragon Investment Fund Limited ("Pacific") have not yet responded to the Bryan Defendants'

6    Cross-Complaint. As a result, this litigation is not at issue, and the Court does not know whether all

7    parties will demand a jury trial. The fact that AIC, Chew and Pacific have not filed any response to

8    the Cross-Complaint warrants deferral of any ruling on the Certification Motion.

9

10   **D.    AIC Waives its Right to a Jury Trial on the FAC and the Committee has Withdrawn its Jury Trial Demand.**

11   Counsel for defendant AIC has advised the Committee that AIC waives its right to a jury trial

12   under the FAC. MacConaghy Decl., ¶ 14. Other than as alleged by the J&FB Trust, AIC was the

13   only other party to this proceeding that had not filed a proof of claim and thus submitted to this

14   Court's jurisdiction for trial. Moreover, the Committee, concurrently with the filing of this

15   Opposition, has filed a Notice of Withdrawal of its jury trial demand. Thus, no party other than the

16   J&FB Trust can interfere with this Court's litigation of the issues presented by the FAC – issues

17   inextricably intertwined with the claims allowance process and administration of the Legacy estate.

18   Accordingly, this Court should defer ruling on the Certification Motion until such time as it can

19   determine whether the J&FB Trust has waived the right to request a jury trial in this proceeding and

20   whether the Court should properly retain jurisdiction.

21   **E.    No Prejudice Will Result from the Court's Deferral of Ruling on the Certification Motion.**

22

23   None of the parties to this action will suffer prejudice if this Court defers ruling on the

     Certification Motion to permit proper investigation of the facts. As previously noted, AIC, Chew,

24   and Pacific have not responded to the Cross-Complaint, discovery has not begun and the Court has

25   not even held an initial status conference. Deferral of ruling on the Certification Motion will not

26   result in the duplication of efforts by counsel, the parties, or any court. This Court can continue to

27   supervise the proceeding while it is determined on a more complete record whether this Court should

28   retain jurisdiction over matters closely aligned with the claims allowance process and the

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

4

1  administration of the Legacy estate.  Accordingly, this Court should postpone ruling on the

2  Certification Motion and permit the parties to probe the relationship between Sycamore Vineyards

3  and the J&FB Trust and whether the J&FB Trust has waived any right to a jury trial.

### III.    CONCLUSION

5        For the foregoing reasons, the Committee respectfully requests that, pending necessary

6  discovery, the Court defer ruling on the Certification Motion and permit further briefing by the

7  Committee and other parties following such discovery.

9  DATED:  February 22, 2007              Respectfully submitted,

10                                          **WINSTON & STRAWN LLP**

11                                          and

12                                          **MACCONAGHY & BARNIER, PLC**

13
                                            By _____
14                                              Hannah L. Blumenstiel
15                                              Co-counsel for Plaintiff, The Official
                                                Committee of Unsecured Creditors of The
16                                              Legacy Estate Group, LLC

19  SF:154598.4

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**5**

1  | **WINSTON & STRAWN LLP**
   | ROLF S. WOOLNER (CA SBN: 143127)
2  | HANNAH L. BLUMENSTIEL (CA SBN: 214842)
   | 101 California Street, Suite 3900
3  | San Francisco, California  94111-5894
   | Telephone:    415-591-1000
4  | Facsimile:    415-591-1400
   | Email:        rwoolner@winston.com
5  | Email:        hblumenstiel@winston.com

6  | **MACCONAGHY & BARNIER, PLC**
   | JOHN H. MACCONAGHY (CA SBN: 83684)
7  | 645 First Street West, Suite D
   | Sonoma, California  95476
8  | Telephone:    (707) 935-3205
   | Facsimile:    (707) 935-7051
9  | Email:        macclaw@macbarlaw.com

10 | Co-Counsel for Plaintiff,
   | The Official Committee of Unsecured Creditors

11 |

*Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | Case No. 05-14659 |
| THE LEGACY ESTATE GROUP, LLC, a California Limited Liability Company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY, | Chapter 11 |
| Debtor. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC, | Adversary Proceeding No. 06-01173 |
| Plaintiff, | **DECLARATION OF JOHN H. MACCONAGHY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BRYAN DEFENDANTS' MOTION TO CERTIFY PROCEEDING TO DISTRICT COURT FOR TRIAL BY JURY PURSUANT TO BANKRUPTCY LOCAL RULE 9015-2** |
| v. | |
| JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD., a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company, | HEARING DATE:   February 23, 2007 TIME:            9:00 a.m. JUDGE:           Hon. Alan Jaroslovsky |
| Defendants. | |

DECLARATION OF JOHN H. MACCONAGHY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BRYAN
DEFENDANTS' MOTION TO CERTIFY PROCEEDING TO DISTRICT COURTS

I, John H. MacConaghy, state:

1.    I am an attorney admitted to the bar of this Court and am co-counsel of record for the Plaintiff, the Official Committee of Unsecured Creditors of The Legacy Estate Group, LLC.

2.    Attached to this Declaration and labeled Exhibit 1 is a correct copy of the portion of the official Claims Register in this bankruptcy case (the "Main Case") showing Proofs of Claim Nos. 146, 125, 123, 126, 124, and 122 filed on behalf of Defendants John M. Bryan and the J.M. Bryan Trust.  Also contained in Exhibit 1 are the portions of the Claims Register showing Proofs of Claim Nos. 145 and 139 filed on behalf of "Sycamore Vineyards."

3.    Attached to this Declaration and labeled Exhibit 2 are correct copies of Proofs of Claim Nos. 145 and 139, filed in the Main Case by "Sycamore Vineyards" care of John M. Bryan. As is more fully set forth below, there is substantial evidence that the entity "Sycamore Vineyards" is simply a fictitious business name utilized by Defendant the John M. and Florence E. Bryan Trust.

4.    On February 20, 2007, I performed a nationwide "Westlaw" public record search on the entity "Sycamore Vineyards", which disclosed no corporation or limited liability company of that name in any state and no registered fictitious business name in the State of California.

5.    Also on February 20, 2007, I performed a public record search at the Napa County Recorder's Office.  At that time, I discovered a general partnership between John M. Bryan and Florence E. Bryan known as "Sycamore Vineyards", which appears to have conveyed its sole real property asset to the John M. Bryan and Florence E. Bryan Trust in 1993.  There appears to be no public record of "Sycamore Vineyards" since that time.

6.    Attached to this Declaration and labeled Exhibit 3 is a correct copy of the "Statement of General Partnership" for Sycamore Vineyards executed on November 26, 1993 and recorded on November 30, 1993.

7.    Attached to this Declaration and labeled Exhibit 4 is a correct copy of a Grant Deed from Sycamore Vineyards to "John M. Bryan, as Trustee of the John M. and Florence E. Bryan Trust Dated August 19, 1991" executed on November 24, 1993 and recorded on November 30, 1993 concerning certain real property purportedly owned by Sycamore Vineyards (but outside any chain of title) commonly known as Napa County A.P. No. 027-250-022.

1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    9.    Attached to this Declaration and labeled Exhibit 5 is a correct copy of a Grant Deed

2    with respect to A.P. No. 027-250-022 from the John M. and Florence E. Bryan Trust to "John M.

3    Bryan and Florence E. Bryan, husband and wife," dated July 24, 1997 and recorded on November

4    14, 1997.

