**EXHIBIT 8**

Entered on Docket
May 11, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

THE LEGACY ESTATE GROUP,   No. 05-14659

          Debtor(s).
_____/

OFFICIAL CREDITORS COMMITTEE,

          Plaintiff(s),

v.   A.P. No. 06-1173

JOHN M. BRYAN, et al.,

          Defendant(s).
_____/

ORDER OF ABSTENTION

    In this adversary proceeding, defendants John M. Bryan, et al., who are creditors of the bankruptcy estate, have filed a cross-claim against another creditor, Laminar Direct Capital, L.P. Laminar's motion to dismiss is before the court.

    While Laminar seeks dismissal of the cross-claim on the merits, it appears that the cross-claim is based solely on non-bankruptcy law and its outcome will have no impact on the bankruptcy estate. The court therefore feels it is appropriate to abstain from hearing the matter rather than deciding it on the merits.

1

1  IT IS THEREFORE ORDERED that the court ABSTAINS from hearing the cross-claim against Laminar, and that the cross-complaint against Laminar is accordingly DISMISSED, without prejudice.

Dated: May 11, 2007

Alan Jaroslovsky
U.S. Bankruptcy Judge

2