**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

TO COUNSEL:

DATE:    June 7, 2007

RE:    **CV 07-02943 PJH : IN RE LEGACY ESTATE GROUP LLC**

BANKRUPTCY CASE NUMBER: **Adv. No. 06-1173, BK Case: 05-14659**

　　　　The motion to withdraw reference which you recently submitted to this office has been assigned the above referenced case number.

　　　　Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　*Felicia Reloba*

　　　　　　　　　　　　　　　　　　　　by:  Felicia Reloba
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator