UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LEGACY ESTATE GROUP, LLC,

      Debtor.

_____/

Case Number: CV07-02943 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-Santa Rosa  
U.S. Bankruptcy Court  
99 South E Street  
Santa Rosa, CA 95404

Alan Jaroslovsky  
USBC  
Northern District of California  
Santa Rosa Division  
99 South E Street  
Santa Rosa, CA 95404

Devinder Sidhu  
P.O. Box 401  
3022 St. Helena Highway North  
St. Helena, CA 94574

Kulwinder S. Sidhu  
P.O. Box 401  
St. Helena, CA 94574

Dated: June 26, 2007

Richard W. Wieking, Clerk  
By: Nichole Heuerman, Deputy Clerk