United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re THE LEGACY ESTATE GROUP, LLC,

        Debtor.
_____/

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

        Plaintiff,

    v.

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,

        Defendants,

JOHN M. BRYAN, JOHN M. AND FLORENCE BRYAN TRUST, J.M. BRYAN FAMILY TRUST,

        Defendants/Cross-Claimants,

KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership,

        Defendants/Cross-Defendants.
_____/

No. C 07-2943 PJH
Bankr. Case No.  05-14659 AJ
Adv. Case No. 06-1173 AJ

**BRIEFING ORDER**

1   Having received the bankruptcy court's recommendation regarding defendants' and
2   cross-claimants' motion to withdraw the bankruptcy court's reference, plaintiffs shall file and
3   serve an opposition to the motion to withdraw within **14 days** of the date of this order.
4   Defendants may file a reply, if any, within **7 days** of plaintiffs' opposition.  In addition to any
5   motion papers, **the parties should file with this court any pertinent exhibits, including**
6   **relevant documents and portions of the record previously filed with the bankruptcy**
7   **court.**
8   Unless the parties are notified otherwise, the matter will be decided on the papers
9   once the matter is fully briefed.  No hearing will be necessary.
10  **IT IS SO ORDERED.**

12  Dated: June 29, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2