ANDREA A. WIRUM (CA SBN: 095616)
Chapter 7 Trustee
P.O. Box 1108
Lafayette, California 94549
Telephone: (415) 294-7710
Facsimile: (415) 294-7710
Email: awirum@wirum.com

Trustee for Connaught Capital Partners LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:  Bankruptcy Case No. 05-14659<br><br>THE LEGACY ESTATE GROUP, LLC, a California Limited Liability Company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY,<br><br>Debtor.<br><br>Adv. Proc. No. 06-01173<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD., a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,<br><br>Defendants. | D. Ct. Case No: 3:07-cv-02943-PJH<br><br>**JOINDER OF ANDREA A. WIRUM, TRUSTEE OF CONNAUGHT CAPITAL PARTNERS, LLC, TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE BRYAN DEFENDANTS' MOTION TO WITHDRAW REFERENCE**<br><br>[NO HEARING SCHEDULED] |

JOINDER OF ANDREA A. WIRUM, TRUSTEE OF CONNAUGHT CAPITAL PARTNERS, LLC, TO OCC'S OPPOSITION TO THE BYRAN DEFENDANTS' MOTION TO WITHDRAW REFERENCE

CASE NO. 3:07-cv-02943-PJH

1  JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY
2  TRUST,
3           Defendants/Cross-Claimants,
4       v.
5  KULWINDER SIDHU, et al.,
6           Defendants/Cross-Defendants.

JOINDER OF ANDREA A. WIRUM, TRUSTEE OF CONNAUGHT CAPITAL PARTNERS, LLC, TO OCC'S OPPOSITION TO THE BYRAN DEFENDANTS' MOTION TO WITHDRAW REFERENCE

CASE NO. 3:07-CV-02943-PJH

1  Andrea Wirum, as Chapter 11 Trustee of Connaught Capital Partners LLC ("Connaught"),
2  hereby joins in the opposition ("Opposition") filed by the Official Committee of Unsecured
3  Creditors (the "Committee") appointed in the Chapter 11 case of the Legacy Estate Group LLC
4  ("Legacy") to the Motion to Withdraw Reference (the "Motion") filed by defendants John M. Bryan,
5  the J.M. Bryan Family Trust, and the John M. and Florence E. Bryan Trust (collectively, "Bryan
6  Defendants"), and respectfully represents as follows:
7  As noted in the Opposition, Connaught is the parent company and majority owner of Legacy,
8  and is also a bankruptcy debtor in this district. On March 15, 2007, the Bankruptcy Court approved
9  a settlement between the Legacy and Connaught estates, pursuant to which the proceeds of the
10 estates' claims against the Bryan Defendants will be shared by creditors of the Legacy and
11 Connaught estates. Accordingly, Connaught has a direct and vital interest in the disposition of this
12 action.
13 Connaught joins in the Opposition because the interests of Connaught's creditors will
14 be best served if the Bankruptcy Court continues to hear and determine all issues presented in
15 connection with this litigation, including the issues raised by the Motion. For the reasons stated in
16 the Opposition, Connaught respectfully requests that the Motion be denied.

DATED: July __, 2007

_____/s/_____
Andrea A. Wirum, Trustee

SF:178038.1

1

JOINDER OF ANDREA A. WIRUM, TRUSTEE OF CONNAUGHT CAPITAL PARTNERS, LLC, TO OCC'S OPPOSITION TO THE BYRAN DEFENDANTS' MOTION TO WITHDRAW REFERENCE

CASE NO. 3:07-cv-02943-PJH

# PROOF OF SERVICE

I, Angela C. Johnson, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. I am an employee of Winston & Strawn LLP, and my business address is 101 California Street, San Francisco, California, 94111. On July 17, 2007, I served a true and correct copy of:

**JOINDER OF ANDREA A. WIRUM, TRUSTEE OF CONNAUGHT CAPITAL PARTNERS, LLC, TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO THE BRYAN DEFENDANTS' MOTION TO WITHDRAW REFERENCE**

☐ by first class mail. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The document(s) was (were) placed for deposit in the United States Postal Service in a sealed envelope(s), with postage fully prepaid, addressed as set forth on the attached service list(s).

☐ by facsimile transmission to the parties and facsimile number(s) set forth on the attached service list. I sent such document from facsimile machine 415-591-1400. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 415-591-1400 which confirms said transmission and receipt.

☒ by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California.

☐ by messenger by handing a copy of said document(s) to _____, for personal service by its agent to the person(s) at the address(es) set forth on the attached service list.

☐ by personally delivering the document(s) to the person(s) at the address(es) set forth on the attached service list.

☐ by email transmission to the individuals and email addresses as set forth on the attached service list. I caused the document(s) to be transmitted via email. I am readily familiar with my firm's practice for email transmissions. In sending the above described document by email, I followed the firm's ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on July 17, 2007.

_____
Angela C. Johnson

PROOF OF SERVICE    CASE NO. 3:07-cv-02943-PJH

## SERVICE LIST

| | |
|---|---|
| Devinder S. Sidhu<br>P. O. Box 410<br>3022 St. Helena Highway North<br>St. Helena, CA 94574 | Kulwinder S. Sidhu<br>P. O. Box 410<br>3022 St. Helena Highway North<br>St. Helena, CA 94574 |
| Michael St. James, Esq.<br>St. James Law<br>155 Montgomery Street, Suite 1004<br>San Francisco, CA 94104 | Glenn E. Westreich, Esq.<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111 |
| Edward G. Myrtle, Esq.<br>Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Elmer Dean Martin, Esq.<br>Law Offices of Elmer Dean Martin<br>22632 Golden Springs Drive<br>Diamond Bar, CA 91765 |
| Sean A. O'Keefe, Esq.<br>Winthrop Couchot<br>660 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660 | |

SF:177794.1