1  **WINSTON & STRAWN LLP**
   ROLF S. WOOLNER (CA SBN 143127)
2  HANNAH L. BLUMENSTIEL (CA SBN 214842)
   101 California Street, Suite 3900
3  San Francisco, California  94111
   Telephone:     (415) 591-1000
4  Facsimile:     (415) 591-1400
   Email:         rwoolner@winston.com
5              hblumenstiel@winston.com

6  **MacCONAGHY & BARNIER, PLC**
   JOHN H. MacCONAGHY (CA SBN 83684)
7  645 First St. West
   Sonoma, California 95476
8  Telephone:     (707) 935-3205
   Facsimile:     (707) 935-7051
9  Email:         macclaw@macbarlaw.com

10 Co-Counsel for Plaintiff, The Official Committee
   of Unsecured Creditors
11
                  UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA

13 In re                                        )
                                                )  Case No. CV 07-2943 PJH
14 THE LEGACY ESTATE GROUP, LLC, a              )
   California limited liability company, formerly )  Bankr. Case No. 05-14659 AJ
15 d/b/a FREEMARK ABBEY WINERY,                 )  (Chapter 11)
   BYRON VINEYARD & WINERY, AND                 )
16 ARROWOOD VINEYARD & WINERY,                  )  AP Case No. 06-1173 AJ
                                                )
17          Debtor.                             )
   _____)
18 OFFICIAL COMMITTEE OF UNSECURED              )  **NOTICE OF APPEARANCE**
   CREDITORS OF THE LEGACY ESTATE               )  **AND REQUEST FOR NOTICE**
19 GROUP,                                       )
                                                )
20          Plaintiff,                          )
        v.                                      )
21                                              )
   JOHN M. BRYAN, JOHN M. AND FLORENCE          )
22 E. BRYAN TRUST, J.M. BRYAN FAMILY            )
   TRUST, KULWINDER SIDHU, DEVINDER             )
23 SIDHU, PACIFIC PARAGON INVESTMENT            )
   FUND, LTD., a British Columbia company,      )
24 HARRY CHEW, and AIC CAPITAL PARTNERS,        )
   LLC, a California limited liability company, )
25 _____)
   AND RELATED CROSS-ACTION.                    )
26 _____)

1    NOTICE IS HEREBY GIVEN that the Official Committee of Unsecured Creditors of the
2 debtor The Legacy Estate Group, LLC and plaintiff herein, hereby requests to be added to the
3 official mailing matrix and notice of all items to be mailed or electrically transmitted to its co-
4 counsel at the following address:

        John H. MacConaghy
        MacConaghy & Barnier, PLC
        645 First St. West
        Sonoma, CA 95476
        macclaw@macbarlaw.com

Dated: August 7, 2007

        WINSTON & STRAWN LLP

        and

        MacCONAGHY & BARNIER, PLC


        /s/ John H. MacConaghy
        By John H. MacConaghy
        Co-Counsel for Official Committee of
        Unsecured Creditors