1  Glenn E. Westreich (State Bar No.100457)
   gwestreich@nixonpeabody.com
2  Beth L. Mitchell (State Bar No. 187460)
   bmitchell@nixonpeabody.com
3  Rosalyn P. Mitchell (State Bar No. 173829)
   rmitchell@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
5  San Francisco, CA  94111
   Telephone:  (415) 984-8200
6  Facsimile:   (415) 984-8300

7  Michael St. James (State Bar No. 95653)
   ST. JAMES LAW, P.C.
8  155 Montgomery Street, Suite 1004
   San Francisco, CA  94104
9  michael@stjames-law.com
   Telephone:  (415) 391-7566
10 Facsimile:   (415) 391-7568

11 Attorneys for Defendants/Cross-Claimants
   JOHN M. AND FLORENCE E. BRYAN
12 TRUST

13

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA**

16

17 |   In re                          Case No. 05-14659

18 THE LEGACY ESTATE GROUP, LLC,          Case No.   C 07-2943 PJH

19 formerly doing business as FREEMARK
   ABBEY WINERY, BYRON VINEYARD &       **REQUEST FOR JUDICIAL NOTICE IN**
20 WINERY, and ARROWOOD VINEYARD &      **SUPPORT OF RENEWED**
   WINERY                               **MOTION TO WITHDRAW REFERENCE**

21        Debtor

22

23                  Adv. No.  06-01173

24 OFFICIAL COMMITTEE OF UNSECURED
   CREDITORS OF THE LEGACY ESTATE
25 GROUP, LLC,

26                  Plaintiff,

27        v.

28

1  JOHN M. BRYAN, JOHN M. AND
   FLORENCE E. BRYAN TRUST, J.M. BRYAN
2  FAMILY TRUST, KULWINDER SIDHU,
   DEVINDER SIDHU, PACIFIC PARAGON
3  INVESTMENT FUND LTD, a British Columbia
   company, HARRY CHEW, and AIC CAPITAL
4  PARTNERS, LLC, a California limited liability
   company
5                      Defendants.

6

7  JOHN M. BRYAN, JOHN M. AND
   FLORENCE E. BRYAN TRUST, J.M. BRYAN
8  FAMILY TRUST,
            Defendants/Cross-Claimants,
9
            v.
10
11 KULWINDER SIDHU, DEVINDER SIDHU,
   PACIFIC PARAGON INVESTMENT FUND
12 LTD, a British Columbia company, HARRY
   CHEW, AIC CAPITAL PARTNERS, LLC, a
13 California limited liability company, and
   LAMINAR DIRECT CAPITAL, L.P., a Texas
14 limited partnership
15               Defendants/Cross-Defendants.

16

17

18

19

20

21        Pursuant to Federal Rules of Evidence, Rule 201, the JFB Trust respectfully requests that this

22 Court take judicial notice of the documents attached hereto, all of which were filed in the above-

23 lawsuit or in the underlying bankruptcy case pending in the Bankruptcy Court.

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF          -2-
RENEWED MOTION TO WITHDRAW REFERENCE

**U.S. Bankruptcy Court**
**Northern District of California (Santa Rosa)**
**Adversary Proceeding #: 06-01173**

| Exhibit No. | Filing Date | Docket No. | Docket Text |
|---|---|---|---|
| 1 | | | Adversary Proceeding Docket |
| 2 | 08/13/2007 | 72 | District Court Order RE: Stay; Administrative Closure (RE: related document(s)60 Motion for Withdrawal of Reference filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (The court stays this motion and case pending the bankruptcy court's resolution of the issue.) (ds, ) (Entered: 08/23/2007) |
| 3 | 09/03/2007 | 73 | Notice of Hearing *Notice of Evidentiary Hearing on Motion to Certify Case to District Court for Jury Trial* (RE: related document(s)33 Motion Miscellaneous Relief,, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). Hearing scheduled for 9/27/2007 at 10:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (MacConaghy, John) (Entered: 09/03/2007) |
| 4 | 09/19/2007 | 82 | Memorandum of Points and Authorities in Support of *a Judicial Determination that the John M. and Florence E. Bryan Trust Has Waived its Right to a Jury Trial* (RE: related document(s)73 Notice of Hearing,, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (Document has been incorrectly linked. Document should be linked to document #33. Court staff has created new link.) Modified on 9/21/2007 (ds, ). (Entered: 09/19/2007) |

| 5 | 09/19/2007 | 83 | Declaration of Kimberly S. Morris in Support of *Plaintiff's Brief in Support of a Judicial Determination that the John M. and Florence E. Bryan Trust Has Waived Its Right to a Jury Trial* (RE: related document(s)82 Memo of Points & Authorities, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Blumenstiel, Hannah) (Entered: 09/19/2007) |
| 6 | 09/25/2007 | 88 | Memorandum of Points and Authorities in Opposition of *A JUDICIAL DETERMINATION THAT THE JOHN M. AND FLORENCE E. BRYAN TRUST HAS WAIVED ITS RIGHT TO A JURY TRIAL*. Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth)(Registered Participant did not link this document. Court staff has created link to document #33.) Modified on 9/28/2007 (ds, ). (Entered: 09/25/2007) |
| 7 | 09/25/2007 | 89 | Notice Regarding *Notice to Appear at Trial in Lieu of Subpoena* (RE: related document(s)53 Memorandum Decision, 68 Order on Motion for Miscellaneous Relief, 70 Order). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (MacConaghy, John) (Entered: 09/25/2007) |
| 8 | 09/26/2007 | 90 | Ex Parte Application for Order Shortening Time in Which to Serve Notice to Appear at Trial in Lieu of Subpoena Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (ds, ) (Entered: 09/26/2007) |
| 9 | 09/26/2007 | 91 | Order Granting Ex Parte Application Shortening Time in Which to Serve Notice to Appear at Trial in Lieu of Subpoena (Related Doc # 90) (ds, ) (Entered: 09/26/2007) |
| 10 | 09/26/2007 | 92 | Objection *To Defendant and Cross-Claimants' Use of Deposition Testimony At Evidentiary Hearing* (RE: related document(s)88 Memo of Points & Authorities, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (With Certificate of Service) Modified on |

| | | | |
|---|---|---|---|
| | | | 9/28/2007 (ds, ). (Entered: 09/26/2007) |
| | 09/27/2007 | | Hearing Held (RE: related document(s)33 Motion to Certify Proceeding to District Court for Trial by Jury Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision within 10 days. Exhibit's 1-8 and deposition transcript Admitted) (Appearances: John MacConaghy, Jean Barnier and Glenn Westreich) (ta, ) (Entered: 09/27/2007) |
| 11 | 09/28/2007 | 93 | Memorandum re Right to Jury Trial of Defendant. (RE: related document(s)33 Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (lj, ) (Entered: 09/28/2007) |
| 12 | 10/01/2007 | 94 | Order Denying Motion to Certify Case to District Court for Jury Trial and Striking Jury Demand (Related Doc # 29) (ds, ) (Entered: 10/01/2007) |
| 13 | | | Alphabetical Register of Proofs of Claim filed in the Legacy Estate Group Bankruptcy Case |
| 14 | | | Copies of all of the Proofs of Claim filed by John M. Bryan filed in the Legacy Estate Group Bankruptcy Case |

Respectfully submitted,

DATED:  October 15, 2007

NIXON PEABODY, LLP
ST. JAMES LAW, P.C.


By:  /s/  Michael St. James    .
Michael St. James
Counsel for the JFB Trust