# Exhibit

# 1

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
## Adversary Proceeding #: 06-01173

*Assigned to:* Judge Alan Jaroslovsky                              *Date Filed:* 11/17/06
*Related BK Case:* 05-14659
*Related BK Title:* The Legacy Estate Group LLC
*Related BK Chapter:* 11
*Demand:* $7000000
*Nature[s] of*  13 Recovery of money/property - 548
*Suit:*           fraudulent transfer
           14 Recovery of money/property - other
           81 Subordination of claim or interest
           91 Declaratory judgment

**Debtor**

------------------------

**The Legacy Estate Group LLC**      represented by **John Walshe Murray**
P.O. Box 410                                Law Offices of Murray and Murray
St. Helena, CA 94574                 19400 Stevens Creek Blvd. #200
Tax id: 94-3387985                   Cupertino, CA 95014-2548
                                      (650) 852-9000
                                      Email: jwmurray@murraylaw.com

**Plaintiff**

------------------------

**Official Committee of Unsecured**   represented by **Brian Y. Lee**
**Creditors of Legacy Estate Group**              Law Offices of Winston and Strawn
**LLC**                                  101 California St. 39th Fl.
101 California Street                 San Francisco, CA 94111
Suite 3900                         (415) 398-4700
San Francisco, CA 94111            Email: bylee@winston.com
415-591-1000

                                        **David A. Honig**
                                      Winston & Strawn LLP
                                      101 California St. 39th Fl.
                                      San Francisco, CA 94111
                                      (415) 398-4700
                                      *LEAD ATTORNEY*

                                      **Hannah L. Blumenstiel**

Law Offices of Winston and Strawn
101 California St. 39th Fl.
San Francisco, CA 94111
(415) 591-1000
Email: hblumenstiel@winston.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935-3205
Email: macclaw@macbarlaw.com

V.

**Defendant**
------------------------

**John Bryan**                          represented by **Beth L. Mitchell**
600 Montgomery Street, 35th Fl.                        Nixon Peabody
San Francisco, CA 94111                                2 Embarcadero Center #2700
                                                       San Francisco, CA 94111
                                                       (415) 984-8200
                                                       Email: bmitchell@nixonpeabody.com

                                                       **Michael St. James**
                                                       St. James Law
                                                       155 Montgomery St. #1004
                                                       San Francisco, CA 94104
                                                       (415) 391-7566
                                                       Email: ecf@stjames-law.com
                                                       *LEAD ATTORNEY*

**John M. and Florence E. Bryan**       represented by
**Trust**                                              **Beth L. Mitchell**
600 Montgomery Street, 35th Fl.                        (See above for address)
San Francisco, CA 94111

                                                       **Michael St. James**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

**J.M. Bryan Family Trust**             represented by **Beth L. Mitchell**
600 Montgomery Street, 35th Fl.                        (See above for address)
San Francisco, CA 94111

                                                       **Michael St. James**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

**Kulwinder S. Sidhu**                  represented by **Kulwinder S. Sidhu**
P.O. Box 401                                           PRO SE

St. Helena, CA 94574
707-963-9694

**Roya Shakoori**
Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050
408-295-1700
Email: roya@bindermalter.com
*TERMINATED: 03/27/2007*

**Wendy W. Smith**
(See above for address)
*TERMINATED: 03/27/2007*

**Devinder Sidhu**
P.O. Box 401
3022 St. Helena Highway North
St. Helena, CA 94574

represented by **Devinder Sidhu**
PRO SE

**Roya Shakoori**
Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050
408-295-1700
Email: roya@bindermalter.com
*TERMINATED: 03/27/2007*

**Wendy W. Smith**
(See above for address)
*TERMINATED: 03/27/2007*

**Pacific Paragon Investment Fund
Ltd**
1518-1030 W Georgia St
Vancouver BC V6E 2Y3
Candada
909 861 6700

represented by **Elmer Dean Martin**
Law Offices of Elmer Dean Martin
P.O. Box 4670
Diamond Bar, CA 91765
(909) 861-6700
Email: elmer@bankruptcytax.net
*LEAD ATTORNEY*

**Richard H. Golubow**
Law Offices of Winthrop Couchot
660 Newport Center Dr. #400
Newport Beach, CA 92660
(949) 720-4100
Email:
rgolubow@winthropcouchot.com

**Sean A. O'Keefe**
O'Keefe and Associates Law
Corporation
660 Newport Center Dr. #400
Newport Beach, CA 92614
(949) 720-4165

Email: sokeefe@okeefelc.com

**Harry Chew**                     represented by **Elmer Dean Martin**
1518-1030 W. Georgia Street                    (See above for address)
Vancouver, BC V6E 2Y3                          *LEAD ATTORNEY*
Canada

                                               **Richard H. Golubow**
                                               (See above for address)

                                               **Sean A. O'Keefe**
                                               (See above for address)

**AIC Capital Partners LLC**       represented by
#615-1030 West Georgia St                      **Elmer Dean Martin**
Vancouver, BC V6E2Y3                           (See above for address)
Canada                                         *LEAD ATTORNEY*
604 689 2646

                                               **Richard H. Golubow**
                                               (See above for address)

**Laminar Direct Capital, L.P.**   represented by **Courtney Elyse Pozmantier**
                                               Klee, Tuchin, Bogdanoff and Stern
                                               1999 Avenue of the Star, 39th Fl.
                                               Los Angeles, CA 90067
                                               (310)4074071
                                               Email: cpozmantier@ktbslaw.com

**Cross-Claimant**
-----------------------

**John Bryan**                     represented by **Beth L. Mitchell**
600 Montgomery Street, 35th Fl.                (See above for address)
San Francisco, CA 94111

                                               **Michael St. James**
                                               (See above for address)

**J.M. Bryan Family Trust**        represented by **Beth L. Mitchell**
600 Montgomery Street, 35th Fl.                (See above for address)
San Francisco, CA 94111

                                               **Michael St. James**
                                               (See above for address)

**John M. and Florence E. Bryan**  represented by
**Trust**                                      **Beth L. Mitchell**
600 Montgomery Street, 35th Fl.                (See above for address)
San Francisco, CA 94111

                                               **Michael St. James**
                                               (See above for address)

V.

**Cross Defendant**
----------------------

**Harry Chew**                          represented by
1518-1030 W. Georgia Street                      **Richard H. Golubow**
Vancouver, BC V6E 2Y3                            (See above for address)
Canada

**Pacific Paragon Investment Fund**     represented by
**Ltd**
1518-1030 W Georgia St                           **Sean A. O'Keefe**
Vancouver BC V6E 2Y3                             (See above for address)
Candada
909 861 6700

**Devinder Sidhu**                      represented by **Devinder Sidhu**
P.O. Box 401                                     PRO SE
3022 St. Helena Highway North
St. Helena, CA 94574                             **Wendy W. Smith**
                                                 (See above for address)
                                                 *TERMINATED: 03/27/2007*

**Kulwinder S. Sidhu**                  represented by **Kulwinder S. Sidhu**
P.O. Box 401                                     PRO SE
St. Helena, CA 94574
707-963-9694                                     **Wendy W. Smith**
                                                 (See above for address)
                                                 *TERMINATED: 03/27/2007*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/17/2006 | 1 | Adversary case 06-01173. 13 (Recovery of money/property - 548 fraudulent transfer), 14 (Recovery of money/property - other). Complaint by Official Committee of Unsecured Creditors of Legacy Estate Group LLC against John Bryan, John M. and Florence E. Bryan Trust, J.M. Bryan Family Trust, Kulwinder S. Sidhu, Devinder Sidhu, Pacific Paragon Investment Fund Ltd, Harry Chew, AIC Capital Partners LLC. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summons to be Issued) (Lee, Brian) (Entered: 11/17/2006) |
| 11/17/2006 |  | Receipt of filing fee for Complaint(06-01173) [cmp,cmp] ( 250.00). Receipt number 3777381, amount $ 250.00 (U.S. Treasury) (Entered: 11/17/2006) |

| 11/22/2006 | 2 | Amended Complaint *for Damages and Declaratory and Equitable Relief, Including Subordination of Certain Claims* by Brian Y. Lee on behalf of Official Committee of Unsecured Creditors of Legacy Estate Group LLC against all defendants. (RE: related document(s)1 Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). (Attachments: # 1 Summons to be Issued) (Lee, Brian) (Entered: 11/22/2006) |
|---|---|---|
| 11/22/2006 | 3 | Summons Issued on AIC Capital Partners LLC Answer Due 12/22/2006; John Bryan Answer Due 12/22/2006; Harry Chew Answer Due 12/22/2006; J.M. Bryan Family Trust Answer Due 12/22/2006; John M. and Florence E. Bryan Trust Answer Due 12/22/2006; Pacific Paragon Investment Fund Ltd Answer Due 12/22/2006; Devinder Sidhu Answer Due 12/22/2006; Kulwinder S. Sidhu Answer Due 12/22/2006. Status Conference to be held on 1/29/2007 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 11/22/2006) |
| 11/29/2006 | 4 | Summons Service Executed on AIC Capital Partners LLC 11/27/2006; John Bryan 11/27/2006; Harry Chew 11/27/2006; J.M. Bryan Family Trust 11/27/2006; John M. and Florence E. Bryan Trust 11/27/2006; Pacific Paragon Investment Fund Ltd 11/27/2006; Devinder Sidhu 11/27/2006; Kulwinder S. Sidhu 11/27/2006 *by Official Committee of Unsecured Creditors of the Legacy Estate Group, LLC.* (Lee, Brian) (Entered: 11/29/2006) |
| 12/20/2006 | 5 | Stipulation *Stipulation and [Proposed] Order to Extend Time within which to Respond to Complaint* Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (RE: related document(s)3 Summons Issued,, ). (Attachments: # 1 Declaration Declaration of Glenn E. Westreich in Support of Stipulation and [Proposed] Order to Extend Time within which to Respond to Complaint) (Mitchell, Beth) (Document is a stipulation and certificate of service only.) Modified on 12/21/2006 (ds, ). (Entered: 12/20/2006) |
| 12/22/2006 | 6 | Answer to Complaint *; Answer of Harry Chew, Pacific Paragon Investment Fund Ltd. and AIC Capital Partners, LLC, to First Amended Complaint for Damages and Declaratory and Equitable Relief, Including Subordination of Certain Claims; and Demand for Jury Trial* Filed by AIC Capital Partners LLC, Harry Chew, Pacific Paragon Investment Fund Ltd. (Golubow, Richard) (Entered: 12/22/2006) |
| 12/28/2006 | 7 | Notice Regarding *Trial Date on Claims of Pacific Paragon Investment Fund Ltd.* (RE: related document(s)2 Amended Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate |

