# Exhibit

# 13

# Northern District of California
# Claims Register

## 05-14659 The Legacy Estate Group LLC

**Judge:** Alan Jaroslovsky     **Chapter:** 11

**Office:** Santa Rosa     **Last Date to file claims:** 03/16/2006

**Trustee:**     **Last Date to file (Govt):**

| Creditor: (8451441)<br>Butch Cameron Trucking<br>1240 Century Ct Ste A<br>Santa Rosa CA 95403 | Claim No: 112<br>Filed: 03/06/2006<br>Entered: 03/07/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $17387.92

**Total**     **claimed: $17387.92**

History:
    112-1   03/06/2006 Claim #112 filed by Butch Cameron Trucking , total amount claimed: $17387.92 (lj)

Description:

Remarks:

| Creditor: (8451444)<br>Carpy Conolly LLC<br>c/o Gaw, Van Male, et al<br>1000 Main St., 3rd Fl<br>Napa, CA 94559 | Claim No: 104<br>Filed: 03/03/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: English, Kenneth<br>Modified: 03/06/2006 |
|---|---|---|

Secured claimed: $322485.42

**Total**     **claimed: $322485.42**

History:
    104-1   03/03/2006 Claim #104 filed by Carpy Conolly LLC , total amount claimed: $322485.42 (English, Kenneth)

Description: (104-1) Address information does not match; corrected

Remarks:

| Creditor: (8451452)<br>DE Jones & Daughters<br>358 Patten St<br>Sonoma CA 95476 | Claim No: 131<br>Filed: 03/10/2006<br>Entered: 03/14/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $475.00

**Total**     **claimed: $475.00**

History:
    131-1   03/10/2006 Claim #131 filed by DE Jones & Daughters , total amount claimed: $475 (lj)

Description:

Remarks:

| | | |
|---|---|---|
| Creditor:    (8451453)<br>Demptos Napa Cooperage<br>1050 Soscol Ferry Rd<br>Napa CA 94558 | **Claim No: 121**<br>Filed:    03/08/2006<br>Entered: 03/09/2006 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |

Unsecured claimed:  $7000.00
**Total        claimed: $7000.00**

History:
  121-1   03/08/2006 Claim #121 filed by Demptos Napa Cooperage , total amount claimed: $7000 (kl)

Description:

Remarks:

| | | |
|---|---|---|
| Creditor:    (8451454)<br>Dependable Septic Systems<br>1 I-G Poco Way #119<br>American Canyon CA 94503-1103 | **Claim No: 169**<br>Filed:    03/16/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |

Unsecured claimed:  $2051.00
**Total        claimed: $2051.00**

History:
  169-1   03/16/2006 Claim #169 filed by Dependable Septic Systems , total amount claimed: $2051 (lj)

Description:

Remarks:

| | | |
|---|---|---|
| Creditor:    (8451489)<br>Phyllis DuMond<br>Party Place & Rental Center<br>406A W. Betteravia Rd.<br>Santa Maria, CA 93455 | **Claim No: 113**<br>Filed:    03/06/2006<br>Entered: 03/07/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |

Unsecured claimed:  $92.68
**Total        claimed: $92.68**

History:
  113-1   03/06/2006 Claim #113 filed by Phyllis DuMond , total amount claimed: $92.68 (lj)

Description:

Remarks:

| | | |
|---|---|---|
| Creditor:    (8451495)<br>Price Landscaping<br>Attn Tom Price<br>PO Box 448<br>Napa CA 94559 | **Claim No: 96**<br>Filed:    02/27/2006<br>Entered: 03/02/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |

| Unsecured claimed: $83061.70 |
|---|
| **Total** **claimed: $83061.70** |

*History:*

96-1   02/27/2006 Claim #96 filed by Price Landscaping , total amount claimed: $83061.7 (lj)

*Description:*

*Remarks:*

---

| *Creditor:* (8451502)<br>Sofia Bayly<br>Flores De Amor<br>PO Box 392<br>Glen Ellen CA 95442 | **Claim No: 196**<br>*Filed:* 04/12/2007<br>*Entered:* 04/12/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $600.00 |
|---|
| **Total** **claimed: $600.00** |

*History:*

196-1   04/12/2007 Claim #196 filed by Sofia Bayly , total amount claimed: $600 (lj)

*Description:*

*Remarks:*

---

| *Creditor:* (8451509)<br>Stone & Youngberg<br>One Ferry Bldg<br>San Francisco CA 94111 | **Claim No: 162**<br>*Filed:* 03/15/2006<br>*Entered:* 03/21/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $320000.00 |
|---|
| **Total** **claimed: $320000.00** |

*History:*

162-1   03/15/2006 Claim #162 filed by Stone & Youngberg , total amount claimed: $320000 (lj)

*Description:*

*Remarks:*

---

| *Creditor:* (8451509)<br>Stone & Youngberg<br>One Ferry Bldg<br>San Francisco CA 94111 | **Claim No: 197**<br>*Filed:* 04/19/2007<br>*Entered:* 04/19/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $0.00 |
|---|
| **Total** **claimed: $0.00** |

*History:*

197-1   04/19/2007 Claim #197 filed by Stone & Youngberg , total amount claimed: $0 (lj)

*Description:* (197-1) No amount listed. Shareholder

*Remarks:*

| Creditor:    (8376549)<br>ASG Northern California<br>2200 Lucien Way<br>Maitland FL 32751 | **Claim No: 166**<br>*Filed:*    03/16/2006<br>*Entered:* 03/21/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $731.49
**Total**        **claimed: $731.49**

*History:*
   166-1    03/16/2006 Claim #166 filed by ASG Northern California , total amount claimed: $731.49 (lj)

*Description:*

*Remarks:*

| Creditor:    (8376524)<br>Advanced Management Systems<br>4415 Sonoma Hwy<br>Suite F<br>Santa Rosa CA 95409 | **Claim No: 34**<br>*Filed:*    12/13/2005<br>*Entered:* 12/14/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $4147.84
**Total**        **claimed: $4147.84**

*History:*
   34-1    12/13/2005 Claim #34 filed by Advanced Management Systems , total amount claimed: $4147.84 (vj)

*Description:*

*Remarks:*

| Creditor:    (8376525)<br>Advantage Bundling    History<br>2228 Page Rd, Ste. 103<br>Durham, NC 27703 | **Claim No: 26**<br>*Filed:*    12/09/2005<br>*Entered:* 12/12/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $240.21
**Total**        **claimed: $240.21**

*History:*
   26-1    12/09/2005 Claim #26 filed by Advantage Bundling , total amount claimed: $240.21 (vj)

*Description:*

*Remarks:*

| Creditor:    (8462667)<br>Alary Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 155**<br>*Filed:*    03/16/2006<br>*Entered:* 03/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed:  $115551.68

| Total | claimed: $115551.68 |
|---|---|

*History:*

155-1   03/16/2006 Claim #155 filed by Alary Vineyards , total amount claimed: $115551.68 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:* (8452956)<br>Alta Vista Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 90**<br>*Filed:* 02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|
| Secured claimed: $62995.33<br>**Total    claimed: $62995.33** | | |

*History:*

90-1    02/27/2006 Claim #90 filed by Alta Vista Vineyards , total amount claimed: $62995.33 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:* (8376535)<br>American Linen<br>3311 Industrial Dr<br>Santa Rosa CA 95403 | **Claim No: 161**<br>*Filed:* 03/15/2006<br>*Entered:* 03/21/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $868.45<br>**Total    claimed: $868.45** | | |

*History:*

161-1   03/15/2006 Claim #161 filed by American Linen , total amount claimed: $868.45 (lj)

*Description:*

*Remarks:*

---

| *Creditor:* (8376537)<br>American Tartaric Products Inc<br>1865 Palmer Ave<br>Larchmont NY 10538 | **Claim No: 23**<br>*Filed:* 12/06/2005<br>*Entered:* 12/07/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $9213.12<br>**Total    claimed: $9213.12** | | |

*History:*

23-1    12/06/2005 Claim #23 filed by American Tartaric Products Inc , total amount claimed: $9213.12 (vj)

*Description:*

*Remarks:*

| *Creditor:*    (8607890)<br>Andrea Wirum, Trustee for<br>Connaught Capital Partners, LLC<br>c/o McNutt & Litteneker, LLP<br>188 The Embarcadero, Ste. 800<br>San Francisco, CA 94105 | **Claim No: 185**<br>*Filed:*    11/08/2006<br>*Entered:* 11/08/2006 | *Status:*<br>*Filed by:* TR<br>*Entered by:* Litteneker, Rebecca<br>*Modified:* |
|---|---|---|

Unsecured claimed: $4236959.12

**Total      claimed: $4236959.12**

*History:*
🔍 185-1   11/08/2006 Claim #185 filed by Andrea Wirum, Trustee for , total amount claimed: $4236959.12
          (Litteneker, Rebecca)

*Description:*

*Remarks:*

| *Creditor:*    (8555375)<br>Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | **Claim No: 4**<br>*Filed:*    11/30/2005<br>*Entered:* 12/01/2005 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* 09/15/2006 |
|---|---|---|

Unsecured claimed: $7375.00

**Total      claimed: $7375.00**

*History:*
🔍 4-1     11/30/2005 Claim #4 filed by Argo Partners , total amount claimed: $7375 (vj)
          04/05/2006 Updated Claim (#4,37). Transfer Agreement 3001 (e) 2 Transferor: Portocork America Inc
          (Claim No. 4); Transferor: Amorim (Claim No. 37); To Argo Partners . (lj, ) Status: Transfer

*Description:* (4-1) Transferred to Argo Partners 3/14/06

*Remarks:*

| *Creditor:*    (8555375)<br>Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | **Claim No: 37**<br>*Filed:*    12/15/2005<br>*Entered:* 12/28/2005 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* 09/15/2006 |
|---|---|---|

Unsecured claimed: $31972.00

**Total      claimed: $31972.00**

*History:*
🔍 37-1    12/15/2005 Claim #37 filed by Argo Partners , total amount claimed: $31972 (kl)
          04/05/2006 Updated Claim (#4,37). Transfer Agreement 3001 (e) 2 Transferor: Portocork America Inc
          (Claim No. 4); Transferor: Amorim (Claim No. 37); To Argo Partners . (lj, ) Status: Transfer

*Description:* (37-1) Transferred to Argo Partners 3/14/06

*Remarks:*

| *Creditor:*    (8555375) | **Claim No: 111** | *Status:* Transfer |
|---|---|---|

| Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | *Filed:* 03/06/2006<br>*Entered:* 03/07/2006 | *Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 09/15/2006 |
|---|---|---|

Unsecured claimed: $21479.66

**Total    claimed: $21479.66**

*History:*

⏺ 111-1   03/06/2006 Claim #111 filed by Argo Partners , total amount claimed: $21479.66 (lj)

509   08/28/2006 Assignment of Claim #111 To Argo Partners from Cameo Crafts Graphics in the amount of $21,479.66. Filed by Creditor Argo Partners. (Gold, Matthew)

09/26/2006 Updated Claim (#111). Transfer Agreement 3001 (e) 2 Transferor: <u>Cameo Crafts Graphics Itee-Ltd</u> (Claim No. 111) To Argo Partners . (lj, ) Status: Transfer

*Description:* (111-1) Transferred to Argo Partners 8/28/06

*Remarks:*

---

| *Creditor:*    (8555375)<br>Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | **Claim No: 130**<br>*Filed:* 03/10/2006<br>*Entered:* 03/14/2006 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 09/15/2006 |
|---|---|---|

Unsecured claimed: $4985.78

**Total    claimed: $4985.78**

*History:*

⏺ 130-1   03/10/2006 Claim #130 filed by Argo Partners , total amount claimed: $4985.78 (lj)

04/18/2006 Updated Claim (#130). Transfer Agreement 3001 (e) 2 Transferor: <u>Wollborg-Michelson</u> (Claim No. 130) To Argo Partners . (lj, ) Status: Transfer

*Description:* (130-1) Transferred to Argo Partners 3/29/06

*Remarks:*

---

| *Creditor:*    (8452929)<br>Barney Crane<br>c/o David N. Chandler, p.c.<br>1747 Fourth Street<br>Santa Rosa, CA 95404 | **Claim No: 83**<br>*Filed:* 02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed: $15661.04

**Total    claimed: $15661.04**

*History:*

83-1   02/27/2006 Claim #83 filed by Barney Crane , total amount claimed: $15661.04 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376554)<br>Barney Crane Inc<br>Crane Vineyards | **Claim No: 24**<br>*Filed:* 12/06/2005<br>*Entered:* 12/07/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj |
|---|---|---|

| 20631 Pueblo Avenue<br>Sonoma CA 95476 | | *Modified:* |
|---|---|---|

| Unsecured claimed:  $15661.04 | | |
|---|---|---|
| **Total** | **claimed: $15661.04** | |

*History:*

| 24-1 | 12/06/2005 Claim #24 filed by Barney Crane Inc , total amount claimed: $15661.04 (vj) |
|---|---|

*Description:*

*Remarks:*

| *Creditor:*  (8376555)<br>Barrel Associates International<br>150 Camino Dorado<br>Napa CA 94558 | **Claim No: 36**<br>*Filed:*  12/14/2005<br>*Entered:* 12/15/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $22697.20 | | |
|---|---|---|
| **Total** | **claimed: $22697.20** | |

*History:*

| 36-1 | 12/14/2005 Claim #36 filed by Barrel Associates International , total amount claimed: $22697.2 (vj) |
|---|---|

*Description:*

*Remarks:*

| *Creditor:*  (8452928)<br>Belle Terre Vineyards, Inc.<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 82**<br>*Filed:*  02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

| Secured claimed:  $27801.27 | | |
|---|---|---|
| **Total** | **claimed: $27801.27** | |

