# Exhibit

# 14

FORM B10 (Official Form 10) (Rev. 9/97)

United States Bankruptcy Court Northern District of California

**PROOF OF CLAIM**

Name of Debtor: THE LEGACY ESTATE GROUP, LLC

Case Number: **05-14659**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property): J. M. BRYAN FAMILY TRUST

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

Telephone number: 415-421-9990

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: ______

**1. Basis for Claim**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other fraud and misrepresentation

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ______
Unpaid compensations for services performed
from ______ (date) to ______ (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 4,033,873

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______

Value of Collateral: $ ______

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority: $ ______

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| March 8, 2006 | John M. Bryan, Trustee [signature] |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

146-1

## ATTACHMENT TO PROOF OF CLAIM

On March 14, 2005, the Debtor requested that the Claimant agree to forgive indebtedness owed by the Debtor in the amount of $3,798,491.24 (the "Obligation") and to accept in lieu thereof a promissory note executed by Connaught Capital Partners ("CCP").

In order to induce the Claimant to agree to the Debtor's request, the Debtor made representations to the Claimant respecting its financial condition and the financial condition of CCP. Those representations were false and were made by the Debtor knowing of their falsity. See generally, Declaration of John M. Bryan filed in CCP's case No. 05-14660 on or about January 26, 2006. Claimant would not have agreed to release the Debtor had it known of the falsity of the representations. Claimant has been damaged in at least the amount of the Obligation and a reasonable rate of interest through the date of the filing of the Debtor's Petition herein, calculated as follows:

| $3,798,491.24 Obligation | | |
|---|---|---|
| Principal | $ | 3,798,491.24 |
| Interest to 11/17/2005 at 9 % | $ | 235,381.76 |
| | $ | 4,033,873.00 |

FORM B10 (Official Form 10) (Rev. 9/97)

United States Bankruptcy Court Northern District of California

**PROOF OF CLAIM**

Name of Debtor: THE LEGACY ESTATE GROUP, LLC

Case Number: 05-14659

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property): SYCAMORE VINEYARDS

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

Telephone number: 415-421-9990

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces / ☐ amends if this claim: a previously filed claim, dated: ______

**1. Basis for Claim**

☒ Goods sold 2005 Grape Harvest per attached Harvest Report
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ______
Unpaid compensations for services performed
from ______ (date) to ______ (date)

**2. Date debt was incurred:** 10/12/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 497,115.08

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
■ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
■ Other grape juice

Value of Collateral: $ unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ ______
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: March 9, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature]
John M. Bryan on behalf of Sycamore Vineyards

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

125-1

MAR. 9.2006 3:38PM BRYAN AND EDWARDS NO.025 P.3

*FREEMARK ABBEY WINERY*
*GROWER HARVEST STATEMENT*

*HARVEST YEAR: 2005*
*GROWER: SYCAMORE VINEYARDS*

| VARIETY | 2005 TONS | PRICE/TON | TOTAL PRICE | FINAL DELIVERY DTD | 50% DUE DTD |
|---|---|---|---|---|---|
| CABERNET SAUVIGNON | 88.778 | $ 5,034.13 | $446,919.99 | 12-Oct | 26-Nov |
| CABERNET FRANC | 5.033 | $ 5,017.35 | $25,252.32 | 5-Oct | 19-Nov |
| MERLOT | 7.869 | $ 3,360.49 | $26,443.70 | 4-Oct | 18-Nov |
| | 101.680 | | $498,616.01 | | |

| | |
|---|---|
| AMERICAN VINEYARD FOUNDATION($1/$1,000) | ($498.62) |
| DEPT OF F&A PIERCE'S ASSESSMENT($2/$1,000) | ($997.23) |
| DEPT OF F&A REPORT FEES($.05/T) | ($5.08) |
| NET BALANCE PAYABLE | $497,115.08 |

PAYMENT SCHEDULE:

| | Pmt Due Dtd | TOTAL PAYABLE |
|---|---|---|
| 2005 | 26-Nov | $249,308.01 |
| 2006 | 15-Jan | $247,807.07 |
| | | $497,115.08 |

FORM B10 (Official Form 10) (Rev. 9/97)

United States Bankruptcy Court Northern District of California

**PROOF OF CLAIM**

Name of Debtor: THE LEGACY ESTATE GROUP, LLC

Case Number: 05-14659

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property): SYCAMORE VINEYARDS

