Glenn E. Westreich (State Bar No.100457)
gwestreich@nixonpeabody.com
Beth L. Mitchell (State Bar No. 187460)
bmitchell@nixonpeabody.com
Rosalyn P. Mitchell (State Bar No. 173829)
rmitchell@nixonpeabody.com
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Michael St. James (State Bar No. 95653)
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
michael@stjames-law.com
Telephone: (415) 391-7566
Facsimile: (415) 391-7568

Attorneys for Defendants/Cross-Claimants
JOHN M. AND FLORENCE E. BRYAN
TRUST

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re    Case No. 05-14659 | Case No.  C 07-2943 PJH |
| THE LEGACY ESTATE GROUP, LLC, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, and ARROWOOD VINEYARD & WINERY | **REQUEST FOR EXPEDITED DETERMINATION ON RENEWED MOTION TO WITHDRAW REFERENCE** |
| Debtor | |
| Adv. No. 06-01173 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC, | |
| Plaintiff, | |
| v. | |

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company
       Defendants.

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST,
    Defendants/Cross-Claimants,

v.

KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership
    Defendants/Cross-Defendants.

TO: THE HONORABLE PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE

  The JFB Trust hereby respectfully requests that the Court expedite its consideration of the JFB Trust's Renewed Motion to Withdraw the Reference with respect to the above lawsuit, presently pending in the Santa Rosa Bankruptcy Court, and in support thereof respectfully represents:

  1. The JFB Trust is entitled to have the above matter tried to a jury in the District Court.

  2. The Bankruptcy Judge has announced his intention to conduct a trial of the lawsuit without a jury on November 13, 2007. The Bankruptcy Judge has announced his intention fundamentally to impair the JFB Trust's jury trial right by creating collateral estoppel at that trial.

3. Unless the Court rules on the Renewed Motion prior to November 13, 2007, there is a substantial danger that the JFB Trust's Seventh Amendment rights will be materially impaired.

WHEREFORE, the JFB Trust prays that the Court make and enter such Orders as may be fitting and proper to ensure that the Renewed Motion is determined on the merits prior to November 13, 2007, and grant such other and further relief as may be just and proper.

Respectfully submitted,

DATED: October 15, 2007

NIXON PEABODY, LLP
ST. JAMES LAW, P.C.


By: /s/ *Michael St. James* .
    Michael St. James
Counsel for the JFB Trust

REQUEST FOR EXPEDITED DETERMINATION ON
RENEWED MOTION TO WITHDRAW REFERENCE     -3-