United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re THE LEGACY ESTATE GROUP, LLC,

    Debtor.
_____/

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

    Plaintiff,

    v.

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,

    Defendants,

JOHN M. BRYAN, JOHN M. AND FLORENCE BRYAN TRUST, J.M. BRYAN FAMILY TRUST,

    Defendants/Cross-Claimants,

KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD, a British Columbia company, HARRY CHEW, AIC CAPITAL PARTNERS, LLC, a California limited liability company, and LAMINAR DIRECT CAPITAL, L.P., a Texas limited partnership,

    Defendants/Cross-Defendants.
_____/

No. C 07-2943 PJH
Bankr. Case No. 05-14659 AJ
Adv. Case No. 06-1173 AJ

**BRIEFING ORDER**

The court is in receipt of defendant and cross-claimant, John M. and Florence E. Bryan Trust's October 15, 2007 renewed motion to withdraw the bankruptcy court's reference, its motion to stay the November 13, 2007 trial set before the bankruptcy court, and its motion to expedite decision on the motions.  Given the impending trial date, this court ORDERS plaintiff to file and serve its opposition to the above motions **no later than Friday, October 19, 2007.**  There will be no reply, and the motions will be decided on the papers.  The parties are advised that they should continue to comply with any pretrial deadlines and/or orders of the bankruptcy court pending a decision on the motions by this court.

**IT IS SO ORDERED.**

Dated: October 16, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

Order transmitted to the Honorable Alan Jaroslovsky