**WINSTON & STRAWN LLP**
ROLF S. WOOLNER (CA SBN: 143127)
HANNAH L. BLUMENSTIEL (CA SBN: 214842)
KIMBERLY S. MORRIS (CA SBN: 249933)
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
Email:       rwoolner@winston.com
Email:       hblumenstiel@winston.com
Email:       kmorris@winston.com

**MacCONAGHY & BARNIER, PLC**
JOHN H. MacCONAGHY (CA SBN: 83684)
645 First Street West, Suite D
Sonoma, California 95476
Telephone:   (707) 935-3205
Facsimile:   (707) 935-7051
Email:       macclaw@macbarlaw.com

Co-Counsel for Plaintiff, The Official Committee of
Unsecured Creditors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE LEGACY ESTATE GROUP, LLC, a California Limited Liability Company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY,<br><br>Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD., a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,<br><br>Defendants. | Case No. 07-2943 PJH<br><br>Bankr. Case No. 05-14659 AJ<br>Adv. Case No. 06-01173 AJ<br><br><br>**OFFICIAL COMMITTEE OF UINSECURED CREDITORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO JFB TRUST'S RENEWED MOTION TO WITHDRAW REFERENCE** |

1  JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY
2  TRUST,
3            Defendants/Cross-Claimants,
4       v.
5  KULWINDER SIDHU, et al.,
6            Defendants/Cross-Defendants.

Pursuant to Federal Rule of Evidence 201, the Official Committee of Unsecured Creditors of The Legacy Estate Group, LLC, Plaintiff herein, respectfully requests that the Court take judicial notice of the following pleadings and declarations, which are part of the Bankruptcy Court's record in <u>Official Committee of Unsecured Creditors of The Legacy Estate Group, LLC v. Bryan, et al._ (In re The Legacy Estate Group, LLC)</u>, Adv. No. 06-01173 (AJ) (Bankr. N.D. Cal.):

1. Memorandum re Motion to Certify Case to District Court for Jury Trial (Bankruptcy Court's Docket No. 53), a copy of which is attached hereto as <u>Exhibit 1</u>;

2. Order Re: Report and Recommendation on Motion to Withdraw Bankruptcy Court's Reference (Bankruptcy Court's Docket No. 69), a copy of which is attached hereto as <u>Exhibit 2</u>;

3. Bankruptcy Judge's Report and Recommendation Regarding Withdrawal of Reference (Bankruptcy Court's Docket No. 70), a copy of which is attached hereto as <u>Exhibit 3</u>;

4. District Court Order re: Stay; Administrative Closure (Bankruptcy Court's Docket No. 72), a copy of which is attached hereto as <u>Exhibit 4</u>;

5. Notice of Evidentiary Hearing on Motion to Certify Case to District Court for Jury Trial (Bankruptcy Court's Docket No. 73), a copy of which is attached hereto as <u>Exhibit 5</u>;

6. Plaintiff's Brief in Support of a Judicial Determination That The John M. and Florence E. Bryan Trust Has Waived its Right to a Jury trial (Bankruptcy Court's Docket No. 82), a copy of which is attached hereto as <u>Exhibit 6</u>;

7. Declaration of Kimberly S. Morris in Support of Plaintiff's Brief in Support of a Court Determination That the John M. and Florence E. Bryan Trust Has Waived its Right to a Jury Trial (with exhibits) (Bankruptcy Court's Docket No. 83), a copy of which is attached hereto as

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Exhibit 7;

8. Defendants and Cross-Claimants' Memorandum of Points and Authorities Opposing a Judicial Determination That the John M. and Florence E. Bryan Trust Has Waived its Right to a Jury Trial (Bankruptcy Court's Docket No. 88), a copy of which is attached hereto as Exhibit 8;

9. Notice to Appear at Trial in Lieu of Subpoena (Bankruptcy Court's Docket No. 89), a copy of which is attached hereto as Exhibit 9;

10. Ex Parte Application for Order Shortening Time in Which to Serve Notice to Appear at Trial in Lieu of Subpoena, Order Shortening Time (Bankruptcy Court's Docket No. 90), a copy of which is attached hereto as Exhibit 10;

11. Order Granting Ex Parte Application For Shortening Time in Which to Serve Notice to Appear at Trial in Lieu of Subpoena (Bankruptcy Court's Docket No. 91), a copy of which is attached hereto as Exhibit 11;

12. Plaintiff's Objection to Defendant and Cross-Claimants' Use of Deposition Testimony at Evidentiary Hearing (Bankruptcy Court's Docket No. 92), a copy of which is attached hereto as Exhibit 12;

13. Transcript of hearing held on September 27, 2007 on Motion to Certify Case to District Court for Jury Trial (with hearing exhibits) (Bankruptcy Court's Docket No. 112), a copy of which is attached hereto as Exhibit 13;

14. Memorandum re Right to Jury Trial of Defendant (Bankruptcy Court's Docket No. 93), a copy of which is attached hereto as Exhibit 14;

[Remainder of page intentionally left blank]

15. Order Denying Motion to Certify Case to District Court for Jury Trial and Striking Jury Demand (Bankruptcy Court's Docket No. 94), a copy of which is attached hereto as <u>Exhibit 15</u>.

Dated: October 19, 2007

                                              **WINSTON & STRAWN LLP**

                                              and

                                              **MACCONAGHY & BARNIER, PLC**

*/s/ Hannah L. Blumenstiel*
Hannah L. Blumenstiel
Co-Counsel for Plaintiff
Official Committee of Unsecured Creditors of
The Legacy Estate Group, LLC

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO JFB TRUST'S RENEWED MOTION TO WITHDRAW REFERENCE