# EXHIBIT 7

1 | **WINSTON & STRAWN LLP**
ROLF S. WOOLNER (CA SBN: 143127)
2 | HANNAH L. BLUMENSTIEL (CA SBN: 214842)
KIMBERLY S. MORRIS (CA SBN: 249933)
3 | 101 California Street, Suite 3900
San Francisco, California 94111-5894
4 | Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
5 | Email:           rwoolner@winston.com
Email:           hblumenstiel@winston.com
6 | Email:           kmorris@winston.com

7 | **MacCONAGHY & BARNIER, PLC**
JOHN H. MacCONAGHY (CA SBN: 83684)
8 | 645 First Street West, Suite D
Sonoma, California 95476
9 | Telephone:     (707) 935-3205
Facsimile:      (707) 935-7051
10 | Email:          macclaw@macbarlaw.com

11 | Co-Counsel for Plaintiff, The Official Committee of
Unsecured Creditors

12 | **UNITED STATES BANKRUPTCY COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 | **SANTA ROSA DIVISION**

| In re: | Case No. 05-14659 |
|---|---|
| THE LEGACY ESTATE GROUP, LLC, a California Limited Liability Company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY, | Chapter 11 |
| | Adversary Proceeding No. 06-01173 |
| Debtor. | **DECLARATION OF KIMBERLY S. MORRIS IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A COURT DETERMINATION THAT THE JOHN M. AND FLORENCE E. BRYAN TRUST HAS WAIVED ITS RIGHT TO A JURY TRIAL** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC, | |
| Plaintiff, | |
| v. | Hearing Date: 9/27/07
HearingTime: 10:00 a.m.
Santa Rosa Courtroom |
| JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD., a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company, | Hon. Alan Jaroslovsky |
| Defendants. | |

1

DECLARATION OF KIMBERLY S. MORRIS IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A COURT DETERMINATION
THAT THE JOHN M. AND FLORENCE E. BRYAN TRUST HAS WAIVED ITS RIGHT TO A JURY TRIAL

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST,

        Defendants/Cross-Claimants,

v.

KULWINDER SIDHU, et al.,

        Defendants/Cross-Defendants.

I, Kimberly S. Morris, declare:

1. I am an attorney duly authorized to practice before this Court and am associated with the law firm of Winston & Strawn, LLP, co-counsel for the Official Committee of Unsecured Creditors ("Committee") appointed in the Chapter 11 case of The Legacy Estate Group LLC ("Legacy") in this matter and I make this declaration in that capacity. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would truthfully and competently testify thereto.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the John M. and Florence E. Bryan Trust Amended and Restated Trust Instrument ("Trust Instrument").

3. Attached hereto as <u>Exhibit B</u> are true and correct excerpts of the deposition of John M. Bryan, taken September 14, 2007.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Declaration of John M. Bryan in Support of Supplemental Brief to Certify Proceeding to District Court for Trial by Jury Pursuant to Bankruptcy Local Rule 9015-2 with attached exhibits ("J. Bryan Declaration").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 19, 2007

                                                                                 Kimberly S. Morris

DECLARATION OF KIMBERLY S. MORRIS IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF A COURT DETERMINATION THAT THE JOHN M. AND FLORENCE E. BRYAN TRUST HAS WAIVED ITS RIGHT TO A JURY TRIAL

SF:183507.1