# (Exhibit 13)
# EXHIBIT 1

PART ONE

# Northern District of California
# Claims Register

### 05-14659 The Legacy Estate Group LLC

| | |
|---|---|
| **Judge:** Alan Jaroslovsky | **Chapter:** 11 |
| **Office:** Santa Rosa | **Last Date to file claims:** 03/16/2006 |
| **Trustee:** | **Last Date to file (Govt):** |

| Creditor: (8390003)<br>California Glass Co<br>c/o David J Cook Esq.<br>Cook Pekiss and Lew<br>P.O. Box 270<br>San Francisco, CA 94104 | Claim No: 1<br>*Filed:* 11/23/2005<br>*Entered:* 11/29/2005 | Status:<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $142611.31

**Total** claimed: $142611.31

*History:*
1-1      11/23/2005 Claim #1 filed by California Glass Co., total amount claimed: $142611.31 (vj)

*Description:*

*Remarks:*

| Creditor: (8376750)<br>Napa Wine Co<br>PO Box 434<br>Oakville CA 94562 | Claim No: 2<br>*Filed:* 11/30/2005<br>*Entered:* 12/01/2005 | Status:<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $140.00

**Total** claimed: $140.00

*History:*
2-1      11/30/2005 Claim #2 filed by Napa Wine Co, total amount claimed: $140 (vj)

*Description:*

*Remarks:*

| Creditor: (8376904)<br>Yountmill Vineyards<br>PO Box 434<br>Oakville CA 94562 | Claim No: 3<br>*Filed:* 11/30/2005<br>*Entered:* 12/01/2005 | Status:<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $10670.00

**Total** claimed: $10670.00

*History:*
3-1      11/30/2005 Claim #3 filed by Yountmill Vineyards, total amount claimed: $10670 (vj)

*Description:*

*Remarks:*

| Creditor: (8555375) | Claim No: 4 | Status: Transfer |
|---|---|---|

CANB Live Database - Modify the description for an existing claim                    Page 2 of 57

| Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | *Filed:* 11/30/2005<br>*Entered:* 12/01/2005 | *Filed by:* CR<br>*Entered by:* vj<br>*Modified:* 09/15/2006 |
|---|---|---|

| Unsecured claimed: $7375.00 | | |
|---|---|---|
| **Total**     **claimed: $7375.00** | | |

| *History:* | | |
|---|---|---|
| ◉ <u>4-1</u> | 11/30/2005 Claim #4 filed by Argo Partners , total amount claimed: $7375 (vj) | |
| | 04/05/2006 Updated Claim (#4,37). Transfer Agreement 3001 (e) 2 Transferor: <u>Portocork America Inc</u> (Claim No. 4); Transferor: Amorim (Claim No. 37); To Argo Partners , (lj, ) Status: Transfer | |

| *Description:* (4-1) Transferred to Argo Partners 3/14/06 |
|---|
| *Remarks:* |

| *Creditor:*     (8376591)<br>Carlsen & Associates<br>1439 Grove St<br>Healdsburg CA 95448 | **Claim No: 5**<br>*Filed:* 11/30/2005<br>*Entered:* 12/01/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $777.62 | | |
|---|---|---|
| **Total**     **claimed: $777.62** | | |

| *History:* | |
|---|---|
| <u>5-1</u> | 11/30/2005 Claim #5 filed by Carlsen & Associates , total amount claimed: $777.62 (vj) |

| *Description:* |
|---|
| *Remarks:* |

| *Creditor:*     (8376779)<br>Premium Wine Storage<br>1450 Airport Blvd<br>Suite 120<br>Santa Rosa CA 95403 | **Claim No: 6**<br>*Filed:* 11/30/2005<br>*Entered:* 12/01/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $24375.00 | | |
|---|---|---|
| **Total**     **claimed: $24375.00** | | |

| *History:* | |
|---|---|
| <u>6-1</u> | 11/30/2005 Claim #6 filed by Premium Wine Storage , total amount claimed: $24375 (vj) |

| *Description:* |
|---|
| *Remarks:* |

| *Creditor:*     (8376853)<br>Tonnellerie Boutes<br>Attn Manny Martinez<br>1001 Seaspace Circle<br>Rodeo CA 94572 | **Claim No: 7**<br>*Filed:* 12/01/2005<br>*Entered:* 12/02/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $116868.00 | | |
|---|---|---|
| **Total**     **claimed: $116868.00** | | |

| *History:* |
|---|

| | |
|---|---|
| 7-1    12/01/2005 Claim #7 filed by Tonnellerie Boutes , total amount claimed: $116868 (kl) | |
| *Description:* | |
| *Remarks:* | |

| *Creditor:*    (8393811) Hobart Sales and Service 905 West College Ave Santa Rosa, CA 95401-5080 | **Claim No: 8** *Filed:*    12/02/2005 *Entered:* 12/05/2005 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $459.00

**Total**    claimed: **$459.00**

| *History:* | |
|---|---|
| 8-1    12/02/2005 Claim #8 filed by Hobart Sales and Service , total amount claimed: $459 (vj) | |
| *Description:* | |
| *Remarks:* | |

| *Creditor:*    (8376690) Italfoods Inc 205 Shaw Rd South San Francisco CA 94080 | **Claim No: 9** *Filed:*    12/02/2005 *Entered:* 12/05/2005 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $252.00

**Total**    claimed: **$252.00**

| *History:* | |
|---|---|
| 9-1    12/02/2005 Claim #9 filed by Italfoods Inc , total amount claimed: $252 (vj) | |
| *Description:* | |
| *Remarks:* | |

| *Creditor:*    (8376576) Burgstahler Machine 355 B La Fata St St Helena CA 94574 | **Claim No: 10** *Filed:*    12/02/2005 *Entered:* 12/05/2005 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $1825.23

**Total**    claimed: **$1825.23**

| *History:* | |
|---|---|
| 10-1    12/02/2005 Claim #10 filed by Burgstahler Machine , total amount claimed: $1825.23 (vj) | |
| *Description:* | |
| *Remarks:* | |

| *Creditor:*    (8376752) New Vine Logistics Inc Attn President 830 Latour Court Suite A Napa CA 94558 | **Claim No: 11** *Filed:*    12/02/2005 *Entered:* 12/05/2005 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $274.00

| | |
|---|---|
| **Total**        claimed: **$274.00** | |

*History:*
11-1    12/02/2005 Claim #11 filed by New Vine Logistics Inc , total amount claimed: $274 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*        (8376819)<br>Smartsco<br>Accounts Receivable Dept<br>Attn Nikki<br>530 Howard St Suite 450<br>San Francisco CA 94105 | **Claim No: 12**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| | |
|---|---|
|    Unsecured claimed: $300.15 | |
| **Total**        claimed: **$300.15** | |