5    10.    Attached to this Declaration and labeled Exhibit 6 is a correct copy of a Grant Deed

6    with respect to A.P. No. 027-250-022 and other parcels from John M. Bryan and Florence E. Bryan,

7    husband and wife, to the John M. and Florence E. Bryan Trust dated May 19, 2000 and recorded on

8    July 21, 2000.

9    11.    Attached to this Declaration and labeled Exhibit 7 is a correct copy of a Grant Deed

10    with respect to A.P. No. 027-250-022 from the John M. and Florence E. Bryan Trust executed on

11    October 16, 2002 and recorded on November 4, 2002. This deed contains the notation, "Deed solely

12    recorded for loan purposes. No realty sold and/or consideration."

13    12.    In addition to these public records, the Proofs of Claim themselves create a question

14    as to the nature of "Sycamore Vineyards." As to Claim No. 139, the Claims Register gives the

15    address of "Sycamore Vineyards" Attn: Alan Brudos, who is identified on Exhibits 5 and 7 as a co-

16    trustee of the John M. and Florence E. Bryan Trust. Both Claim Nos. 139 and 145 show that they

17    were executed by John M. Bryan "on behalf of Sycamore Vineyards". Neither Proof of Claim

18    identifies him as a "general partner" of Sycamore Vineyards.

19    13.    Based on all of this evidence, the Plaintiff requires time to conduct discovery on

20    whether the Defendant John M. and Florence E. Bryan Trust is, in fact, the legal and/or beneficial

21    owner of the Proof of Claim Nos. 139 and 145 filed in the Main Case purportedly on behalf of

22    "Sycamore Vineyards," in which case a motion to strike the jury demands of the Bryan-related

23    Defendants may be appropriate.

24    14.    I have spoken to counsel for defendant AIC Capital Partners, LLC, a California

25    limited liability company ("AIC"). I am informed and believe that AIC has not filed a proof of claim

26    against the Legacy estate. AIC's counsel advised me that AIC waives its right to a jury trial with

27    respect to the Committee's complaint.

28

DECLARATION OF JOHN H. MACCONAGHY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BRYAN
DEFENDANTS' MOTION TO CERTIFY PROCEEDING TO DISTRICT COURT

1    I declare under penalty of perjury of the laws of the United States that the foregoing is true

2  and correct, that I personal first hand knowledge thereto, that if called as a witness I could and would

3  testify competently thereto and that this Declaration is executed on February 20, 2007 at Sonoma,

4  California.

5

6                                                    /s/ John H. MacConaghy
                                                     John H. MacConaghy
7

8

9  SF:154617.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

                                    **3**

DECLARATION OF JOHN H. MACCONAGHY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BRYAN
DEFENDANTS' MOTION TO CERTIFY PROCEEDING TO DISTRICT COURT

**EXHIBIT 1**

CANB Live Database - Modify the description for an existing claim          Page 22 of 55

| Creditor:<br>Imprezziv Paper Packaging Inc<br>138 Corwin St<br>Suite B<br>San Francisco CA 94114 | Claim No: 138<br>Filed:  03/13/2006<br>Entered  03/14/2006 | Status:<br>Filed by  CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $10150.00

**Total**     claimed: **$10150.00**

*History*
  138-1   03/13/2006 Claim #138 filed by Imprezziv Paper Packaging Inc , total amount claimed: $10150 (lj)

*Description:*

*Remarks:*

| Creditor:<br>Italfoods Inc<br>205 Shaw Rd<br>South San Francisco CA 94080 | Claim No: 9<br>Filed:  12/02/2005<br>Entered 12/05/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $252 00

**Total**     claimed: **$252.00**

*History*
  9-1    12/02/2005 Claim #9 filed by Italfoods Inc , total amount claimed: $252 (vj)

*Description:*

*Remarks:*

| Creditor:<br>J M Bryan Family Trust<br>c/o Bryan and Edwards<br>600 Montgomery St. 35th Fl<br>San Francisco, CA 94111 | Claim No: 146<br>Filed:  03/14/2006<br>Entered 03/14/2006 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: |
|---|---|---|

Unsecured claimed: $4033873.00

**Total**     claimed: **$4033873.00**

*History:*
  146-1   03/14/2006 Claim #146 filed by J M Bryan Family Trust , total amount claimed: $4033873 (St. James, Michael)

*Description:*

*Remarks:*

| Creditor:<br>JH Bosche MD<br>1930 Jackson<br>San Francisco CA 94109 | Claim No: 97<br>Filed:  02/27/2006<br>Entered  03/02/2006<br>Amended By Claim No: 97 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $836609.27

**Total**     claimed: **$836609.27**

*History:*
  97-1   02/27/2006

Claim #97 filed by JH Bosche MDI , total amount claimed: $850000 (lj)

● 97-2    05/03/2006 Amended Claim #97 filed by JH Bosche MDI , total amount claimed: $836609.27 (lj)

Description.

Remarks:

---

| Creditor.<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | Claim No: 125<br>Filed·  03/09/2006<br>Entered: 03/09/2006<br>Amended By Claim No.  139 | Status.<br>Filed by· CR<br>Entered by: St. James, Michael<br>Modified: 03/14/2006 |

Secured claimed: $497115.08

**Total**    claimed:$497115.08

History

125-1  03/09/2006 Claim #125 filed by John M  Bryan , total amount claimed: $497115 08 (St. James, Michael)

139-1  03/14/2006 Claim #139 filed amending Claim #125 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael)

Description:

Remarks. (125-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct creditor.

---

| Creditor ·<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | Claim No: 123<br>Filed.  03/09/2006<br>Entered  03/09/2006 | Status.<br>Filed by: CR<br>Entered by· St James, Michael<br>Modified· 03/14/2006 |

Unsecured claimed: $4033873.00

**Total**    claimed:$4033873.00

History.

123-1  03/09/2006 Claim #123 filed by John M. Bryan , total amount claimed: $4033873 (St .James, Michael)

Description.

Remarks. (123-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct creditor.

---

| Creditor ·<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | Claim No: 126<br>Filed·  03/09/2006<br>Entered·  03/09/2006<br>Amends Claim No·  124 | Status.<br>Filed by· CR<br>Entered by: St James, Michael<br>Modified: 03/13/2006 |

Secured claimed: $1345444.89

**Total**    claimed:$1345444.89

History:

124-1  03/09/2006 Claim #124 filed by John M. Bryan , total amount claimed: $134544.89 (St. James, Michael)

126-1  03/09/2006 Claim #126 filed amending Claim #124 filed by John M. Bryan , total amount claimed: $1345444 89 (St .James, Michael)

*Description:* (124-1) Incorrect amount see Amended Claim #126
(126-1) Incorrect amount entered, corrected.

*Remarks:*

| Creditor: John M. Bryan Bryan & Edwards 600 Montgomery Street 35th Floor San Francisco, CA. 94111 | Claim No: 124 Filed: 03/09/2006 Entered: 03/09/2006 Amended By Claim No: 126 | Status: Filed by: CR Entered by: St. James, Michael Modified: 03/13/2006 |
|---|---|---|

Unsecured claimed:  $134544 89

**Total**      claimed: **$134544.89**

*History:*

124-1    03/09/2006 Claim #124 filed by John M Bryan , total amount claimed: $134544 89 (St James, Michael)

126-1    03/09/2006 Claim #126 filed amending Claim #124 filed by John M Bryan , total amount claimed: $1345444 89 (St. James, Michael)

*Description:* (124-1) Incorrect amount see Amended Claim #126
(126-1) Incorrect amount entered, corrected.