| | | |
|---|---|---|
| | | Group LLC). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (Attachments: # 1 Certificate of Service) (Lee, Brian) (Registered participant used the wrong event code. Document to be amended and filed using the event code "Notice of Hearing".) Modified on 1/4/2007 (ds, ). (Entered: 12/28/2006) |
| 01/04/2007 | 8 | First Amended Notice of Hearing (RE: related document(s)7 Notice,, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). Trial date set for 2/1/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (Attachments: # 1 Certificate of Service) (Lee, Brian) (Entered: 01/04/2007) |
| 01/05/2007 | 9 | Order Granting (RE: related document(s)5 Stipulation Refering to Existing Document(s) to Extend Time Within Which to Respond to Complaint filed by Defendant John Bryan, Defendant J.M. Bryan Family Trust, Defendant John M. and Florence E. Bryan Trust). (ds, ) (Entered: 01/05/2007) |
| 01/05/2007 | 10 | Answer to Complaint *of Official Committee of Unsecured Creditors of the Legacy Estate Group, LLC*, Crossclaim *For Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* by John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust against Harry Chew, Pacific Paragon Investment Fund Ltd, Devinder Sidhu, Kulwinder S. Sidhu Filed by John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Mitchell, Beth) (Entered: 01/05/2007) |
| 01/08/2007 | 11 | Alias Summons to be Issued on Laminar Direct Capital, L.P. *(Re: related document(s) 10 Answer of Defendants John M. Bryan, John M. and Florence E. Bryan Trust, and J.M. Bryan Family Trust to Plaintiff's First Amended Complaint and Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* (RE: related document(s)1 Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). (Mitchell, Beth) (Entered: 01/08/2007) |
| 01/10/2007 | 12 | Cross-Claim Summons Issued on Laminar Direct Capital, L.P. Answer Due 2/9/2007. Scheduling Conference to be held on 3/26/2007 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 01/10/2007) |
| 01/16/2007 | 13 | Notice Regarding *ERRATA RE CROSS-CLAIM FOR FRAUDULENT MISREPRESENTATION, NEGLIGENT MISREPRESENTATION AND DAMAGES* Filed by Defendants John Bryan, J.M. Bryan Family Trust, |

| | | |
|---|---|---|
| | | John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Mitchell, Beth) (Entered: 01/16/2007) |
| 01/16/2007 | 14 | Certificate of Service (RE: related document(s)13 Notice, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 01/16/2007) |
| 01/18/2007 | 15 | Certificate of Service *re Alias Summons and Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation, and Damages as to Cross-Defendant Laminar Direct Capital, L.P.* (RE: related document(s)10 Answer to Complaint,, Crossclaim, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth)(Registered Participant used wrong event code. Correct event code is Summons Service Executed.) Modified on 1/19/2007 (ds, ). (Entered: 01/18/2007) |
| 01/23/2007 | 16 | Stipulation, Extend Time To Respond to Complaint Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC, Defendants Devinder Sidhu, Kulwinder S. Sidhu (RE: related document(s)2 Amended Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC, 1 Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). (Attachments: # 1 Declaration of Roya Shakoori# 2 Certificate of Service) (Shakoori, Roya) (Entered: 01/23/2007) |
| 01/24/2007 | 17 | Order Granting Stipulation to Extend Time Within Which To Respond to Complaint. (RE: related document(s)16 Stipulation for Miscellaneous Relief, , filed by Cross Defendant Kulwinder S. Sidhu, Defendant Kulwinder S. Sidhu, Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC, Cross Defendant Devinder Sidhu, Defendant Devinder Sidhu). (kl, ) (Entered: 01/24/2007) |
| 01/30/2007 | 18 | Certificate of Service *for Errata re Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages personally served on Cross-Defendant Laminar Direct Capital, L.P.* (RE: related document(s)12 Summons Issued). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Document incorrectly linked. |

| | | |
|---|---|---|
| | | Court Staff has corrected to link this document to #13.) Modified on 1/31/2007 (ds, ). (Entered: 01/30/2007) |
| 01/30/2007 | 19 | Motion to Dismiss Adversary Proceeding *"Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages"* Filed by Defendant Laminar Direct Capital, L.P.. (Pozmantier, Courtney) (Entered: 01/30/2007) |
| 01/30/2007 | 20 | Memorandum of Points and Authorities in Support of *Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* (RE: related document(s)19 Motion to Dismiss Adversary Proceeding). Filed by Defendant Laminar Direct Capital, L.P. (Pozmantier, Courtney) (Entered: 01/30/2007) |
| 01/30/2007 | 21 | Request To Take Judicial Notice *in Support of Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* (RE: related document(s)19 Motion to Dismiss Adversary Proceeding). Filed by Defendant Laminar Direct Capital, L.P. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Pozmantier, Courtney) (Entered: 01/30/2007) |
| 01/30/2007 | 22 | Notice Regarding *Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* (RE: related document(s)19 Motion to Dismiss Adversary Proceeding filed by Defendant Laminar Direct Capital, L.P.). Filed by Defendant Laminar Direct Capital, L.P.. (Pozmantier, Courtney)(Registered Participant used the wrong event code. Document is a Notice of Hearing. Court Staff has corrected to set the hearing on the court's calendar.) Modified on 1/31/2007 (ds, ). (Entered: 01/30/2007) |
| 01/30/2007 | 23 | Notice Regarding *Errata re Notice of Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* (RE: related document(s)22 Notice, filed by Defendant Laminar Direct Capital, L.P.). Filed by Defendant Laminar Direct Capital, L.P.. (Pozmantier, Courtney) (Registered Participant used the wrong event code. Document is an Amended Notice of Hearing. Court Staff has corrected to set the hearing on the court's calendar.) Modified on 1/31/2007 (ds, ). (Entered: 01/30/2007) |
| 01/30/2007 | 24 | Certificate of Service (RE: related document(s)19 Motion to Dismiss Adversary Proceeding, 20 Memo of Points & Authorities,, 22 Notice,, 21 Request To Take Judicial Notice, ). Filed by Defendant Laminar Direct Capital, L.P. (Pozmantier, Courtney) (Entered: 01/30/2007) |

| 01/30/2007 | 25 | Certificate of Service *re Notice of Errata* (RE: related document(s)23 Notice, ). Filed by Defendant Laminar Direct Capital, L.P. (Pozmantier, Courtney) (Entered: 01/30/2007) |
|---|---|---|
| 01/31/2007 | | Hearing Set On (RE: related document(s)19 Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages). Hearing scheduled for 3/2/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 01/31/2007) |
| 02/08/2007 | 26 | Stipulation, Extend Time Within Which to Respond to Cross-Claim Filed by Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Defendants Devinder Sidhu, Kulwinder S. Sidhu (RE: related document(s)10 Answer to Complaint,, Crossclaim, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (Attachments: # 1 Declaration of Roya Shakoori# 2 Certificate of Service) (Shakoori, Roya) (Entered: 02/08/2007) |
| 02/08/2007 | 27 | Order Granting (RE: related document(s)26 Stipulation to Extend Time Within Which to Respond to Cross-Claim, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross Defendant Kulwinder S. Sidhu, Defendant Kulwinder S. Sidhu, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross Defendant Devinder Sidhu, Defendant Devinder Sidhu, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (ds, ) (Entered: 02/08/2007) |
| 02/09/2007 | 28 | Answer to Complaint *(First Amended)* Filed by Devinder Sidhu, Kulwinder S. Sidhu. (Attachments: # 1 Certificate of Service)(Smith, Wendy) (Entered: 02/09/2007) |
| 02/10/2007 | 29 | Ex Parte Motion *to Certify to District Court for Jury Trial* Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 02/10/2007) |
| 02/13/2007 | 30 | Motion to Shorten Time *for hearing on Certification Motion* Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (RE: related document(s)29 Motion Miscellaneous Relief, filed by Cross-Claimant John Bryan, |

| | | |
|---|---|---|
| | | Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (Attachments: # 1 Declaration # 2 Certificate of Service) (St. James, Michael) (Entered: 02/13/2007) |
| 02/13/2007 | 31 | Notice of Hearing *on Motion for Order Shortening Time and re: Certification Motion* (RE: related document(s)30 Motion to Shorten Time,, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust, 29 Motion Miscellaneous Relief, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). Hearing scheduled for 2/14/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (St. James, Michael) (Entered: 02/13/2007) |
| 02/16/2007 | 32 | Answer to Crossclaim *of John M. Bryan* Filed by Devinder Sidhu, Kulwinder S. Sidhu. (Attachments: # 1 Certificate of Service)(Smith, Wendy) (Entered: 02/16/2007) |
| 02/16/2007 | 33 | Motion *to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2* Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Attachments: # 1 Memorandum of Points and Authorities In Support of Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2) (Mitchell, Beth) (Registered Participant used the wrong event code. Document is a notice of motion, not a motion. Court staff has set for hearing.) Modified on 2/21/2007 (ds, ). (Entered: 02/16/2007) |
| 02/16/2007 | 34 | Brief/Memorandum in Opposition to *Cross-Defendant Laminar Direct Capital's Motion to Dimiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation, and Damages* (RE: related document(s)19 Motion to Dismiss Adversary Proceeding). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 02/16/2007) |

| 02/16/2007 | 35 | Objection *to Laminar Direct Capital, L.P.'s Request for Judicial Notice* (RE: related document(s)21 Request To Take Judicial Notice, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 02/16/2007) |
|---|---|---|
| 02/16/2007 | 36 | Certificate of Service Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Document not linked to the documents that were served. Court staff has created links.) Modified on 2/21/2007 (ds, ). (Entered: 02/16/2007) |
| 02/16/2007 | | Hearing Set On (RE: related document(s)33 Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 , filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). Hearing scheduled for 2/23/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 02/21/2007) |
| 02/20/2007 | 37 | Order (RE: related document(s)26 Stipulation Extending Time Within Which to Respond to Cross-Claim, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross Defendant Kulwinder S. Sidhu, Defendant Kulwinder S. Sidhu, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross Defendant Devinder Sidhu, Defendant Devinder Sidhu, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (ds, )(This order was originally docketed incorrectly by the clerk. It was linked to the wrong stipulation. It has now been corrected and is linked to the correct stipulation (document #38).) Modified on 2/22/2007 (ds, ). (Entered: 02/20/2007) |
| 02/21/2007 | 38 | Stipulation Extending Time for Response to Cross Claims Filed by Defendant Harry Chew. (Golubow, Richard) (Document contains a certificate of service.) Modified on 2/22/2007 (ds, ). (Entered: 02/21/2007) |
| 02/21/2007 | 39 | Document: *Errata*. (RE: related document(s)28 Answer to Complaint). Filed by Defendants Devinder Sidhu, Kulwinder S. Sidhu (Attachments: # 1 Certificate of Service) (Smith, Wendy) (Entered: 02/21/2007) |