*History:*

| 82-1 | 02/27/2006 Claim #82 filed by Belle Terre Vineyards, Inc. , total amount claimed: $27801.27 (Chandler, David) |
|---|---|

*Description:*

*Remarks:*

| *Creditor:*  (8376562)<br>Beverly & Jerry Stemach<br>Valley Oaks Vineyards<br>PO Box 1237<br>Kenwood CA 95452 | **Claim No: 98**<br>*Filed:*  03/01/2006<br>*Entered:* 03/03/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $7060.41 | | |
|---|---|---|
| **Total** | **claimed: $7060.41** | |

*History:*

| 98-1 | 03/01/2006 Claim #98 filed by Beverly & Jerry Stemach , total amount claimed: $7060.41 (lj) |
|---|---|

*Description:*

*Remarks:*

---

| *Creditor:* (8608971)<br>Bi-Optic Ventures Inc.<br>1518-1030 W. Georgia Street<br>Vancouver, BC V6E 2Y3 | **Claim No: 190**<br>*Filed:* 11/10/2006<br>*Entered:* 11/10/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Martin, Elmer<br>*Modified:* |
|---|---|---|

Unsecured claimed: $154398.23

**Total      claimed: $154398.23**

*History:*

🌐 190-1    11/10/2006 Claim #190 filed by Bi-Optic Ventures Inc. , total amount claimed: $154398.23 (Martin, Elmer)

*Description:*

*Remarks:*

---

| *Creditor:* (8376565)<br>Bien Nacido Vineyards<br>132 E Carillo St<br>Santa Barbara CA 93101-2111 | **Claim No: 70**<br>*Filed:* 02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $61747.90

**Total      claimed: $61747.90**

*History:*

70-1    02/13/2006 Claim #70 filed by Bien Nacido Vineyards , total amount claimed: $61747.9 (lj)

*Description:*

*Remarks:*

---

| *Creditor:* (8376564)<br>Billet Transportation<br>55 Mezzetta Ct<br>American Canyon CA 94503 | **Claim No: 40**<br>*Filed:* 12/16/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $287.50

**Total      claimed: $287.50**

*History:*

40-1    12/16/2005 Claim #40 filed by Billet Transportation , total amount claimed: $287.5 (kl)

*Description:*

*Remarks:*

---

| *Creditor:* (8376574)<br>Boswell Company | **Claim No: 44**<br>*Filed:* 12/19/2005 | *Status:*<br>*Filed by:* CR |
|---|---|---|

| 1000 Fourth St<br>Suite #640<br>San Rafael CA 94901 | *Entered:* 12/28/2005 | *Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $11010.00

**Total        claimed: $11010.00**

*History:*

<u>44-1</u>    12/19/2005 Claim #44 filed by Boswell Company , total amount claimed: $11010 (kl)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376576)<br>Burgstahler Machine<br>355 B La Fata St<br>St Helena CA 94574 | **Claim No: 10**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1825.23

**Total        claimed: $1825.23**

*History:*

<u>10-1</u>    12/02/2005 Claim #10 filed by Burgstahler Machine , total amount claimed: $1825.23 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8473797)<br>CA State Brd of Equalization<br>Special Procedures Sect MIC55<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | **Claim No: 179**<br>*Filed:*    04/06/2006<br>*Entered:* 04/06/2006<br>*Amended By Claim No:* 179 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $241950.00

**Total        claimed: $241950.00**

*History:*

<u>179-1</u>    04/06/2006 Claim #179 filed by CA State Brd of Equalization , total amount claimed: $6183.36 (lj)

⚏ <u>179-2</u>    12/28/2006 Amended Claim #179 filed by CA State Brd of Equalization , total amount claimed: $241950 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8390003)<br>California Glass Co.<br>c/o David J Cook Esq.<br>Cook Pekiss and Lew<br>P.O. Box 270<br>San Francisco, CA 94104 | **Claim No: 1**<br>*Filed:*    11/23/2005<br>*Entered:* 11/29/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $142611.31

| Total | claimed: $142611.31 |
|---|---|

*History:*

<u>1-1</u>    11/23/2005 Claim #1 filed by California Glass Co. , total amount claimed: $142611.31 (vj)

*Description:*

*Remarks:*

| *Creditor:*    (8376589)<br>Cananwill Inc<br>1000 Milwaukee Ave<br>Glenview IL 60025 | **Claim No: 16**<br>*Filed:*    12/05/2005<br>*Entered:* 12/06/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $13727.13

| **Total** | **claimed: $13727.13** |
|---|---|

*History:*

<u>16-1</u>    12/05/2005 Claim #16 filed by Cananwill Inc , total amount claimed: $13727.13 (vj)

*Description:*

*Remarks:*

| *Creditor:*    (8376591)<br>Carlsen & Associates<br>1439 Grove St<br>Healdsburg CA 95448 | **Claim No: 5**<br>*Filed:*    11/30/2005<br>*Entered:* 12/01/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $777.62

| **Total** | **claimed: $777.62** |
|---|---|

*History:*

<u>5-1</u>    11/30/2005 Claim #5 filed by Carlsen & Associates , total amount claimed: $777.62 (vj)

*Description:*

*Remarks:*

| *Creditor:*    (8376588)<br>Carneros Warehousing<br>PO Box 1344<br>Sonoma CA 95476 | **Claim No: 168**<br>*Filed:*    03/16/2006<br>*Entered:* 03/21/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $336923.00

| **Total** | **claimed: $336923.00** |
|---|---|

*History:*

<u>168-1</u>    03/16/2006 Claim #168 filed by Carneros Warehousing , total amount claimed: $336923 (lj)

*Description:* (168-1) Month to Month lease

*Remarks:*

| *Creditor:*    (8445456) | **Claim No: 66** | *Status:* |
|---|---|---|

| Central Coast Water Treatment<br>966 Huber St.<br>Grover Beach, CA 93433 | *Filed:*    02/06/2006<br>*Entered:* 02/09/2006 | *Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $192.00
**Total     claimed: $192.00**

*History:*
66-1    02/06/2006 Claim #66 filed by Central Coast Water Treatment , total amount claimed: $192 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8461348)<br>Central Valley Builders Supply<br>1785 C Tanen St., Ste. C<br>Napa, CA 94559 | **Claim No: 150**<br>*Filed:*    03/14/2006<br>*Entered:* 03/15/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $943.36
**Total     claimed: $943.36**

*History:*
150-1    03/14/2006 Claim #150 filed by Central Valley Builders Supply , total amount claimed: $943.36 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8442416)<br>Chevron Credit Bank NA<br>PO Box 5010/Section 230<br>Concord<br>CA<br>94524-0010 | **Claim No: 64**<br>*Filed:*    02/02/2006<br>*Entered:* 02/02/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Parker, Erlinda<br>*Modified:* |
|---|---|---|

Unsecured claimed: $118.01
**Total     claimed: $118.01**

*History:*
64-1    02/02/2006 Claim #64 filed by Chevron Credit Bank NA , total amount claimed: $118.01 (Parker,
         Erlinda)

*Description:*

*Remarks:*

| *Creditor:*    (8376598)<br>Cintas First Aid Safety<br>1679 Enterprise Blvd #10<br>West Sacramento CA 95691 | **Claim No: 137**<br>*Filed:*    03/13/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $85.81
**Total     claimed: $85.81**

| | | |
|---|---|---|
| *History:* | | |
| 137-1   03/13/2006 Claim #137 filed by Cintas First Aid Safety , total amount claimed: $85.81 (lj) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:*    (8461039) | **Claim No: 147** | *Status:* |
|---|---|---|
| Coffey Lane Vineyards | *Filed:*    03/14/2006 | *Filed by:* CR |
| c/o David N. Chandler, p.c. | *Entered:* 03/14/2006 | *Entered by:* Chandler, David |
| 1747 4th Street | | *Modified:* |
| Santa Rosa, CA 95404 | | |

Secured claimed:  $308070.00
**Total    claimed: $308070.00**

*History:*
    147-1   03/14/2006 Claim #147 filed by Coffey Lane Vineyards , total amount claimed: $308070 (Chandler, David)

*Description:*

*Remarks:*

| *Creditor:*    (8376613) | **Claim No: 35** | *Status:* |
|---|---|---|
| Copy Store & More | *Filed:*    12/14/2005 | *Filed by:* CR |
| 255 West Napa St | *Entered:* 12/15/2005 | *Entered by:* vj |
| Sonoma CA 95476 | | *Modified:* |

Unsecured claimed:  $94.28
**Total    claimed: $94.28**

*History:*
    35-1    12/14/2005 Claim #35 filed by Copy Store & More , total amount claimed: $94.28 (vj)

*Description:*

*Remarks:*

| *Creditor:*    (8376615) | **Claim No: 14** | *Status:* |
|---|---|---|
| Cork Supply USA Inc | *Filed:*    12/02/2005 | *Filed by:* CR |
| 537-F Stone Rd | *Entered:* 12/05/2005 | *Entered by:* vj |
| Benicia CA 94510 | | *Modified:* |

**Total claimed:**

*History:*
    14-1    12/02/2005 Claim #14 filed by Cork Supply USA Inc , total amount claimed: $0 (vj)

*Description:*

*Remarks:*

| *Creditor:*    (8446364) | **Claim No: 68** | *Status:* |
|---|---|---|
| Corrpro Companies | *Filed:*    02/09/2006 | *Filed by:* CR |

| 1055 West Smith Rd.<br>Medina, OH 44256 | *Entered:* 02/10/2006 | *Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $329.68
**Total    claimed: $329.68**

*History:*
68-1    02/09/2006 Claim #68 filed by Corrpro Companies , total amount claimed: $329.68 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376617)<br>Coverall of Mid-State<br>6430 Via Real Suite 5<br>Carpinteria CA 93013 | **Claim No: 27**<br>*Filed:*    12/12/2005<br>*Entered:* 12/13/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $197.16
**Total    claimed: $197.16**

*History:*
27-1    12/12/2005 Claim #27 filed by Coverall of Mid-State , total amount claimed: $197.16 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376624)<br>David Pirio Vineyard Management<br>PO Box 2340<br>Yountville CA 94599 | **Claim No: 31**<br>*Filed:*    12/07/2005<br>*Entered:* 12/14/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2203.08
**Total    claimed: $2203.08**

*History:*
31-1    12/07/2005 Claim #31 filed by David Pirio Vineyard Management , total amount claimed: $2203.08 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8702601)<br>Devinder Sidhu<br>c/o Binder & Malter, LLP<br>Heinz Binder, Esq.<br>2775 Park Avenue<br>Santa Clara, CA 95050 | **Claim No: 194**<br>*Filed:*    02/22/2007<br>*Entered:* 02/22/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shakoori, Roya<br>*Modified:* |
|---|---|---|

Unknown claimed: $0.01
**Total    claimed: $0.01**

*History:*
194-1    02/22/2007 Claim #194 filed by Devinder Sidhu , total amount claimed: $0.01 (Shakoori, Roya)

| | |
|---|---|
| *Description:* | |
| *Remarks:* | |

| *Creditor:* (8449132) Doug and Lydia Shorenstein c/o Peter Haywood 18000 Gehricke Rd. Sonoma, CA 95476-4749 | **Claim No: 75** *Filed:* 02/13/2006 *Entered:* 02/16/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

Unsecured claimed: $17658.00

**Total      claimed: $17658.00**

*History:*

75-1    02/13/2006 Claim #75 filed by Doug and Lydia Shorenstein , total amount claimed: $17658 (lj)

*Description:*

*Remarks:*

| *Creditor:* (8376927) Douglas F Francisco 102 Grande Vista Dr Novato CA 94947 | **Claim No: 57** *Filed:* 01/19/2006 *Entered:* 01/19/2006 | *Status:* *Filed by:* CR *Entered by:* kl *Modified:* |
|---|---|---|

Unsecured claimed: $12156.71

**Total      claimed: $12156.71**

*History:*

57-1    01/19/2006 Claim #57 filed by Douglas F Francisco , total amount claimed: $12156.71 (kl)

*Description:*

*Remarks:*

| *Creditor:* (8376633) Dust-Tex Service Inc 177 Otto Cr Sacramento CA 95822 | **Claim No: 43** *Filed:* 12/19/2005 *Entered:* 12/28/2005 | *Status:* *Filed by:* CR *Entered by:* kl *Modified:* |
|---|---|---|

Unsecured claimed: $40.00

**Total      claimed: $40.00**

*History:*

43-1    12/19/2005 Claim #43 filed by Dust-Tex Service Inc , total amount claimed: $40 (kl)

*Description:*

*Remarks:*

| *Creditor:* (8461000) E & J Gallo Winery c/o Jolene A. Yee 600 Yosemite Blvd. | **Claim No: 134** *Filed:* 03/10/2006 *Entered:* 03/14/2006 *Amended By Claim No:* 160 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

| Modesto, CA 95354 | | |
|---|---|---|

Unsecured claimed: $230490.10

**Total        claimed: $230490.10**

*History:*

<u>134-1</u>    03/10/2006 Claim #134 filed by E & J Gallo Winery , total amount claimed: $230490.1 (lj)

<u>160-1</u>    03/15/2006 Claim #160 filed amending Claim #134 filed by Gallo Vineyards, Inc. , total amount
          claimed: $230490.1 (lj)

*Description:*

*Remarks:* (160-1) Both checked amends and replaces.