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

Telephone number: 415-421-9990

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold 2005 Grape Harvest per attached Harvest Report
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ________
Unpaid compensations for services performed
from ________ (date) to ________ (date)

**2. Date debt was incurred:** 10/12/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 497,115.08
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
■ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
■ Other grape juice

Value of Collateral: $ unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ ______
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
**Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: March 9, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature]
John M. Bryan on behalf of Sycamore Vineyards

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

139-1

MAR. 9.2006 3:38PM BRYAN AND EDWARDS NO.025 P.3

*FREEMARK ABBEY WINERY*
*GROWER HARVEST STATEMENT*

***HARVEST YEAR: 2005***
***GROWER: SYCAMORE VINEYARDS***

| VARIETY | 2005 TONS | PRICE/TON | TOTAL PRICE | FINAL DELIVERY DTD | 50% DUE DTD |
|---|---|---|---|---|---|
| CABERNET SAUVIGNON | 88.778 | $ 5,034.13 | $446,919.99 | 12-Oct | 26-Nov |
| CABERNET FRANC | 5.033 | $ 5,017.35 | $25,252.32 | 5-Oct | 19-Nov |
| MERLOT | 7.869 | $ 3,360.49 | $26,443.70 | 4-Oct | 18-Nov |
| | 101.680 | | $498,616.01 | | |
| AMERICAN VINEYARD FOUNDATION($1/$1,000) | | | ($498.62) | | |
| DEPT OF F&A PIERCE'S ASSESSMENT($2/$1,000) | | | ($997.23) | | |
| DEPT OF F&A REPORT FEES($.05/T) | | | ($5.08) | | |
| NET BALANCE PAYABLE | | | $497,115.08 | | |

PAYMENT SCHEDULE:

| | Pmt Due Dtd | TOTAL PAYABLE |
|---|---|---|
| 2005 | 26-Nov | $249,308.01 |
| 2006 | 15-Jan | $247,807.07 |
| | | $497,115.08 |

FORM B10 (Official Form 10) (Rev. 9/97)

United States Bankruptcy Court Northern District of California

**PROOF OF CLAIM**

Name of Debtor: THE LEGACY ESTATE GROUP, LLC

Case Number: 05-14659

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property): J. M. BRYAN FAMILY TRUST

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

Telephone number: 415-421-9990

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces / ☐ amends a previously filed claim, dated: ______
if this claim:

1. Basis for Claim
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other fraud and misrepresentation

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ________
Unpaid compensations for services performed
from ________ (date) to ________ (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 4,033,873

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______

Value of Collateral: $ ______

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______

6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ ______
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

7. Credits. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Time-stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: March 8, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
John M. Bryan, Trustee [signature]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

123-1

## ATTACHMENT TO PROOF OF CLAIM

On March 14, 2005, the Debtor requested that the Claimant agree to forgive indebtedness owed by the Debtor in the amount of $3,798,491.24 (the "Obligation") and to accept in lieu thereof a promissory note executed by Connaught Capital Partners ("CCP").

In order to induce the Claimant to agree to the Debtor's request, the Debtor made representations to the Claimant respecting its financial condition and the financial condition of CCP. Those representations were false and were made by the Debtor knowing of their falsity. See generally, Declaration of John M. Bryan filed in CCP's case No. 05-14660 on or about January 26, 2006. Claimant would not have agreed to release the Debtor had it known of the falsity of the representations. Claimant has been damaged in at least the amount of the Obligation and a reasonable rate of interest through the date of the filing of the Debtor's Petition herein, calculated as follows:

| $3,798,491.24 Obligation | | |
|---|---|---|
| Principal | $ | 3,798,491.24 |
| Interest to 11/17/2005 at 9 % | $ | 235,381.76 |
| | $ | 4,033,873.00 |

FORM B10 (Official Form 10) (Rev. 9/97)

United States Bankruptcy Court Northern District of California

**PROOF OF CLAIM**

Name of Debtor:
THE LEGACY ESTATE GROUP, LLC

Case Number:
05-14659

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
JOHN M. BRYAN

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

Telephone number: 415-421-9990

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces / ■ amends a previously filed claim, dated: 3-8-06
if this claim:

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Guaranty Agreement

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ________
Unpaid compensations for services performed
from ________ to ________
(date) (date)

**2. Date debt was incurred:**
3/14/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,345,444.89

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
■ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
■ Other grape juice

Value of Collateral: $ unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ______

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ ______
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: March 9, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
John M. Bryan [signature]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