*History:*
12-1    12/02/2005 Claim #12 filed by Smartsco , total amount claimed: $300.15 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*        (8376719)<br>Local Copies Etc<br>230 East Betteravia Rd<br>Santa Maria CA 93454 | **Claim No: 13**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| | |
|---|---|
|    Unsecured claimed: $100.69 | |
| **Total**        claimed: **$100.69** | |

*History:*
13-1    12/02/2005 Claim #13 filed by Local Copies Etc , total amount claimed: $100.69 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*        (8376615)<br>Cork Supply USA Inc<br>537-F Stone Rd<br>Benicia CA 94510 | **Claim No: 14**<br>*Filed:*    12/02/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| **Total claimed:** | |

*History:*
14-1    12/02/2005 Claim #14 filed by Cork Supply USA Inc , total amount claimed: $0 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*        (8376721)<br>Louis Latour Inc<br>James S. Monroe, Esq. | **Claim No: 15**<br>*Filed:*    12/05/2005<br>*Entered:* 12/05/2005 | *Status:*<br>*Filed by:* AI<br>*Entered by:* Monroe, James |
|---|---|---|

| Nixon Peabody LLP<br>Two Embarcadero Ctr. #2700<br>San Francisco, CA 94111 | | Modified 12/06/2005 |
|---|---|---|
| Unsecured claimed: $18720 00 | | |
| **Total** claimed: **$18720.00** | | |

*History*
15-1    12/05/2005 Claim #15 filed by Louis Latour Inc , total amount claimed: $18720 (Monroe, James)

*Description:* (15-1) Address on PDF did not match address entered by ECF Participant, court has corrected.

*Remarks:*

| Creditor : (8376589)<br>Cananwill Inc<br>1000 Milwaukee Ave<br>Glenview IL 60025 | Claim No: 16<br>Filed: 12/05/2005<br>Entered: 12/06/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|
| Unsecured claimed: $13727.13 | | |
| **Total** claimed: **$13727.13** | | |

*History:*
16-1    12/05/2005 Claim #16 filed by Cananwill Inc , total amount claimed: $13727 13 (vj)

*Description:*

*Remarks:*

| Creditor : (8376661)<br>Glass Tech<br>21255 NW Jacobsen Rd<br>Suite 100<br>Hillsboro OR 97124 | Claim No: 17<br>Filed: 12/05/2005<br>Entered: 12/06/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|
| Unsecured claimed: $5734.09 | | |
| **Total** claimed: **$5734.09** | | |

*History:*
17-1    12/05/2005 Claim #17 filed by Glass Tech , total amount claimed: $5734.09 (vj)

*Description:*

*Remarks:*

| Creditor : (8415972)<br>Napa Printing and Graphics<br>630 Airpark Rd. #D<br>Napa, CA 94558 | Claim No: 18<br>Filed: 12/05/2005<br>Entered: 12/06/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|
| Unsecured claimed: $1888.86 | | |
| **Total** claimed: **$1888.86** | | |

*History:*
18-1    12/05/2005 Claim #18 filed by Napa Printing and Graphics , total amount claimed: $1888.86 (vj)

*Description:*

*Remarks:*

CANB Live Database - Modify the description for an existing claim                 Page 6 of 57

| Creditor: (8376747)<br>Napa Valley Petroleum<br>PO Box 2670<br>Napa CA 94558-0528 | Claim No: 19<br>Filed: 12/05/2005<br>Entered: 12/06/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

| Unsecured claimed: $353.93 |
|---|
| **Total** claimed: **$353.93** |

| History: |
|---|
| 19-1  12/05/2005 Claim #19 filed by Napa Valley Petroleum , total amount claimed: $353.93 (vj) |
| Description: |
| Remarks: |

| Creditor: (8548575)<br>Fair Harbor Capital, LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY 10001 | Claim No: 20<br>Filed: 12/05/2005<br>Entered: 12/06/2005 | Status: Transfer 494<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

| Unsecured claimed: $5577.96 |
|---|
| **Total** claimed: **$5577.96** |

| History: |
|---|
| 20-1  12/05/2005 Claim #20 filed by Fair Harbor Capital, LLC , total amount claimed: $5577.96 (vj) |
| 494  08/21/2006 Joint Notice of Transfer of Claim (#20) and Waiver of Opportunity To Object  Transferor: Quality Scale Inc (Claim No. 20) To Fair Harbor Capital, LLC. Filed by Creditor Fair Harbor Capital, LLC. (Glass, Fredric) Status: Transfer |
| Description: |
| Remarks: |

| Creditor: (8416643)<br>Univeral Specialties, Inc.<br>Attn. Tony Loog<br>1810 Kosmina Rd<br>Vernon BC Canada V1T8T2 | Claim No: 21<br>Filed: 12/06/2005<br>Entered: 12/07/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

| Unsecured claimed: $46662.42 |
|---|
| **Total** claimed: **$46662.42** |

| History: |
|---|
| 21-1  12/06/2005 Claim #21 filed by Univeral Specialties, Inc , total amount claimed: $46662.42 (vj) |
| Description: |
| Remarks: |

| Creditor: (8376834)<br>Supreme Marketing Inc<br>46025 Warm Springs Blvd<br>Fremont CA 94539 | Claim No: 22<br>Filed: 12/06/2005<br>Entered: 12/07/2005 | Status: Transfer<br>Filed by: CR<br>Entered by: vj<br>Modified: 09/15/2006 |
|---|---|---|

| Unsecured claimed: $699.67 |
|---|
| **Total** claimed: **$699.67** |

CANB Live Database - Modify the description for an existing claim                    Page 7 of 57

---

**History:**
- 22-1    12/06/2005 Claim #22 filed by Supreme Marketing Inc, total amount claimed: $699.67 (vj)

    04/18/2006 Updated Claim Status (#22). Supreme Marketing Inc. transfers their claim #22 to Debt Acquisition Company of America (lj, ) Status: Transfer