*Remarks:*

| Creditor: John M. Bryan Bryan & Edwards 600 Montgomery Street 35th Floor San Francisco, CA. 94111 | Claim No: 122 Filed: 03/09/2006 Entered: 03/09/2006 Amended By Claim No: 122 | Status: Filed by CR Entered by St. James, Michael Modified: |
|---|---|---|

Unsecured claimed: $20181673.85

Secured    claimed: $20181673 85

**Total**      claimed: **$40363347.70**

*History:*

122-1    03/09/2006 Claim #122 filed by John M. Bryan , total amount claimed: $20181673 85 (St James, Michael)

122-2    10/26/2006 Amended Claim #122 filed by John M Bryan , total amount claimed: $20181673 85 (St. James, Michael)

*Description:*

*Remarks:*

| Creditor: John and Cathy Vicini dba Vicini Vineyard c/o Michael C. Fallon 100 E St , Ste. 219 Santa Rosa, CA 95404 | Claim No: 69 Filed: 02/14/2006 Entered: 02/14/2006 | Status: Filed by: CR Entered by: Fallon, Michael Modified: 02/15/2006 |
|---|---|---|

Secured claimed: $97124 86

**Total**      claimed: **$97124.86**

*History:*

69-1    02/14/2006 Claim #69 filed by John and Cathy Vicini , total amount claimed: $97124.86 (Fallon, Michael)

CANB Live Database - Modify the description for an existing claim                Page 43 of 55

*Remarks:*

| Creditor:<br>Supreme Marketing Inc<br>46025 Warm Springs Blvd<br>Fremont CA 94539 | Claim No: 22<br>*Filed:* 12/06/2005<br>*Entered:* 12/07/2005 | Status: Transfer<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* 09/15/2006 |
|---|---|---|

Unsecured claimed: $699.67
**Total**     claimed: $699.67

*History*
⊙ 22-1    12/06/2005 Claim #22 filed by Supreme Marketing Inc, total amount claimed: $699.67 (vj)

          04/18/2006 Updated Claim Status (#22). Supreme Marketing Inc transfers their claim #22 to Debt Acquisition
                     Company of America. (lj, ) Status: Transfer

*Description:* (22-1) Transferred to Debt Acquisition 3/29/06
*Remarks:*

| Creditor:<br>Sycamore Vineyards<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor San Francisco, CA. 94111 | Claim No: 145<br>*Filed:* 03/14/2006<br>*Entered:* 03/14/2006<br>*Amends Claim No:* 139 | Status:<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* 03/14/2006 |
|---|---|---|

Secured claimed: $497115.08
**Total**     claimed: $497115.08

*History:*
139-1    03/14/2006 Claim #139 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael)
145-1    03/14/2006 Claim #145 filed amending Claim #139 filed by Sycamore Vineyards , total amount claimed:
                     $497115.08 (St. James, Michael)

*Description:*
*Remarks:* (145-1) Amended to correct party information only.

| Creditor:<br>Sycamore Vineyards<br>Attn Alan Brudos Financial Mgr<br>600 Montgomery St 35th Floor<br>San Francisco CA 94111 | Claim No: 139<br>*Filed:* 03/14/2006<br>*Entered:* 03/14/2006<br>*Amends Claim No:* 125<br>*Amended By Claim No:* 145 | Status:<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* |
|---|---|---|

Secured claimed: $497115.08
**Total**     claimed: $497115.08

*History*
125-1    03/09/2006 Claim #125 filed by John M. Bryan , total amount claimed: $497115.08 (St. James, Michael)
139-1    03/14/2006 Claim #139 filed amending Claim #125 filed by Sycamore Vineyards , total amount claimed:
                     $497115.08 (St. James, Michael)
145-1    03/14/2006 Claim #145 filed amending Claim #139 filed by Sycamore Vineyards , total amount claimed:
                     $497115.08 (St. James, Michael)

*Description:*

*Remarks* (125-1) Creditor does not match creditor on claim  Registered participant to refile claim with correct creditor

CANB Live Database - Modify the description for an existing claim                    Page 44 of 55

(145-1) Amended to correct party information only.

| Creditor:<br>Taronsaud North America Corp<br>505 29th Avenue<br>San Francisco, CA 94121 | Claim No: 103<br>Filed:    03/02/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $16939.75<br>**Total** **claimed: $16939.75** | | |
| History:<br>103-1    03/02/2006 Claim #103 filed by Taronsaud North America Corp , total amount claimed: $16939.75 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:<br>The Bottle Meister Inc<br>PO Box 15457<br>San Luis Obispo CA 93406-5457 | Claim No: 67<br>Filed:    02/06/2006<br>Entered: 02/09/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $27357.77<br>**Total** **claimed: $27357.77** | | |
| History:<br>67-1    02/06/2006 Claim #67 filed by The Bottle Meister Inc , total amount claimed: $27357.77 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:<br>The Compleat Winemaker<br>955 Vintage Ave<br>St Helena CA 94574 | Claim No: 151<br>Filed:    03/14/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $26854.67<br>**Total** **claimed: $26854.67** | | |
| History:<br>151-1    03/14/2006 Claim #151 filed by The Compleat Winemaker , total amount claimed: $26854.67 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:<br>Tonnellerie Boutes<br>Attn Manny Martinez<br>1001 Seaspace Circle<br>Rodeo CA 94572 | Claim No: 7<br>Filed:    12/01/2005<br>Entered: 12/02/2005 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|
| Unsecured claimed: $116868.00<br>**Total** **claimed: $116868.00** | | |
| History: | | |

**EXHIBIT 2**

FORM B10 (Official Form 10) (Rev. 9/97)

| United States Bankruptcy Court **Northern** | District of **California** | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: <br> THE LEGACY ESTATE GROUP, LLC | Case Number: <br> **05-14659** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): <br><br> SYCAMORE VINEYARDS <br><br> Name and address where notices should be sent: <br> Bryan & Edwards <br> 600 Montgomery Street, 35th Floor <br> San Francisco, CA. 94111 <br><br> Telephone number: 415-421-9990 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars <br><br> ☐ Check box if you have never received any notices from the bankruptcy court in this case <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here <br> if this claim: ☐ replaces     a previously filed claim, dated: _____ <br> ☐ amends |
|---|---|

| **1. Basis for Claim** <br> ☒ Goods sold     2005 Grape Harvest per attached Harvest Report <br> ☐ Services performed <br> ☐ Money loaned <br> ☐ Personal injury/wrongful death <br> ☐ Taxes <br> ☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) <br> ☐ Wages, salaries, and compensations (Fill out below) <br> Your SS # _____ <br> Unpaid compensations for services performed <br> from _____ to _____ <br> (date)         (date) |
|---|---|

| **2. Date debt was incurred:** <br> 10/12/2005 | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**     $ 497,115.08

If all or part of your claim is secured or entitled to priority, also complete item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **5. Secured Claim.** <br> ☒ Check this box if your claim is secured by collateral (including a right of setoff). <br><br> Brief Description of Collateral: <br> ☐ Real Estate  ☐ Motor Vehicle <br> ☒ Other  grape juice <br><br> Value of Collateral: $ unknown <br><br> Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ | **6. Unsecured Priority Claim.** <br> ☐ Check this box if you have an unsecured priority claim <br> Amount entitled to priority: $ _____ <br> Specify the priority of the claim: <br> ☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). <br> ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4) <br> ☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6) <br> ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7) <br> ☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8) <br> ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__) <br> *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| **7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**8. Supporting Documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien* DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date <br> March 9, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> *[signature]* <br> John M. Bryan on behalf of Sycamore Vineyards |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**FREEMARK ABBEY WINERY**
**GROWER HARVEST STATEMENT**