| 02/22/2007 | 40 | Response to *Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2* (RE: related document(s)33 Motion Miscellaneous Relief,, ). Filed by Defendant Laminar Direct Capital, L.P. (Pozmantier, Courtney) (Entered: 02/22/2007) |
| 02/22/2007 | 41 | Answer to Crossclaim *Answer of Cross Defendants Harry Chew, Pacific Paragon Investment Fund, Ltd. and AIC Capital Partners, LLC to Cross Claim Filed by John M. Bryan, John M. Bryan and Florence E. Bryan Trust and J.M. Bryan Trust; Demand for Jury Trial* Filed by Harry Chew. (Golubow, Richard)(With Certificate of Service) Modified on 2/23/2007 (ds, ). (Registered Participant did not select all of the document filers. Court staff has corrected.) Modified on 2/23/2007 (ds, ). (Entered: 02/22/2007) |
| 02/22/2007 | 42 | Request for Notice Filed by Debtor The Legacy Estate Group LLC (Attachments: # 1 Certificate of Service) (Murray, John) (Entered: 02/22/2007) |
| 02/22/2007 | 43 | Notice Regarding *Official Committee of Unsecured Creditors' Notice of Withdrawal of Demand for Jury Trial* (RE: related document(s)2 Amended Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (Attachments: # 1 Certificate of Service) (Lee, Brian) (Entered: 02/22/2007) |
| 02/22/2007 | 44 | Objection *Official Committee of Unsecured Creditors' Opposition to Bryan Defendants' Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2* (RE: related document(s)33 Motion Miscellaneous Relief,, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Declaration of John H. MacConaghy in Support# 2 Certificate of Service) (Lee, Brian) (Entered: 02/22/2007) |
| 02/23/2007 | 45 | Reply to *Cross-Claimants' Opposition to Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages* (RE: related document(s)19 Motion to Dismiss Adversary Proceeding, 34 Opposition Brief/Memorandum, ). Filed by Defendant Laminar Direct Capital, L.P. (Pozmantier, Courtney) (Entered: 02/23/2007) |
| 02/23/2007 | | Hearing Continued (RE: related document(s)33 Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy |

| | | |
|---|---|---|
| | | Local Rule 9015-2 Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, 19 Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages" Filed by Defendant Laminar Direct Capital, L.P. Hearing to be held on 3/14/2007 at 10:00 AM Santa Rosa Courtroom (ta, ) (Entered: 02/23/2007) |
| 03/01/2007 | 46 | Notice of Continued Hearing *Notice of Initial Scheduling Conference* (RE: related document(s)2 Amended Complaint, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC, 12 Summons Issued). Status Conference to be held on 4/30/2007 at 2:00 PM Santa Rosa Courtroom - Jaroslovsky for 12, Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (Attachments: # 1 Certificate of Service) (Lee, Brian) (Entered: 03/01/2007) |
| 03/06/2007 | 47 | Transcript, Date of Hearing: Feb. 23, 2007 *motion to certify proceeding to district court for trial by jury*. (Palmer, Susan) Additional attachment(s) added on 3/6/2007 (kl, ). (Entered: 03/06/2007) |
| 03/08/2007 | 48 | Supplemental Brief/Memorandum in support of (RE: related document(s)43 Notice, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Certificate of Service) (Lee, Brian) (Entered: 03/08/2007) |
| 03/12/2007 | 49 | Supplemental Document *SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO CERTIFY PROCEEDING TO DISTRICT COURT FOR TRIAL BY JURY PURSUANT TO BANKRUPTCY LOCAL RULE 9015-2* in Support (RE: related document(s)33 Motion Miscellaneous Relief,, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Attachments: # 1 Declaration Declaration of John M. Bryan (with Exhibits) in support of Supplemental Brief re Certification to the District Court for Jury Trial.pdf) (Mitchell, Beth) (Entered: 03/12/2007) |
| 03/14/2007 | | Hearing Held (RE: related document(s)29 Motion to Certify Proceeding to District Court for Trial by Jury filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (After hearing, matter submitted. Appearance: Michael St. James) (ds, ) (Entered: 03/14/2007) |

| 03/14/2007 | | Hearing Continued (RE: related document(s)19 Motion to Dismiss Adversary Proceeding filed by Defendant Laminar Direct Capital, L.P.). Hearing to be held on 4/6/2007 at 10:00 AM Santa Rosa Courtroom - Jaroslovsky for 19, (ds, ) (Entered: 03/14/2007) |
| --- | --- | --- |
| 03/27/2007 | 50 | Transcript, Date of Hearing: 3-14-07 *1) Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages; 2) Motion to Certify Proceeding to District Court for Trial by Jury.* (McCall, Jo) (Entered: 03/27/2007) |
| 03/27/2007 | 51 | Substitution of Attorney . Attorney Roya Shakoori and Wendy W. Smith terminated. Filed by Defendants Devinder Sidhu, Kulwinder S. Sidhu, Cross Defendants Devinder Sidhu, Kulwinder S. Sidhu (Smith, Wendy) (Entered: 03/27/2007) |
| 03/28/2007 | 52 | Certificate of Service (RE: related document(s)51 Substitution of Attorney). Filed by Defendants Devinder Sidhu, Kulwinder S. Sidhu, Cross Defendants Devinder Sidhu, Kulwinder S. Sidhu (Smith, Wendy) (Document does not comply with signature requirement. The declarant is not the same person who signed the document.) Modified on 3/29/2007 (ds, ). (Entered: 03/28/2007) |
| 03/28/2007 | 53 | Memorandum re Motion to Certify Case to District Court for Jury Trial. (dp) (Entered: 03/28/2007) |
| 03/29/2007 | | **NOTICE OF DEFECTIVE ENTRY** (RE: related document(s)51 Substitution of Attorney). (Document is not a substitution of attorney. Document is a certificate of service. Registered Participant must file an amended substitution of attorney.) (ds, ) (Entered: 03/29/2007) |
| 03/29/2007 | 54 | Amended Substitution of Attorney . Filed by Defendants Devinder Sidhu, Kulwinder S. Sidhu, Cross Defendants Devinder Sidhu, Kulwinder S. Sidhu (Smith, Wendy) Modified on 3/30/2007 (ds, ). (Entered: 03/29/2007) |
| 04/06/2007 | | Hearing Continued (RE: related document(s)19 "Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages" Filed by Defendant Laminar Direct Capital, L.P.. Hearing to be held on 4/13/2007 at 10:00 AM Santa Rosa Courtroom (ta, ) (Entered: 04/10/2007) |
| 04/13/2007 | | Hearing Continued (RE: related document(s)19 "Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages" Filed by Defendant Laminar Direct |

| | | |
|---|---|---|
| | | Capital, L.P.. Hearing to be held on 4/27/2007 at 10:00 AM Santa Rosa Courtroom (ta, ) (Entered: 04/16/2007) |
| 04/26/2007 | 55 | Notice Regarding *Non-Appearance* (RE: related document(s)46 Notice of Continued Hearing, filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Mitchell, Beth) (Entered: 04/26/2007) |
| 04/26/2007 | 56 | Request for Hearing Regarding *Status Report; Joint Request for Continuance of Initial Scheduling Conference; Committee's Request for Hearing on Certification Issues* (RE: related document(s)2 Amended Complaint,, 46 Notice of Continued Hearing, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Certificate of Service) (Blumenstiel, Hannah) (Entered: 04/26/2007) |
| 04/27/2007 | 57 | Notice of Continued Hearing *of Initial Scheduling Conference* (RE: related document(s)12 Cross-Claim Summons Issued on Laminar Direct Capital, L.P. Answer Due 2/9/2007. Scheduling Conference to be held on 3/26/2007 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky. (ds, )). Status Conference to be held on 6/14/2007 at 2:00 PM Santa Rosa Courtroom - Jaroslovsky for 12, Filed by Cross Defendant Harry Chew (Golubow, Richard) Modified on 5/3/2007 (Document incorrectly linked to summons. Court staff has created link to cross-claim.) (ds, ). (Entered: 04/27/2007) |
| 04/27/2007 | | Courtroom Hearing Continued (RE: Motion to Dismiss Adversary Proceeding - related document(s) 19 ) (Continued to 5/11/2007 10:00 AM at Santa Rosa Courtroom - Jaroslovsky) (ds, ) (Entered: 04/27/2007) |
| 04/27/2007 | 58 | Certificate of Service *re Notice of Non-Appearance* (RE: related document(s)55 Notice, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 04/27/2007) |
| 04/30/2007 | | Hearing Continued (RE: related document(s)1 SC/Adversary case 06-01173. 13 (Recovery of money/property - 548 fraudulent transfer), 14 (Recovery of money/property - other). Complaint by Official Committee of Unsecured Creditors of Legacy Estate Group LLC against John Bryan, John M. and Florence E. Bryan Trust, J.M. Bryan Family Trust, Kulwinder S. Sidhu, Devinder Sidhu, Pacific Paragon Investment Fund |

| | | |
|---|---|---|
| | | Ltd, Harry Chew, AIC Capital Partners LLC Status Conference to be held on 6/14/2007 at 2:00 PM Santa Rosa Courtroom (By conference call) (ta, ) (Entered: 05/04/2007) |
| 05/11/2007 | 59 | Order of Abstention (RE: related document(s)19 Motion to Dismiss Cross-Claim filed by Defendant Laminar Direct Capital, L.P.). (The court abstains from hearing the cross-claim against Laminar, and that the cross-complaint against Laminar is accordingly dismissed, without prejudice.) (ds, ) (Entered: 05/11/2007) |
| 05/11/2007 | | Hearing Held (RE: related document(s)19 Motion to Dismiss Cross-Claim for Fraudulent Misrepresentation, Negligent Misrepresentation and Damages Filed by Defendant Laminar Direct Capital, L.P. (After Hearing; Matter submitted. Judge Jaroslovsky to prepare Order dismissing cross claim) (No appearances) (ta, ) (Entered: 05/15/2007) |
| 05/24/2007 | 60 | Motion for Withdrawal of Reference Fee Amount $150. Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 05/24/2007) |
| 05/24/2007 | | Receipt of filing fee for Motion for Withdrawal of Reference(06-01173) [motion,mwdref] ( 150.00). Receipt number 4284317, amount $ 150.00 (U.S. Treasury) (Entered: 05/24/2007) |
| 05/24/2007 | 61 | Memorandum of Points and Authorities in Support of *Defendants' Motion to Withdraw Reference* (RE: related document(s)60 Motion for Withdrawal of Reference, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (St. James, Michael) (Entered: 05/24/2007) |
| 05/24/2007 | 62 | Request To Take Judicial Notice *in Support of Defendants' Motion to Withdraw Reference* (RE: related document(s)60 Motion for Withdrawal of Reference, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8) (St. James, Michael) (Entered: 05/24/2007) |
| 05/24/2007 | 63 | Declaration of John M. Bryan in Support of *Defendants' Motion to Withdraw Reference* (RE: related document(s)60 Motion for Withdrawal |