---

| *Creditor:*    (8376640)<br>Evergreen Enterprises Inc<br>PO Box 932904<br>Atlanta GA 31193-2904 | **Claim No: 28**<br>*Filed:*    12/12/2005<br>*Entered:* 12/13/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $2347.55

**Total        claimed: $2347.55**

*History:*

<u>28-1</u>    12/12/2005 Claim #28 filed by Evergreen Enterprises Inc , total amount claimed: $2347.55 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8548575)<br>Fair Harbor Capital, LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY 10001 | **Claim No: 20**<br>*Filed:*    12/05/2005<br>*Entered:* 12/06/2005 | *Status:* Transfer <u>494</u><br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $5577.96

**Total        claimed: $5577.96**

*History:*

<u>20-1</u>    12/05/2005 Claim #20 filed by Fair Harbor Capital, LLC , total amount claimed: $5577.96 (vj)

<u>494</u>    08/21/2006 Joint Notice of Transfer of Claim (#20) and Waiver of Opportunity To Object. Transferor:
          <u>Quality Scale Inc</u> (Claim No. 20) To Fair Harbor Capital, LLC. Filed by Creditor Fair Harbor
          Capital, LLC. (Glass, Fredric) Status: Transfer

*Description:*

*Remarks:*

---

| *Creditor:*    (8548575)<br>Fair Harbor Capital, LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY 10001 | **Claim No: 30**<br>*Filed:*    12/07/2005<br>*Entered:* 12/14/2005 | *Status:* Transfer <u>493</u><br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $9310.00

**Total        claimed: $9310.00**

*History:*

30-1    12/07/2005 Claim #30 filed by Fair Harbor Capital, LLC , total amount claimed: $9310 (vj)

493     08/21/2006 Joint Notice of Transfer of Claim (#30) and Waiver of Opportunity To Object. Transferor: Rich Xiberta USA Inc (Claim No. 30) To Fair Harbor Capital, LLC. Filed by Creditor Fair Harbor Capital, LLC. (Glass, Fredric) Status: Transfer

*Description:*

*Remarks:*

---

| *Creditor:*    (8548575) Fair Harbor Capital, LLC 875 Avenue of the Americas, Suite 2305 New York, NY 10001 | **Claim No: 99** *Filed:*    03/01/2006 *Entered:* 03/03/2006 | *Status:* Transfer 928 *Filed by:* CR *Entered by:* lj *Modified:* |

Unsecured claimed: $5577.96

**Total**    **claimed: $5577.96**

*History:*

99-1    03/01/2006 Claim #99 filed by Fair Harbor Capital, LLC , total amount claimed: $5577.96 (lj)

928     07/05/2007 Joint Notice of Transfer of Claim (#99) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 2 Transferor: Quality Scale, Inc. (Claim No. 99) To Fair Harbor Capital, LLC. Filed by Creditor Fair Harbor Capital, LLC. (Glass, Fredric) Status: Transfer

*Description:*

*Remarks:*

---

| *Creditor:*    (8436706) Federal Express Corporation Attn: Revenue Recovery/Bankruptcy 2005 Corporate Ave. 2nd Fl. Memphis, TN 38132 | **Claim No: 56** *Filed:*    01/19/2006 *Entered:* 01/19/2006 | *Status:* *Filed by:* CR *Entered by:* kl *Modified:* |

Unsecured claimed: $8462.78

**Total**    **claimed: $8462.78**

*History:*

56-1    01/19/2006 Claim #56 filed by Federal Express Corporation , total amount claimed: $8462.78 (kl)

*Description:*

*Remarks:*

---

| *Creditor:*    (8741399) Ferrellgas One Liberty Plaza Mail Drop 40 Liberty, MO 64068 | **Claim No: 195** *Filed:*    04/06/2007 *Entered:* 04/11/2007 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |

Unsecured claimed: $2118.67

**Total**    **claimed: $2118.67**

*History:*

| ❏ 195-1 04/06/2007 Claim #195 filed by Ferrellgas , total amount claimed: $2118.67 (lj) |
| --- |
| *Description:* |
| *Remarks:* |

| *Creditor:* (8376646) Fesler Construction Co PO Box 458 Santa Maria CA 93456 | **Claim No: 163** *Filed:* 03/15/2006 *Entered:* 03/21/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
| --- | --- | --- |
| Unsecured claimed: $647.50 **Total claimed: $647.50** | | |
| *History:* 163-1 03/15/2006 Claim #163 filed by Fesler Construction Co , total amount claimed: $647.5 (lj) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (8460998) Fire Pump Testing & Sales, Inc. 7059 Commerce Circle, Ste. C Pleasanton, CA 94588 | **Claim No: 132** *Filed:* 03/10/2006 *Entered:* 03/14/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
| --- | --- | --- |
| Unsecured claimed: $2301.99 **Total claimed: $2301.99** | | |
| *History:* 132-1 03/10/2006 Claim #132 filed by Fire Pump Testing & Sales, Inc. , total amount claimed: $2301.99 (lj) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (8376649) Fishman Supply Co 1345 Industrial Ave PO Box 750279 Petaluma CA 94975-0279 | **Claim No: 45** *Filed:* 12/19/2005 *Entered:* 12/28/2005 | *Status:* *Filed by:* CR *Entered by:* kl *Modified:* |
| --- | --- | --- |
| Unsecured claimed: $329.59 **Total claimed: $329.59** | | |
| *History:* 45-1 12/19/2005 Claim #45 filed by Fishman Supply Co , total amount claimed: $329.59 (kl) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (8376651) Francois Freres USA Inc | **Claim No: 102** *Filed:* 03/02/2006 | *Status:* *Filed by:* CR |
| --- | --- | --- |

| 505 29th Ave<br>San Francisco CA 94121 | *Entered:* 03/03/2006 | *Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $66177.00 |
|---|
| **Total    claimed: $66177.00** |

| *History:* |
|---|
| <u>102-1</u>    03/02/2006 Claim #102 filed by Francois Freres USA Inc , total amount claimed: $66177 (lj) |

| *Description:* |
|---|
| *Remarks:* |

| *Creditor:*    (8376652)<br>Francoise Guberman<br>2343 33rd St<br>Santa Monica CA 90405 | **Claim No: 33**<br>*Filed:*    12/08/2005<br>*Entered:* 12/14/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $21187.50 |
|---|
| **Total    claimed: $21187.50** |

| *History:* |
|---|
| <u>33-1</u>    12/08/2005 Claim #33 filed by Francoise Guberman , total amount claimed: $21187.5 (vj) |

| *Description:* |
|---|
| *Remarks:* |

| *Creditor:*    (8456904)<br>Frank Wood and Sons, Inc.<br>Attention: Stan Blyth<br>Dickenson Peatman Fogarty<br>809 Coombs Street<br>Napa, CA 94559 | **Claim No: 118**<br>*Filed:*    03/07/2006<br>*Entered:* 03/07/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Blyth, Stan<br>*Modified:* |
|---|---|---|

| Secured claimed: $39922.42 |
|---|
| **Total    claimed: $39922.42** |

| *History:* |
|---|
| <u>118-1</u>    03/07/2006 Claim #118 filed by Frank Wood and Sons, Inc. , total amount claimed: $39922.42 (Blyth, Stan) |

| *Description:* |
|---|
| *Remarks:* |

| *Creditor:*    (8464631)<br>Gallo Vineyards, Inc.<br>c/o Jolene A. Yee<br>600 Yosemite Blvd.<br>Modesto, CA 95354 | **Claim No: 160**<br>*Filed:*    03/15/2006<br>*Entered:* 03/21/2006<br>*Amends Claim No:* 134 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 03/24/2006 |
|---|---|---|

| Unsecured claimed:  $230490.10 |
|---|
| **Total    claimed: $230490.10** |

| | |
|---|---|
| *History:* | |
| 134-1 | 03/10/2006 Claim #134 filed by E & J Gallo Winery , total amount claimed: $230490.1 (lj) |
| 160-1 | 03/15/2006 Claim #160 filed amending Claim #134 filed by Gallo Vineyards, Inc. , total amount claimed: $230490.1 (lj) |

*Description:*

*Remarks:* (160-1) Both checked amends and replaces.

| | | |
|---|---|---|
| *Creditor:*     (8464606)<br>Gelco Corporation dba GE Fleet Services<br>Three Capital Dr.<br>Eden Prairie, MN 55344<br>Attn: Keith Bergquist | **Claim No: 158**<br>*Filed:*    03/15/2006<br>*Entered:* 03/21/2006 | *Status:* Withdraw 932<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $80766.88

**Total     claimed: $80766.88**

*History:*

| | |
|---|---|
| 158-1 | 03/15/2006 Claim #158 filed by Gelco Corporation dba GE Fleet Services , total amount claimed: $80766.88 (lj) |
| 932 | 07/13/2007 Withdrawal of Claim: 158 Filed by Creditor GELCO CORPORATION dba GE FLEET SERVICES. (Attachments: # 1 Certificate of Service)(Miller, Dennis) Status: Withdraw |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (8460722)<br>General Electric Capital Corporation<br>c/o Dennis D. Miller<br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | **Claim No: 156**<br>*Filed:*    03/15/2006<br>*Entered:* 03/21/2006 | *Status:* Withdraw 933<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $564490.79

**Total     claimed: $564490.79**

*History:*

| | |
|---|---|
| 156-1 | 03/15/2006 Claim #156 filed by General Electric Capital Corporation , total amount claimed: $564490.79 (lj) |
| 933 | 07/13/2007 Withdrawal of Claim: 156 Filed by Creditor General Electric Capital Corporation. (Attachments: # 1 Certificate of Service)(Miller, Dennis) Status: Withdraw |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (8485717)<br>Geyserville-Silverado Premium Properties<br>c/o David N. Chandler<br>1747 Fourth St.<br>Santa Rosa, CA 95404 | **Claim No: 180**<br>*Filed:*    04/28/2006<br>*Entered:* 04/28/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |

| Unsecured claimed: $51789.85 |
| **Total**      **claimed: $51789.85** |

History:
    180-1    04/28/2006 Claim #180 filed by Geyserville-Silverado Premium Properties , total amount claimed:
                $51789.85 (Chandler, David)

Description:

Remarks:

---

| Creditor:        (8376661)<br>Glass Tech<br>21255 NW Jacobsen Rd<br>Suite 100<br>Hillsboro OR 97124 | **Claim No: 17**<br>*Filed:*    12/05/2005<br>*Entered:* 12/06/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

| Unsecured claimed: $5734.09 |
| **Total      claimed: $5734.09** |

History:
    17-1    12/05/2005 Claim #17 filed by Glass Tech , total amount claimed: $5734.09 (vj)

Description:

Remarks:

---

| Creditor:        (8418222)<br>Gusmer Enterprises, Inc.<br>1165 Globe Ave.<br>Mountainside, NJ 07192 | **Claim No: 29**<br>*Filed:*    12/12/2005<br>*Entered:* 12/13/2005<br>*Amended By Claim No:* 63 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

| Unsecured claimed: $6804.92 |
| **Total      claimed: $6804.92** |

History:
    29-1    12/12/2005 Claim #29 filed by Gusmer Enterprises, Inc. , total amount claimed: $6804.92 (vj)
    63-1    01/31/2006 Claim #63 filed amending Claim #29 filed by Riverside Claims LLC , total amount claimed:
                $7784.25 (vj)

Description:

Remarks:

---

| Creditor:        (8452953)<br>Handal-Denier Vineyards, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 89**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |

| Secured claimed: $66781.30 |
| **Total    claimed: $66781.30** |

History:

| 89-1 | 02/27/2006 Claim #89 filed by Handal-Denier Vineyards, LLC , total amount claimed: $66781.3 (Chandler, David) |
|---|---|

*Description:*

*Remarks:*

---

| *Creditor:*    (8452953)<br>Handal-Denier Vineyards, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 183**<br>*Filed:*    04/28/2006<br>*Entered:* 04/28/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Unsecured claimed: $25544.00

**Total        claimed: $25544.00**

*History:*

| 183-1 | 04/28/2006 Claim #183 filed by Handal-Denier Vineyards, LLC , total amount claimed: $25544 (Chandler, David) |
|---|---|

*Description:*

*Remarks:*

---

| *Creditor:*    (8608973)<br>Harry Chew<br>1518-1030 W. Georgia Street<br>Vancouver, BC V6E 2Y3 | **Claim No: 191**<br>*Filed:*    11/10/2006<br>*Entered:* 11/10/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Martin, Elmer<br>*Modified:* |
|---|---|---|

Unsecured claimed: $16508.45

**Total        claimed: $16508.45**

*History:*

⚫ 191-1    11/10/2006 Claim #191 filed by Harry Chew , total amount claimed: $16508.45 (Martin, Elmer)

*Description:*

*Remarks:*

---

| *Creditor:*    (8455090)<br>Hasler Financial, Inc.<br>3400 Bridge Pkwy, Ste. 201<br>Redwood City, CA 94065 | **Claim No: 95**<br>*Filed:*    02/27/2006<br>*Entered:* 03/02/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $5953.20

**Total        claimed: $5953.20**

*History:*

| 95-1 | 02/27/2006 Claim #95 filed by Hasler Financial, Inc. , total amount claimed: $5953.2 (lj) |
|---|---|

*Description:*

*Remarks:*

| *Creditor:*    (8485718)<br>Hasset Lane Vineyards<br>c/o David N. Chandler<br>1747 Fourth St.<br>Santa Rosa, CA 95404 | **Claim No: 182**<br>*Filed:*    04/28/2006<br>*Entered:* 04/28/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $93221.73 |
|---|
| **Total**        **claimed: $93221.73** |

*History:*
 182-1   04/28/2006 Claim #182 filed by Hasset Lane Vineyards , total amount claimed: $93221.73 (Chandler,
              David)

*Description:*

*Remarks:*

| *Creditor:*    (8452950)<br>Hassett Lane Vineyard, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 86**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* 09/15/2006 |
|---|---|---|

| Secured claimed: $204885.17 |
|---|
| **Total**    **claimed: $204885.17** |

*History:*
 ➲ 86-1    02/27/2006 Claim #86 filed by Hassett Lane Vineyard, LLC , total amount claimed: $204885.17
              (Chandler, David)
          04/25/2006 Updated Claim Status (#86). Hasset Lane Vineyards transfers their claim to Trade-Debt.Net.
              (lj, ) Status: Transfer