124-1

# ATTACHMENT TO PROOF OF CLAIM

John M. Bryan personally guaranteed (the "Bryan Guaranty") the performance and payment by Legacy Estates Group, LLC ("Legacy") under an Agreement for the Purchase and Sale of Grapes (the "Red Barn Agreement") between Legacy and Red Barn Ranch, LLC. Legacy defaulted under the Red Barn Agreement by failing to pay for the 2005 Harvest. Red Barn's Grower Harvest Statement for the 2005 Harvest in the amount of $1,345,444.89 is attached hereto. John M. Bryan honored the Bryan Guaranty by paying Red Barn Ranch $1,345,444.89.

Legacy is obligated to indemnify and repay to John M. Bryan any amounts he is required to pay to Red Barn Ranch pursuant to the Bryan Guaranty. This claim is presented under that indemnity obligation and seeks repayment of the $1,345,444.89 paid by John M. Bryan to Red Barn Ranch.

*FREEMARK ABBEY WINERY*
*GROWER HARVEST STATEMENT*

*HARVEST YEAR: 2005*
*GROWER: RED BARN RANCH, LLC*

| VARIETY | 2005 TONS | PRICE/TON | TOTAL PRICE | FINAL DELIVERY DTD |
|---|---|---|---|---|
| CABERNET SAUVIGNON | 247.425 | $ 4,202.35 | $1,039,766.45 | 2-Nov |
| MERLOT | 108.195 | $ 2,850.34 | $308,392.54 | 13-Oct |
| | 355.620 | | $1,348,158.99 | |
| DEPT OF F&A PIERCE'S ASSESSMENT($2/$1,000) | | | ($2,696.32) | |
| DEPT OF F&A REPORT FEES($.05/T) | | | ($17.78) | |
| NET BALANCE PAYABLE | | | $1,345,444.89 | |

PAYMENT SCHEDULE:

| | Pmt Due Dtd | TOTAL PAYABLE |
|---|---|---|
| 2006 | 7-Jan | $1,345,444.89 |

FORM B10 (Official Form 10) (Rev. 9/97)

United States Bankruptcy Court Northern District of California

**PROOF OF CLAIM**

Name of Debtor: THE LEGACY ESTATE GROUP, LLC

Case Number: **05-14659**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property): JOHN M. BRYAN

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

Telephone number: 415-421-9990

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends a previously filed claim, dated: ______
if this claim:

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Guaranty Agreement

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ________
Unpaid compensations for services performed
from ________ (date) to ________ (date)

**2. Date debt was incurred:** 3/14/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,345,444.89

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ________

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ ________
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. ' 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. ' 507(a)(4).
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. ' 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. ' 507(a)(7).
☐ Taxes or penalties to governmental units - 11 U.S.C. ' 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. ' 507(a)(__).
**Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| March 8, 2006 | John M. Bryan [signature] |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. ' ' 152 and 3571.

126-1

# ATTACHMENT TO PROOF OF CLAIM

John M. Bryan personally guaranteed (the "Bryan Guaranty") the performance and payment by Legacy Estates Group, LLC ("Legacy") under an Agreement for the Purchase and Sale of Grapes (the "Red Barn Agreement") between Legacy and Red Barn Ranch, LLC. Legacy defaulted under the Red Barn Agreement by failing to pay for the 2005 Harvest. Red Barn's Grower Harvest Statement for the 2005 Harvest in the amount of $1,345,444.89 is attached hereto. John M. Bryan honored the Bryan Guaranty by paying Red Barn Ranch $1,345,444.89.

Legacy is obligated to indemnify and repay to John M. Bryan any amounts he is required to pay to Red Barn Ranch pursuant to the Bryan Guaranty. This claim is presented under that indemnity obligation and seeks repayment of the $1,345,444.89 paid by John M. Bryan to Red Barn Ranch.