**Description:** (22-1) Transferred to Debt Acquisition 3/29/06

**Remarks:**

---

| Creditor:    (8376537) | Claim No: 23 | Status: |
|---|---|---|
| American Tartaric Products Inc | Filed:    12/06/2005 | Filed by: CR |
| 1865 Palmer Ave | Entered: 12/07/2005 | Entered by: vj |
| Larchmont NY 10538 | | Modified: |

Unsecured claimed: $9213.12

**Total**     claimed: **$9213.12**

**History:**
- 23-1    12/06/2005 Claim #23 filed by American Tartaric Products Inc, total amount claimed: $9213.12 (vj)

**Description:**

**Remarks:**

---

| Creditor:    (8376554) | Claim No: 24 | Status: |
|---|---|---|
| Barney Crane Inc | Filed:    12/06/2005 | Filed by: CR |
| Crane Vineyards | Entered: 12/07/2005 | Entered by: vj |
| 20631 Pueblo Avenue | | Modified: |
| Sonoma CA 95476 | | |

Unsecured claimed: $15661.04

**Total**     claimed: **$15661.04**

**History:**
- 24-1    12/06/2005 Claim #24 filed by Barney Crane Inc, total amount claimed: $15661.04 (vj)

**Description:**

**Remarks:**

---

| Creditor:    (8376799) | Claim No: 25 | Status: |
|---|---|---|
| Rose Creek Landscaping | Filed:    12/09/2005 | Filed by: CR |
| 1621 Escalero Rd | Entered: 12/12/2005 | Entered by: vj |
| Santa Rosa CA 95409 | | Modified: |

Unsecured claimed: $996.00

**Total**     claimed: **$996.00**

**History:**
- 25-1    12/09/2005 Claim #25 filed by Rose Creek Landscaping, total amount claimed: $996 (vj)

**Description:**

**Remarks:**

---

| Creditor:    (8376525) | Claim No: 26 | Status: |
|---|---|---|
| Advantage Bundling   History | Filed:    12/09/2005 | Filed by: CR |

---

| 2228 Page Rd, Ste. 103 | *Entered:* 12/12/2005 | *Entered by:* vj |
| Durham, NC 27703 | | *Modified:* |

| Unsecured claimed: $240 21 | | |
| **Total**      **claimed: $240.21** | | |

*History:*
26-1    12/09/2005 Claim #26 filed by Advantage Bundling , total amount claimed: $240 21 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*      (8376617) | **Claim No: 27** | *Status:* |
| Coverall of Mid-State | *Filed:*      12/12/2005 | *Filed by:* CR |
| 6430 Via Real Suite 5 | *Entered:* 12/13/2005 | *Entered by:* vj |
| Carpinteria CA 93013 | | *Modified:* |

| Unsecured claimed: $197 16 | | |
| **Total**      **claimed: $197.16** | | |

*History:*
27-1    12/12/2005 Claim #27 filed by Coverall of Mid-State , total amount claimed: $197 16 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*      (8376640) | **Claim No: 28** | *Status:* |
| Evergreen Enterprises Inc | *Filed:*      12/12/2005 | *Filed by:* CR |
| PO Box 932904 | *Entered:* 12/13/2005 | *Entered by:* vj |
| Atlanta GA 31193-2904 | | *Modified:* |

| Unsecured claimed: $2347.55 | | |
| **Total**      **claimed: $2347.55** | | |

*History:*
28-1    12/12/2005 Claim #28 filed by Evergreen Enterprises Inc , total amount claimed: $2347 55 (vj)

*Description:*

*Remarks:*

---

| *Creditor:*      (8418222) | **Claim No: 29** | *Status:* |
| Gusmer Enterprises, Inc | *Filed:*      12/12/2005 | *Filed by:* CR |
| 1165 Globe Ave | *Entered:* 12/13/2005 | *Entered by:* vj |
| Mountainside, NJ 07192 | *Amended By Claim No:* 63 | *Modified:* |

| Unsecured claimed: $6804 92 | | |
| **Total**      **claimed: $6804.92** | | |

*History:*
29-1    12/12/2005 Claim #29 filed by Gusmer Enterprises, Inc. , total amount claimed: $6804 92 (vj)
63-1    01/31/2006 Claim #63 filed amending Claim #29 filed by Riverside Claims LLC , total amount claimed: $7784.25 (vj)

*Description:*

| Remarks: |
|---|

| Creditor:      (8548575)<br>Fair Harbor Capital, LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY 10001 | Claim No: 30<br>Filed:     12/07/2005<br>Entered: 12/14/2005 | Status: Transfer 493<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $9310.00

**Total**      claimed: **$9310.00**

History:
  30-1   12/07/2005 Claim #30 filed by Fair Harbor Capital, LLC , total amount claimed: $9310 (vj)
  493    08/21/2006 Joint Notice of Transfer of Claim (#30) and Waiver of Opportunity To Object. Transferor: Rich
                  Xiberta USA Inc (Claim No. 30) To Fair Harbor Capital, LLC. Filed by Creditor Fair Harbor
                  Capital, LLC. (Glass, Fredric) Status: Transfer

| Description: |
|---|
| Remarks: |

| Creditor:      (8376624)<br>David Pirio Vineyard Management<br>PO Box 2340<br>Yountville CA 94599 | Claim No: 31<br>Filed:     12/07/2005<br>Entered: 12/14/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $2203.08

**Total**      claimed: **$2203.08**

History:
  31-1   12/07/2005 Claim #31 filed by David Pirio Vineyard Management , total amount claimed: $2203.08 (vj)

| Description: |
|---|
| Remarks: |

| Creditor:      (8376774)<br>Plemmons Catering<br>1307 East Harding<br>Santa Maria CA 93454 | Claim No: 32<br>Filed:     12/08/2005<br>Entered: 12/14/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $969.75