**HARVEST YEAR: 2005**
**GROWER: SYCAMORE VINEYARDS**

| VARIETY | 2005 TONS | PRICE/TON | TOTAL PRICE | FINAL DELIVERY DTD | 50% DUE DTD |
|---|---|---|---|---|---|
| CABERNET SAUVIGNON | 88.778 | $ 5,034.13 | $446,919.99 | 12-Oct | 26-Nov |
| CABERNET FRANC | 5.033 | $ 5,017.35 | $25,252.32 | 5-Oct | 19-Nov |
| MERLOT | 7.869 | $ 3,360.49 | $26,443.70 | 4-Oct | 18-Nov |
| | 101.680 | | $498,616.01 | | |

| | | |
|---|---|---|
| AMERICAN VINEYARD FOUNDATION ($1/$1,000) | | ($498.62) |
| DEPT OF F&A PIERCE'S ASSESSMENT ($2/$1,000) | | ($997.23) |
| DEPT OF F&A REPORT FEES ($.05/T) | | ($5.08) |

NET BALANCE PAYABLE                                    $497,115.08

PAYMENT SCHEDULE:

| | Pmt Due Dte | TOTAL PAYABLE |
|---|---|---|
| 2005 | 26-Nov | $249,308.01 |
| 2006 | 15-Jan | $247,807.07 |
| | | $497,115.08 |

FORM B10 (Official Form 10) (Rev. 9/97)

| United States Bankruptcy Court Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: THE LEGACY ESTATE GROUP, LLC | Case Number: 05-14659 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property): SYCAMORE VINEYARDS | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent: Bryan & Edwards 600 Montgomery Street, 35th Floor San Francisco, CA  94111 | ☐ Check box if you have never received any notices from the bankruptcy court in this case |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone number:  415-421-9990 | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here ☐ a previously filed claim, dated: _____ if this claim: ☐ replaces |
|---|---|
| | ☐ amends |

| 1. Basis for Claim | |
|---|---|
| ☒ Goods sold     2005 Grape Harvest per attached Harvest Report | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensations (Fill out below) |
| ☐ Money loaned | Your SS # _____ |
| ☐ Personal injury/wrongful death | Unpaid compensations for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other | (date)        (date) |

| 2. Date debt was incurred: 10/12/2005 | 3. If court judgment, date obtained: |
|---|---|

4. Total Amount of Claim at Time Case Filed:       $ 497,115.08
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim. | 6. Unsecured Priority Claim. |
|---|---|
| ■ Check this box if your claim is secured by collateral (including a right of setoff). | ☐ Check this box if you have an unsecured priority claim Amount entitled to priority: $ _____ |
| Brief Description of Collateral: | Specify the priority of the claim: |
| ☐ Real Estate   ☐ Motor Vehicle | ☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. ' 507(a)(3) |
| ☒ Other grape juice | ☐ Contributions to an employee benefit plan - 11 U.S.C. ' 507(a)(4). |
| Value of Collateral: $ unknown | ☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. ' 507(a)(6) |
| | ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. ' 507(a)(7) |
| Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ | ☐ Taxes or penalties to governmental units - 11 U.S.C ' 507(a)(8) |
| | ☐ Other - Specify applicable paragraph of 11 U.S.C. ' 507(a)(__). |
| | *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| 7. Credits:  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 9. Time-stamped Copy:  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date March 9, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] John M. Bryan on behalf of Sycamore Vineyards | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. '' 152 and 3571.

*FREEMARK ABBEY WINERY*
*GROWER HARVEST STATEMENT*

*HARVEST YEAR: 2005*
*GROWER: SYCAMORE VINEYARDS*

| VARIETY | 2005 TONS | PRICE/TON | TOTAL PRICE | FINAL DELIVERY DTD | 50% DUE DTD |
|---|---|---|---|---|---|
| CABERNET SAUVIGNON | 88.778 | $ 5,034.13 | $446,919.99 | 12-Oct | 26-Nov |
| CABERNET FRANC | 5.033 | $ 5,017.35 | $25,252.32 | 5-Oct | 19-Nov |
| MERLOT | 7.869 | $ 3,360.49 | $26,443.70 | 4-Oct | 18-Nov |
| | 101.680 | | $498,616.01 | | |

AMERICAN VINEYARD FOUNDATION ($1/$1,000)                          ($498.62)
DEPT OF F&A PIERCE'S ASSESSMENT ($2/$1,000)                       ($997.23)
DEPT OF F&A REPORT FEES ($.05/T)                                  ($5.08)

NET BALANCE PAYABLE                                               $497,115.08

PAYMENT SCHEDULE:

| | Pmt Due Dta | TOTAL PAYABLE |
|---|---|---|
| 2005 | 26-Nov | $249,308.01 |
| 2006 | 15-Jan | $247,807.07 |
| | | $497,115.08 |

**EXHIBIT 3**

Recording Requested By

And When Recorded Mail To:

*John M. Bryan*
*600 Montgomery St. 3*
*San Francisco, CA 941*

1993 038880
OFFICIAL RECORDS OF
**NAPA COUNTY**
H. KATHLEEN BONDS

AT REQUEST OF: NAPA LAND TITLE COMPANY
11/30/1993        11:56        AM
Fee: $            17.00    Pgs:        5
TT : $              .00

## STATEMENT OF GENERAL PARTNERSHIP

The name of this partnership is **SYCAMORE VINEYARDS**, a general partnership. The partners are **John M. Bryan** and **Florence E. Bryan**. The partners named in this statement are all of the partners.

Any partner named in this statement, either alone, or in combination with any other partner named in this statement, may convey title to any real property held in the partnership named by a conveyance as defined in Section 15010.5(2) of the California Corporations Code executed in the partnership name.

Dated: 11/26/93

*John M Bryan*
John M. Bryan, General Partner

Dated: 11/26/93

*Florence E. Bryan*
Florence E. Bryan, General Partner

OLD REPUBLIC TITLE       ID:415-397-0199            NOV 24'93   16:49 No.025 P.06

**Verification:**

State of California   )
                      )  ss.
County of SAN FRANCISCO )

    The undersigned, being duly sworn says: that he/she
is ___JOHN M. BRYAN___, that he/she has said the
same, and knows the contents thereof, and that the
facts stated therein are true.

                                 **Signature of Affiant**
                                JOHN M. BRYAN

Subscribed and sworn to before me on

___November 29, 1993___
       **Date**

                                       | MARGARET E. REED
                                      | COMM. # 1001082
___Margaret E. Reed___     | Notary Public -- California
    **Notary's signature**      | SAN FRANCISCO COUNTY
                                      | My Comm. Expires AUG 22, 1997
                                      (SEAL)

**Notary Public in and for the County**
of ___SAN FRANCISCO___

OLD REPUBLIC TITLE      ID:415-397-0199          NOV 24'93   16:49 No.025 P.06

**Verification:**

State of California )
                    ) SS.
County of _San Francisco_ )

The undersigned, being duly sworn says; that he/she
is __FLORENCE E. BRYAN__, that he/she has said the
same, and knows the contents thereof, and that the
facts stated therein are true.