| | | |
|---|---|---|
| | | of Reference, ). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (St. James, Michael) (Entered: 05/24/2007) |
| 05/30/2007 | 64 | Transmittal of Motion to Withdraw Reference: . (RE: related document(s)60 Motion for Withdrawal of Reference). Filed by Defendant John M. and Florence E. Bryan Trust, Cross-Claimant John M. and Florence E. Bryan Trust (ds, ) (Entered: 05/30/2007) |
| 06/07/2007 | 66 | Return of Transmittal of Motion to Withdraw the Reference. District Court Case Number: C 07-2943. (RE: related document(s)60 Motion for Withdrawal of Reference). (ds, ) Additional attachment(s) added on 6/11/2007 (ds, ). (Entered: 06/11/2007) |
| 06/08/2007 | 65 | Supplemental Notice Regarding *Telephonic Scheduling Conference* (RE: related document(s) Hearing Continued/Rescheduled (Adv ), Hearing Continued/Rescheduled (Adv ), Hearing Continued/Rescheduled (Adv )). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (MacConaghy, John) (Entered: 06/08/2007) |
| 06/13/2007 | 67 | Notice Regarding *NOTICE OF DISMISSAL WITH PREJUDICE OF CROSS-CLAIM FOR FRAUDULENT MISREPRESENTATION, NEGLIGENT MISREPRESENTATION AND DAMAGES* (RE: related document(s)10 Answer to Complaint,, Crossclaim, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust. (Mitchell, Beth) (Entered: 06/13/2007) |
| 06/14/2007 | | Hearing Held (RE: related document(s)2 Amended Complaint for Damages and Declaratory and Equitable Relief, Including Subordination of Certain Claims by Brian Y. Lee on behalf of Official Committee of Unsecured Creditors of Legacy Estate Group LLC against all defendants(After Hearing; 2 day trial set to begin November 13, 2007 at 9:00 A.M.; Discovery due by October 12, 2007 - Court to prepare order; Accounting and expert testimony to be by declaration 7 days prior to trial) (ta, ) (Entered: 07/10/2007) |
| 06/27/2007 | 68 | Order Denying Motion to Certify Proceeding to District Court and Stricking Demand for Jury Trial as to Defendants John M. Bryan and the |

| | | |
|---|---|---|
| | | John M. Bryan Trust. (Related Doc # <u>33</u>) (kl, ) (Entered: 06/27/2007) |
| 06/27/2007 | <u>69</u> | District Court Order Re: Report and Recommendation on Motion to Withdraw Bankruptcy Court's Reference (Related Doc # <u>60</u>) (The district court refers the motion to the bankruptcy court for a report and recommendation.) (With Certificate of Service) (ds, ) (Entered: 06/28/2007) |
| 06/28/2007 | <u>70</u> | Bankruptcy Judge's Report and Recommendation Regarding Withdrawal of Reference. (dp) Modified on 7/10/2007 (ds, ). Additional attachment(s) added on 8/8/2007 (ds, ). (Entered: 06/28/2007) |
| 07/10/2007 | <u>71</u> | Scheduling Conference Order and Notice of Trial . Discovery due by 10/12/2007. Trial date set for 11/13/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (Attachments: # <u>1</u> Certificate of Service) (ds, ) (Entered: 07/10/2007) |
| 08/13/2007 | <u>72</u> | District Court Order RE: Stay; Administrative Closure (RE: related document(s)60 Motion for Withdrawal of Reference filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (The court stays this motion and case pending the bankruptcy court's resolution of the issue.) (ds, ) (Entered: 08/23/2007) |
| 09/03/2007 | <u>73</u> | Notice of Hearing *Notice of Evidentiary Hearing on Motion to Certify Case to District Court for Jury Trial* (RE: related document(s)<u>33</u> Motion Miscellaneous Relief,, filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). Hearing scheduled for 9/27/2007 at 10:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (MacConaghy, John) (Entered: 09/03/2007) |
| 09/19/2007 | <u>74</u> | Motion for Summary Judgment *re Claims of Official Committee of Unsecured Creditors* Filed by Defendant Harry Chew. (O'Keefe, Sean) (Entered: 09/19/2007) |
| 09/19/2007 | <u>75</u> | Declaration *of Harry Chew* (RE: related document(s)<u>74</u> Motion for Summary Judgment/Adjudication). Filed by Defendant Harry Chew (Attachments: # <u>1</u> Exhibit One Chew Declaration# <u>2</u> Exhibit Two Chew |

| | | |
|---|---|---|
| | | Declaration# <u>3</u> Exhibit Three Chew Declaration# <u>4</u> Exhibit Four Chew Declaration# <u>5</u> Exhibit Five Chew Declaration# <u>6</u> Exhibit 6 Chew Declaration# <u>7</u> Exhibit Seven Chew Declaration# <u>8</u> Exhibit Eight Chew Declaration# <u>9</u> Exhibit Nine Chew Declaration# <u>10</u> Exhibit Ten Chew Declaration# <u>11</u> Exhibit Eleven Chew Declaration# <u>12</u> Exhibit Twelve Chew Declaration# <u>13</u> Exhibit Thirteen Chew Declaration# <u>14</u> Exhibit Fourteen Chew Declaration# <u>15</u> Exhibit Fifteen Chew Declaration# <u>16</u> Exhibit Sixteen Chew Declaration# <u>17</u> Exhibit Seventeen Chew Declaration# <u>18</u> Exhibit Eighteen Chew Declaration# <u>19</u> Exhibit Nineteen Chew Declaration# <u>20</u> Exhibit Twenty Chew Declaration# <u>21</u> Exhibit Twenty-one Chew Declaration# <u>22</u> Exhibit Twenty-two Chew Declaration# <u>23</u> Exhibit Twenty-three Chew Declaration# <u>24</u> Exhibit Twenty-four Chew Declaration# <u>25</u> Exhibit Twenty-five Chew Declaration# <u>26</u> Exhibit Twenty-six Chew Declaration# <u>27</u> Exhibit Twenty-seven Chew Declaration# <u>28</u> Exhibit Twenty-seven Chew Declaration# <u>29</u> Exhibit Twenty-nine Chew Declaration# <u>30</u> Exhibit Thirty Chew Declaration# <u>31</u> Exhibit Thirty-one Chew Declaration# <u>32</u> Exhibit Thirty-two Chew Declaration# <u>33</u> Exhibit Thirty-three Chew Declaration) (O'Keefe, Sean) (Document is in support of document #79. Court staff has created link.) Modified on 9/21/2007 (ds, ). (Entered: 09/19/2007) |
| 09/19/2007 | <u>76</u> | Statement of Undisputed Facts and Conclusions of Law (RE: related document(s)<u>74</u> Motion for Summary Judgment/Adjudication). Filed by Defendant Harry Chew (O'Keefe, Sean) (Entered: 09/19/2007) |
| 09/19/2007 | <u>77</u> | Request To Take Judicial Notice (RE: related document(s)<u>74</u> Motion for Summary Judgment/Adjudication). Filed by Defendant Harry Chew (Attachments: # <u>1</u> Exhibit One# <u>2</u> Exhibit Two# <u>3</u> Exhibit Three# <u>4</u> Exhibit Four# <u>5</u> Exhibit Five# <u>6</u> Exhibit Six) (O'Keefe, Sean) (Document is in support of document #79. Court staff has created link.) Modified on 9/21/2007 (ds, ). Modified on 9/21/2007 (ds, ). (Entered: 09/19/2007) |
| 09/19/2007 | <u>78</u> | Notice Regarding *Lodging of Deposition Transcript (Partial) of Calvin Sidhu* (RE: related document(s)<u>74</u> Motion for Summary Judgment/Adjudication filed by Cross Defendant Harry Chew, Defendant Harry Chew). Filed by Defendant Harry Chew. (Attachments: # <u>1</u> Exhibit One) (O'Keefe, Sean) (Document is in support of document #79. Court staff has created link.) Modified on 9/21/2007 (ds, ). (Entered: 09/19/2007) |
| 09/19/2007 | <u>79</u> | Motion for Summary *Judgment or Partial Adjudication of Facts re Cross Claims of John Bryan and Bryan Trusts* Filed by Defendant |

| | | |
|---|---|---|
| | | Pacific Paragon Investment Fund Ltd. (O'Keefe, Sean) (Entered: 09/19/2007) |
| 09/19/2007 | 80 | Statement of *Undisputed Facts and Conclusions of Law Filed By Cross Defendants AIC Capital Partners, LLC, Pacific Paragon Investment Fund Ltd. and Harry Chew* (RE: related document(s)79 Motion for Summary Judgment/Adjudication). Filed by Cross Defendant Pacific Paragon Investment Fund Ltd (O'Keefe, Sean) (Entered: 09/19/2007) |
| 09/19/2007 | 81 | Declaration *of Sean A. OKeefe In Support of Motions For Summary Judgment Filed By Defendants And Cross Defendants* (RE: related document(s)79 Motion for Summary Judgment/Adjudication, 74 Motion for Summary Judgment/Adjudication). Filed by Cross Defendant Pacific Paragon Investment Fund Ltd (Attachments: # 1 Exhibit One) (O'Keefe, Sean) (Entered: 09/19/2007) |
| 09/19/2007 | 82 | Memorandum of Points and Authorities in Support of *a Judicial Determination that the John M. and Florence E. Bryan Trust Has Waived its Right to a Jury Trial* (RE: related document(s)73 Notice of Hearing,, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (Document has been incorrectly linked. Document should be linked to document #33. Court staff has created new link.) Modified on 9/21/2007 (ds, ). (Entered: 09/19/2007) |
| 09/19/2007 | 83 | Declaration of Kimberly S. Morris in Support of *Plaintiff's Brief in Support of a Judicial Determination that the John M. and Florence E. Bryan Trust Has Waived Its Right to a Jury Trial* (RE: related document(s)82 Memo of Points & Authorities, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Blumenstiel, Hannah) (Entered: 09/19/2007) |
| 09/19/2007 | 84 | Certificate of Service (RE: related document(s)82 Memo of Points & Authorities,, 83 Declaration, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (Entered: 09/19/2007) |
| 09/19/2007 | | **NOTICE OF DEFECTIVE ENTRY** (RE: related document(s)84 Certificate of Service). (Document is not properly captioned. Document does not have a case number or name of case.) (ds, ) (Entered: 09/21/2007) |
| 09/21/2007 | 85 | Notice of Hearing *re Motion For Summary Judgment or Partial* |

| | | |
|---|---|---|
| | | *Ajudication of Facts Re Claims of Official Committee of Unsecured Creditors* (RE: related document(s)74 Motion for Summary Judgment/Adjudication filed by Cross Defendant Harry Chew, Defendant Harry Chew). Hearing scheduled for 10/19/2007 at 10:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Defendant Harry Chew. (O'Keefe, Sean) (Entered: 09/21/2007) |
| 09/21/2007 | 86 | Notice of Hearing *re Motion for Summary Judgment or Partial Adjudication of Facts re Claims of Bryan and Bryan Trusts* (RE: related document(s)79 Motion for Summary Judgment/Adjudication filed by Cross Defendant Pacific Paragon Investment Fund Ltd, Defendant Pacific Paragon Investment Fund Ltd). Hearing scheduled for 10/19/2007 at 10:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Cross Defendant Pacific Paragon Investment Fund Ltd. (O'Keefe, Sean) (Entered: 09/21/2007) |
| 09/25/2007 | 87 | Amended Certificate of Service (RE: related document(s)84 Certificate of Service). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (Entered: 09/25/2007) |
| 09/25/2007 | 88 | Memorandum of Points and Authorities in Opposition of *A JUDICIAL DETERMINATION THAT THE JOHN M. AND FLORENCE E. BRYAN TRUST HAS WAIVED ITS RIGHT TO A JURY TRIAL.* Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth)(Registered Participant did not link this document. Court staff has created link to document #33.) Modified on 9/28/2007 (ds, ). (Entered: 09/25/2007) |
| 09/25/2007 | 89 | Notice Regarding *Notice to Appear at Trial in Lieu of Subpoena* (RE: related document(s)53 Memorandum Decision, 68 Order on Motion for Miscellaneous Relief, 70 Order). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (MacConaghy, John) (Entered: 09/25/2007) |
| 09/26/2007 | 90 | Ex Parte Application for Order Shortening Time in Which to Serve Notice to Appear at Trial in Lieu of Subpoena Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (ds, ) (Entered: 09/26/2007) |
| 09/26/2007 | 91 | Order Granting Ex Parte Application Shortening Time in Which to Serve Notice to Appear at Trial in Lieu of Subpoena (Related Doc # 90) (ds, ) (Entered: 09/26/2007) |