*Description:* (86-1) Amount on claim does not match, corrected

*Remarks:* (86-1) Transferred to Trade-Debt.Net 4/5/06

| *Creditor:*    (8376672)<br>Heller Erhman<br>Attn Peter J. Benvenutti<br>File No 73536<br>PO Box 60000<br>San Francisco CA 94160-3536 | **Claim No: 46**<br>*Filed:*    12/23/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $89912.44 |
|---|
| **Total**        **claimed: $89912.44** |

*History:*
 46-1    12/23/2005 Claim #46 filed by Heller Erhman , total amount claimed: $89912.44 (kl)

*Description:*

*Remarks:*

| *Creditor:*    (8460971)<br>Heritage Paper Company | **Claim No: 128**<br>*Filed:*    03/09/2006 | *Status:*<br>*Filed by:* CR |
|---|---|---|

| 6850 Brisa St.<br>Livermore, CA 94550 | *Entered:* 03/14/2006 | *Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $101157.38
**Total**    **claimed: $101157.38**

*History:*
  128-1  03/09/2006 Claim #128 filed by Heritage Paper Company , total amount claimed: $101157.38 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*     (8393811)<br>Hobart Sales and Service<br>905 West College Ave.<br>Santa Rosa, CA 95401-5080 | **Claim No: 8**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $459.00
**Total**    **claimed: $459.00**

*History:*
  8-1   12/02/2005 Claim #8 filed by Hobart Sales and Service , total amount claimed: $459 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*     (8452977)<br>Hoot Owl Creek Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 93**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed: $29267.22
**Total**    **claimed: $29267.22**

*History:*
  93-1  02/27/2006 Claim #93 filed by Hoot Owl Creek Vineyards , total amount claimed: $29267.22 (Chandler,<br>        David)

*Description:*

*Remarks:*

---

| *Creditor:*     (8376678)<br>Hotel Hospitality Publicity Group<br>530 Divisadero St<br>San Francisco CA 94117 | **Claim No: 129**<br>*Filed:*    03/10/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $675.00
**Total**    **claimed: $675.00**

*History:*
  129-1  03/10/2006 Claim #129 filed by Hotel Hospitality Publicity Group , total amount claimed: $675 (lj)

| Description: |
| --- |
| Remarks: |

| Creditor:      (8376685)<br>Imprezziv Paper Packaging Inc<br>138 Corwin St<br>Suite B<br>San Francisco CA 94114 | Claim No: 138<br>Filed:    03/13/2006<br>Entered: 03/14/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
| --- | --- | --- |
| Unsecured claimed: $10150.00<br>**Total        claimed: $10150.00** | | |
| History:<br>  138-1   03/13/2006 Claim #138 filed by Imprezziv Paper Packaging Inc , total amount claimed: $10150 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:      (8376690)<br>Italfoods Inc<br>205 Shaw Rd<br>South San Francisco CA 94080 | Claim No: 9<br>Filed:    12/02/2005<br>Entered: 12/05/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
| --- | --- | --- |
| Unsecured claimed: $252.00<br>**Total        claimed: $252.00** | | |
| History:<br>  9-1    12/02/2005 Claim #9 filed by Italfoods Inc , total amount claimed: $252 (vj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:      (8461028)<br>J M Bryan Family Trust<br>c/o Bryan and Edwards<br>600 Montgomery St. 35th Fl.<br>San Francisco, CA 94111 | Claim No: 146<br>Filed:    03/14/2006<br>Entered: 03/14/2006 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: |
| --- | --- | --- |
| Unsecured claimed: $4033873.00<br>**Total        claimed: $4033873.00** | | |
| History:<br>  146-1   03/14/2006 Claim #146 filed by J M Bryan Family Trust , total amount claimed: $4033873 (St. James,<br>            Michael) | | |
| Description: | | |
| Remarks: | | |

| Creditor:      (8376693)<br>JH Bosche MDT | Claim No: 97<br>Filed:    02/27/2006 | Status:<br>Filed by: CR |
| --- | --- | --- |

| 1930 Jackson<br>San Francisco CA 94109 | *Entered:* 03/02/2006<br>*Amended By Claim No:* 97 | *Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $836609.27

**Total** claimed: **$836609.27**

*History:*

97-1    02/27/2006 Claim #97 filed by JH Bosche MDT , total amount claimed: $850000 (lj)

◑ 97-2   05/03/2006 Amended Claim #97 filed by JH Bosche MDT , total amount claimed: $836609.27 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*      (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | **Claim No: 125**<br>*Filed:*    03/09/2006<br>*Entered:* 03/09/2006<br>*Amended By Claim No:* 139 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* 03/14/2006 |
|---|---|---|

Secured claimed: $497115.08

**Total** claimed: **$497115.08**

*History:*

125-1   03/09/2006 Claim #125 filed by John M. Bryan , total amount claimed: $497115.08 (St. James, Michael)

139-1   03/14/2006 Claim #139 filed amending Claim #125 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael)

*Description:*

*Remarks:* (125-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct creditor.

---

| *Creditor:*      (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | **Claim No: 123**<br>*Filed:*    03/09/2006<br>*Entered:* 03/09/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* 03/14/2006 |
|---|---|---|

Unsecured claimed: $4033873.00

**Total** claimed: **$4033873.00**

*History:*

123-1   03/09/2006 Claim #123 filed by John M. Bryan , total amount claimed: $4033873 (St. James, Michael)

*Description:*

*Remarks:* (123-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct creditor.

---

| *Creditor:*      (8457866)<br>John M. Bryan | **Claim No: 126**<br>*Filed:*    03/09/2006 | *Status:*<br>*Filed by:* CR |
|---|---|---|

| Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | *Entered:* 03/09/2006<br>*Amends Claim No:* 124 | *Entered by:* St. James, Michael<br>*Modified:* 03/13/2006 |
|---|---|---|

| Secured claimed: $1345444.89 |
|---|
| **Total      claimed: $1345444.89** |

*History:*

124-1   03/09/2006 Claim #124 filed by John M. Bryan , total amount claimed: $134544.89 (St. James, Michael)

126-1   03/09/2006 Claim #126 filed amending Claim #124 filed by John M. Bryan , total amount claimed: $1345444.89 (St. James, Michael)

*Description:* (124-1) Incorrect amount see Amended Claim #126
(126-1) Incorrect amount entered, corrected.

*Remarks:*

---

| *Creditor:*      (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | **Claim No: 124**<br>*Filed:*    03/09/2006<br>*Entered:* 03/09/2006<br>*Amended By Claim No:* 126 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* 03/13/2006 |
|---|---|---|

| Unsecured claimed: $134544.89 |
|---|
| **Total      claimed: $134544.89** |

*History:*

124-1   03/09/2006 Claim #124 filed by John M. Bryan , total amount claimed: $134544.89 (St. James, Michael)

126-1   03/09/2006 Claim #126 filed amending Claim #124 filed by John M. Bryan , total amount claimed: $1345444.89 (St. James, Michael)

*Description:* (124-1) Incorrect amount see Amended Claim #126
(126-1) Incorrect amount entered, corrected.

*Remarks:*

---

| *Creditor:*      (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | **Claim No: 122**<br>*Filed:*    03/09/2006<br>*Entered:* 03/09/2006<br>*Amended By Claim No:* 122 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $20181673.85 |
|---|
| Secured    claimed: $20181673.85 |
| **Total      claimed: $40363347.70** |

*History:*

122-1   03/09/2006 Claim #122 filed by John M. Bryan , total amount claimed: $20181673.85 (St. James, Michael)

122-2   10/26/2006 Amended Claim #122 filed by John M. Bryan , total amount claimed: $20181673.85 (St. James, Michael)

| Description: | |
|---|---|
| Remarks: | |

| Creditor:        (8376871)<br>John and Cathy Vicini<br>dba Vicini Vineyard<br>c/o Michael C. Fallon<br>100 E St., Ste. 219<br>Santa Rosa, CA 95404 | Claim No: 69<br>Filed:    02/14/2006<br>Entered: 02/14/2006 | Status:<br>Filed by: CR<br>Entered by: Fallon, Michael<br>Modified: 02/15/2006 |
|---|---|---|

Secured claimed: $97124.86
**Total        claimed: $97124.86**

*History:*
 69-1    02/14/2006 Claim #69 filed by John and Cathy Vicini , total amount claimed: $97124.86 (Fallon, Michael)

*Description:* (69-1) Creditor information does not match pdf, corrected.

*Remarks:*

| Creditor:        (8376699)<br>Jordon Vineyard & Winery<br>Attn Mark Bailey<br>PO Box 878<br>Healdsburg CA 95448 | Claim No: 120<br>Filed:    03/08/2006<br>Entered: 03/09/2006 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|

Unsecured claimed: $43472.88
**Total        claimed: $43472.88**

*History:*
 120-1    03/08/2006 Claim #120 filed by Jordon Vineyard & Winery , total amount claimed: $43472.88 (kl)

*Description:*

*Remarks:*

| Creditor:        (8452352)<br>Juvenal Direct, Inc.<br>c/o Peter Craigie<br>540 Pacific Ave.<br>San Francisco, CA 94133 | Claim No: 79<br>Filed:    02/21/2006<br>Entered: 02/24/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $21952.71
**Total        claimed: $21952.71**

*History:*
 79-1    02/21/2006 Claim #79 filed by Juvenal Direct, Inc. , total amount claimed: $21952.71 (lj)

*Description:*

*Remarks:*

| *Creditor:* (8702600)<br>Kulwinder Sidhu<br>c/o Binder & Malter, LLP<br>Heinz Binder, Esq.<br>2775 Park Avenue<br>Santa Clara, CA 95050 | **Claim No: 193**<br>*Filed:* 02/22/2007<br>*Entered:* 02/22/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shakoori, Roya<br>*Modified:* |
|---|---|---|

| Unknown claimed: $0.01<br>**Total** **claimed: $0.01** |
|---|

| *History:*<br>　◑ 193-1  02/22/2007 Claim #193 filed by Kulwinder Sidhu , total amount claimed: $0.01 (Shakoori, Roya) |
|---|
| *Description:* |
| *Remarks:* |

| *Creditor:* (8455173)<br>LM Saint Martin, S.A.<br>American Credit & Clearing Corp.<br>P.O. Box 750512<br>Forest Hills, NY 11375-0512 | **Claim No: 100**<br>*Filed:* 03/01/2006<br>*Entered:* 03/03/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $14767.20<br>**Total** **claimed: $14767.20** |
|---|

| *History:*<br>　100-1  03/01/2006 Claim #100 filed by LM Saint Martin, S.A. , total amount claimed: $14767.2 (lj) |
|---|
| *Description:* |
| *Remarks:* |

| *Creditor:* (8462199)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | **Claim No: 154**<br>*Filed:* 03/16/2006<br>*Entered:* 03/16/2006<br>*Amended By Claim No:* 154 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barash, Martin<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $1.00<br>**Total** **claimed: $1.00** |
|---|

| *History:*<br>　154-1  03/16/2006 Claim #154 filed by Laminar Direct Capital L.P. , total amount claimed: $0 (Barash, Martin)<br>　◑ 154-2  10/13/2006 Amended Claim #154 filed by Laminar Direct Capital L.P. , total amount claimed: $1<br>　　　　　　(Barash, Martin) |
|---|
| *Description:* |
| *Remarks:* |

| *Creditor:* (8462199)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson | **Claim No: 153**<br>*Filed:* 03/16/2006<br>*Entered:* 03/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barash, Martin |
|---|---|---|

| Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | | Modified: |
|---|---|---|

| Secured claimed: $530000.00 | |
|---|---|
| **Total    claimed: $530000.00** | |

| *History:* |
|---|
| 153-1    03/16/2006 Claim #153 filed by Laminar Direct Capital L.P. , total amount claimed: $530000 (Barash, Martin) |

| *Description:* |
|---|

| *Remarks:* |
|---|

---

| *Creditor:*     (8462199)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | **Claim No: 154**<br>*Filed:*    10/13/2006<br>*Entered:* 10/13/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shenson, Jonathan<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $1.00 | |
|---|---|
| **Total     claimed: $1.00** | |

| *History:* |
|---|
| 154-1    03/16/2006 Claim #154 filed by Laminar Direct Capital L.P. , total amount claimed: $0 (Shenson, Jonathan) |
| ❏ 154-2    10/13/2006 Amended Claim #154 filed by Laminar Direct Capital L.P. , total amount claimed: $1 (Shenson, Jonathan) |

| *Description:* |
|---|

| *Remarks:* |
|---|

---

| *Creditor:*     (8376715)<br>Laminar Direct Capital LP<br>Attn Thomas E Patterson, Esq.<br>2121 Avenue of the Stars, 33rd Fl<br>Los Angeles, CA 90067 | **Claim No: 140**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006<br>*Amended By Claim No:* 140 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Neeley, Stacia<br>*Modified:* 04/19/2007 |
|---|---|---|

| Unsecured claimed:  $1518255.00 | |
|---|---|
| **Total     claimed: $1518255.00** | |

| *History:* |
|---|
| ❏ 140-1    03/14/2006 Claim #140 filed by Laminar Direct Capital LP , total amount claimed: $25924362.11 (Neeley, Stacia) |
| ❏ 140-2    04/18/2007 Amended Claim #140 filed by Laminar Direct Capital LP , total amount claimed: $1518255 (Neeley, Stacia) |

| *Description:* (140-1) Incorrect creditor address information, corrected. |
|---|

| *Remarks:* |
|---|

| | | |
|---|---|---|
| *Creditor:*    (8376715)<br>Laminar Direct Capital LP<br>Attn Thomas E Patterson, Esq.<br>2121 Avenue of the Stars, 33rd Fl<br>Los Angeles, CA 90067 | **Claim No: 144**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Neeley, Stacia<br>*Modified:* 03/17/2006 |