*FREEMARK ABBEY WINERY*
*GROWER HARVEST STATEMENT*

*HARVEST YEAR: 2005*
*GROWER: RED BARN RANCH, LLC*

| VARIETY | 2005 TONS | PRICE/TON | TOTAL PRICE | FINAL DELIVERY DTD |
|---|---|---|---|---|
| CABERNET SAUVIGNON | 247.425 | $ 4,202.35 | $1,039,766.45 | 2-Nov |
| MERLOT | 108.195 | $ 2,850.34 | $308,392.54 | 13-Oct |
| | 355.620 | | $1,348,158.99 | |

| | |
|---|---|
| DEPT OF F&A PIERCE'S ASSESSMENT($2/$1,000) | ($2,696.32) |
| DEPT OF F&A REPORT FEES($.05/T) | ($17.78) |
| NET BALANCE PAYABLE | $1,345,444.89 |

PAYMENT SCHEDULE:

| | Pmt Due Dtd | TOTAL PAYABLE |
|---|---|---|
| 2006 | 7-Jan | $1,345,444.89 |

FORM B10 (Official Form 10) (Rev. 9/97)

| United States Bankruptcy Court Northern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: THE LEGACY ESTATE GROUP, LLC — Case Number: 05-14659 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
JOHN M. BRYAN

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent:
Bryan & Edwards
600 Montgomery Street, 35th Floor
San Francisco, CA. 94111

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 415-421-9990

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ if this claim: ☐ replaces ☐ amends a previously filed claim, dated: ______

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Indemnity

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your SS # ______
Unpaid compensations for services performed
from ______ (date) to ______ (date)

**2. Date debt was incurred:**
3/14/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ est. 20,181,673.85

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ______

Value of Collateral: $______

Amount of arrearage and other charges at time case filed included in secured claim, if any. $ ______

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ ______
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Time-stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| March 8, 2006 | John M. Bryan [signature] |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

122-1

# ATTACHMENT TO PROOF OF CLAIM

John M. Bryan personally guaranteed (the "Bryan Guaranty") the performance and payment by Legacy Estates Group, LLC ("Legacy") under an Agreement for the Purchase and Sale of Grapes (the "Red Barn Agreement") between Legacy and Red Barn Ranch, LLC. Legacy defaulted under the Red Barn Agreement by failing to pay for the 2005 Harvest.

In response to Legacy's default, John M. Bryan honored the Bryan Guaranty with respect to the 2005 Harvest. John M. Bryan contemplates continuing to honor his obligations under the Bryan for the remaining term thereof. (the "Future Payments").

The Debtor is obligated to indemnify and repay to John M. Bryan any amounts he is required to pay to Red Barn Ranch pursuant to the Bryan Guaranty. This claim is presented under that indemnity and seeks repayment of the Future Payments. The amount of this claim is presently unliquidated and contingent, but may be estimated by multiplying the amount paid by John M. Bryan to Red Barn Ranch with respect to the 2005 Harvest ($1,345,444.89) by the remaining term of the Red Barn Agreement and the Bryan Guaranty (15 years); that is, $20,181,673.35.

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for John M. Bryan

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>THE LEGACY ESTATE GROUP, LLC<br>Debtor. | Case No. 05-14659<br>Chapter 11 |

**AMENDMENT TO CLAIM NUMBER 122**

122-2

COMES NOW John M. Bryan and Red Barn Ranch and, amending that certain Claim Number 122, state as follows:

1. John M. Bryan personally guaranteed (the "Bryan Guaranty") the performance and payment by Legacy Estates Group, LLC ("Legacy") under an Agreement for the Purchase and Sale of Grapes (the "Red Barn Agreement") between Legacy and Red Barn Ranch, LLC. Legacy defaulted under the Red Barn Agreement by failing to pay for the 2005 Harvest, and thereafter by rejecting a portion of the Red Barn Agreement.

2. In response to Legacy's default, John M. Bryan honored the Bryan Guaranty with respect to the 2005 Harvest. John M. Bryan contemplates continuing to honor his obligations under the Bryan Guaranty for the remaining term thereof. (the "Future Payments"). The Debtor is obligated to indemnify and repay to John M. Bryan any amounts he is required to pay to Red Barn Ranch pursuant to the Bryan Guaranty.

3. John Bryan timely filed a Proof of Claim, assigned number 122, asserting an unliquidated and contingent indemnity claim for rejection damages with respect to the Red Barn Agreement.

4. He now amends that Proof of Claim to add Red Barn Ranch, LLC as a claimant. To the extent that he has paid on the Bryan Guaranty, the claim is held by John Bryan; to the extent that he has not, the claim is held by Red Barn Ranch, LLC.

DATED: August 17, 2006

ST. JAMES LAW, P.C.

By: /s/ *Michael St James*
Michael St. James
Counsel for John M. Bryan

DATED: 10/24/06

PRESTON, GATES & ELLIS, LLP

By: [signature]
David Wiseblood
Counsel for Red Barn Ranch