**Total**      claimed: **$969.75**

History:
  32-1   12/08/2005 Claim #32 filed by Plemmons Catering , total amount claimed: $969.75 (vj)

| Description: |
|---|
| Remarks: |

| Creditor:      (8376652)<br>Francoise Guberman<br>2343 33rd St<br>Santa Monica CA 90405 | Claim No: 33<br>Filed:     12/08/2005<br>Entered: 12/14/2005 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $21187.50

| | |
|---|---|
| **Total**     claimed: $21187.50 | |

| *History:* |
|---|
| <u>33-1</u>    12/08/2005 Claim #33 filed by Francoise Guberman , total amount claimed: $21187 5 (vj) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8376524) <br> Advanced Management Systems <br> 4415 Sonoma Hwy <br> Suite F <br> Santa Rosa CA 95409 | **Claim No: 34** <br> *Filed:*   12/13/2005 <br> *Entered:* 12/14/2005 | *Status:* <br> *Filed by:* CR <br> *Entered by:* vj <br> *Modified:* |
|---|---|---|
| Unsecured claimed: $4147.84 | | |
| **Total**    claimed: $4147.84 | | |

| *History:* |
|---|
| <u>34-1</u>    12/13/2005 Claim #34 filed by Advanced Management Systems , total amount claimed: $4147.84 (vj) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8376613) <br> Copy Store & More <br> 255 West Napa St <br> Sonoma CA 95476 | **Claim No: 35** <br> *Filed:*   12/14/2005 <br> *Entered:* 12/15/2005 | *Status:* <br> *Filed by:* CR <br> *Entered by:* vj <br> *Modified:* |
|---|---|---|
| Unsecured claimed: $94 28 | | |
| **Total**    claimed: $94.28 | | |

| *History:* |
|---|
| <u>35-1</u>    12/14/2005 Claim #35 filed by Copy Store & More , total amount claimed: $94.28 (vj) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8376555) <br> Barrel Associates International <br> 150 Camino Dorado <br> Napa CA 94558 | **Claim No: 36** <br> *Filed:*   12/14/2005 <br> *Entered:* 12/15/2005 | *Status:* <br> *Filed by:* CR <br> *Entered by:* vj <br> *Modified:* |
|---|---|---|
| Unsecured claimed: $22697 20 | | |
| **Total**    claimed: $22697.20 | | |

| *History:* |
|---|
| <u>36-1</u>    12/14/2005 Claim #36 filed by Barrel Associates International , total amount claimed: $22697 2 (vj) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8555375) <br> Argo Partners <br> 12 West 37th St , 9th Fl. | **Claim No: 37** <br> *Filed:*   12/15/2005 <br> *Entered:* 12/28/2005 | *Status:* Transfer <br> *Filed by:* CR <br> *Entered by:* kl |
|---|---|---|

| New York, NY 10018 | | Modified: 09/15/2006 |
|---|---|---|

Unsecured claimed: $31972.00

**Total**    claimed: $31972.00

*History:*
◉ 37-1    12/15/2005 Claim #37 filed by Argo Partners , total amount claimed: $31972 (kl)
    04/05/2006 Updated Claim (#4,37)  Transfer Agreement 3001 (e) 2 Transferor: Portocork America Inc (Claim
        No. 4); Transferor: Amorim (Claim No. 37); To Argo Partners . (lj, ) Status: Transfer

*Description:* (37-1) Transferred to Argo Partners 3/14/06

*Remarks:*

| *Creditor:*    (8376861)<br>United Rentals Northwest<br>4230 Kiernan Ave. #140<br>Modesto, CA 95356 | **Claim No: 38**<br>*Filed:*    12/15/2005<br>*Entered:* 12/28/2005 | *Status.*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $9710.24

**Total**    claimed: $9710.24

*History:*
38-1    12/15/2005 Claim #38 filed by United Rentals Northwest , total amount claimed: $9710.24 (kl)

*Description:*

*Remarks:*

| *Creditor:*    (8376870)<br>Vicard Tonnelleries<br>Attn Vincent Bouchard<br>743 Wilson St<br>Napa CA 94559 | **Claim No: 39**<br>*Filed:*    12/16/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $14411.89

**Total**    claimed: $14411.89

*History:*
39-1    12/16/2005 Claim #39 filed by Vicard Tonnelleries , total amount claimed: $14411.89 (kl)

*Description:*

*Remarks:*

| *Creditor:*    (8376564)<br>Billet Transportation<br>55 Mezzetta Ct<br>American Canyon CA 94503 | **Claim No: 40**<br>*Filed:*    12/16/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

Unsecured claimed: $287.50

**Total**    claimed: $287.50

*History:*
40-1    12/16/2005 Claim #40 filed by Billet Transportation , total amount claimed: $287.5 (kl)

*Description:*

CANB Live Database - Modify the description for an existing claim                    Page 12 of 57

Remarks:

| Creditor: (8376736) Millipore Corp 290 Concord Rd. Billerica MA 01821 | Claim No: 41 Filed: 12/19/2005 Entered: 12/28/2005 | Status: Filed by: CR Entered by: kl Modified: |
|---|---|---|

Unsecured claimed: $203.70

**Total** claimed: **$203.70**

History:
  41-1  12/19/2005 Claim #41 filed by Millipore Corp , total amount claimed: $203.7 (kl)

Description:

Remarks:

| Creditor: (8376829) Stavin Incorporated PO Box 1693 Sausalito CA 94966 | Claim No: 42 Filed: 12/19/2005 Entered: 12/28/2005 | Status: Filed by: CR Entered by: kl Modified: |
|---|---|---|

Unsecured claimed: $3323.81

**Total** claimed: **$3323.81**

History:
  42-1  12/19/2005 Claim #42 filed by Stavin Incorporated , total amount claimed: $3323.81 (kl)

Description:

Remarks:

| Creditor: (8376633) Dust-Tex Service Inc 177 Otto Cr Sacramento CA 95822 | Claim No: 43 Filed: 12/19/2005 Entered: 12/28/2005 | Status: Filed by: CR Entered by: kl Modified: |
|---|---|---|

Unsecured claimed: $40.00

**Total** claimed: **$40.00**

History:
  43-1  12/19/2005 Claim #43 filed by Dust-Tex Service Inc , total amount claimed: $40 (kl)

Description:

Remarks:

| Creditor: (8376574) Boswell Company 1000 Fourth St Suite #640 San Rafael CA 94901 | Claim No: 44 Filed: 12/19/2005 Entered: 12/28/2005 | Status: Filed by: CR Entered by: kl Modified: |
|---|---|---|