_Florence E. Bryan_
**Signature of Affiant**
FLORENCE E. BRYAN

Subscribed and sworn to before me on

_November 29 1993_
Date

_Margaret E. Reed_
**Notary's signature**

MARGARET E. REED
COMM. # 1001082
Notary Public — California
SAN FRANCISCO COUNTY
My Comm. Expires AUG 22, 1997

**Notary Public in and for the County**
of _San Francisco_

OLD REPUBLIC TITLE        ID:415-397-0199        NOV 24'93    16:48 No.025 P.05

State of California
County of _San Francisco_

On _November 29, 1993_ before me, the undersigned, a Notary Public in and
for said State, personally appeared _John M. Bryan_

personally known to me (or proved to me on the basis of satisfactory evidence)
to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Margaret E. Reed_

Name _Margaret E. Reed_
        (typed or printed)

```
┌─────────────────────────────┐
│         MARGARET E. REED     │
│         COMM. # 1001082      │
│      Notary Public — California │
│       SAN FRANCISCO COUNTY   │
│     My Comm. Expires AUG 22, 1997 │
└─────────────────────────────┘
```

        (Seal)

NOV 24 93   10:46 No.025 P.05

**END OF DOCUMENT**

State of California
County of _SAN FRANCISCO_

On _November 29 1993_ before me, the undersigned, a Notary Public in and
for said State, personally appeared _Florence E. Bryan_

personally known to me (or proved to me on the basis of satisfactory evidence)
to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Margaret E. Reed_

Name _MARGARET E. REED_
(typed or printed)

MARGARET E. REED
COMM. # 1001082
Notary Public — California
SAN FRANCISCO COUNTY
My Comm. Expires AUG 22, 1997

(Seal)

**EXHIBIT 4**

RECORDING REQUESTED BY
Napa Land Title Company
601104 / Esc #316677-JK
APN  027-250-022
WHEN RECORDED MAIL TO

Name        John M. Bryan
Street      600 MONTGOMERY STREET, 35th fl
Address     SAN FRANCISCO, CA  94111
City &
State

1993 038881
OFFICIAL RECORDS OF
NAPA COUNTY
H. KATHLEEN BONDS
AT REQUEST OF: NAPA LAND TITLE COMPANY
11/30/1993    11:56    AM
Fee: $        8.00  Pgs:      2
TT : $         .00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Grant Deed

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ -0-
( X ) computed on full value of property conveyed, or
(   ) computed on full value less value of liens and encumbrances remaining at time of sale
( X) Unincorporated area: (   ) City of _____
(   ) Realty not sold.
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Sycamore Vineyards, a partnership

hereby GRANT(S) to  John M. Bryan, as Trustee of the John M. and Florence E. Bryan
Trust Dated August 19, 1991

that property in  the City of Rutherford, Napa                                    County,
State of California, described as:

        * * * See "Exhibit A" attached hereto and made a part hereof. * * *

Mail tax statements to  Grantee at address above

Date  November 12, 1993

                                                    Sycamore Vineyards

STATE OF CALIFORNIA
COUNTY OF  SAN FRANCISCO
On  November 24, 1993                    before me, the
undersigned, a Notary Public in and for said State, personally appeared        ✓ John M Bryan
     John M. Bryan

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on
the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

WITNESS my hand and official seal.

Signature  Gordon Ampel
Name  GORDON Ampel
     (typed or printed)

Gordon Ampel
Comm. #982647
NOTARY PUBLIC  CALIFORNIA
City & County of San Francisco
Comm. Expires Jan. 14, 1997

(This area for official notarial seal)

F702-1 (4-91)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

END OF DOCUMENT

EXHIBIT "A"

---

**PARCEL ONE:**

Commencing at a nail and tag marked RCE 10648 at the intersection of the Westerly line of the San Francisco, Vallejo, and Napa Valley Railroad right of way and the centerline of the County Road known as "Bella Oaks Lane"; thence South 46° 45' West 3995.27 feet along said centerline to a nail and tag marked RCE 10648; thence South 35° 05' East along the centerline of a 25 foot right of way the sidelines which are shortened or prolonged to intersect the lines of the Parcel to be described herein and the Southerly line of Bella Oaks Lane, 106.00 feet to a nail and tag marked RCE 10648 being the true point of beginning; thence South 47° 55' West 248.83 feet to an iron pipe monument marked RCE 10648; thence South 43° 32' 30" East 275.29 feet to an iron pipe monument marked RCE 10648; thence South 63° 02' 30" East 129.11 feet to an iron pipe monument marked RCE 10648; thence North 44° 58' East 151.43 feet to an iron pipe monument marked RCE 10648; thence North 19° 14' West 91.62 feet to an iron pipe monument marked RCE 10648; thence North 46° 07' 45" East 248.63 feet to an iron pipe monument marked RCE 10648; thence North 41° 20' 45" West 156.90 feet to an iron pipe monument marked RCE 10648; thence South 48° 29' 45" West 118.07 feet to an iron pipe monument marked RCE 10648; thence North 74° 36' West 136.84 feet to the true point of beginning.

**PARCEL TWO:**

TOGETHER WITH a Right of Way for road and utility purposes 25 feet in width as described in the Judgement of Preliminary Distribution, recorded June 1, 1969 in Book 652 of Official Records at Page 911, Napa County Records.

APN:  027-250-022

**EXHIBIT 5**

RECORDING REQUESTED BY

NORTH AMERICAN TITLE COMPANY
Escrow No M908263    Order No. 901315
AND WHEN RECORDED MAIL TO

Name      John M. Bryan
          Alan R. Brudos
Street    600 Montgomery St. 35th Fl
Address   San Francisco, Ca. 94111

City &
State        901 315

1997 026953

OFFICIAL RECORDS OF
**NAPA COUNTY**
H. KATHLEEN BONDS

AT REQUEST OF  NORTH AMERICAN TITLE CO.
11/14/1997    08:00    AM
Fee: $        10.00  Pgs:    2
TT : $         .00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**INDIVIDUAL GRANT DEED**       A.P.N. 027-250-220

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ 0.00 _____    City Transfer Tax is $ _____
(      ) computed on full value of property conveyed, or
(      ) computed on full value less value of liens and encumbrances remaining at time of sale.
(    x ) Unincorporated area: (  x  ) City of Rutherford _____, and
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, John M. Bryan and Alan R.
Brudos, Co Trustees of The John M. and Florence E. Bryan Trust dated August 19,
1991
hereby GRANT(S) to John M. Bryan  and Florence E. Bryan, husband and wife
            as Community property

the following described real property in the  Rutherford
County of    NApa                    , State of California:
See Legal Description attached hereto and made a part hereof

Dated:   July 24, 1997

                                        _____ Bryan
                                        John M. Bryan, Co Trustee

STATE OF CALIFORNIA          }SS.       _____ Brudos
COUNTY OF San Francisco      )          Alan R. Brudos, Co Trustee
On  August 1, 1997  before me,
Margaret E. Reed , personally appeared
John M. Bryan and Alan R.
Brudos

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

MARGARET E. REED
COMM. # 1001082
Notary Public — California
SAN FRANCISCO COUNTY
My Comm. Expires AUG 22, 1997

(This area for official notarial seal)