| 09/26/2007 | 92 | Objection *To Defendant and Cross-Claimants' Use of Deposition Testimony At Evidentiary Hearing* (RE: related document(s)88 Memo of Points & Authorities, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (With Certificate of Service) Modified on 9/28/2007 (ds, ). (Entered: 09/26/2007) |
| --- | --- | --- |
| 09/27/2007 | | Hearing Held (RE: related document(s)33 Motion to Certify Proceeding to District Court for Trial by Jury Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision within 10 days. Exhibit's 1-8 and deposition transcript Admitted) (Appearances: John MacConaghy, Jean Barnier and Glenn Westreich) (ta, ) (Entered: 09/27/2007) |
| 09/28/2007 | 93 | Memorandum re Right to Jury Trial of Defendant. (RE: related document(s)33 Motion to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 filed by Cross-Claimant John Bryan, Defendant John Bryan, Cross-Claimant J.M. Bryan Family Trust, Defendant J.M. Bryan Family Trust, Cross-Claimant John M. and Florence E. Bryan Trust, Defendant John M. and Florence E. Bryan Trust). (lj, ) (Entered: 09/28/2007) |
| 10/01/2007 | 94 | Order Denying Motion to Certify Case to District Court for Jury Trial and Striking Jury Demand (Related Doc # 29) (ds, ) (Entered: 10/01/2007) |
| 10/04/2007 | 95 | Motion for Summary Judgment *Against the John M. and Florence E. Bryan Trust and the J.M. Bryan Family Trust* Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (Blumenstiel, Hannah) (Entered: 10/04/2007) |
| 10/04/2007 | 96 | Memorandum of Points and Authorities in Support of *Plaintiff's Motion For Summary Judgment Against the John M. and Florence E. Bryan Trust and the J.M. Bryan Family Trust* (RE: related document(s)95 Motion for Summary Judgment/Adjudication). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (Entered: 10/04/2007) |
| 10/04/2007 | 97 | Declaration of Kimberly S. Morris in Support of *Plaintiff's Motion for Summary Judgment Against the John M. and Florence E. Bryan Trust and the J.M. Bryan Family Trust* (RE: related document(s)95 Motion for Summary Judgment/Adjudication). Filed by Plaintiff Official Committee |

| | | |
|---|---|---|
| | | of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Exhibit A & B To Declaration of Kimberly S. Morris# 2 Exhibit C & D To Declaration of Kimberly S. Morris# 3 Exhibit E & F To Declaration of Kimberly S. Morris# 4 Exhibit G & H To Declaration of Kimberly S. Morris# 5 Exhibit I & J to Declaration of Kimberly S. Morris# 6 Exhibit K & L To Declaration of Kimberly S. Morris# 7 Exhibit M & N To Declaration of Kimberly S. Morris# (8) Exhibit O & P To Declaration of Kimberly S. Morris# 9 Exhibit Q & R To Declaration of Kimberly S. Morris# 10 Exhibit S & T TO Declaration of Kimberly S. Morris) (Blumenstiel, Hannah) (Entered: 10/04/2007) |
| 10/04/2007 | 98 | Notice of Hearing *on Plaintiff's Motion for Summary Judgment Against the John M. and Florence E. Bryan Trust and the J.M. Bryan Family Trust* (RE: related document(s)95 Motion for Summary Judgment/Adjudication filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC). Hearing scheduled for 11/2/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC. (Blumenstiel, Hannah) (Entered: 10/04/2007) |
| 10/05/2007 | 99 | Brief/Memorandum in Opposition to *Chew/AIC Motion for Summary Judgment* (RE: related document(s)74 Motion for Summary Judgment/Adjudication). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Blumenstiel, Hannah) (Entered: 10/05/2007) |
| 10/05/2007 | 100 | Declaration of Hannah L. Blumenstiel in Support of *Committee's Opposition to Chew/AIC Motion for Summary Judgment* (RE: related document(s)99 Opposition Brief/Memorandum, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Exhibit Exhibits A and B to Blumenstiel Declaration# 2 Exhibit Exhibits C and D to Blumenstiel Declaration# 3 Exhibit Exhibits E and F to Blumenstiel Declaration# 4 Exhibit Exhibits G and H to Blumenstiel Declaration# 5 Exhibit Exhibits I and J to Blumenstiel Declaration# 6 Exhibit Exhibits K and L to Blumenstiel Declaration# 7 Exhibit Exhibit M to Blumenstiel Declaration) (Blumenstiel, Hannah) (Entered: 10/05/2007) |
| 10/05/2007 | 101 | Request To Take Judicial Notice *in Support of Committee's Opposition to Chew/AIC Motion for Summary Judgment* (RE: related document(s)99 Opposition Brief/Memorandum, ). Filed by Plaintiff Official Committee of Unsecured Creditors of Legacy Estate Group LLC (Attachments: # 1 Exhibit Exhibits A and B to Committee Request for Judicial Notice# 2 Exhibit Exhibits C and D to Committee Request |

| | | |
|---|---|---|
| | | for Judicial Notice) (Blumenstiel, Hannah) (Entered: 10/05/2007) |
| 10/05/2007 | 102 | Opposition Brief/Memorandum in Opposition to *and Memorandum of Points and Authorities in Opposition to Cross Defendants Harry Chew, AIC Capital Partners, and Pacific Paragon Investment Fund, Ltd.'s Motion for Summary Judgment or Partial Adjudication of Facts Re Cross Claims of John M. Bryan and Bryan Trusts* (RE: related document(s)79 Motion for Summary Judgment/Adjudication). Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 10/05/2007) |
| 10/05/2007 | 103 | Affidavit Re: *and in Support of Cross-Claimants' Opposition to Cross Defendants Harry Chew, AIC Capital Partners, LLC, and Pacific Paragon Investment Fund Ltd's Motion for Summary Judgment or Partial Adjudicaiton of Facts Re Cross Claims of John M. Bryan and Bryan Trusts*. Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Attachments: # 1 Affidavit Exhts A-E to Kolek Declaration# 2 Affidavit Exhibits E-H to Kolek Declaration) (Mitchell, Beth) (Entered: 10/05/2007) |
| 10/05/2007 | 104 | Affidavit Re: *John M. Bryan in Support of Cross-Claimants' Opposition to Cross Defendants Harry Chew, AIC Capital Partners, LLC, and Paragon Pacific Investment Fund, Ltd's Motion for Summary Judgment or Partial Adjudication of Facts Re Cross Claims of John M. Bryan and Bryan Trusts*. Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 10/05/2007) |
| 10/05/2007 | 105 | Objection *of Cross-Claimants to Evidence Submitted By Cross-Defendants Harry Chew, AIC Capital Partners, LLC, and Paragon Pacific Investment Fund, Ltd in Support of Motion for Summary Judgment or Partial Adjudication of Facts Re Cross Claims of John M. Bryan and Bryan Trusts*. Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 10/05/2007) |
| 10/05/2007 | 106 | Statement of (Separate) of Disputed and Undisputed Material Facts *and Additional Undisputed Material Facts in Opposition to Cross-* |

| | | |
|---|---|---|
| | | *Defendants Harry Chew, AIC Capital Partners, LLC, and Pacific Paragon Investment Fund Ltd's Motion for Summary Judgment or Partial Adjudication of Facts Re Cross Claims of John M. Bryan and Bryan Trusts.* Filed by Defendants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust, Cross-Claimants John Bryan, J.M. Bryan Family Trust, John M. and Florence E. Bryan Trust (Mitchell, Beth) (Entered: 10/05/2007) |
| 10/12/2007 | <u>107</u> | First Amended Notice of Hearing (RE: related document(s)<u>79</u> Motion for Summary Judgment/Adjudication filed by Cross Defendant Pacific Paragon Investment Fund Ltd, Defendant Pacific Paragon Investment Fund Ltd). Hearing scheduled for 10/19/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Cross Defendant Harry Chew. (O'Keefe, Sean) (Entered: 10/12/2007) |
| 10/12/2007 | <u>108</u> | First Amended Notice of Hearing (RE: related document(s)<u>74</u> Motion for Summary Judgment/Adjudication filed by Cross Defendant Harry Chew, Defendant Harry Chew). Hearing scheduled for 10/19/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Defendant Harry Chew. (O'Keefe, Sean) (Entered: 10/12/2007) |
| 10/12/2007 | <u>109</u> | Reply to *Committee of Unsecured Creditors' s Opposition To Motion For Summary Judgment* (RE: related document(s)<u>74</u> Motion for Summary Judgment/Adjudication). Filed by Defendant Harry Chew (O'Keefe, Sean) (Entered: 10/12/2007) |
| 10/12/2007 | <u>110</u> | Reply to *Opposition To Motion For Summary Judgment re Cross Claims of Bryan Parties* (RE: related document(s)<u>79</u> Motion for Summary Judgment/Adjudication). Filed by Cross Defendant Harry Chew (O'Keefe, Sean) (Entered: 10/12/2007) |

# Exhibit

# 2

Entered on Docket
August 23, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

RECEIVED

AUG 13 2007

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

AUG 09 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re THE LEGACY ESTATE GROUP, LLC,

         Debtor.
_____/

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

         Plaintiff,

         v.

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,

         Defendants,

JOHN M. BRYAN, JOHN M. AND FLORENCE BRYAN TRUST, J.M. BRYAN FAMILY TRUST,

         Defendants/Cross-Claimants,

KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership,

         Defendants/Cross-Defendants.
_____/

No. C 07-2943 PJH
Bankr. Case No. 05-14659 AJ
Adv. Case No. 06-1173 AJ

**STAY ORDER; ADMINISTRATIVE CLOSURE**

FILED

AUG 13 2007

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

United States District Court
For the Northern District of California

United States District Court

For the Northern District of California

1    On May 24, 2007, defendants and movants John M. Bryan ("Bryan"), John M. and

2    Florence E. Bryan Trust ("JFB Trust"), and J.M. Bryan Family Trust ("JMB Trust"), filed with

3    the bankruptcy court a motion to withdraw the bankruptcy court's reference, pursuant to 28

4    U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure ("FRBP") 5011. On June 6,

5    2007, the bankruptcy court transmitted the motion to this court pursuant to Rule 5011. On

6    June 29, 2007, the bankruptcy court submitted to this court a report and recommendation,

7    in which the bankruptcy court recommended that this court deny the motion to withdraw the

8    reference. Subsequently, the parties briefed the motion before this court.