Secured claimed: $6421724.37
**Total    claimed: $6421724.37**

*History:*
  144-1    03/14/2006 Claim #144 filed by Laminar Direct Capital LP , total amount claimed: $6421724.37
            (Neeley, Stacia)

*Description:* (144-1) Incorrect creditor address informaiton, corrected

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8376715)<br>Laminar Direct Capital LP<br>Attn Thomas E Patterson, Esq.<br>2121 Avenue of the Stars, 33rd Fl<br>Los Angeles, CA 90067 | **Claim No: 141**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Neeley, Stacia<br>*Modified:* 03/17/2006 |

Secured claimed: $23383612.11
**Total    claimed: $23383612.11**

*History:*
  141-1    03/14/2006 Claim #141 filed by Laminar Direct Capital LP , total amount claimed: $23383612.11
            (Neeley, Stacia)

*Description:* (141-1) Incorrect creditor address information, corrected

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8376715)<br>Laminar Direct Capital LP<br>Attn Thomas E Patterson, Esq.<br>2121 Avenue of the Stars, 33rd Fl<br>Los Angeles, CA 90067 | **Claim No: 142**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Neeley, Stacia<br>*Modified:* 03/17/2006 |

Secured claimed: $11362777.77
**Total    claimed: $11362777.77**

*History:*
  142-1    03/14/2006 Claim #142 filed by Laminar Direct Capital LP , total amount claimed: $11362777.77
            (Neeley, Stacia)

*Description:* (142-1) Incorrect creditor address information, corrected.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8376715)<br>Laminar Direct Capital LP<br>Attn Thomas E Patterson, Esq.<br>2121 Avenue of the Stars, 33rd Fl | **Claim No: 143**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Neeley, Stacia<br>*Modified:* 03/17/2006 |

| Los Angeles, CA 90067 | | |
|---|---|---|
| Secured claimed: $9329905.57<br>**Total    claimed: $9329905.57** | | |

*History:*
   143-1    03/14/2006 Claim #143 filed by Laminar Direct Capital LP , total amount claimed: $9329905.57
                 (Neeley, Stacia)

*Description:* (143-1) Incorrect creditor address information, corrected.

*Remarks:*

---

| *Creditor:*    (8376715)<br>Laminar Direct Capital LP<br>Attn Thomas E Patterson, Esq.<br>2121 Avenue of the Stars, 33rd Fl<br>Los Angeles, CA 90067 | **Claim No: 140**<br>*Filed:*    04/18/2007<br>*Entered:* 04/18/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Pozmantier, Courtney<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $1518255.00<br>**Total    claimed: $1518255.00** | | |

*History:*
   140-1    03/14/2006 Claim #140 filed by Laminar Direct Capital LP , total amount claimed: $25924362.11
                 (Pozmantier, Courtney)
   140-2    04/18/2007 Amended Claim #140 filed by Laminar Direct Capital LP , total amount claimed: $1518255
                 (Pozmantier, Courtney)

*Description:* (140-1) Incorrect creditor address information, corrected.

*Remarks:*

---

| *Creditor:*    (8456317)<br>Lasseter Family Winery<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95409 | **Claim No: 107**<br>*Filed:*    03/06/2006<br>*Entered:* 03/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|
| Secured claimed: $81874.71<br>**Total    claimed: $81874.71** | | |

*History:*
   107-1    03/06/2006 Claim #107 filed by Lasseter Family Winery , total amount claimed: $81874.71 (Chandler,
                 David)

*Description:*

*Remarks:*

---

| *Creditor:*    (8449128)<br>Laurence I. Cheftel, Inc.<br>c/o Lawrence Papale<br>1308 Main St., Ste. 117<br>St. Helena, CA 94574 | **Claim No: 73**<br>*Filed:*    02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $143988.31

**Total    claimed: $143988.31**

*History:*

73-1    02/13/2006 Claim #73 filed by Laurence I. Cheftel, Inc. , total amount claimed: $143988.31 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8433776)<br>Les Tonnelleries De Bourgogne<br>Coface North America, Inc.<br>P.O. Box 2102<br>Cranbury, NJ 08512 | **Claim No: 52**<br>*Filed:*    01/10/2006<br>*Entered:* 01/12/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $27255.20

**Total    claimed: $27255.20**

*History:*

52-1    01/10/2006 Claim #52 filed by Les Tonnelleries De Bourgogne , total amount claimed: $27255.2 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376719)<br>Local Copies Etc<br>230 East Betteravia Rd<br>Santa Maria CA 93454 | **Claim No: 13**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $100.69

**Total    claimed: $100.69**

*History:*

13-1    12/02/2005 Claim #13 filed by Local Copies Etc , total amount claimed: $100.69 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376721)<br>Louis Latour Inc<br>James S. Monroe, Esq.<br>Nixon Peabody LLP<br>Two Embarcadero Ctr. #2700<br>San Francisco, CA 94111 | **Claim No: 15**<br>*Filed:*    12/05/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Monroe, James<br>*Modified:* 12/06/2005 |
|---|---|---|

Unsecured claimed: $18720.00

**Total    claimed: $18720.00**

*History:*

15-1    12/05/2005 Claim #15 filed by Louis Latour Inc , total amount claimed: $18720 (Monroe, James)

*Description:* (15-1) Address on PDF did not match address entered by ECF Participant, court has corrected.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8376726)<br>Markham Vineyards<br>Attn Bryan Del Bondio<br>2812 St Helena Hwy. North<br>PO Box 636<br>St Helena CA 94574 | **Claim No: 133**<br>*Filed:* 03/10/2006<br>*Entered:* 03/14/2006<br>*Amended By Claim No:* 135 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $796.13
**Total      claimed: $796.13**

*History:*

133-1   03/10/2006 Claim #133 filed by Markham Vineyards , total amount claimed: $796.13 (lj)

135-1   03/13/2006 Claim #135 filed amending Claim #133 filed by Markham Vineyards , total amount claimed: $3133.53 (lj)

*Description:*

*Remarks:* (135-1) Replaces Claim #133.

| | | |
|---|---|---|
| *Creditor:* (8376726)<br>Markham Vineyards<br>Attn Bryan Del Bondio<br>2812 St Helena Hwy. North<br>PO Box 636<br>St Helena CA 94574 | **Claim No: 135**<br>*Filed:* 03/13/2006<br>*Entered:* 03/14/2006<br>*Amends Claim No:* 133 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $3133.53
**Total      claimed: $3133.53**

*History:*

133-1   03/10/2006 Claim #133 filed by Markham Vineyards , total amount claimed: $796.13 (lj)

135-1   03/13/2006 Claim #135 filed amending Claim #133 filed by Markham Vineyards , total amount claimed: $3133.53 (lj)

*Description:*

*Remarks:* (135-1) Replaces Claim #133.

| | | |
|---|---|---|
| *Creditor:* (8376730)<br>Maynard and Grace Kuljian<br>Kuljian Vineyards<br>1955 West Dry Creek Rd<br>Healdsburg CA 95448 | **Claim No: 101**<br>*Filed:* 03/01/2006<br>*Entered:* 03/03/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $10275.21
**Total      claimed: $10275.21**

*History:*

101-1   03/01/2006 Claim #101 filed by Maynard and Grace Kuljian , total amount claimed: $10275.21 (lj)

*Description:*

| Remarks: |
|---|

| *Creditor:*     (8469486)<br>McMaster-Carr Supply<br>9939 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | **Claim No: 175**<br>*Filed:*   03/29/2006<br>*Entered:* 03/30/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $366.03

**Total**        **claimed: $366.03**

*History:*
  175-1   03/29/2006 Claim #175 filed by McMaster-Carr Supply , total amount claimed: $366.03 (lj)

*Description:*

*Remarks:*

| *Creditor:*     (8376731)<br>McMaster-Carr Supply Co<br>PO Box 7690<br>Chicago IL 60680-7690 | **Claim No: 105**<br>*Filed:*   03/03/2006<br>*Entered:* 03/03/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $366.03

**Total**        **claimed: $366.03**

*History:*
  105-1   03/03/2006 Claim #105 filed by McMaster-Carr Supply Co , total amount claimed: $366.03 (lj)

*Description:*

*Remarks:*

| *Creditor:*     (8376736)<br>Millipore Corp<br>290 Concord Rd.<br>Billerica MA 01821 | **Claim No: 41**<br>*Filed:*   12/19/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $203.70

**Total**        **claimed: $203.70**

*History:*
  41-1   12/19/2005 Claim #41 filed by Millipore Corp , total amount claimed: $203.7 (kl)

*Description:*

*Remarks:*

| *Creditor:*     (8376738)<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco CA 94105 | **Claim No: 110**<br>*Filed:*   03/06/2006<br>*Entered:* 03/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lewis, Adam<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $89626.19

Secured   claimed:   $1000.00

| Total | claimed: $90626.19 |
|---|---|

**History:**

110-1    03/06/2006 Claim #110 filed by Morrison & Foerster LLP , total amount claimed: $90626.19 (Lewis, Adam)

**Description:**

**Remarks:**

---

| Creditor:     (8441017) Morrison and Foerster 101 Ygnacio Valley Rd. #450 Attn Sharon Acevedo-Cicala Walnut Creek, CA 94596 | **Claim No: 61** *Filed:* 01/27/2006 *Entered:* 01/31/2006 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

| Unsecured claimed: $91097.99 | |
|---|---|
| **Total**       claimed: **$91097.99** | |

**History:**

61-1     01/27/2006 Claim #61 filed by Morrison and Foerster , total amount claimed: $91097.99 (vj)

**Description:**

**Remarks:**

---

| Creditor:     (8376739) Moss Adams LLP 3700 Old Redwood Hwy Suite 200 Santa Rosa CA 95403 | **Claim No: 81** *Filed:* 02/23/2006 *Entered:* 02/24/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

| Unsecured claimed: $24672.00 | |
|---|---|
| **Total**       claimed: **$24672.00** | |

**History:**

81-1     02/23/2006 Claim #81 filed by Moss Adams LLP , total amount claimed: $24672 (lj)

**Description:**

**Remarks:**

---

| Creditor:     (8376741) Murray Farms Attn Mike Murray 2149 Broadway San Francisco CA 94115 | **Claim No: 148** *Filed:* 03/14/2006 *Entered:* 03/15/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

| Unsecured claimed: $90566.99 | |
|---|---|
| **Total**       claimed: **$90566.99** | |

**History:**

148-1    03/14/2006 Claim #148 filed by Murray Farms , total amount claimed: $90566.99 (lj)

**Description:**

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8376742)<br>Napa County Tax Collector<br>1195 Third St<br>Room 108<br>Napa CA 94559-3035 | **Claim No: 51**<br>*Filed:* 12/23/2005<br>*Entered:* 01/11/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |

Unsecured claimed: $133842.01

**Total**     **claimed: $133842.01**

*History:*

51-1     12/23/2005 Claim #51 filed by Napa County Tax Collector , total amount claimed: $133842.01 (kl)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8415972)<br>Napa Printing and Graphics<br>630 Airpark Rd. #D<br>Napa, CA 94558 | **Claim No: 18**<br>*Filed:* 12/05/2005<br>*Entered:* 12/06/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

Unsecured claimed: $1888.86

**Total**     **claimed: $1888.86**

*History:*

18-1     12/05/2005 Claim #18 filed by Napa Printing and Graphics , total amount claimed: $1888.86 (vj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8376747)<br>Napa Valley Petroleum<br>PO Box 2670<br>Napa CA 94558-0528 | **Claim No: 19**<br>*Filed:* 12/05/2005<br>*Entered:* 12/06/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

Unsecured claimed: $353.93

**Total**     **claimed: $353.93**

*History:*

19-1     12/05/2005 Claim #19 filed by Napa Valley Petroleum , total amount claimed: $353.93 (vj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8376750)<br>Napa Wine Co<br>PO Box 434<br>Oakville CA 94562 | **Claim No: 2**<br>*Filed:* 11/30/2005<br>*Entered:* 12/01/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

Unsecured claimed: $140.00

| Total | claimed: $140.00 |
|---|---|

*History:*

2-1    11/30/2005 Claim #2 filed by Napa Wine Co , total amount claimed: $140 (vj)

*Description:*

*Remarks:*

---

| Creditor:    (8376752)<br>New Vine Logistics Inc<br>Attn President<br>830 Latour Court Suite A<br>Napa CA 94558 | **Claim No: 11**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $274.00

**Total      claimed: $274.00**

*History:*

11-1    12/02/2005 Claim #11 filed by New Vine Logistics Inc , total amount claimed: $274 (vj)

*Description:*

*Remarks:*

---

| Creditor:    (8376752)<br>New Vine Logistics Inc<br>Attn President<br>830 Latour Court Suite A<br>Napa CA 94558 | **Claim No: 55**<br>*Filed:*    01/17/2006<br>*Entered:* 01/18/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed:  $5334.00

**Total      claimed: $5334.00**

*History:*

55-1    01/17/2006 Claim #55 filed by New Vine Logistics Inc , total amount claimed: $5334 (vj)

*Description:*

*Remarks:*

---

| Creditor:    (8455560)<br>Oddone Vineyard<br>Dillingham & Murphy, LLP<br>250 D Street, #200<br>Santa Rosa, CA 95404 | **Claim No: 109**<br>*Filed:*    03/06/2006<br>*Entered:* 03/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Simon, Eric<br>*Modified:* |
|---|---|---|

Secured claimed:  $102889.43

**Total      claimed: $102889.43**

*History:*

109-1    03/06/2006 Claim #109 filed by Oddone Vineyard , total amount claimed: $102889.43 (Simon, Eric)