Unsecured claimed: $11010.00

**Total** claimed: **$11010.00**

History

| 44-1 | 12/19/2005 Claim #44 filed by Boswell Company , total amount claimed: $11010 (kl) |
|---|---|
| Description: | |
| Remarks: | |

| Creditor:       (8376649)<br>Fishman Supply Co<br>1345 Industrial Ave<br>PO Box 750279<br>Petaluma CA 94975-0279 | Claim No: 45<br>Filed:    12/19/2005<br>Entered: 12/28/2005 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|

| Unsecured claimed:  $329.59 |
| **Total**        claimed: $329.59 |

| History<br>45-1    12/19/2005 Claim #45 filed by Fishman Supply Co , total amount claimed: $329.59 (kl) |
| Description: |
| Remarks: |

| Creditor:       (8376672)<br>Heller Erhman<br>Attn Peter J. Benvenutti<br>File No 73536<br>PO Box 60000<br>San Francisco CA 94160-3536 | Claim No: 46<br>Filed    12/23/2005<br>Entered: 12/28/2005 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|

| Unsecured claimed:  $89912.44 |
| **Total**        claimed: $89912.44 |

| History:<br>46-1    12/23/2005 Claim #46 filed by Heller Erhman , total amount claimed: $89912.44 (kl) |
| Description: |
| Remarks: |

| Creditor:       (8376879)<br>Weeks Drilling & Pump Inc<br>PO Box 176<br>Sebastopol CA 95473 | Claim No: 47<br>Filed:    12/27/2005<br>Entered: 12/28/2005 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|

| Unsecured claimed:  $840.96 |
| **Total**        claimed: $840.96 |

| History<br>47-1    12/27/2005 Claim #47 filed by Weeks Drilling & Pump Inc , total amount claimed: $840.96 (kl) |
| Description: |
| Remarks: |

| Creditor:       (8376794)<br>Riedel Crystal of America Inc<br>PO Box 6623<br>Edison NJ 08818-6623 | Claim No: 48<br>Filed:    12/27/2005<br>Entered: 12/28/2005 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $5907.43 | |
| **Total** claimed: **$5907.43** | |

*History:*
  48-1    12/27/2005 Claim #48 filed by Riedel Crystal of America Inc , total amount claimed: $5907.43 (kl)

*Description:*

*Remarks:*

| *Creditor:* (8424768)<br>Sonoma County Tax Collector<br>585 Fiscal Dr. RM 10<br>Santa Rosa, CA 95403-2819 | **Claim No: 49**<br>*Filed:* 12/27/2005<br>*Entered:* 12/28/2005 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $122351.21 | |
| **Total** claimed: **$122351.21** | |

*History:*
  49-1    12/27/2005 Claim #49 filed by Sonoma County Tax Collector , total amount claimed: $122351.21 (kl)

*Description:*

*Remarks:*

| *Creditor:* (8376778)<br>Precision Data Products<br>371 Cascade Dr<br>Mill Valley CA 94941 | **Claim No: 50**<br>*Filed:* 12/28/2005<br>*Entered:* 01/04/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* vj<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $1966.44 | |
| **Total** claimed: **$1966.44** | |

*History:*
  50-1    12/28/2005 Claim #50 filed by Precision Data Products , total amount claimed: $1966.44 (vj)

*Description:*

*Remarks:*

| *Creditor:* (8376742)<br>Napa County Tax Collector<br>1195 Third St<br>Room 108<br>Napa CA 94559-3035 | **Claim No: 51**<br>*Filed:* 12/23/2005<br>*Entered:* 01/11/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $133842.01 | |
| **Total** claimed: **$133842.01** | |

*History:*
  51-1    12/23/2005 Claim #51 filed by Napa County Tax Collector , total amount claimed: $133842.01 (kl)

*Description:*

*Remarks:*

| *Creditor:* (8433776) | **Claim No: 52** | *Status:* |
|---|---|---|

CANB Live Database - Modify the description for an existing claim          Page 15 of 57

| Les Tonnelleries De Bourgogne<br>Coface North America, Inc.<br>P.O. Box 2102<br>Cranbury, NJ 08512 | Filed: 01/10/2006<br>Entered: 01/12/2006 | Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $27255.20

**Total** claimed: **$27255.20**

*History:*
52-1   01/10/2006 Claim #52 filed by Les Tonnelleries De Bourgogne , total amount claimed: $27255.2 (vj)

*Description:*

*Remarks:*

| Creditor: (8434913)<br>United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21093 | **Claim No: 53**<br>Filed: 01/13/2006<br>Entered: 01/13/2006 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
|---|---|---|

Unsecured claimed: $2646.49

**Total** claimed: **$2646.49**

*History:*
53-1   01/13/2006 Claim #53 filed by United Parcel Service , total amount claimed: $2646.49 (kl)

*Description:*

*Remarks:*

| Creditor: (8435873)<br>Truchard Vineyards<br>Lloyd Llewelyn, Esq.<br>1211 Division St.<br>Napa, CA 94559 | **Claim No: 54**<br>Filed: 01/17/2006<br>Entered: 01/18/2006 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $275114.40

**Total** claimed: **$275114.40**

*History:*
54-1   01/17/2006 Claim #54 filed by Truchard Vineyards , total amount claimed: $275114.4 (vj)

*Description:*

*Remarks:*

| Creditor: (8376752)<br>New Vine Logistics Inc<br>Attn President<br>830 Latour Court Suite A<br>Napa CA 94558 | **Claim No: 55**<br>Filed: 01/17/2006<br>Entered: 01/18/2006 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
|---|---|---|

Unsecured claimed: $5334.00

**Total** claimed: **$5334.00**

*History:*
55-1   01/17/2006 Claim #55 filed by New Vine Logistics Inc , total amount claimed: $5334 (vj)

| Description: |
| --- |
| Remarks: |

| Creditor:        (8436706)<br>Federal Express Corporation<br>Attn: Revenue Recovery/Bankruptcy<br>2005 Corporate Ave. 2nd Fl.<br>Memphis, TN 38132 | Claim No: 56<br>Filed:        01/19/2006<br>Entered: 01/19/2006 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
| --- | --- | --- |

| Unsecured claimed:  $8462.78 |
| --- |
| **Total**        claimed: **$8462.78** |

| History:<br>56-1      01/19/2006 Claim #56 filed by Federal Express Corporation , total amount claimed: $8462.78 (kl) |
| --- |
| Description: |
| Remarks: |

| Creditor:        (8376927)<br>Douglas F Francisco<br>102 Grande Vista Dr<br>Novato CA 94947 | Claim No: 57<br>Filed:        01/19/2006<br>Entered  01/19/2006 | Status:<br>Filed by: CR<br>Entered by: kl<br>Modified: |
| --- | --- | --- |