MAIL TAX
STATEMENTS TO:    SAME AS ABOVE
                  NAME              ADDRESS          CITY/STATE/ZIP

END OF DOCUMENT

## DESCRIPTION:

The land referred to herein is situated in the State of California, County of NAPA, City of RUTHERFORD, and is described as follows:

PARCEL ONE:

COMMENCING AT A NAIL AND TAG MARKED RCE 10648 AT THE INTERSECTION OF THE WESTERLY LINE OF THE SAN FRANCISCO, VALLEJO, AND NAPA VALLEY RAILROAD RIGHT OF WAY AND THE CENTERLINE OF THE COUNTY ROAD KNOWN AS "BELLA OAKS LANE"; THENCE SOUTH 44° 45' WEST 3995.27 FEET ALONG SAID CENTERLINE TO A NAIL AND TAG MARKED RCE 10648; THENCE SOUTH 35° 25' EAST ALONG THE CENTER LINE OF A 25 FOOT RIGHT OF WAY THE SIDE LINES WHICH ARE SHORTENED OR PROLONGED TO INTERSECT THE LINES OF THE PARCEL TO BE DESCRIBED HEREIN AND THE SOUTHERLY LINE OF BELLA OAKS LANE, 106.00 FEET TO A NAIL AND TAG MARKED RCE 10648. BEING THE TRUE POINT OF BEGINNING; THENCE, SOUTH 47° 55' WEST 248.82 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE SOUTH 43° 32' 30" EAST 275.29 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE SOUTH 63° 02' 30" EAST 129.11 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE; NORTH 44° 58' EAST 151.43 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE, NORTH 19° 14' WEST 91.62 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE, NORTH 46° 07' 45" EAST 248.63 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE NORTH 41° 20' 45" WEST 156.90 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE, SOUTH 48° 29' 45" WEST 118.07 FEET TO AN IRON PIPE MONUMENT MARKED RCE 10648; THENCE, NORTH 74° 36' WEST 136.34 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL TWO:

A RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 25 FEET IN WIDTH AS DESCRIBED IN THE JUDGEMENT OF PRELIMINARY DISTRIBUTION RECORD JUNE 1, 1962 IN BOOK 652 OF OFFICIAL RECORDS AT PAGE 911, NAPA COUNTY RECORDS.

ASSESSORS PARCEL NO. 027-250-220



Order No. 5901315

**EXHIBIT 6**

FIRST AMERICAN TITLE COMPANY
OF NAPA

Order No: 115798-11

When recorded mail to:

JOHN M. BRYAN
600 MONTGOMERY STREET
SAN FRANCISCO, CA. 94111-2702

**2000-0018455**

| | |
|---|---|
| Recorded | REC FEE    13.00 |
| Official Records | |
| County Of | |
| NAPA | |
| JOHN TUTEUR | |
| Recorder | |
| | SV |
| 08:00AM 21-Jul-2000 | Page 1 of 3 |

For Recorder's Use Only

MAIL TAX STATEMENTS TO:

SAME AS ABOVE

THE UNDERSIGNED GRANTOR DECLARES
DOCUMENTARY TRANSFER TAX $_____-0-_____
_____ Computed on the consideration or value of property conveyed; OR
_____ Computed on the consideration or value less liens or encumbrances remaining at time of sale.

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

JOHN M. BRYAN AND FLORENCE E. BRYAN, husband and wife

hereby GRANT(S) to

JOHN M. BRYAN AND ALAN R. BRUDOS, Co-Trustees of the JOHN M. AND FLORENCE E. BRYAN TRUST dated August 19, 1991

the real property in the County of Napa, State of California, described as

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF
AND DESIGNATED EXHIBIT "A"

Dated: _____May 19, 2000_____

STATE OF CALIFORNIA        }
       San Francisco      }ss
COUNTY OF ~~NAPA~~
On _____May 23_____ 2000, before me,
_Rica L. Gatchalian, Notary Public_ personally
appeared JOHN M. BRYAN AND FLORENCE E. BRYAN,
personally known to me (or ~~proved to me on the basis of satisfactory evidence~~) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he/she/~~they executed the same in ~~his/her/~~their authorized capacity(ies) and that by ~~his/her/~~their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

Signature _Rica L. Gatchalian_
       Notary Public

JOHN M. BRYAN

FLORENCE E. BRYAN

RICA L. GATCHALIAN
Commission # 1193141
Notary Public - California
San Francisco County
My Comm. Expires Aug 13, 2002

MAIL TAX STATEMENTS AS DIRECTED ABOVE                    *Form NAP1097SP*

EXHIBIT "A"

PARCEL ONE:

Commencing at the most westerly corner of that certain tract of land described in the deed to NAPA/KS 1994 TRUST, u/a dated October 24, 1994, John M. Bryan Trustee, recorded November 15, 1994 under Series Number 1994 033763 of Official Records of Napa County; thence along the northwesterly line thereof North 44°40' East a distance of 392 feet to a point on the western boundary line of the Caymus Rancho at an iron stake which marks the most westerly corner of the 106.93 acre tract of land conveyed by Clarence N. Riggins, Administrator of the Estate of Mary A. Doak, deceased to Arthur W. Bennett by Deed recorded July 8, 1926 in Book 18 at Page 455 of Official Records of Napa County; thence along the northwesterly line of said lands of Bennett North 45°20' East 80.50 feet to an angle point which forms the northwestern line of that certain tract of land described in the deed to John M. Bryan, Trustee of the NAPA/AA 1994 Trust, u/a dated 10/24/94, recorded December 13, 1999 under Series Number 1999-0037525 of Official Records of Napa County; thence along the northwestern line thereof North 45°20' East a distance of 604.46 feet to the Point of Beginning; thence continuing along the boundary of the lands of the NAPA/AA 1994 Trust the following courses and distances: S43°47'49"E 352.00 feet, S64°42'13"E 155.29 feet to an iron pipe monument marked "RCE 10648", N45°44'58"E 151.43 feet to an iron pipe monument marked "RCE 10648", N19°14'W 91.62 feet to a ¾" iron pipe monument marked "RCE 10648", N46°07'45"E 248.63 feet to an iron pipe monument marked "RCE 10648", N41°20'45"W 156.90 feet to an iron pipe monument marked "RCE 10648", S48°29'36"W 118.07 feet to an iron pipe monument marked "RCE 10648", N74°36'00"W 178.26 feet, N45°10'05"W 103.36 feet, more or less, to a point on the northwestern line of that certain tract of land described in the deed to NAPA/KS 1994 TRUST, u/a dated 10/24/94, John M. Bryan Trustee; recorded November 15, 1994 under Series Number 1994 033769 of Napa County; thence along said northwestern line and the Southwesterly prolongation thereof, South 45°20' West a distance of 290.20 feet, more or less, to the Point of Beginning.

APN: 027-250-022; Portions of 027-250-040 & 027-250-043

PARCEL TWO:

An easement for the maintenance, repair and replacement of an existing septic leach field, described as follows:

Beginning at the southwesterly terminus of that certain course of Parcel One above shown as "S48°29'36"W 118.07 feet"; thence along the northeasterly boundary of said Parcel One above described N74°36'00"W 178.26 feet and N45°10'05"W 33.36 feet; thence N44°49'55"E 87.06 feet, more or less, to a point which is N45°10'05"W from the Point of Beginning; thence S45°10'05"E 188.92 feet, more or less, to the Point of Beginning.