9    Plaintiff, the official committee of unsecured creditors of the debtor Legacy Estate

10   Group, LLC ("committee"), 05-14659 AJ, filed the adversary proceeding, 06-1173 AJ,

11   giving rise to the instant motion, against a number of defendants/creditors, including Bryan,

12   the JMB Trust, and the JFB Trust, to recover estate property and damages. The first

13   amended complaint ("FAC") includes twenty claims, most of which seek relief under the

14   Bankruptcy Code, but a few which seek relief under state law as well.

15   Movants seek withdrawal of the reference to the bankruptcy court based on the JFB

16   Trust's right to a jury trial. The United States Supreme Court has held that the Seventh

17   Amendment entitles a person who has not submitted a claim against a bankruptcy estate

18   to a jury trial when sued by a bankruptcy trustee seeking monetary relief, even in core

19   proceedings under the Bankruptcy Code, such as fraudulent or preferential transfer

20   actions. *Granfinanciera, S.A. v. Nordberg,* 492 U.S. 33, 40 n.3, 50 (1989) (fraudulent

21   transfer case); *Langenkamp v. Culp,* 498 U.S. 42, 44 (1990) (preferential transfer case).

22   Unless all parties consent and the district court designates the bankruptcy court to do so,

23   the bankruptcy court may not conduct the jury trial. *See* § 157(e). However, a creditor

24   waives the jury trial right by filing a proof of claim in the bankruptcy case. *See*

25   *Granfinanciera,* 492 U.S. at 40; *Langenkamp,* 498 U.S. at 44.

26   The current motion appears to have been motivated by movants' dissatisfaction with

27   related rulings by the bankruptcy court. There is no dispute that Bryan and the JMB Trust

28

United States District Court
For the Northern District of California

1   filed proofs of claims in the bankruptcy case.  On March 28, 2007, the bankruptcy court

2   noted that was the case, and on June 27, 2007, struck Bryan and the JMB Trust's

3   demands for jury trial.  Similarly, there is also no dispute that the JFB Trust did *not* file a

4   proof of claim.  The dispute that has not been resolved, though, and that appeared to have

5   been imminent at the time movants filed the motion before this court, concerns whether or

6   not Bryan and the JMB Trust constituted alter egos for the JFB Trust, such that the filing of

7   Bryan's and the JMB Trust's proofs of claims waived the JFB Trust's jury trial right.  In fact,

8   in its March 28, 2007 order, the bankruptcy court granted the parties leave to conduct

9   discovery on the issue, ordered the parties to submit supplemental briefs, and indicated

10  that it would hold an evidentiary hearing on the issue.  However, given the instant motion to

11  withdraw its reference, the bankruptcy court did not resolve the issue.

12      Because that issue is central to this court's decision on the motion to withdraw the

13  reference, the court STAYS the instant motion pending resolution of the issue by the

14  bankruptcy court.  The court notes that the bankruptcy court retains jurisdiction to decide

15  the issue in spite of the fact that the current motion to withdraw was filed.  *See* Federal

16  Rule of Bankruptcy Procedure 5011(c) (noting that motion to withdraw reference does not

17  stay proceedings before bankruptcy judge "except that the bankruptcy judge may stay, on

18  such terms and conditions as are proper, proceedings pending disposition of the motion").

19  Because of the size and complexity of the Chapter 11 bankruptcy case, the bankruptcy

20  court's familiarity with the case in general and with the very specific issue here, and the

21  impact on the bankruptcy estate, this issue is more appropriately determined by the

22  bankruptcy court.  To the extent that the bankruptcy court decides that the JFB Trust does

23  indeed constitute an alter ego of Bryan and/or the JMB Trust, then JFB Trust, in addition to

24  Bryan and JMB Trust, will all have waived their jury trial right and the instant motion will be

25  mooted.  However, to the extent the bankruptcy court determines otherwise, then this court

26  will rule on the motion to withdraw reference.

27      Accordingly, the court STAYS this motion and case pending the bankruptcy court's

28

3

1  resolution of the above issue. The parties are ORDERED to advise this court immediately

2  upon the bankruptcy court's ruling on the issue.

3        The clerk shall administratively close this case. The closure has no legal effect; it is

4  purely a statistical matter. The case will be reopened, the stay vacated, and further order

5  issued upon notification by the parties in accordance with the conditions set forth above.

6

7        **IT IS SO ORDERED.**

8

9  Dated: August___9___, 2007

10

11                                              PHYLLIS J. HAMILTON
                                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LEGACY ESTATE GROUP,

Debtor.

_____/

Case Number: CV07-02943 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-Santa Rosa
U.S. Bankruptcy Court
99 South E Street
Santa Rosa, CA 95404

Alan Jaroslovsky
USBC
Northern District of California
Santa Rosa Division
99 South E Street
Santa Rosa, CA 95404

Devinder Sidhu
P.O. Box 401
3022 St. Helena Highway North
St. Helena, CA 94574

Kulwinder S. Sidhu
P.O. Box 401
St. Helena, CA 94574

Dated: August 9, 2007

*Nikki Hu*

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk

# Exhibit

# 3

WINSTON & STRAWN LLP
ROLF S. WOOLNER, State Bar No. 143127
HANNAH L. BLUMENSTIEL, State Bar No. 214842
101 California St., Ste. 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email:    rwoolner@winston.com
Email:    hblumenstiel@winston.com

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
645 First St. West
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email:    macclaw@macbarlaw.com

Attorneys for Plaintiff
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | Case No. 05-14659 |
| THE LEGACY ESTATE GROUP, LLC, a California limited liability company, etc. | (Chapter 11) |
| Debtor. | |
| | Adv. Proc. No. 06-1173 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ESTATE OF THE LEGACY ESTATE GROUP, LLC, | **NOTICE OF EVIDENTIARY HEARING ON MOTION TO CERTIFY CASE TO DISTRICT COURT FOR JURY TRIAL** |
| Plaintiff, | Date: 9/27/2007 |
| v | Time: 10:00 a.m. |
| JOHN M. BRYAN, et al, | Santa Rosa Courtroom |
| Defendants. | |
| AND RELATED CROSS-CLAIM | |

[9060.NEH]

PAGE 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**NOTICE IS HEREBY GIVEN** that on **September 27, 2007 at 10:00 a.m.**, in the courtroom of the Hon. Alan Jaroslovsky, United States Bankruptcy Court, 99 South E. St. Santa Rosa, CA, an evidentiary hearing will be held on the Motion to Certify Case to District Court for Jury Trial as to the Defendant John and Florence Bryan Trust.  This hearing is held pursuant to that certain "Memorandum re Motion to Certify Case to District Court for Jury Trial" entered by this Court on March 28, 2007.

Dated: September 3, 2007

Winston & Strawn, LLP

and

MacConaghy & Barnier, PLC

/s/ John H. MacConaghy
John H. MacConaghy
Attorneys for Plaintiff

[9060.NEH]

PAGE 2

# Exhibit

# 4

1  **WINSTON & STRAWN LLP**
   ROLF S. WOOLNER (CA SBN: 143127)
2  HANNAH L. BLUMENSTIEL (CA SBN: 214842)
   KIMBERLY S. MORRIS (CA SBN: 249933)
3  101 California Street, Suite 3900
   San Francisco, California 94111-5894
4  Telephone:    (415) 591-1000
   Facsimile:    (415) 591-1400
5  Email:    rwoolner@winston.com
   Email:    hblumenstiel@winston.com
6  Email:    kmorris@winston.com

7  **MacCONAGHY & BARNIER, PLC**
   JOHN H. MacCONAGHY (CA SBN: 83684)
8  645 First Street West, Suite D
   Sonoma, California 95476
9  Telephone:    (707) 935-3205
   Facsimile:    (707) 935-7051
10 Email:    macclaw@macbarlaw.com

11 Co-Counsel for Plaintiff, The Official Committee of
   Unsecured Creditors

12              **UNITED STATES BANKRUPTCY COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                   **SANTA ROSA DIVISION**

15 In re:                                    **Case No. 05-14659**

16 THE LEGACY ESTATE GROUP, LLC, a          Chapter 11
   California Limited Liability Company, formerly
17 doing business as FREEMARK ABBEY WINERY,
   BYRON VINEYARD & WINERY, AND
18 ARROWOOD VINEYARD & WINERY,              Adversary Proceeding No. 06-01173

19              Debtor.                      **PLAINTIFF'S BRIEF IN SUPPORT OF A**
                                            **JUDICIAL DETERMINATION THAT**
20 OFFICIAL COMMITTEE OF UNSECURED          **THE JOHN M. AND FLORENCE E.**
   CREDITORS OF THE LEGACY ESTATE           **BRYAN TRUST HAS WAIVED ITS**
21 GROUP, LLC,                              **RIGHT TO A JURY TRIAL**

22              Plaintiff,

23         v.                               **Hearing Date:  September 27, 2007**
                                            **HearingTime:  10:00 a.m.**
24 JOHN M. BRYAN, JOHN M. AND FLORENCE      **Santa Rosa Courtroom**
   E. BRYAN TRUST, J.M. BRYAN FAMILY
25 TRUST, KULWINDER SIDHU, DEVINDER         **Hon. Alan Jaroslovsky**
   SIDHU, PACIFIC PARAGON INVESTMENT
26 FUND LTD., a British Columbia company,
   HARRY CHEW, and AIC CAPITAL PARTNERS,
27 LLC, a California limited liability company,

28              Defendants.

*(left margin vertical text)* Winston & Strawn LLP / 101 California Street / San Francisco, CA 94111-5894

1

1  JOHN M. BRYAN, JOHN M. AND FLORENCE
   E. BRYAN TRUST, J.M. BRYAN FAMILY
2  TRUST,

3            Defendants/Cross-Claimants,

4        v.

5  KULWINDER SIDHU, et al.,

6            Defendants/Cross-Defendants.

7

8        The Official Committee of Unsecured Creditors ("Committee") appointed in the Chapter 11

9  case of The Legacy Estate Group LLC ("Legacy") submits this brief in support of a judicial

10 determination that defendant The John M. and Florence E. Bryan Trust ("JFB Trust") has waived its

11 right to a jury trial.

12 **I.     Summary of Argument**

13       A creditor who files a claim against a bankruptcy estate submits to the equitable jurisdiction

14 of the bankruptcy court and relinquishes any right to a jury trial. *Langenkamp v. Culp*, 498 U.S. 42,

15 44-45 (1990); *Granfinanciera, S.A. v. Nordberg*, 492 U.S. 33, 58-59 (1988); *Katchen v. Landy*, 382

16 U.S. 323, 336 (1966). Accordingly, this Court has stricken the jury trial demands of John M. Bryan

17 ("Mr. Bryan") and the J.M. Bryan Family Trust, both of which asserted claims against the Legacy

18 bankruptcy estate. Order Denying Motion to Certify to District Court and Striking Demand for Jury

19 Trial as to Defendants John M. Bryan and the John M. Bryan Family Trust, dated June 27, 2007.

20 Although the JFB Trust has not explicitly asserted a claim against Legacy, the JFB Trust is the alter

21 ego of Mr. Bryan as a matter of law. Because this court has already determined that Mr. Bryan

22 waived his right to a jury trial, the same conclusion applies to the JFB Trust.