*Description:*

*Remarks:*

| Creditor:    (8438477)<br>Pacific Gas and Electric<br>c/o Patrick Hazen<br>P.O. Box 8329<br>Stockton, CA 95208 | Claim No: 58<br>Filed:    01/23/2006<br>Entered: 01/24/2006 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed:  $23237.86
**Total       claimed: $23237.86**

History:
58-1    01/23/2006 Claim #58 filed by Pacific Gas and Electric , total amount claimed: $23237.86 (vj)

Description:

Remarks:

| Creditor:    (8376765)<br>Pacific Paragon Financial Group Ltd<br>#615-1030 West Georgia St<br>Vancouver BC V6E 2Y3<br>Canada | Claim No: 188<br>Filed:    11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by: CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

Unsecured claimed:  $251692.22
**Total       claimed: $251692.22**

History:
188-1    11/10/2006 Claim #188 filed by Pacific Paragon Financial Group Ltd , total amount claimed:
              $251692.22 (Martin, Elmer)

Description:

Remarks:

| Creditor:    (8376765)<br>Pacific Paragon Financial Group Ltd<br>#615-1030 West Georgia St<br>Vancouver BC V6E 2Y3<br>Canada | Claim No: 189<br>Filed:    11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by: CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

Unsecured claimed:  $75000.00
**Total       claimed: $75000.00**

History:
189-1    11/10/2006 Claim #189 filed by Pacific Paragon Financial Group Ltd , total amount claimed: $75000
              (Martin, Elmer)

Description:

Remarks:

| Creditor:    (8608420)<br>Pacific Paragon Investment Fund Ltd<br>1518-1030 W. Georgia Street<br>Vancouver, BC B6E 2Y3 | Claim No: 186<br>Filed:    11/09/2006<br>Entered: 11/09/2006 | Status:<br>Filed by: CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $265000.00 | |
| **Total**     claimed: **$265000.00** | |

History:
🔾 186-1  11/09/2006 Claim #186 filed by Pacific Paragon Investment Fund Ltd , total amount claimed: $265000
         (Martin, Elmer)

Description:

Remarks:

| Creditor:     (8608420) | Claim No: 187 | Status: |
|---|---|---|
| Pacific Paragon Investment Fund Ltd | Filed:     11/10/2006 | Filed by: CR |
| 1518-1030 W. Georgia Street | Entered: 11/10/2006 | Entered by: Martin, Elmer |
| Vancouver, BC B6E 2Y3 | | Modified: |

| | |
|---|---|
| Unsecured claimed: $220000.00 | |
| **Total**     claimed: **$220000.00** | |

History:
🔾 187-1  11/10/2006 Claim #187 filed by Pacific Paragon Investment Fund Ltd , total amount claimed: $220000
         (Martin, Elmer)

Description:

Remarks:

| Creditor:     (8449134) | Claim No: 76 | Status: |
|---|---|---|
| Peak Performance Refrigeration, Inc. | Filed:     02/13/2006 | Filed by: CR |
| P.O. Box 519 | Entered: 02/16/2006 | Entered by: lj |
| Fulton, CA 95439 | | Modified: |

| | |
|---|---|
| Unsecured claimed: $2330.10 | |
| **Total**     claimed: **$2330.10** | |

History:
  76-1   02/13/2006 Claim #76 filed by Peak Performance Refrigeration, Inc. , total amount claimed: $2330.1 (lj)

Description:

Remarks:

| Creditor:     (8376768) | Claim No: 71 | Status: |
|---|---|---|
| Peter Haywood | Filed:     02/13/2006 | Filed by: CR |
| 18000 Gehricke Rd | Entered: 02/16/2006 | Entered by: lj |
| Sonoma CA 95476 | | Modified: |

| | |
|---|---|
| Unsecured claimed: $10528.00 | |
| **Total**     claimed: **$10528.00** | |

History:
  71-1   02/13/2006 Claim #71 filed by Peter Haywood , total amount claimed: $10528 (lj)

Description:

Remarks:

| | | |
|---|---|---|
| *Creditor:*      (8376774)<br>Plemmons Catering<br>1307 East Harding<br>Santa Maria CA 93454 | **Claim No: 32**<br>*Filed:*    12/08/2005<br>*Entered:* 12/14/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

Unsecured claimed: $969.75

**Total        claimed: $969.75**

*History:*

  32-1   12/08/2005 Claim #32 filed by Plemmons Catering , total amount claimed: $969.75 (vj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (8456737)<br>Praxair Distribution, Inc.<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | **Claim No: 114**<br>*Filed:*    03/06/2006<br>*Entered:* 03/07/2006<br>*Amended By Claim No:* 114 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $14390.00

**Total        claimed: $14390.00**

*History:*

  114-1  03/06/2006 Claim #114 filed by Praxair Distribution, Inc. , total amount claimed: $625.35 (lj)

  114-2  05/09/2006 Amended Claim #114 filed by Praxair Distribution, Inc. , total amount claimed: $1026.48 (lj)

  114-3  05/09/2006 Amended Claim #114 filed by Praxair Distribution, Inc. , total amount claimed: $5058.14 (lj)

  114-4  05/09/2006 Amended Claim #114 filed by Praxair Distribution, Inc. , total amount claimed: $14390 (lj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (8376778)<br>Precision Data Products<br>371 Cascade Dr<br>Mill Valley CA 94941 | **Claim No: 50**<br>*Filed:*    12/28/2005<br>*Entered:* 01/04/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |

Unsecured claimed: $1966.44

**Total        claimed: $1966.44**

*History:*

  50-1   12/28/2005 Claim #50 filed by Precision Data Products , total amount claimed: $1966.44 (vj)

*Description:*

*Remarks:*

| Creditor:      (8376779)<br>Premium Wine Storage<br>1450 Airport Blvd<br>Suite 120<br>Santa Rosa CA 95403 | Claim No: 6<br>*Filed:*    11/30/2005<br>*Entered:* 12/01/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $24375.00
**Total      claimed: $24375.00**

*History:*
  6-1      11/30/2005 Claim #6 filed by Premium Wine Storage , total amount claimed: $24375 (vj)

*Description:*
*Remarks:*

| Creditor:      (8452930)<br>Rancho Sisquoc Winery<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 84<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed:  $72940.00
**Total      claimed: $72940.00**

*History:*
  84-1      02/27/2006 Claim #84 filed by Rancho Sisquoc Winery , total amount claimed: $72940 (Chandler, David)

*Description:*
*Remarks:*

| Creditor:      (8452976)<br>Richard's Grove & Saralee's Vineyard<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 92<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed:  $186750.85
**Total      claimed: $186750.85**

*History:*
  92-1      02/27/2006 Claim #92 filed by Richard's Grove & Saralee's Vineyard , total amount claimed: $186750.85 (Chandler, David)

*Description:*
*Remarks:*

| Creditor:      (8376794)<br>Riedel Crystal of America Inc<br>PO Box 6623<br>Edison NJ 08818-6623 | Claim No: 48<br>*Filed:*    12/27/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $5907.43 |
| **Total**      **claimed: $5907.43** |

| *History:* |
| <u>48-1</u>    12/27/2005 Claim #48 filed by Riedel Crystal of America Inc , total amount claimed: $5907.43 (kl) |

| *Description:* |
| *Remarks:* |

---

| *Creditor:*      (8441256)<br>Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | **Claim No: 63**<br>*Filed:*    01/31/2006<br>*Entered:* 01/31/2006<br>*Amends Claim No:* 29 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gydus-Rogers, Holly<br>*Modified:* |

| Unsecured claimed: $7784.25 |
| **Total**      **claimed: $7784.25** |

| *History:* |
| 29-1    12/12/2005 Claim #29 filed by Gusmer Enterprises, Inc. , total amount claimed: $6804.92 (Gydus-Rogers, Holly) |
| <u>63-1</u>    01/31/2006 Claim #63 filed amending Claim #29 filed by Riverside Claims LLC , total amount claimed: $7784.25 (Gydus-Rogers, Holly) |

| *Description:* |
| *Remarks:* |

---

| *Creditor:*      (8452949)<br>Rodgers Creek Vineyard, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 85**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |

| Secured claimed: $153702.50 |
| **Total**      **claimed: $153702.50** |

| *History:* |
| <u>85-1</u>    02/27/2006 Claim #85 filed by Rodgers Creek Vineyard, LLC , total amount claimed: $153702.5 (Chandler, David) |

| *Description:* |
| *Remarks:* |

---

| *Creditor:*      (8452949)<br>Rodgers Creek Vineyard, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 181**<br>*Filed:*    04/28/2006<br>*Entered:* 04/28/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |

| Unsecured claimed: $330753.84 |
| **Total**      **claimed: $330753.84** |

*History:*
  <u>181-1</u>  04/28/2006 Claim #181 filed by Rodgers Creek Vineyard, LLC , total amount claimed: $330753.84
              (Chandler, David)

*Description:*

*Remarks:*

| *Creditor:*  (8376799) | **Claim No: 25** | *Status:* |
| Rose Creek Landscaping | *Filed:*  12/09/2005 | *Filed by:* CR |
| 1621 Escalero Rd | *Entered:* 12/12/2005 | *Entered by:* vj |
| Santa Rosa CA 95409 | | *Modified:* |

  Unsecured claimed:  $996.00
  **Total        claimed: $996.00**

*History:*
  <u>25-1</u>    12/09/2005 Claim #25 filed by Rose Creek Landscaping , total amount claimed: $996 (vj)

*Description:*

*Remarks:*

| *Creditor:*  (8465246) | **Claim No: 173** | *Status:* |
| SBC Yellow Pages | *Filed:*   03/20/2006 | *Filed by:* CR |
| Bankruptcy Unit | *Entered:* 03/22/2006 | *Entered by:* lj |
| 101 Spear St., Rm. 534 | | *Modified:* |
| San Francisco, CA 94105 | | |

  Unsecured claimed:  $5139.07
  **Total        claimed: $5139.07**

*History:*
  <u>173-1</u>   03/20/2006 Claim #173 filed by SBC Yellow Pages , total amount claimed: $5139.07 (lj)

*Description:*

*Remarks:*

| *Creditor:*  (8455903) | **Claim No: 106** | *Status:* |
| Saint-Gobain Containers, Inc. | *Filed:*   03/03/2006 | *Filed by:* CR |
| Saint-Gobain Corporation | *Entered:* 03/03/2006 | *Entered by:* lj |
| Attn: Thomas Fitzpatrick | | *Modified:* |
| 1 New Bond St. | | |
| Worcester, MA 01615 | | |

  Unsecured claimed:  $123234.99
  **Total        claimed: $123234.99**

*History:*
  <u>106-1</u>   03/03/2006 Claim #106 filed by Saint-Gobain Containers, Inc. , total amount claimed: $123234.99 (lj)

*Description:*

*Remarks:*

| Creditor:     (8376804)<br>Santa Barbara County Tax Collector<br>Attn Bernice James<br>PO Box 579<br>Santa Barbara CA 93102-0579 | Claim No: 177<br>Filed:     04/06/2006<br>Entered: 04/06/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $121840.27
**Total        claimed: $121840.27**

History:
177-1   04/06/2006 Claim #177 filed by Santa Barbara County Tax Collector , total amount claimed: $121840.27
                (lj)

Description:

Remarks:

| Creditor:     (8376813)<br>Scott Laboratories<br>Attn Accounts Receivable<br>PO Box 4559<br>Petaluma CA 94955 | Claim No: 60<br>Filed:     01/27/2006<br>Entered: 01/31/2006 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $52253.80
**Total        claimed: $52253.80**

History:
60-1    01/27/2006 Claim #60 filed by Scott Laboratories , total amount claimed: $52253.8 (vj)

Description:

Remarks:

| Creditor:     (8376815)<br>Shifflett Vineyards<br>Attn Jeffery Shifflett<br>PO Box 2536<br>Yountville CA 94599 | Claim No: 157<br>Filed:     03/15/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $244504.12
**Total        claimed: $244504.12**

History:
157-1   03/15/2006 Claim #157 filed by Shifflett Vineyards , total amount claimed: $244504.12 (lj)

Description:

Remarks:

| Creditor:     (8486085)<br>Shifflett Vineyards<br>c/o David N. Chandler<br>1747 Fourth St.<br>Santa Rosa, CA 95404 | Claim No: 184<br>Filed:     04/28/2006<br>Entered: 04/28/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Unsecured claimed: $185000.00

**Total     claimed: $185000.00**

*History:*
  184-1    04/28/2006 Claim #184 filed by Shifflett Vineyards , total amount claimed: $185000 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*     (8452951) Silverado Premium Properties c/o David N. Chandler, p.c. 1747 4th Street Santa Rosa, CA 95404 | **Claim No: 88** *Filed:*    02/27/2006 *Entered:* 02/27/2006 | *Status:* *Filed by:* CR *Entered by:* Chandler, David *Modified:* |

Secured claimed: $107816.58

**Total     claimed: $107816.58**

*History:*
  88-1    02/27/2006 Claim #88 filed by Silverado Premium Properties , total amount claimed: $107816.58
          (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*     (8452951) Silverado Premium Properties c/o David N. Chandler, p.c. 1747 4th Street Santa Rosa, CA 95404 | **Claim No: 87** *Filed:*    02/27/2006 *Entered:* 02/27/2006 | *Status:* *Filed by:* CR *Entered by:* Chandler, David *Modified:* |

Secured claimed: $125405.64

**Total     claimed: $125405.64**

*History:*
  87-1    02/27/2006 Claim #87 filed by Silverado Premium Properties , total amount claimed: $125405.64
          (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*     (8376819) Smartsco Accounts Receivable Dept Attn Nikki 530 Howard St Suite 450 San Francisco CA 94105 | **Claim No: 12** *Filed:*    12/02/2005 *Entered:* 12/05/2005 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |

Unsecured claimed: $300.15

**Total     claimed: $300.15**

*History:*

| 12-1 | 12/02/2005 Claim #12 filed by Smartsco , total amount claimed: $300.15 (vj) |

*Description:*

*Remarks:*

---

| *Creditor:* (8456802)<br>Smothers Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 115**<br>*Filed:* 03/07/2006<br>*Entered:* 03/07/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |

Secured claimed: $154488.47

**Total     claimed: $154488.47**

*History:*

| 115-1 | 03/07/2006 Claim #115 filed by Smothers Vineyards , total amount claimed: $154488.47 (Chandler, David) |

*Description:*

*Remarks:*

---

| *Creditor:* (8424768)<br>Sonoma County Tax Collector<br>585 Fiscal Dr. RM 10<br>Santa Rosa, CA 95403-2819 | **Claim No: 49**<br>*Filed:* 12/27/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |

Unsecured claimed: $122351.21

**Total     claimed: $122351.21**

*History:*

| 49-1 | 12/27/2005 Claim #49 filed by Sonoma County Tax Collector , total amount claimed: $122351.21 (kl) |

*Description:*

*Remarks:*

---

| *Creditor:* (8376829)<br>Stavin Incorporated<br>PO Box 1693<br>Sausalito CA 94966 | **Claim No: 42**<br>*Filed:* 12/19/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |

Unsecured claimed: $3323.81

**Total     claimed: $3323.81**

*History:*

| 42-1 | 12/19/2005 Claim #42 filed by Stavin Incorporated , total amount claimed: $3323.81 (kl) |

*Description:*

*Remarks:*

---

| *Creditor:* (8376769) | **Claim No: 127** | *Status:* |

| Sugarloaf Farming Corp.<br>dba Peter Michael Winery<br>12400 Ida Clayton Rd.<br>Calistoga, CA 94515 | *Filed:*    03/09/2006<br>*Entered:* 03/14/2006 | *Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $1500.00 | | |
|---|---|---|
| **Total**        **claimed: $1500.00** | | |

*History:*
　127-1　03/09/2006 Claim #127 filed by Sugarloaf Farming Corp. , total amount claimed: $1500 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*      (8376834)<br>Supreme Marketing Inc<br>46025 Warm Springs Blvd<br>Fremont CA 94539 | **Claim No: 22**<br>*Filed:*    12/06/2005<br>*Entered:* 12/07/2005 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* 09/15/2006 |
|---|---|---|

| Unsecured claimed:  $699.67 | | |
|---|---|---|
| **Total**        **claimed: $699.67** | | |

*History:*
　🔍 22-1　12/06/2005 Claim #22 filed by Supreme Marketing Inc , total amount claimed: $699.67 (vj)
　　　04/18/2006 Updated Claim Status (#22). Supreme Marketing Inc. transfers their claim #22 to Debt
　　　　Acquisition Company of America. (lj, ) Status: Transfer

*Description:* (22-1) Transferred to Debt Acquisition 3/29/06

*Remarks:*

---

| *Creditor:*      (8376835)<br>Sycamore Vineyards<br>Attn Alan Brudos Financial Mgr<br>600 Montgomery St 35th Floor<br>San Francisco CA 94111 | **Claim No: 139**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006<br>*Amends Claim No:* 125<br>*Amended By Claim No:* 145 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* |
|---|---|---|

| Secured claimed:  $497115.08 | | |
|---|---|---|
| **Total**      **claimed: $497115.08** | | |

*History:*
　125-1　03/09/2006 Claim #125 filed by John M. Bryan , total amount claimed: $497115.08 (St. James, Michael)
　139-1　03/14/2006 Claim #139 filed amending Claim #125 filed by Sycamore Vineyards , total amount claimed:
　　　　$497115.08 (St. James, Michael)
　145-1　03/14/2006 Claim #145 filed amending Claim #139 filed by Sycamore Vineyards , total amount claimed:
　　　　$497115.08 (St. James, Michael)

*Description:*

*Remarks:* (125-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct
creditor.
(145-1) Amended to correct party information only.

| *Creditor:*    (8461021)<br>Sycamore Vineyards<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor San Francisco, CA. 94111 | **Claim No: 145**<br>*Filed:*    03/14/2006<br>*Entered:* 03/14/2006<br>*Amends Claim No:* 139 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* 03/14/2006 |
|---|---|---|

Secured claimed: $497115.08

**Total      claimed: $497115.08**

*History:*

139-1   03/14/2006 Claim #139 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael)

145-1   03/14/2006 Claim #145 filed amending Claim #139 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael)

*Description:*

*Remarks:* (145-1) Amended to correct party information only.

| *Creditor:*    (8455194)<br>Taronsaud North America Corp.<br>505 29th Avenue<br>San Francisco, CA 94121 | **Claim No: 103**<br>*Filed:*    03/02/2006<br>*Entered:* 03/03/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $16939.75

**Total      claimed: $16939.75**

*History:*

103-1   03/02/2006 Claim #103 filed by Taronsaud North America Corp. , total amount claimed: $16939.75 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8376840)<br>The Bottle Meister Inc<br>PO Box 15457<br>San Luis Obispo CA 93406-5457 | **Claim No: 67**<br>*Filed:*    02/06/2006<br>*Entered:* 02/09/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $27357.77

**Total      claimed: $27357.77**

*History:*

67-1   02/06/2006 Claim #67 filed by The Bottle Meister Inc , total amount claimed: $27357.77 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8376841)<br>The Compleat Winemaker<br>955 Vintage Ave<br>St Helena CA 94574 | **Claim No: 151**<br>*Filed:*    03/14/2006<br>*Entered:* 03/15/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $26854.67

| Total | claimed: $26854.67 |
|---|---|

*History:*
  151-1   03/14/2006 Claim #151 filed by The Compleat Winemaker , total amount claimed: $26854.67 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*   (8376853)<br>Tonnellerie Boutes<br>Attn Manny Martinez<br>1001 Seaspace Circle<br>Rodeo CA 94572 | **Claim No: 7**<br>*Filed:*   12/01/2005<br>*Entered:* 12/02/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $116868.00

| **Total** | claimed: **$116868.00** |
|---|---|

*History:*
  7-1   12/01/2005 Claim #7 filed by Tonnellerie Boutes , total amount claimed: $116868 (kl)

*Description:*

*Remarks:*

---

| *Creditor:*   (8376854)<br>Tonnellerie Remond<br>Attn Todd Stanfield<br>621 W Spain St<br>Sonoma CA 95476 | **Claim No: 59**<br>*Filed:*   01/24/2006<br>*Entered:* 01/25/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $30400.00

| **Total** | claimed: **$30400.00** |
|---|---|

*History:*
  59-1   01/24/2006 Claim #59 filed by Tonnellerie Remond , total amount claimed: $30400 (lj)

*Description:* (59-1) This claim amount is in Euros due.

*Remarks:*

---

| *Creditor:*   (8449131)<br>Tonnellerie Saint-Martin<br>Pecarrere<br>47160 Buzet-Sur-Baise<br>France | **Claim No: 74**<br>*Filed:*   02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $14400.00

| **Total** | claimed: **$14400.00** |
|---|---|

*History:*
  74-1   02/13/2006 Claim #74 filed by Tonnellerie Saint-Martin , total amount claimed: $14400 (lj)

*Description:*

*Remarks:*

| Creditor:       (8496846)<br>Trade-Debt.Net<br>P.O. Box 1487<br>West Babylon, NY 11704 | Claim No: 77<br>Filed:     02/14/2006<br>Entered: 02/16/2006 | Status: Transfer 382<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $1475.00
**Total        claimed: $1475.00**

History:

77-1     02/14/2006 Claim #77 filed by Trade-Debt.Net , total amount claimed: $1475 (lj)
382      05/16/2006 Joint Notice of Transfer of Claim (#77) and Waiver of Opportunity To Object. Transfer
         Agreement 3001 (e) 1 Transferor: Studio M Graphic Design (Claim No. 77) To Trade-
         Debt.Net in the amount of $1475.00. Filed by Creditor Trade-Debt. Net . (lj, ) Status:
         Transfer

Description:

Remarks:

| Creditor:       (8435873)<br>Truchard Vineyards<br>Lloyd Llewelyn, Esq.<br>1211 Division St.<br>Napa, CA 94559 | Claim No: 54<br>Filed:     01/17/2006<br>Entered: 01/18/2006 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $275114.40
**Total        claimed: $275114.40**

History:

54-1     01/17/2006 Claim #54 filed by Truchard Vineyards , total amount claimed: $275114.4 (vj)

Description:

Remarks:

| Creditor:       (8464660)<br>Unisource Worldwide, Inc.<br>P.O. Box 60000<br>San Francisco, CA 94160 | Claim No: 165<br>Filed:     03/16/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $1325.07
**Total        claimed: $1325.07**

History:

165-1   03/16/2006 Claim #165 filed by Unisource Worldwide, Inc. , total amount claimed: $1325.07 (lj)

Description:

Remarks: (165-1) No creditor address information on front of proof of claim.

| Creditor:       (8434913)<br>United Parcel Service<br>c/o Receivable Management Services | Claim No: 53<br>Filed:     01/13/2006<br>Entered: 01/13/2006 | Status:<br>Filed by: CR<br>Entered by: kl |
|---|---|---|

| P.O. Box 4396<br>Timonium, MD 21093 | | Modified: |
|---|---|---|

| Unsecured claimed: $2646.49 |
| **Total     claimed: $2646.49** |

*History:*
53-1    01/13/2006 Claim #53 filed by United Parcel Service , total amount claimed: $2646.49 (kl)

*Description:*

*Remarks:*

---

| *Creditor:*     (8434913)<br>United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21093 | **Claim No: 178**<br>*Filed:*    04/06/2006<br>*Entered:* 04/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $14807.74 |
| **Total      claimed: $14807.74** |

*History:*
178-1    04/06/2006 Claim #178 filed by United Parcel Service , total amount claimed: $14807.74 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*     (8473664)<br>United Parcel Service<br>c/o RMS Bankruptcy Services<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030 | **Claim No: 176**<br>*Filed:*    04/06/2006<br>*Entered:* 04/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Diaz, Denise<br>*Modified:* 04/07/2006 |
|---|---|---|

| Unsecured claimed: $14807.74 |
| **Total      claimed: $14807.74** |

*History:*
176-1    04/06/2006 Claim #176 filed by United Parcel Service , total amount claimed: $14807.74 (Diaz, Denise)

*Description:* (176-1) Telephone number not required, corrected.

*Remarks:*

---

| *Creditor:*     (8376861)<br>United Rentals Northwest<br>4230 Kiernan Ave. #140<br>Modesto, CA 95356 | **Claim No: 38**<br>*Filed:*    12/15/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $9710.24 |
| **Total      claimed: $9710.24** |

*History:*
38-1    12/15/2005 Claim #38 filed by United Rentals Northwest , total amount claimed: $9710.24 (kl)

| Description: |
| --- |
| Remarks: |

| Creditor:     (8416643)<br>Univeral Specialties, Inc.<br>Attn. Tony Loog<br>1810 Kosmina Rd.<br>Vernon BC Canada V1T8T2 | Claim No: 21<br>*Filed:*    12/06/2005<br>*Entered:* 12/07/2005 | Status:<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
| --- | --- | --- |
| Unsecured claimed:  $46662.42<br>**Total**     **claimed: $46662.42** | | |
| History:<br>21-1    12/06/2005 Claim #21 filed by Univeral Specialties, Inc. , total amount claimed: $46662.42 (vj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:     (8376867)<br>Usibelli Ranch<br>1900 Maxwell Canyon Rd<br>St Helena CA 94574 | Claim No: 119<br>*Filed:*    03/07/2006<br>*Entered:* 03/09/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
| --- | --- | --- |
| Unsecured claimed:  $13730.00<br>**Total**     **claimed: $13730.00** | | |
| History:<br>119-1   03/07/2006 Claim #119 filed by Usibelli Ranch , total amount claimed: $13730 (kl) | | |
| Description: | | |
| Remarks: | | |

| Creditor:     (8451762)<br>VW Credit<br>1401 Franklin Boulevard<br>Libertyville, Illinois 60048 | Claim No: 78<br>*Filed:*    02/24/2006<br>*Entered:* 02/24/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* Bonial, Hilary<br>*Modified:* |
| --- | --- | --- |
| Secured claimed:  $78303.29<br>**Total**     **claimed: $78303.29** | | |
| History:<br>78-1    02/24/2006 Claim #78 filed by VW Credit , total amount claimed: $78303.29 (Bonial, Hilary) | | |
| Description: | | |
| Remarks: | | |

| Creditor:     (8376869)<br>Valley Yellow Pages<br>Dept 33302<br>PO Box 39000 | Claim No: 80<br>*Filed:*    02/21/2006<br>*Entered:* 02/24/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
| --- | --- | --- |

| San Francisco CA 94139-3302 | | |
|---|---|---|

Unsecured claimed: $100.00
**Total    claimed: $100.00**

*History:*
80-1    02/21/2006 Claim #80 filed by Valley Yellow Pages , total amount claimed: $100 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8608974)<br>Venturex Global Investment Corp.<br>133-2688 Shell Road<br>Richmond, BC V6X 4E1 Canada | **Claim No: 192**<br>*Filed:*    11/10/2006<br>*Entered:* 11/10/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Martin, Elmer<br>*Modified:* |
|---|---|---|

Unsecured claimed: $80000.00
**Total    claimed: $80000.00**

*History:*
192-1    11/10/2006 Claim #192 filed by Venturex Global Investment Corp. , total amount claimed: $80000
(Martin, Elmer)