| Unsecured claimed:  $12156.71 |
| --- |
| **Total**        claimed: **$12156.71** |

| History:<br>57-1      01/19/2006 Claim #57 filed by Douglas F Francisco , total amount claimed: $12156.71 (kl) |
| --- |
| Description: |
| Remarks: |

| Creditor:        (8438477)<br>Pacific Gas and Electric<br>c/o Patrick Hazen<br>P.O. Box 8329<br>Stockton, CA 95208 | Claim No: 58<br>Filed:        01/23/2006<br>Entered: 01/24/2006 | Status:<br>Filed by: CR<br>Entered by: vj<br>Modified: |
| --- | --- | --- |

| Unsecured claimed:  $23237.86 |
| --- |
| **Total**        claimed: **$23237.86** |

| History:<br>58-1      01/23/2006 Claim #58 filed by Pacific Gas and Electric , total amount claimed: $23237.86 (vj) |
| --- |
| Description: |
| Remarks: |

| Creditor:        (8376854)<br>Tonnellerie Remond<br>Attn Todd Stanfield<br>621 W Spain St<br>Sonoma CA 95476 | Claim No: 59<br>Filed:        01/24/2006<br>Entered: 01/25/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
| --- | --- | --- |

| Unsecured claimed:  $30400 00 |
| --- |

| Total | claimed: $30400.00 |
|---|---|

**History:**
59-1    01/24/2006 Claim #59 filed by Tonnellerie Remond , total amount claimed: $30400 (lj)

*Description:* (59-1) This claim amount is in Euros due.

*Remarks:*

---

| *Creditor:* (8376813) Scott Laboratories Attn Accounts Receivable PO Box 4559 Petaluma CA 94955 | **Claim No: 60** *Filed:* 01/27/2006 *Entered:* 01/31/2006 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $52253.80

**Total** claimed: $52253.80

**History:**
60-1    01/27/2006 Claim #60 filed by Scott Laboratories , total amount claimed: $52253 8 (vj)

*Description:*

*Remarks:*

---

| *Creditor:* (8441017) Morrison and Foerster 101 Ygnacio Valley Rd. #450 Attn Sharon Acevedo-Cicala Walnut Creek, CA 94596 | **Claim No: 61** *Filed:* 01/27/2006 *Entered:* 01/31/2006 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $91097.99

**Total** claimed: $91097.99

**History:**
61-1    01/27/2006 Claim #61 filed by Morrison and Foerster , total amount claimed: $91097.99 (vj)

*Description:*

*Remarks:*

---

| *Creditor:* (8441019) W W Grainger, Inc. 7300 N Melvina Ave M530 Niles, IL 60714-3998 | **Claim No: 62** *Filed:* 01/27/2006 *Entered:* 01/31/2006 | *Status:* *Filed by:* CR *Entered by:* vj *Modified:* |
|---|---|---|

Unsecured claimed: $551.14

**Total** claimed: $551.14

**History:**
62-1    01/27/2006 Claim #62 filed by W W Grainger, Inc. , total amount claimed: $551.14 (vj)

*Description:*

*Remarks:*

---

| *Creditor:* (8441256) Riverside Claims LLC | **Claim No: 63** *Filed:* 01/31/2006 | *Status:* *Filed by:* CR |
|---|---|---|

| | | |
|---|---|---|
| PO Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | *Entered:* 01/31/2006<br>*Amends Claim No:* 29 | *Entered by:* Gydus-Rogers, Holly<br>*Modified:* |

| Unsecured claimed: $7784.25 |
|---|
| **Total**      **claimed: $7784.25** |

| *History:* |
|---|
| 29-1    12/12/2005 Claim #29 filed by Gusmer Enterprises, Inc., total amount claimed: $6804.92 (Gydus-Rogers, Holly) |
| 63-1    01/31/2006 Claim #63 filed amending Claim #29 filed by Riverside Claims LLC, total amount claimed: $7784.25 (Gydus-Rogers, Holly) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (8442416)<br>Chevron Credit Bank NA<br>PO Box 5010/Section 230<br>Concord<br>CA<br>94524-0010 | **Claim No: 64**<br>*Filed:* 02/02/2006<br>*Entered:* 02/02/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Parker, Erlinda<br>*Modified:* |

| Unsecured claimed: $118.01 |
|---|
| **Total**      **claimed: $118.01** |

| *History:* |
|---|
| 64-1    02/02/2006 Claim #64 filed by Chevron Credit Bank NA, total amount claimed: $118.01 (Parker, Erlinda) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (8443605)<br>Zee Medical Service Co. #34<br>107 Bryant St.<br>Ojai, CA 93023 | **Claim No: 65**<br>*Filed:* 02/03/2006<br>*Entered:* 02/03/2006 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 09/15/2006 |

| Unsecured claimed: $131.89 |
|---|
| **Total**      **claimed: $131.89** |

| *History:* |
|---|
| 65-1    02/03/2006 Claim #65 filed by Zee Medical Service Co #34, total amount claimed: $131.89 (lj) |
| 05/18/2006 Updated Claim Status (#65). Zee Medical Services transfers their claim to Trade-Debt Net (lj,) Status: Transfer |

*Description:* (65-1) Transferred to Trade-Debt.Net 4/27/06

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (8445456)<br>Central Coast Water Treatment<br>966 Huber St<br>Grover Beach, CA 93433 | **Claim No: 66**<br>*Filed:* 02/06/2006<br>*Entered:* 02/09/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

| Unsecured claimed: $192.00 |
|---|

| Total | claimed: $192.00 |
|---|---|
| *History:* | |
| 66-1 | 02/06/2006 Claim #66 filed by Central Coast Water Treatment , total amount claimed: $192 (lj) |
| *Description:* | |
| *Remarks:* | |

| *Creditor:* (8376840) The Bottle Meister Inc PO Box 15457 San Luis Obispo CA 93406-5457 | **Claim No: 67** *Filed:* 02/06/2006 *Entered:* 02/09/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

| Unsecured claimed: $27357.77 | |
|---|---|
| **Total** claimed: $27357.77 | |

| *History:* | |
|---|---|
| 67-1 | 02/06/2006 Claim #67 filed by The Bottle Meister Inc , total amount claimed: $27357.77 (lj) |
| *Description:* | |
| *Remarks:* | |

| *Creditor:* (8446364) Corrpro Companies 1055 West Smith Rd Medina, OH 44256 | **Claim No: 68** *Filed:* 02/09/2006 *Entered:* 02/10/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

| Unsecured claimed: $329.68 | |
|---|---|
| **Total** claimed: $329.68 | |

| *History:* | |
|---|---|
| 68-1 | 02/09/2006 Claim #68 filed by Corrpro Companies , total amount claimed: $329.68 (lj) |
| *Description:* | |
| *Remarks:* | |

| *Creditor:* (8376871) John and Cathy Vicini dba Vicini Vineyard c/o Michael C. Fallon 100 E St., Ste. 219 Santa Rosa, CA 95404 | **Claim No: 69** *Filed:* 02/14/2006 *Entered:* 02/14/2006 | *Status:* *Filed by:* CR *Entered by:* Fallon, Michael *Modified:* 02/15/2006 |
|---|---|---|

| Secured claimed: $97124.86 | |
|---|---|
| **Total** claimed: $97124.86 | |

| *History:* | |
|---|---|
| 69-1 | 02/14/2006 Claim #69 filed by John and Cathy Vicini , total amount claimed: $97124.86 (Fallon, Michael) |
| *Description:* (69-1) Creditor information does not match pdf, corrected. | |
| *Remarks:* | |

| *Creditor:* (8376565) Bien Nacido Vineyards | **Claim No: 70** *Filed:* 02/13/2006 | *Status:* *Filed by:* CR |
|---|---|---|

CANB Live Database - Modify the description for an existing claim    Page 20 of 57

| 132 E Carillo St<br>Santa Barbara CA 93101-2111 | *Entered:* 02/16/2006 | *Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $61747.90<br>**Total** claimed: **$61747.90** | | |

| *History:* |
|---|
| 70-1    02/13/2006 Claim #70 filed by Bien Nacido Vineyards , total amount claimed: $61747.9 (lj) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:*    (8376768)<br>Peter Haywood<br>18000 Gehricke Rd<br>Sonoma CA 95476 | **Claim No: 71**<br>*Filed:*    02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $10528.00<br>**Total** claimed: **$10528.00** | | |

| *History:* |
|---|
| 71-1    02/13/2006 Claim #71 filed by Peter Haywood , total amount claimed: $10528 (lj) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:*    (8449124)<br>Waster Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | **Claim No: 72**<br>*Filed:*    02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $840.47<br>**Total** claimed: **$840.47** | | |

| *History:* |
|---|
| 72-1    02/13/2006 Claim #72 filed by Waster Management RMC , total amount claimed: $840.47 (lj) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| *Creditor:*    (8449128)<br>Laurence I. Cheftel, Inc.<br>c/o Lawrence Papale<br>1308 Main St , Ste. 117<br>St. Helena, CA 94574 | **Claim No: 73**<br>*Filed:*    02/13/2006<br>*Entered:* 02/16/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $143988.31<br>**Total** claimed: **$143988.31** | | |

| *History:* |
|---|
| 73-1    02/13/2006 Claim #73 filed by Laurence I. Cheftel, Inc. , total amount claimed: $143988.31 (lj) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| Creditor: (8449131)<br>Tonnellerie Saint-Martin<br>Pecarrere<br>47160 Buzet-Sur-Baise<br>France | Claim No: 74<br>Filed: 02/13/2006<br>Entered: 02/16/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $14400.00

**Total** claimed: **$14400.00**

History:
74-1     02/13/2006 Claim #74 filed by Tonnellerie Saint-Martin, total amount claimed: $14400 (lj)

Description:

Remarks:

| Creditor: (8449132)<br>Doug and Lydia Shorenstein<br>c/o Peter Haywood<br>18000 Gehricke Rd.<br>Sonoma, CA 95476-4749 | Claim No: 75<br>Filed: 02/13/2006<br>Entered: 02/16/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $17658.00

**Total** claimed: **$17658.00**

History:
75-1     02/13/2006 Claim #75 filed by Doug and Lydia Shorenstein, total amount claimed: $17658 (lj)

Description:

Remarks:

| Creditor: (8449134)<br>Peak Performance Refrigeration, Inc<br>P.O. Box 519<br>Fulton, CA 95439 | Claim No: 76<br>Filed: 02/13/2006<br>Entered: 02/16/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $2330.10

**Total** claimed: **$2330.10**

History:
76-1     02/13/2006 Claim #76 filed by Peak Performance Refrigeration, Inc., total amount claimed: $2330.1 (lj)

Description:

Remarks:

| Creditor: (8496846)<br>Trade-Debt.Net<br>P.O. Box 1487<br>West Babylon, NY 11704 | Claim No: 77<br>Filed: 02/14/2006<br>Entered: 02/16/2006 | Status: Transfer 382<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $1475.00

**Total** claimed: **$1475.00**

History:
77-1     02/14/2006 Claim #77 filed by Trade-Debt.Net, total amount claimed: $1475 (lj)

CANB Live Database - Modify the description for an existing claim     Page 22 of 57

| 382 | 05/16/2006 Joint Notice of Transfer of Claim (#77) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: Studio M Graphic Design (Claim No. 77) To Trade-Debt Net in the amount of $1475.00. Filed by Creditor Trade-Debt. Net  (lj, ) Status: Transfer |
|---|---|

*Description:*

*Remarks:*

| *Creditor:*  (8451762) VW Credit 1401 Franklin Boulevard Libertyville, Illinois 60048 | **Claim No: 78** *Filed:* 02/24/2006 *Entered:* 02/24/2006 | *Status:* *Filed by:* CR *Entered by:* Bonial, Hilary *Modified:* |
|---|---|---|

Secured claimed: $78303.29

**Total    claimed: $78303.29**

*History:*

  78-1    02/24/2006 Claim #78 filed by VW Credit , total amount claimed: $78303.29 (Bonial, Hilary)

*Description:*

*Remarks:*

| *Creditor:*  (8452352) Juvenal Direct, Inc. c/o Peter Craigie 540 Pacific Ave. San Francisco, CA 94133 | **Claim No: 79** *Filed:* 02/21/2006 *Entered:* 02/24/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

Unsecured claimed: $21952.71

**Total    claimed: $21952.71**

*History:*

  79-1    02/21/2006 Claim #79 filed by Juvenal Direct, Inc. , total amount claimed: $21952.71 (lj)

*Description:*

*Remarks:*

| *Creditor:*  (8376869) Valley Yellow Pages Dept 33302 PO Box 39000 San Francisco CA 94139-3302 | **Claim No: 80** *Filed:* 02/21/2006 *Entered:* 02/24/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

Unsecured claimed: $100.00

**Total    claimed: $100.00**

*History:*

  80-1    02/21/2006 Claim #80 filed by Valley Yellow Pages , total amount claimed: $100 (lj)

*Description:*

*Remarks:*

| *Creditor:*  (8376739) Moss Adams LLP 3700 Old Redwood Hwy | **Claim No: 81** *Filed:* 02/23/2006 *Entered:* 02/24/2006 | *Status:* *Filed by:* CR *Entered by:* lj |
|---|---|---|

| Suite 200<br>Santa Rosa CA 95403 | | Modified: |
|---|---|---|
| Unsecured claimed: $24672.00<br>**Total**    claimed: $24672.00 | | |
| History:<br>81-1    02/23/2006 Claim #81 filed by Moss Adams LLP , total amount claimed: $24672 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:    (8452928)<br>Belle Terre Vineyards, Inc<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 82<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|
| Secured claimed: $27801.27<br>**Total**    claimed: $27801.27 | | |
| History:<br>82-1    02/27/2006 Claim #82 filed by Belle Terre Vineyards, Inc., total amount claimed: $27801.27 (Chandler,<br>David) | | |
| Description: | | |
| Remarks: | | |

| Creditor:    (8452929)<br>Barney Crane<br>c/o David N. Chandler, p.c.<br>1747 Fourth Street<br>Santa Rosa, CA 95404 | Claim No: 83<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|
| Secured claimed: $15661.04<br>**Total**    claimed: $15661.04 | | |
| History:<br>83-1    02/27/2006 Claim #83 filed by Barney Crane , total amount claimed: $15661.04 (Chandler, David) | | |
| Description: | | |
| Remarks: | | |

| Creditor:    (8452930)<br>Rancho Sisquoc Winery<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 84<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|
| Secured claimed: $72940.00<br>**Total**    claimed: $72940.00 | | |
| History:<br>84-1    02/27/2006 Claim #84 filed by Rancho Sisquoc Winery , total amount claimed: $72940 (Chandler, David) | | |

CANB Live Database - Modify the description for an existing claim     Page 24 of 57

---

Description:

Remarks:

---

| Creditor: (8452949)<br>Rodgers Creek Vineyard, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 85<br>Filed: 02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $153702.50

**Total     claimed: $153702.50**

History:
85-1     02/27/2006 Claim #85 filed by Rodgers Creek Vineyard, LLC , total amount claimed: $153702.5 (Chandler, David)

Description:

Remarks:

---

| Creditor: (8452950)<br>Hassett Lane Vineyard, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 86<br>Filed: 02/27/2006<br>Entered: 02/27/2006 | Status: Transfer<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: 09/15/2006 |
|---|---|---|

Secured claimed: $204885.17

**Total     claimed: $204885.17**

History:
○ 86-1     02/27/2006 Claim #86 filed by Hasset Lane Vineyards, LLC, total amount claimed: $204885.17 (Chandler, David)

02/27/2006 Updated Claim Status (#86). Hasset Lane Vineyards transfers their claim to Trade-Debt.Net. (lj, ) Status: Transfer

Description: (86-1) Amount on claim does not match, corrected

Remarks: (86-1) Transferred to Trade-Debt.Net 4/5/06

---

| Creditor: (8452951)<br>Silverado Premium Properties<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 87<br>Filed: 02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $125405.64

**Total     claimed: $125405.64**

History:
87-1     02/27/2006 Claim #87 filed by Silverado Premium Properties , total amount claimed: $125405.64 (Chandler, David)

Description:

Remarks:

---

| Creditor:        (8452951)<br>Silverado Premium Properties<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 88<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $107816.58

**Total**    **claimed: $107816.58**

*History:*
88-1     02/27/2006 Claim #88 filed by Silverado Premium Properties , total amount claimed: $107816.58 (Chandler, David)

*Description:*

*Remarks:*

| Creditor:        (8452953)<br>Handal-Denier Vineyards, LLC<br>c/o David N. Chandler, p.c<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 89<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $66781.30

**Total**    **claimed: $66781.30**

*History:*
89-1     02/27/2006 Claim #89 filed by Handal-Denier Vineyards, LLC , total amount claimed: $66781.3 (Chandler, David)

*Description:*

*Remarks:*

| Creditor:        (8452956)<br>Alta Vista Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 90<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $62995.33

**Total**    **claimed: $62995.33**

*History:*
90-1     02/27/2006 Claim #90 filed by Alta Vista Vineyards , total amount claimed: $62995.33 (Chandler, David)

*Description:*

*Remarks:*

| Creditor:        (8452959)<br>Vino Farms, Inc.<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 91<br>Filed:    02/27/2006<br>Entered: 02/27/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $83373.12

**Total**    **claimed: $83373.12**

*History:*

91-1    02/27/2006 Claim #91 filed by Vino Farms, Inc., total amount claimed: $83373.12 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*    (8452976)<br>Richard's Grove & Saralee's Vineyard<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 92**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed: $186750.85

**Total    claimed: $186750.85**

*History:*

92-1    02/27/2006 Claim #92 filed by Richard's Grove & Saralee's Vineyard , total amount claimed: $186750.85 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*    (8452977)<br>Hoot Owl Creek Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | **Claim No: 93**<br>*Filed:*    02/27/2006<br>*Entered:* 02/27/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chandler, David<br>*Modified:* |
|---|---|---|

Secured claimed: $29267.22

**Total    claimed: $29267.22**

*History:*

93-1    02/27/2006 Claim #93 filed by Hoot Owl Creek Vineyards , total amount claimed: $29267.22 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376892)<br>Wine Service Co-Operative<br>Gaw, Van Male, et al<br>1000 Main St., 3rd Fl.<br>Napa, CA 94559 | **Claim No: 94**<br>*Filed:*    03/01/2006<br>*Entered:* 03/01/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* English, Kenneth<br>*Modified:* 03/02/2006 |
|---|---|---|

Secured claimed: $98006.45

**Total    claimed: $98006.45**

*History:*

94-1    03/01/2006 Claim #94 filed by Wine Service Co-Operative , total amount claimed: $98006.45 (English, Kenneth)

*Description:* (94-1) Creditor address information does not match, corrected.

*Remarks:*