PARCEL THREE:

A non-exclusive easement for the maintenance, repair and replacement of an existing septic leach field, 10 feet in width, described as follows:

Beginning at the northwesterly terminus of that certain course called "N45°10'05"W 103.36 feet" described in PARCEL ONE above, said point being on the northwesterly boundary of that certain tract of land described in deed to John M. Bryan, Trustee of the NAPA/AA 1994 Trust, u/a dated 10/24/94, recorded December 13, 1999 under Series Number 1999-0037525 of Official Records of Napa County; thence along the northwesterly

**END OF DOCUMENT**

FATCO/BRYAN FAMILY TRUST
115798-11

boundary thereof N45°20'E 205.00 feet; thence leaving said northwesterly boundary S45°10'05"E 10.00 feet; thence S45°20'W 205.00 feet, more or less, to a point on the northeasterly boundary of PARCEL ONE above; thence along said northeasterly line N45°10'05"W 10.00 feet to the point of beginning.

**EXHIBIT 7**

T/Order# 00608548

2002-0044683

**RECORDING REQUESTED BY:**
Napa Land Title

**AND WHEN RECORDED MAIL TO:**

Mr. and Mrs. John M. Bryan
10 Requa Place
Piedmont, CA 94611

| Recorded | REC FEE | 10.00 |
|---|---|---|
| Official Records | | |
| County Of | | |
| NAPA | | |
| JOHN TUTEUR | | |
| Recorder | | |
| | EV | |
| 08:00AM 04-Nov-2002 | Page 1 of 2 | |

027-250-052

Title Order No.: 608-548                              THIS SPACE FOR RECORDER'S USE ONLY:                    Escrow No.: 26354278

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
                    DOCUMENTARY TRANSFER TAX is $NONE **
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[X] Unincorporated area      City of Napa AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**John M. Bryan and Alan R. Brudos, co-trustees of The John M. and Florence E. Bryan Trust dated August 19, 1991**

hereby GRANT(s) to:
**John M. Bryan and Florence E. Bryan, Husband and Wife as Community Property**

the real property in the _____ County of Napa, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as:  1399 Bella Oaks Lane, Napa, CA  94558
AP#:  027-25-052
**Deed solely recorded for loan purposes. No realty sold and/or consideration.

DATED October 16, 2002
STATE OF CALIFORNIA
COUNTY OF _San Francisco_
On _10-17-2002_
Before me, _Damien Wayne Ha_
A Notary Public in and for said State, personally appeared
_John M. Bryan_
_Alan R. Brudos_

personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument
WITNESS my hand and official seal.

John M. Bryan, co-trustee

Alan R. Brudos, co-trustee

DAMIEN WAYNE HA
COMM. #1320570
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Sept. 10, 2005

SEAL AFFIXED

Signature _____                              (This area for official notarial seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

END OF DOCUMENT

Exhibit "A"

Legal Description

**PARCEL ONE:**  Commencing at the most Westerly corner of that certain tract of land described in the deed to NAPA/KS 1994 TRUST, u/a dated October 24, 1994, John M. Bryan Trustee, recorded November 15, 1994 under Series Number 1994-033763 of Official Records of Napa County; thence along the Northwesterly line thereof North 44° 40' East a distance of 392 feet to a point on the Western boundary line of the Caymus Rancho at an iron stake which marks the most Westerly corner of the 106.93 acre tract of land conveyed by Clarence N. Riggins, Administrator of the Estate of Mary A. Doak, deceased to Arthur W. Bennett by Deed recorded July 08, 1926 in Book 18 at Page 455 of Official Records of Napa County; thence along the Northwesterly line of said lands of Bennett North 45° 20' East 80.50 feet to an angle point which forms the Northwestern line of that certain tract of land described in the Deed to John M. Bryan, Trustee of the NAPA/AA 1994 Trust, u/a dated 10/24/94, recorded December 13, 1999 under Series Number 1999-0037525 of Official Records of Napa County; thence along the Northwestern line thereof North 45° 20' East a distance of 604.46 feet to the Point of Beginning; thence continuing along the boundary of the lands of the NAPA/AA 1994 Trust the following courses and distances: S43° 47' 49" E 352.00 feet, S64° 42' 13" E 155.29 feet to an iron pipe monument marked "RCE 10648", N45° 44' 58" E 151.43 feet to an iron pipe monument marked "RCE 10648", N19° 14' W 91.62 feet to a ¾" iron pipe monument marked "RCE 10648", N46° 07' 45" E 248.63 feet to an iron pipe marked RCE 10648", N 41° 20' 45" W 156.90 feet to an iron pipe monument marked "RCE 10648", S48° 29' 36" W 118.07 feet to an iron pipe monument marked "RCE 10648", N74° 36' 00" W 178.26 feet, N 45° 10' 05" W 103.36 feet, more or less, to a point on the Northwestern line of that certain tract of land described in the Deed to NAPA/KS 1994 TRUST, u/a dated 10/24/94, John M. Bryan Trustee, recorded November 15, 1994 under Series Number 1994-033769 of Official Records of Napa County; thence along said Northwestern line and the Southwesterly prolongation thereof, South 45° 20' West a distance of 290.20 feet, more or less, to the Point of Beginning.

APN: 027-250-052

**PARCEL TWO:** An easement for the maintenance, repair and replacement of an existing septic leach field, described as follows:

Beginning at the Southwesterly terminus of that certain course of Parcel One above shown as "S48° 29' 36" W 118.07 feet"; thence along the Northeasterly boundary of said Parcel One above described N 74° 36' 00" W 178.26 feet and N 45° 10' 05" W 33.36 feet; thence N 44° 49' 55" E 87.06 feet, more or less, to a point which is N 45° 10' 05" W from the Point of Beginning; thence S 45° 10' 05" E 188.92 feet, more or less, to the Point of Beginning.

**PARCEL THREE:** A non-exclusive easement for the maintenance, repair and replacement of an existing septic leach field, 10 feet in width, described as follows:

Beginning at the Northwesterly terminus of that certain course called "N45° 10' 05" W 103.36 feet" described in PARCEL ONE above, said point being on the Northwesterly boundary of that certain tract of land described in Deed to John M. Bryan, Trustee of the NAPA/AA 1994 Trust, u/a dated 10/24/94, recorded December 13, 1999 under Series Number 1999-0037525 of Official Records of Napa County; thence along the Northwesterly boundary thereof N 45° 20' E 205.00 feet; thence leaving said Northwesterly boundary S 45° 10' 05" E 10.00 feet; thence S 45° 20' W 205.00 feet, more or less, to a point on the Northeasterly boundary of PARCEL ONE above; thence along said Northeasterly line N 45° 10' 05" W 10.00 feet to the point of beginning.

1   WINSTON & STRAWN LLP
    ROLF S. WOOLNER (CA SBN: 143127)
2   HANNAH L. BLUMENSTIEL (CA SBN: 214842)
    101 California Street, Suite 3900
3   San Francisco, CA  94111
    Telephone:  (415) 591-1000
4   Facsimile:  (415) 591-1400
    Email:  rwoolner@winston.com
5   Email:  hblumenstiel@winston.com

6   MACCONAGHY & BARNIER, PLC
    JOHN H. MACCONAGHY (S.B. No. 83684)
7   645 First Street West, Suite D
    Sonoma, CA  95476
8   Telephone:  (707) 935-3205
    Facsimile:  (707) 935-7051
9   Email:  macclaw@macbarlaw.com

10  Co-Counsel for Plaintiff,
    The Official Committee of Unsecured Creditors

11

12              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                     SANTA ROSA DIVISION

14  In re:                                    Case No. 05-14659 AJ11

15  THE LEGACY ESTATE GROUP LLC, a            Chapter 11
    California Limited Liability Company, formerly
16  doing business as FREEMARK ABBEY WINERY,
    BYRON VINEYARD & WINERY, AND
17  ARROWOOD VINEYARDS & WINERY,

18              Debtor.

19  _____
    OFFICIAL COMMITTEE OF UNSECURED          Adversary Proceeding No. 06-01173
20  CREDITORS OF THE LEGACY ESTATE
    GROUP, LLC,

21              Plaintiff,                    CERTIFICATE OF SERVICE (OFFICIAL
                                              COMMITTEE OF UNSECURED
22         v.                                 CREDITORS' OPPOSITION TO BRYAN
                                              DEFENDANTS' MOTION TO CERTIFY
23  JOHN M. BRYAN, JOHN M. AND FLORENCE       PROCEEDING TO DISTRICT COURT
    E. BRYAN TRUST, J.M. BRYAN FAMILY         FOR TRIAL BY JURY PURSUANT TO
24  TRUST, KULWINDER SIDHU, DEVINDER          BANKRUPTCY LOCAL RULE 9015-2;
    SIDHU, PACIFIC PARAGON INVESTMENT         AND DECLARATION OF JOHN H.
25  FUND LTD., a British Columbia company,    MACCONAGHY IN SUPPORT)
    HARRY CHEW, and AIC CAPITAL PARTNERS,
26  LLC, a California Limited Liability Company,

27              Defendants.

28

Certificate of Service (Opposition to Motion to Certify Proceeding to
District Court for Trial by Jury and MacConaghy Declaration in Support)
SF:154613.1

1   JOHN M. BRYAN, JOHN M. AND FLORENCE
    E. BRYAN TRUST, J.M. BRYAN FAMILY
2   TRUST,

3               Defendants/Cross-Claimants,

4         v.

5   KULWINDER SIDHU, DEVINDER SIDHU,
    PACIFIC PARAGON INVESTMENT FUND
6   LTD., a British Columbia Company, HARRY
    CHEW, and AIC CAPITAL PARTNERS, LLC, a
7   California Limited Liability Company, and
    LAMINAR DIRECT CAPITAL, L.P., a Texas
8   Limited Partnership,

9               Defendants/Cross-Defendants.

10

11          I, Janice S. Groshak, certify and declare as follows:

12          I am over the age of eighteen years and not a party to this action.  I am an employee

13  of Winston & Strawn LLP, and my business address is 101 California Street, 39th Floor,

14  San Francisco, California, 94111.  On February 22, 2007, I served true and correct copies of:

15      **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO**
16      **BRYAN DEFENDANTS' MOTION TO CERTIFY PROCEEDING TO DISTRICT**
        **COURT FOR TRIAL BY JURY PURSUANT TO BANKRUPTCY LOCAL RULE**
17      **9015-2**

18      **DECLARATION OF JOHN H. MACCONAGHY IN SUPPORT OF PLAINTIFF'S**
        **OPPOSITION TO BRYAN DEFENDANTS' MOTION TO CERTIFY PROCEEDING**
19      **TO DISTRICT COURT FOR TRIAL BY JURY PURSUANT TO BANKRUPTCY**
        **LOCAL RULE 9015-2**
20

21  ☐   by first class mail.  I am familiar with the business practice at my place of business for
        collection and processing of correspondence for mailing with the United States Postal
22      Service.  Correspondence so collected and processed is deposited with the United States
        Postal Service that same day in the ordinary course of business.  The document(s) was
23      (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with
        postage fully prepaid, addressed as set forth on the attached service list(s).

24  ☐   by facsimile transmission to the parties and facsimile number(s) set forth on the attached
        service list.  I sent such document from facsimile machine 415-591-1400.  I certify that
25      said transmission was completed and that all pages were received and that a report was
        generated by facsimile machine 415-591-1400 which confirms said transmission and
26      receipt.

27

28

Certificate of Service (Opposition to Motion to Certify Proceeding to
District Court for Trial by Jury and MacConaghy Declaration in Support)
SF:154613.1

☐  by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

☐  by messenger by handing a copy of said document(s) to _____, for personal service by its agent to the person(s) at the address(es) set forth on the attached service list.

☐  by personally delivering the document(s) to the person(s) at the address(es) set forth on the attached service list.

☒  by email transmission to the individuals and email addresses as set forth on the attached service list. I caused the document(s) to be transmitted via email. I am readily familiar with my firm's practice for email transmissions. In sending the above described document by email, I followed the firm's ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on February 22, 2007.

Janice S. Groshak

Certificate of Service (Opposition to Motion to Certify Proceeding to District Court for Trial by Jury and MacConaghy Declaration in Support)
SF:154613.1

**SERVICE LIST**

| | |
|---|---|
| Michael St. James, Esq.<br>St. James Law<br>michael@stjames-law.com | Counsel to John M. Bryan, John M. and Florence E. Bryan Trust and J.M. Bryan Family Trust |
| Glenn E. Westreich, Esq.<br>Beth L. Mitchell, Esq.<br>Nixon Peabody LLP<br>gwestreich@nixonpeabody.com<br>bmitchell@nixonpeabody.com | Co-Counsel to John M. Bryan, John M. and Florence E. Bryan Trust and J.M. Bryan Family Trust |
| Heinz Binder, Esq.<br>Michael W. Malter, Esq.<br>Binder & Malter, LLP<br>Michael@bindermalter.com<br>Heinz@bindermalter.com | Counsel to Kulwinder and Devinder Sidhu |
| Elmer Dean Martin, Esq.<br>Law Offices of Elmer Dean Martin<br>elmer@bankruptcytax.net | Counsel to AIC Capital Partners LLC, Pacific Paragon Investment Fund Ltd., and Harry Chew |
| Sean A. Okeefe, Esq.<br>Winthrop Couchot<br>sokeefe@winthropcouchot.com | Co-Counsel to AIC Capital Partners LLC, Pacific Paragon Investment Fund Ltd., and Harry Chew |
| Thomas E. Patterson, Esq.<br>Klee, Tuchin, Bogdanoff and Stern<br>tpatterson@ktbslaw.com | Counsel to Laminar Direct Capital |
| John Walsh Murray, Esq.<br>Murray & Murray<br>jwmurray@murraylaw.com | Counsel to the Debtor |
| William C. Lewis, Esq.<br>The Law Offices of William C. Lewis<br>wclewis@williamclewis.com | Special Counsel to the Debtor |
| Edward G. Myrtle, Esq.<br>Office of the United States Trustee<br>ed.myrtle@usdoj.gov | United States Trustee |
| Rebecca U. Littenecker, Esq.<br>McNutt & Littenecker LLP<br>rlitteneker@ml-sf.com | Counsel to Chapter 11 Trustee for Connaught Capital Partners, LLC |
| John A. MacConaghy, Esq.<br>MacConaghy & Barnier, PLC<br>macclaw@macbarlaw.com | Co-Counsel to Creditors Committee |

Certificate of Service (Opposition to Motion to Certify Proceeding to District Court for Trial by Jury and MacConaghy Declaration in Support)
SF:154613.1