23       The JFB Trust is a revocable trust, of which Mr. Bryan is the primary settlor, trustee, and

24 beneficiary.[1] *See* John M. and Florence E. Bryan Trust Amended and Restated Trust Instrument

25 ("Trust Instrument"), attached as Exhibit A to the Morris Declaration In Support of Plaintiff's Brief

26

27 [1] The Committee first became aware that the JFB Trust was a revocable trust on July 20, 2007, when
   the Bryan Defendants disclosed that fact in related proceedings before the District Court. *See* Reply
28 of John M. Bryan, the John M. and Florence E. Bryan Trust and J.M. Bryan Family Trust in Support
   Of Motion To Withdraw Reference at 5.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    In Support Of A Judicial Determination That The John M. and Florence E. Bryan Trust Has Waived

2    Its Right To A Jury Trial ("Morris Decl."). Under the California Probate Code, when a trust is

3    revocable -- that is, when a settlor retains the power to revoke the trust in whole or in part -- the trust

4    property remains subject to the claims of the settlor's own creditors, and the settlor also retains the

5    power to enforce the rights of the trust, superseding any powers or rights of the named trustee and

6    beneficiaries.

7        The Trust Instrument reserves to Mr. Bryan, as settlor, complete ownership and control of the

8    JFB Trust property, and full power to enforce the rights of the JFB Trust. This fact alone establishes

9    that the JFB Trust cannot assert a jury trial right, because Mr. Bryan, the settlor of that trust, waived

10   his jury trial right.

11       Moreover, in deposition testimony in this action, Mr. Bryan has admitted that he established

12   the JFB Trust solely for estate planning purposes in lieu of a will, and has always treated JFB Trust

13   property as his own, without regard for the separate existence of the trust. The JFB Trust has waived

14   any possible jury trial right as a matter of law.

15   **II.    Factual Background**

16       John M. Bryan and Florence E. Bryan are the settlors of the JFB Trust. Morris Decl. Exhibit

17   A, Trust Instrument at 1-1. John Bryan established the JFB Trust on August 19, 1991, in lieu of a

18   will, to dispose of his estate and to "simplify an estate settlement." John Bryan Deposition

19   Transcript ("J. Bryan Dep. Trans.") at 38:11-14, attached as Exhibit B to the Morris Decl.; *see also*

20   Morris Decl. Exhibit A, Trust Instrument at 1-1. In establishing the JFB Trust, Mr. Bryan conveyed

21   to the trust all of the assets and property that he owned at that time. Morris Decl. Exhibit A, Trust

22   Instrument at 1-2. The JFB Trust is a "present interest trust" that holds substantially all of Mr.

23   Bryan's personal assets, including his personal residences. Morris Decl. Exhibit B, J. Bryan Dep.

24   Trans. at 30:8-10. In fact, Mr. Bryan is not aware of *any* assets belonging to him that are not held in

25   the JFB Trust. *Id.* at 31:14-17.

26       Under the express terms of the Trust Instrument, John or Florence Bryan, acting alone or

27   together, can revoke the trust at any time and receive all remaining trust property from the trustees.

28   Morris Decl. Exhibit A, Trust Instrument at 2-1. John Bryan is also a trustee of the JFB Trust, with

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1   the power to "manage the trust assets acting alone." *Id.* at 7-4.[2] Despite the fact that the JFB Trust

2   holds substantially all of Mr. Bryan's property interests, Mr. Bryan admits that he did not read nor

3   have knowledge of the Trust Instrument terms, and used the assets in the JFB Trust in the same

4   manner as he would have had the assets not been subject to the trust. Morris Decl. Exhibit B, J.

5   Bryan Dep. Trans. at 33:2-6, 42:24-43:1.

6          Prior to the March 2005 leveraged buyout transaction ("LBO transaction") at issue in this

7   action, the JFB Trust, at Mr. Bryan's direction, held Legacy membership interests as trust property.

8   *See* First Amended Complaint for Damages and Declaratory and Equitable Relief, Including

9   Subordination Of Certain Claims, dated November 22, 2006 ("First Amended Complaint") at ¶ 8;

10  Answer of Defendants John M. Bryan, John M. and Florence E Bryan Trust, J.M. Bryan Family

11  Trust To Plaintiff's First Amended Complaint, dated January 5, 2007 ("Bryan Answer") at ¶ 8. In

12  March 2005, the JFB Trust, at Mr. Bryan's direction, sold that trust property to Connaught. First

13  Amended Complaint at ¶ 9; Bryan Answer at ¶ 9; *see also* Morris Decl. Exhibit B, J. Bryan Dep.

14  Trans. at 149:16-150:14. In the LBO transaction, the JFB Trust received cash and an interest in a

15  promissory note, which the Committee seeks to recover for the benefit of the estate. *Id.*

16         Mr. Bryan has directly and indirectly asserted numerous claims against the Legacy

17  bankruptcy estate, several of which have already been paid by the Legacy estate. For example:

18         •   Mr. Bryan signed and filed claim #126 in the stated amount of $1,345,444.89, seeking

19  retrospective indemnification for payments Mr. Bryan made under a guaranty issued to Red Barn

20  Ranch in connection with the Red Barn grape purchase contract. Legacy has paid this claim in full,

21  in cash, pursuant to orders of the Court.

22         •   Mr. Bryan signed and filed claim #122 in the stated amount of $20,181,673.85,

23  seeking prospective indemnification with respect to the Red Barn Ranch guaranty. After mediation

24  and approval of the settlement, Legacy paid the entire compromised amount of this claim in cash,

25  with a $750,000 payment to Red Barn.

26

27  ───────────
    [2]Although the JFB Trust has a nominal co-trustee, Alan R. Brudos (who works for Mr. Bryan), Mr.
28  Bryan admits that Mr. Brudos would not make any decision with respect to the trust or its assets
    without first consulting with Mr. Bryan. Morris Decl. Exhibit B, J. Bryan Dep. Trans. at 43:13-17.

4

1    • Mr. Bryan signed and filed claim #145 on behalf of Sycamore Vineyards, a California

2    general partnership ("Sycamore"), in the stated amount of $497,115.08, for the purchase price of

3    grapes delivered by Sycamore. Legacy has paid this claim in full, in cash, pursuant to orders of the

4    Court.

5        Sycamore's general partners are John M. Bryan and Florence E. Bryan.[3] Mr. Bryan's general

6    partnership interests in Sycamore are held by the JFB Trust. Morris Decl. Exhibit B, J. Bryan Dep.

7    Trans. at 30:8-10, 31:14-17.

8        Thus, Mr. Bryan has enjoyed substantial monetary benefits from his claims against Legacy,

9    and so has the JFB Trust.

10    **III.    Argument**

11

12    A.    Mr. Bryan's Jury Trial Waiver Must Be Imputed To The JFB Trust Under California
          Probate Law

13

14        As its settlor, Mr. Bryan has complete control over the JFB Trust, and his conduct with

15    respect to the Legacy bankruptcy estate binds the JFB Trust. California law allows courts to look

16    beyond a trust to a settlor who retains the power to revoke the trust. California Probate Code

17    § 15800 provides that the person holding the power to revoke a trust has the rights of beneficiaries

18    under the Probate Code:

19        Except to the extent that the trust instrument otherwise provides or
          where the joint action of the settlor and all beneficiaries is required,
20        during the time that a trust is revocable and the person holding the
          power to revoke the trust is competent:

21

22        (a)    The person holding the power to revoke, and not the beneficiary,
                 has the rights afforded beneficiaries under this division.

23

24        (b)    The duties of the trustee are owed to the person holding the power
                 to revoke.

25

26

27    [3] Declaration of John M. Bryan in Support of Supplemental Brief to Certify Proceeding to District
      Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 ("J. Bryan Declaration"), ¶ 2,
28    attached as Exhibit C to the Morris Decl.; Sycamore Vineyards (Partnership Agreement) dated
      August 16, 1976, *passim*, attached to the J. Bryan Declaration as Exhibit A.

5

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    The Law Revision Commission Comments to Section 15800 state that this section "recognizes that

2    the holder of a power of revocation is in control of the trust." Among the rights afforded by statute

3    to trust beneficiaries, and therefore to settlors of revocable trusts, is the right to petition a court to

4    enforce "the existence or nonexistence of *any* immunity, power, privilege, duty or right." Cal. Prob.

5    Code § 17200(b)(2) (emphasis added). The right to preserve, enforce or waive a jury trial right on

6    behalf of the JFB Trust is thus among the rights held by Mr. Bryan, as settlor of the revocable JFB

7    Trust.

8        Furthermore, trust assets remain the property of the settlor, not the separate property of the

9    trust, for purposes of debtor-creditor relations. California Probate Code § 18200 provides: "If the

10    settlor retains the power to revoke the trust in whole or in part, the trust property is subject to the

11    claims of creditors of the settlor to the extent of the power of revocation during the lifetime of the

12    settlor."

13        California bankruptcy courts routinely apply sections 18200 and 15800 of the Probate Code

14    to find that the assets of revocable trusts constitute property of the settlor's bankruptcy estate under

15    11 U.S.C. § 541: "Under California law, when the settlor of a trust retains the power to revoke a

16    trust, the trust res remains the settlor's property subject to his creditor's claims." *In re Ralbert*

17    *Brooks-Hamilton v. City of Oakland (In re Brooks-Hamilton),* 348 B.R. 512, 519 (Bankr. N.D.Cal.

18    2006); *Ohanian v. Irwin (In re Irwin),* 338 B.R. 839, 852 (E.D. Cal. 2006) ("Debtor's interest as a

19    trustor and beneficiary under the Living Trust, among other things, all became property of the

20    bankruptcy estate pursuant to 11 U.S.C. § 541(a) upon the filing of Debtor's petition"). If the

21    Committee secures a judgment against Mr. Bryan in this action, the Committee may look to the

22    assets of the JFB Trust to satisfy that claim, because the JFB Trust is revocable and Mr. Bryan is its

23    settlor. For the same reason, any rights asserted or waived by Mr. Bryan in this action must be

24    considered in determining the rights of the trust, because there is no functional distinction between a

25    living settlor and his revocable trust as a matter of law.

26        In short, the Probate Code and applicable case law establish that a settlor retains all powers

27    and rights with respect to trust assets. Because Mr. Bryan waived his right to a jury trial by filing

28    claims against the Legacy bankruptcy estate, the JFB Trust has also waived any right to a jury trial.

1

**B.    The JFB Trust Is An Alter Ego Of John Bryan**

2          In addressing California entities, federal courts enforce the alter ego principles of California

3    state law. *Wolfe v. U.S.,* 798 F.2d 1241, 1244 (9th Cir. 1986). An alter ego may be deemed to exist

4    when an entity is not, in fact, independent of an affiliated individual. *E.g., Cohen v. U.S.,* No. 96-

5    5880, 1998 WL 953979, at *6 (C.D.Cal. Mar. 9, 1998). The court will pierce the entity's veil, and

6    look behind its organizational form, if honoring the entity's separate existence would produce an

7    inequitable result. *Id.* The alter ego principle applies to trusts in the same manner as to

8    corporations. *Id.; see also Brownfield Investment Corp. v. U.S.,* No. 89-4257, 1992 WL 345665, at

9    *4 (N.D.Ca. June 29, 2002); *Morley v. Malouf,* 88 Cal. App. 2d 680 (1948). Where a trust is shown

10   to be the alter ego of an individual, the trust is not regarded a separate legal entity. *Cohen,* 1998 WL

11   953979, at *6.

12          The JFB Trust is the alter ego of Mr. Bryan as a matter of law. As settlor of the revocable

13   JFB Trust, Mr. Bryan exercises complete dominion and control over the trust and its assets. The

14   California Probate Code and related case law establish that the JFB Trust does not function as a

15   separate legal entity from Mr. Bryan during his lifetime. Not only is property of a revocable trust

16   deemed property of the settler of that trust, but all rights under the Probate Code normally afforded

17   to beneficiaries of a trust are reserved for the person with the power to revoke the trust. *See*

18   California Probate Code § 15800 (granting the powers normally afforded to beneficiaries of a trust

19   under the Probate Code to the person holding the power to revoke the trust); California Probate Code

20   § 18200 (providing that trust property is subject to claims by creditors of the settler of a revocable

21   trust).

22          Furthermore, Mr. Bryan has expressly admitted that he created the JFB Trust as a convenient

23   vehicle to hold assets, established in lieu of a will to dispose of his and his wife's property, and that

24   he has disregarded the existence of the JFB Trust in conducting his business affairs. Morris Decl.

25   Exhibit B, J. Bryan Dep. Trans. at 30:8-10; 33:2-6, 38:11-14, 42:24-43:1. Having structured the JFB

26   Trust to maintain complete control of its assets, and having ignored the separateness of the JFB

27   Trust, Mr. Bryan may not hide behind that entity to escape the jurisdiction of this court.

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

7

1      1.    Elements of the Alter Ego Relationship

2          Under California law, the alter ego doctrine applies where (a) there is such a unity of interest

3  and ownership between an individual and a trust that the two do not function as separate entities, and

4  (b) honoring the trust's separate existence would lead to an inequitable result. *Cohen,* 1998 WL

5  953979, at *6. When an entity is used merely as an instrumentality through which an individual, for

6  convenience, conducts his affairs, the fiction of separateness need not be upheld if it would allow the

7  individual to evade the equitable consequences of his own conduct. *See Wilson v. Stearns, et al.,*

8  123 Cal. App. 2d 472, 486 (1954). Alter ego doctrine does not depend on any showing of fraudulent

9  or improper purpose. It is enough that recognizing the trust and the individual as separate entities

10  would result in injustice. *Id.* In such circumstances "all of the authorities, not only equity but the

11  law itself, would hold such a[n] [entity] bound as the [individual] might be bound, or conversely,

12  hold the [individual] bound by acts which bound his [entity]." *Ukegawa Brothers v. Agricultural*

13  *Labor Relations Board, et al.,* 212 Cal. App. 3d 1314, 1323 (1989).

14      2.    The Settlor of a Revocable California Trust is the Alter Ego of the Trust

15          Under California law, the settlor of a revocable trust is the alter ego of the trust for debtor-

16  creditor purposes. *E.g., Cadle Company v. Harvey,* 83 Cal. App. 4th 927 (2000) *(held,* settlor's

17  guarantee of a loan to an inter vivos revocable trust was ineffective because the settlor and trust are

18  in fact one entity); *Torrey Pines Bank v. Hoffman,* 231 Cal. App. 3d 308, 316 (1991) (same; "these

19  [settlor] guarantors, as persons who created, administered and benefited from the trust, were the alter

20  ego of the trustees as principal obligors").

21          In *Cadle,* the court reviewed the enforceability of a loan guarantee signed by the settlor and

22  trustee of an inter vivos revocable trust. The trust itself was the primary obligor on the loan. The

23  court held that because the trust was revocable and thus remained under the complete control of the

24  settlor, the trust and the settlor were one and the same. *Cadle* at 932-33. Therefore, the lender's

25  ability to pursue the settlor-guarantor for a deficiency judgment must be assessed by treating the

26  settlor-guarantor as the primary debtor on the loan. Because the obligations of the trust, as principal

27  debtor, were limited by the state's anti-deficiency laws, the court held that the settlor was protected

28  by the same limitations. *Id.* Moreover, the settlor's purported waiver of anti-deficiency protections

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

8

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1    was ineffective, because the settlor and the trust were one and the same, and the principal debtor (the

2    trust) could not waive those protections. *Id.* at 934.

3        The court in *Cadle* followed *Torrey Pines*, which also held that, because the trust was

4    revocable, "the individual [settlor] guarantors were alter egos of the trustees and principal obligors."

5    *Torrey Pines*, 231 Cal. App. 3d at 316. Notably, neither the *Cadle* nor the *Torrey Pines* decisions

6    even mentioned the sections of the Probate Code governing the settlor's control over property of a

7    revocable trust. The treatment of revocable trusts as functionally identical to the settlor of that trust

8    is so well established that it is reflected in debtor-creditor case law as well as decisions interpreting

9    the Probate Code.

10        Although in cases such as *Cadle* and *Torrey Pines* the alter ego principle protects both the

11    settlor and the trust by treating them as one, the same principle may expose the settlor to liability, as

12    in *In re Brooks-Hamilton*, 348 B.R. 512 (Bankr.N.D.Ca. 2006), and *In re Irwin*, 338 B.R. 839 (E.D.

13    Cal. 2006), discussed above. The settlor of a revocable trust must accept the burdens as well as the

14    benefits of retaining control over trust property. That rule binds Mr. Bryan and the JFB Trust here.

15

16        3.    Mr. Bryan And The JFB Trust Are One and the Same Entity for Purposes of This Court's Equitable Jurisdiction

17        There can be no doubt that the JFB Trust and Mr. Bryan share a unity of interest. Mr. Bryan

18    has testified under oath that the JFB Trust was established as a convenient way for Mr. Bryan to hold

19    assets during his lifetime, and that substantially all of his assets are held by the JFB Trust. Morris

20    Decl. Exhibit B, J. Bryan Dep. Trans. at 31:11-17, 38:11-17. Mr. Bryan continued to use and

21    manage the trust assets in the same way as if the assets were held in his name only, and did not even

22    read the Trust Instrument to see whether it affected the manner in which the JFB Trust was to be

23    managed. *Id.* at 33:2-6, 42:24-43:1, 45:12-15; *cf.* Morris Decl. Exhibit A, Trust Instrument at 3-1.[4]

24    Putting his property into the JFB Trust did not alter the manner in which Mr. Bryan used or viewed

25    his assets.

26

27

28    _____

[4] Moreover, reinforcing his control over the trust and its assets, Mr. Bryan is not only the settlor of the JFB Trust, but also its trustee. Morris Decl. Exhibit A, Trust Instrument at 1-1.

9

1    Even if Mr. Bryan had not made himself the trustee of JFB Trust, and granted himself broad

2    powers under the Trust Instrument, Mr. Bryan and the JFB Trust do not function as separate entities

3    as a matter of law, because the JFB Trust is revocable and Mr. Bryan is its settlor. California

4    Probate Code §§ 15800, 18200 (the settlor of a revocable trust retains all rights with respect to the

5    trust); *see also Cadle*, 83 Cal. App. 4th 927; *Torrey Pines*, 231 Cal. App. 3d 308. These

6    incontestable facts, and the manner in which Mr. Bryan controls the trust, make it clear that Mr.

7    Bryan regards the JFB Trust's assets and interests as his own. This Court should not treat the JFB

8    Trust any differently than Mr. Bryan himself has done.

9    Further, treating the JFB Trust and Mr. Bryan as separate entities would lead to an

10    inequitable result. By asserting claims against Legacy, Mr. Bryan waived his right to a jury trial, as

11    did the J.M. Bryan Family Trust – for which Mr. Bryan is a beneficiary and trustee, and with which

12    he shares a unity of interest.[5] All of the other parties to this litigation have waived their jury trial

13    rights or have not contested the jurisdiction of this Court. If the Court were to treat Mr. Bryan and

14    the JFB Trust as wholly distinct entities, this entire adversary proceeding would be tried before this

15    Court, except that the claims against the JFB Trust would be tried by a separate tribunal. Such a

16    result would not only waste judicial resources, but would undermine the equitable jurisdiction of the

17    bankruptcy court by forcing the parties to litigate the same issues against the same real party in

18    interest, Mr. Bryan, in two separate forums. *See* California Probate Code § 18200 (stating that trust

19    property held in a revocable trust is subject to the claims of the settlor's creditors so long as the

20    settlor has the power to revoke).

21    The Legacy bankruptcy estate has paid several of Mr. Bryan's claims. All of those payments

22    (including the recovery on the claim of Sycamore Vineyards) also benefited the JFB Trust because

23    substantially all of Mr. Bryan's assets (including his general partnership interests in Sycamore

24    Vineyards) are held in that trust.

25

26

27    [5] As the Court is aware, the J.M. Bryan Family Trust (which has no jury trial right) and the JFB Trust (which asserts, but has not established, a jury trial right) were co-owners of Legacy equity interests and received the disputed proceeds from Legacy in the same way, in the same LBO

28    Transaction. *See* First Amended Complaint at ¶ 9; Bryan Answer at ¶ 9.

10

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1      Mr. Bryan and the JFB Trust share a unity of interest, and treating the two as separate entities

2  would lead to an inequitable result.  The JFB Trust therefore constitutes the alter ego of Mr. Bryan

3  for purposes of this dispute.  Mr. Bryan has waived his right to a jury trial, and his alter ego, the JFB

4  Trust, is bound by that waiver.  *See Ukegawa*, 212 Cal. App. 3d at 1323.

5

6  **IV.    Conclusion**

7      This Court should reject Mr. Bryan's jury trial demand on behalf of the JFB Trust, and

8  prevent Mr. Bryan's effort to circumvent the Court's equitable jurisdiction over this claim and these

9  claimants.

10

11  Dated:  September 19, 2007                **WINSTON & STRAWN LLP**

12                                            and

13                                            **MACCONAGHY & BARNIER, PLC**

14

15

16                                            Hannah L. Blumenstiel
                                             Co-Counsel for Plaintiff
17                                            Official Committee of Unsecured Creditors of The
                                             Legacy Estate Group, LLC

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S BRIEF IN SUPPORT OF A JUDICIAL DETERMINATION THAT THE
JOHN M. AND FLORENCE E. BRYAN TRUST HAS WAIVED ITS RIGHT TO A JURY TRIAL