*Description:*

*Remarks:*

| *Creditor:*    (8376870)<br>Vicard Tonnelleries<br>Attn Vincent Bouchard<br>743 Wilson St<br>Napa CA 94559 | **Claim No: 39**<br>*Filed:*    12/16/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $14411.89
**Total    claimed: $14411.89**

*History:*
39-1    12/16/2005 Claim #39 filed by Vicard Tonnelleries , total amount claimed: $14411.89 (kl)

*Description:*

*Remarks:*

| *Creditor:*    (8452959)<br>Vino Farms, Inc.<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 91**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed: $83373.12
**Total    claimed: $83373.12**

*History:*
91-1    02/27/2006 Claim #91 filed by Vino Farms, Inc. , total amount claimed: $83373.12 (Chandler, David)

| Description: |
|---|
| Remarks: |

| Creditor:      (8376877)<br>Vinter Active LLC<br>9548 Wellington Circle<br>Windsor CA 94592 | **Claim No: 136**<br>*Filed:*    03/13/2006<br>*Entered:* 03/14/2006<br>*Amended By Claim No:* 174 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $2894.48<br>**Total      claimed: $2894.48** | | |
| *History:*<br>136-1   03/13/2006 Claim #136 filed by Vinter Active LLC , total amount claimed: $2894.48 (lj)<br>174-1   03/20/2006 Claim #174 filed amending Claim #136 filed by Vinter Active LLC , total amount claimed:<br>          $953.74 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:      (8376877)<br>Vinter Active LLC<br>9548 Wellington Circle<br>Windsor CA 94592 | **Claim No: 174**<br>*Filed:*    03/20/2006<br>*Entered:* 03/22/2006<br>*Amends Claim No:* 136 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed:  $953.74<br>**Total      claimed: $953.74** | | |
| *History:*<br>136-1   03/13/2006 Claim #136 filed by Vinter Active LLC , total amount claimed: $2894.48 (lj)<br>174-1   03/20/2006 Claim #174 filed amending Claim #136 filed by Vinter Active LLC , total amount claimed:<br>          $953.74 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:      (8441019)<br>W W Grainger, Inc.<br>7300 N Melvina Ave M530<br>Niles, IL 60714-3998 | **Claim No: 62**<br>*Filed:*    01/27/2006<br>*Entered:* 01/31/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|
| Unsecured claimed:  $551.14<br>**Total      claimed: $551.14** | | |
| *History:*<br>62-1    01/27/2006 Claim #62 filed by W W Grainger, Inc. , total amount claimed: $551.14 (vj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:      (8464664) | **Claim No: 167** | *Status:* |
|---|---|---|

| W. R. Hambrecht Co LLC<br>539 Bryant St.<br>San Francisco, CA 94107<br>Attn: J. Fayman, CFO | *Filed:*    03/16/2006<br>*Entered:* 03/21/2006<br>*Amended By Claim No:* 167 | *Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2143351.71

| Secured | claimed: | $0.00 |
|---|---|---|
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $0.00 |
| **Total** | **claimed: $2143351.71** | |

*History:*

167-1   03/16/2006 Claim #167 filed by W. R. Hambrecht Co LLC , total amount claimed: $1713337 (lj)

↺ 167-2   09/28/2006 Amended Claim #167 filed by W. R. Hambrecht Co LLC , total amount claimed:
          $2143351.71 (lj)

*Description:*

*Remarks:* (167-2) Amended claim reflect different address, added party with new address into case.

| *Creditor:*    (8449124)<br>Waster Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | **Claim No: 72**<br>*Filed:*    02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $840.47

**Total        claimed: $840.47**

*History:*

72-1    02/13/2006 Claim #72 filed by Waster Management RMC , total amount claimed: $840.47 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8376879)<br>Weeks Drilling & Pump Inc<br>PO Box 176<br>Sebastopol CA 95473 | **Claim No: 47**<br>*Filed:*    12/27/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $840.96

**Total        claimed: $840.96**

*History:*

47-1    12/27/2005 Claim #47 filed by Weeks Drilling & Pump Inc , total amount claimed: $840.96 (kl)

*Description:*

*Remarks:*

| *Creditor:*    (8464667)<br>Wells Fargo Financial Leasing, Inc.<br>c/o Richard P. Wagner<br>400 Oceangate, Ste. 700 | **Claim No: 170**<br>*Filed:*    03/16/2006<br>*Entered:* 03/21/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Long Beach, CA 90802 | | |
|---|---|---|

Unsecured claimed: $88215.73

**Total      claimed: $88215.73**

*History:*

170-1    03/16/2006 Claim #170 filed by Wells Fargo Financial Leasing, Inc. , total amount claimed: $88215.73 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*      (8461513)<br>Wilson Daniels Ltd.<br>Kathryn A. Coleman, Esq.<br>Gibson Dunn & Crutcher LLP<br>One Montgomery St., Ste. 3100<br>San Francisco, CA 94104 | **Claim No: 152**<br>*Filed:*   03/15/2006<br>*Entered:* 03/15/2006<br>*Amended By Claim No:* 152 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Fromme, Eric<br>*Modified:* 03/17/2006 |
|---|---|---|

Unsecured claimed: $60079.22

**Total      claimed: $60079.22**

*History:*

152-1    03/15/2006 Claim #152 filed by Wilson Daniels Ltd. , total amount claimed: $1227354.71 (Fromme, Eric)

152-2    08/04/2006 Amended Claim #152 filed by Wilson Daniels Ltd. , total amount claimed: $60079.22 (Fromme, Eric)

*Description:* (152-1) Creditor address information incorrect, corrected.

*Remarks:*

---

| *Creditor:*      (8376892)<br>Wine Service Co-Operative<br>Gaw, Van Male, et al<br>1000 Main St., 3rd Fl.<br>Napa, CA 94559 | **Claim No: 94**<br>*Filed:*   03/01/2006<br>*Entered:* 03/01/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* English, Kenneth<br>*Modified:* 03/02/2006 |
|---|---|---|

Secured claimed: $98006.45

**Total    claimed: $98006.45**

*History:*

94-1    03/01/2006 Claim #94 filed by Wine Service Co-Operative , total amount claimed: $98006.45 (English, Kenneth)

*Description:* (94-1) Creditor address information does not match, corrected.

*Remarks:*

---

| *Creditor:*      (8464637)<br>Wine Tasting Network<br>1-800-Flowers.com<br>One Old Country Rd., Ste. 500<br>Carle Place, NY 11514 | **Claim No: 164**<br>*Filed:*   03/16/2006<br>*Entered:* 03/21/2006<br>*Amended By Claim No:* 172 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| Unsecured claimed:  $0.00 | | |
|---|---|---|
| **Total        claimed: $0.00** | | |

*History:*

  164-1   03/16/2006 Claim #164 filed by Wine Tasting Network , total amount claimed: $0 (lj)

  172-1   03/22/2006 Claim #172 filed amending Claim #164 filed by Wine Tasting Network , total amount claimed: $47002.89 (lj)

*Description:* (164-1) No amount listed on proof of claim.

*Remarks:*

---

| *Creditor:*        (8464637) <br> Wine Tasting Network <br> 1-800-Flowers.com <br> One Old Country Rd., Ste. 500 <br> Carle Place, NY 11514 | **Claim No: 172** <br> *Filed:*      03/22/2006 <br> *Entered:* 03/22/2006 <br> *Amends Claim No:* 164 | *Status:* <br> *Filed by:* CR <br> *Entered by:* lj <br> *Modified:* |
|---|---|---|
| Unsecured claimed:  $47002.89 | | |
| **Total        claimed: $47002.89** | | |

*History:*

  164-1   03/16/2006 Claim #164 filed by Wine Tasting Network , total amount claimed: $0 (lj)

  172-1   03/22/2006 Claim #172 filed amending Claim #164 filed by Wine Tasting Network , total amount claimed: $47002.89 (lj)

*Description:* (164-1) No amount listed on proof of claim.

*Remarks:*

---

| *Creditor:*        (8464719) <br> Wines Central, LLC <br> 710 L St., Bldg. 627 <br> Vallejo, CA 94592 | **Claim No: 171** <br> *Filed:*      03/16/2006 <br> *Entered:* 03/21/2006 | *Status:* <br> *Filed by:* CR <br> *Entered by:* lj <br> *Modified:* |
|---|---|---|
| Unsecured claimed:  $8259.80 | | |
| **Total        claimed: $8259.80** | | |

*History:*

  171-1   03/16/2006 Claim #171 filed by Wines Central, LLC , total amount claimed: $8259.8 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*        (8464628) <br> Wineshipping.com LLC <br> 21481 8th St. East, Ste. 15C <br> Sonoma, CA 95476 | **Claim No: 159** <br> *Filed:*      03/15/2006 <br> *Entered:* 03/21/2006 | *Status:* <br> *Filed by:* CR <br> *Entered by:* lj <br> *Modified:* |
|---|---|---|
| Unsecured claimed:  $38937.45 | | |
| **Total        claimed: $38937.45** | | |

*History:*

| 159-1 | 03/15/2006 Claim #159 filed by Wineshipping.com LLC , total amount claimed: $38937.45 (lj) |
|---|---|
| Description: | |
| Remarks: | |

| Creditor:        (8376898)<br>Wood Ranch<br>c/o Stan Blyth, Esq.<br>Dickenson Peatman Fogarty<br>809 Coombs St.<br>Napa, CA 94559 | Claim No: 117<br>Filed:        03/07/2006<br>Entered: 03/07/2006<br>Amends Claim No: 116 | Status:<br>Filed by: CR<br>Entered by: Blyth, Stan<br>Modified: 03/08/2006 |
|---|---|---|

Secured claimed: $305545.26
**Total      claimed: $305545.26**

History:
   116-1   03/07/2006 Claim #116 filed by Wood Ranch , total amount claimed: $611090.52 (Blyth, Stan)
   117-1   03/07/2006 Claim #117 filed amending Claim #116 filed by Wood Ranch , total amount claimed:
               $305545.26 (Blyth, Stan)

Description:

Remarks: (116-1) Corrected party information to reflect pdf.
(117-1) Corrected party information to reflect pdf.

| Creditor:        (8376898)<br>Wood Ranch<br>c/o Stan Blyth, Esq.<br>Dickenson Peatman Fogarty<br>809 Coombs St.<br>Napa, CA 94559 | Claim No: 116<br>Filed:        03/07/2006<br>Entered: 03/07/2006<br>Amended By Claim No: 117 | Status:<br>Filed by: CR<br>Entered by: Blyth, Stan<br>Modified: 03/08/2006 |
|---|---|---|

Secured claimed: $305545.26
Priority  claimed: $305545.26
**Total      claimed: $611090.52**

History:
   116-1   03/07/2006 Claim #116 filed by Wood Ranch , total amount claimed: $611090.52 (Blyth, Stan)
   117-1   03/07/2006 Claim #117 filed amending Claim #116 filed by Wood Ranch , total amount claimed:
               $305545.26 (Blyth, Stan)

Description:

Remarks: (116-1) Corrected party information to reflect pdf.
(117-1) Corrected party information to reflect pdf.

| Creditor:        (8461327)<br>World Cooperage Co., Inc.<br>c/o Kelly A. Woodruff, Esq.<br>Farella Braun & Martel LLP<br>235 Montgomery St., 17th Fl.<br>San Francisco, CA 94104 | Claim No: 149<br>Filed:        03/14/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $70256.00 |
|---|
| **Total**      **claimed: $70256.00** |

*History:*
  149-1  03/14/2006 Claim #149 filed by World Cooperage Co., Inc. , total amount claimed: $70256 (lj)

*Description:*

*Remarks:*

---

| Creditor:      (8456318)<br>Yount Mill Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 108**<br>*Filed:*      03/06/2006<br>*Entered:* 03/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

| Secured claimed: $10600.00 |
|---|
| **Total**      **claimed: $10600.00** |

*History:*
  108-1  03/06/2006 Claim #108 filed by Yount Mill Vineyards , total amount claimed: $10600 (Chandler, David)

*Description:*

*Remarks:*

---

| Creditor:      (8376904)<br>Yountmill Vineyards<br>PO Box 434<br>Oakville CA 94562 | **Claim No: 3**<br>*Filed:*      11/30/2005<br>*Entered:* 12/01/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $10670.00 |
|---|
| **Total**      **claimed: $10670.00** |

*History:*
  3-1    11/30/2005 Claim #3 filed by Yountmill Vineyards , total amount claimed: $10670 (vj)

*Description:*

*Remarks:*

---

| Creditor:      (8443605)<br>Zee Medical Service Co. #34<br>107 Bryant St.<br>Ojai, CA 93023 | **Claim No: 65**<br>*Filed:*      02/03/2006<br>*Entered:* 02/03/2006 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 09/15/2006 |
|---|---|---|

| Unsecured claimed: $131.89 |
|---|
| **Total**      **claimed: $131.89** |

*History:*
  🌐 65-1  02/03/2006 Claim #65 filed by Zee Medical Service Co. #34 , total amount claimed: $131.89 (lj)
           05/18/2006 Updated Claim Status (#65). Zee Medical Services transfers their claim to Trade-Debt.Net.
           (lj, ) Status: Transfer

*Description:* (65-1) Transferred to Trade-Debt.Net 4/27/06

*Remarks:*

# Claims Register Summary

**Case Name:** The Legacy Estate Group LLC
**Case Number:** 05-14659
**Chapter:** 11
**Date Filed:** 11/18/2005
**Total Number Of Claims:** 199

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $45687728.30 | |
| **Secured** | $77205271.07 | |
| **Priority** | $305545.26 | |
| **Unknown** | $0.02 | |
| **Administrative** | | |
| **Total** | $123198544.65 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/15/2007 07:25:12 | | | |
| **PACER Login:** | sj0104 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 05-14659 Filed or Entered From: 9/25/2004 Filed or Entered To: 12/31/2007 |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |