# (Exhibit 13)
# EXHIBIT 1

PART TWO

| Creditor:        (8455090)<br>Hasler Financial, Inc.<br>3400 Bridge Pkwy, Ste. 201<br>Redwood City, CA 94065 | Claim No: 95<br>Filed:    02/27/2006<br>Entered: 03/02/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $5953.20<br><br>**Total**      claimed: **$5953.20** | | |
| History:<br>95-1    02/27/2006 Claim #95 filed by Hasler Financial, Inc., total amount claimed: $5953.2 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:        (8451495)<br>Price Landscaping<br>Attn Tom Price<br>PO Box 448<br>Napa CA 94559 | Claim No: 96<br>Filed:    02/27/2006<br>Entered: 03/02/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $83061.70<br><br>**Total**      claimed: **$83061.70** | | |
| History:<br>96-1    02/27/2006 Claim #96 filed by Price Landscaping , total amount claimed: $83061.7 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:        (8376693)<br>JH Bosche MDI<br>1930 Jackson<br>San Francisco CA 94109 | Claim No: 97<br>Filed:    02/27/2006<br>Entered: 03/02/2006<br>Amended By Claim No: 97 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $836609.27<br><br>**Total**      claimed: **$836609.27** | | |
| History:<br>97-1    02/27/2006 Claim #97 filed by JH Bosche MDI , total amount claimed: $850000 (lj)<br>97-2    05/03/2006 Amended Claim #97 filed by JH Bosche MDI , total amount claimed: $836609.27 (lj) | | |
| Description: | | |
| Remarks: | | |

| Creditor:        (8376562)<br>Beverly & Jerry Stemach<br>Valley Oaks Vineyards<br>PO Box 1237<br>Kenwood CA 95452 | Claim No: 98<br>Filed:    03/01/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $7060.41<br><br>**Total**      claimed: **$7060.41** | | |
| History: | | |

| 98-1 | 03/01/2006 Claim #98 filed by Beverly & Jerry Stemach , total amount claimed: $7060.41 (lj) |
|---|---|
| Description: | |
| Remarks: | |

| Creditor: (8548575)<br>Fair Harbor Capital, LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY 10001 | Claim No: 99<br>Filed: 03/01/2006<br>Entered: 03/03/2006 | Status: Transfer 928<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $5577.96 | |
|---|---|
| Total       claimed: $5577.96 | |

| History: | |
|---|---|
| 99-1 | 03/01/2006 Claim #99 filed by Fair Harbor Capital, LLC , total amount claimed: $5577.96 (lj) |
| 928 | 07/05/2007 Joint Notice of Transfer of Claim (#99) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 2 Transferor: Quality Scale, Inc. (Claim No. 99) To Fair Harbor Capital, LLC Filed by Creditor Fair Harbor Capital, LLC. (Glass, Fredric) Status: Transfer |

| Description: | |
|---|---|
| Remarks: | |

| Creditor: (8455173)<br>LM Saint Martin, S.A.<br>American Credit & Clearing Corp<br>P.O. Box 750512<br>Forest Hills, NY 11375-0512 | Claim No: 100<br>Filed: 03/01/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $14767.20 | |
|---|---|
| Total       claimed: $14767.20 | |

| History: | |
|---|---|
| 100-1 | 03/01/2006 Claim #100 filed by LM Saint Martin, S A , total amount claimed: $14767.2 (lj) |

| Description: | |
|---|---|
| Remarks: | |

| Creditor: (8376730)<br>Maynard and Grace Kuljian<br>Kuljian Vineyards<br>1955 West Dry Creek Rd<br>Healdsburg CA 95448 | Claim No: 101<br>Filed: 03/01/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $10275.21 | |
|---|---|
| Total       claimed: $10275.21 | |

| History: | |
|---|---|
| 101-1 | 03/01/2006 Claim #101 filed by Maynard and Grace Kuljian , total amount claimed: $10275 21 (lj) |

| Description: | |
|---|---|
| Remarks: | |

| Creditor: (8376651) | Claim No: 102 | Status: |
|---|---|---|

| Francois Freres USA Inc<br>505 29th Ave<br>San Francisco CA 94121 | Filed:  03/02/2006<br>Entered: 03/03/2006 | Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $66177.00 | | |
|---|---|---|
| **Total**     **claimed: $66177.00** | | |

History:
   102-1   03/02/2006 Claim #102 filed by Francois Freres USA Inc , total amount claimed: $66177 (lj)

Description:

Remarks:

| Creditor:    (8455194)<br>Iaronsaud North America Corp.<br>505 29th Avenue<br>San Francisco, CA 94121 | **Claim No: 103**<br>Filed:  03/02/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $16939.75 | | |
|---|---|---|
| **Total**     **claimed: $16939.75** | | |

History:
   103-1    03/02/2006 Claim #103 filed by Iaronsaud North America Corp , total amount claimed: $16939.75 (lj)

Description:

Remarks:

| Creditor:    (8451444)<br>Carpy Conolly LLC<br>c/o Gaw, Van Male, et al<br>1000 Main St., 3rd Fl<br>Napa, CA 94559 | **Claim No: 104**<br>Filed:  03/03/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: English, Kenneth<br>Modified: 03/06/2006 |
|---|---|---|

| Secured claimed: $322485.42 | | |
|---|---|---|
| **Total**     **claimed: $322485.42** | | |

History:
   104-1    03/03/2006 Claim #104 filed by Carpy Conolly LLC , total amount claimed: $322485.42 (English, Kenneth)

Description: (104-1) Address information does not match; corrected

Remarks:

| Creditor:    (8376731)<br>McMaster-Carr Supply Co<br>PO Box 7690<br>Chicago IL 60680-7690 | **Claim No: 105**<br>Filed:  03/03/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $366.03 | | |
|---|---|---|
| **Total**     **claimed: $366.03** | | |

History:
   105-1   03/03/2006 Claim #105 filed by McMaster-Carr Supply Co , total amount claimed: $366.03 (lj)

Description:

Remarks:

| Creditor: (8455903)<br>Saint-Gobain Containers, Inc<br>Saint-Gobain Corporation<br>Attn: Thomas Fitzpatrick<br>1 New Bond St.<br>Worcester, MA 01615 | Claim No: 106<br>Filed: 03/03/2006<br>Entered: 03/03/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $123234.99

**Total**        **claimed: $123234.99**

History:
  106-1    03/03/2006 Claim #106 filed by Saint-Gobain Containers, Inc  , total amount claimed: $123234.99 (lj)

Description:

Remarks:

| Creditor: (8456317)<br>Lasseter Family Winery<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95409 | Claim No: 107<br>Filed: 03/06/2006<br>Entered: 03/06/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $81874.71

**Total**      **claimed: $81874.71**

History:
  107-1    03/06/2006 Claim #107 filed by Lasseter Family Winery , total amount claimed: $81874.71 (Chandler, David)

Description:

Remarks:

| Creditor: (8456318)<br>Yount Mill Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 108<br>Filed: 03/06/2006<br>Entered: 03/06/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $10600.00

**Total**      **claimed: $10600.00**

History
  108-1    03/06/2006 Claim #108 filed by Yount Mill Vineyards , total amount claimed: $10600 (Chandler, David)

Description:

Remarks:

| Creditor: (8455560)<br>Oddone Vineyard<br>Dillingham & Murphy, LLP<br>250 D Street, #200<br>Santa Rosa, CA 95404 | Claim No: 109<br>Filed: 03/06/2006<br>Entered: 03/06/2006 | Status:<br>Filed by: CR<br>Entered by: Simon, Eric<br>Modified: |
|---|---|---|

Secured claimed: $102889.43

**Total**      **claimed: $102889.43**

*History:*
109-1   03/06/2006 Claim #109 filed by Oddone Vineyard , total amount claimed: $102889.43 (Simon, Eric)

*Description:*

*Remarks:*

---

| *Creditor:*    (8376738)<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco CA 94105 | **Claim No: 110**<br>*Filed:*   03/06/2006<br>*Entered:* 03/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lewis, Adam<br>*Modified:* |

Unsecured claimed: $89626.19

Secured    claimed:  $1000.00

**Total**    **claimed:$90626.19**

*History:*
110-1   03/06/2006 Claim #110 filed by Morrison & Foerster LLP , total amount claimed: $90626.19 (Lewis, Adam)

*Description:*

*Remarks:*

---

| *Creditor:*    (8555375)<br>Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | **Claim No: 111**<br>*Filed:*   03/06/2006<br>*Entered:* 03/07/2006 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 09/15/2006 |

Unsecured claimed: $21479.66

**Total**    **claimed:$21479.66**

*History:*
111-1   03/06/2006 Claim #111 filed by Argo Partners , total amount claimed: $21479.66 (lj)

509    08/28/2006 Assignment of Claim #111 To Argo Partners from Cameo Crafts Graphics in the amount of $21,479.66. Filed by Creditor Argo Partners. (Gold, Matthew)

09/26/2006 Updated Claim (#111). Transfer Agreement 3001 (e) 2 Transferor: Cameo Crafts Graphics Itee-Ltd (Claim No. 111) To Argo Partners. (lj, ) Status: Transfer

*Description:* (111-1) Transferred to Argo Partners 8/28/06

*Remarks:*

---

| *Creditor:*    (8451441)<br>Butch Cameron Trucking<br>1240 Century Ct Ste A<br>Santa Rosa CA 95403 | **Claim No: 112**<br>*Filed:*   03/06/2006<br>*Entered:* 03/07/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $17387.92

**Total**    **claimed: $17387.92**

*History:*
112-1   03/06/2006 Claim #112 filed by Butch Cameron Trucking , total amount claimed: $17387.92 (lj)

*Description:*

*Remarks:*

| Creditor:        (8451489)<br>Phyllis DuMond<br>Party Place & Rental Center<br>406A W. Betteravia Rd<br>Santa Maria, CA 93455 | Claim No: 113<br>Filed: 03/06/2006<br>Entered: 03/07/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $92.68 |
|---|
| **Total** claimed: $92.68 |

**History:**
113-1    03/06/2006 Claim #113 filed by Phyllis DuMond , total amount claimed: $92.68 (lj)

**Description:**

**Remarks:**

---

| Creditor:        (8456737)<br>Praxair Distribution, Inc.<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | Claim No: 114<br>Filed: 03/06/2006<br>Entered: 03/07/2006<br>Amended By Claim No. 114 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $14390.00 |
|---|
| **Total** claimed: $14390.00 |

**History:**
114-1    03/06/2006  Claim #114 filed by Praxair Distribution, Inc., total amount claimed: $625.35 (lj)
114-2    05/09/2006  Amended Claim #114 filed by Praxair Distribution, Inc., total amount claimed: $1026.48 (lj)
114-3    05/09/2006  Amended Claim #114 filed by Praxair Distribution, Inc., total amount claimed: $5058.14 (lj)
114-4    05/09/2006  Amended Claim #114 filed by Praxair Distribution, Inc., total amount claimed: $14390 (lj)

**Description:**

**Remarks:**

---

| Creditor:        (8456802)<br>Smothers Vineyards<br>c/o David N. Chandler, p c<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 115<br>Filed: 03/07/2006<br>Entered: 03/07/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

| Secured claimed: $154488.47 |
|---|
| **Total** claimed: $154488.47 |

**History:**
115-1    03/07/2006 Claim #115 filed by Smothers Vineyards , total amount claimed: $154488.47 (Chandler, David)

**Description:**

**Remarks:**

---

| Creditor:        (8376898)<br>Wood Ranch<br>c/o Stan Blyth, Esq.<br>Dickenson Peatman Fogarty<br>809 Coombs St.<br>Napa, CA 94559 | Claim No: 116<br>Filed: 03/07/2006<br>Entered: 03/07/2006<br>Amended By Claim No: 117 | Status:<br>Filed by: CR<br>Entered by: Blyth, Stan<br>Modified: 03/08/2006 |
|---|---|---|

| | |
|---|---|
| Secured claimed: $305545.26 | |
| Priority claimed: $305545.26 | |
| **Total** claimed: **$611090.52** | |

**History:**
116-1   03/07/2006 Claim #116 filed by Wood Ranch , total amount claimed: $611090.52 (Blyth, Stan)
117-1   03/07/2006 Claim #117 filed amending Claim #116 filed by Wood Ranch , total amount claimed: $305545.26 (Blyth, Stan)

**Description:**

**Remarks:** (116-1) Corrected party information to reflect pdf.
(117-1) Corrected party information to reflect pdf.

| Creditor:   (8376898)<br>Wood Ranch<br>c/o Stan Blyth, Esq.<br>Dickenson Peatman Fogarty<br>809 Coombs St.<br>Napa, CA 94559 | Claim No: 117<br>*Filed:*   03/07/2006<br>*Entered:* 03/07/2006<br>*Amends Claim No:* 116 | Status:<br>*Filed by:* CR<br>*Entered by:* Blyth, Stan<br>*Modified:* 03/08/2006 |
|---|---|---|

| | |
|---|---|
| Secured claimed: $305545.26 | |
| **Total** claimed: **$305545.26** | |

**History:**
116-1   03/07/2006 Claim #116 filed by Wood Ranch , total amount claimed: $611090.52 (Blyth, Stan)
117-1   03/07/2006 Claim #117 filed amending Claim #116 filed by Wood Ranch , total amount claimed: $305545.26 (Blyth, Stan)

**Description:**

**Remarks:** (116-1) Corrected party information to reflect pdf.
(117-1) Corrected party information to reflect pdf.

| Creditor:   (8456904)<br>Frank Wood and Sons, Inc.<br>Attention: Stan Blyth<br>Dickenson Peatman Fogarty<br>809 Coombs Street<br>Napa, CA 94559 | Claim No: 118<br>*Filed:*   03/07/2006<br>*Entered:* 03/07/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* Blyth, Stan<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| Secured claimed: $39922.42 | |
| **Total** claimed: **$39922.42** | |

**History**
118-1   03/07/2006 Claim #118 filed by Frank Wood and Sons, Inc. , total amount claimed: $39922.42 (Blyth, Stan)

**Description:**

**Remarks:**

| Creditor:   (8376867)<br>Usibelli Ranch<br>1900 Maxwell Canyon Rd<br>St Helena CA 94574 | Claim No: 119<br>*Filed:*   03/07/2006<br>*Entered:* 03/09/2006 | Status:<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| Unsecured      $13730.00 | |

| | claimed: | |
|---|---|---|
| **Total** | **claimed: $13730.00** | |

| *History:* |
|---|
| 119-1    03/07/2006 Claim #119 filed by Usibelli Ranch , total amount claimed: $13730 (kl) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8376699)<br>Jordon Vineyard & Winery<br>Attn Mark Bailey<br>PO Box 878<br>Healdsburg CA 95448 | **Claim No: 120**<br>*Filed:*    03/08/2006<br>*Entered:* 03/09/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $43472.88 | |
|---|---|
| **Total**    **claimed: $43472.88** | |

| *History:* |
|---|
| 120-1    03/08/2006 Claim #120 filed by Jordon Vineyard & Winery , total amount claimed: $43472.88 (kl) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8451453)<br>Demptos Napa Cooperage<br>1050 Soscol Ferry Rd<br>Napa CA 94558 | **Claim No: 121**<br>*Filed:*    03/08/2006<br>*Entered:* 03/09/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kl<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $7000.00 | |
|---|---|
| **Total**    **claimed: $7000.00** | |

| *History:* |
|---|
| 121-1    03/08/2006 Claim #121 filed by Demptos Napa Cooperage , total amount claimed: $7000 (kl) |
| *Description:* |
| *Remarks:* |

| *Creditor:*    (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | **Claim No: 122**<br>*Filed:*    03/09/2006<br>*Entered:* 03/09/2006<br>*Amended By Claim No:* 122 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $20181673.85 | |
|---|---|
| Secured    claimed: $20181673.85 | |
| **Total**    **claimed: $40363347.70** | |

| *History:* |
|---|
| 122-1    03/09/2006 Claim #122 filed by John M. Bryan , total amount claimed: $20181673.85 (St. James, Michael) |
| ⊚ 122-2    10/26/2006 Amended Claim #122 filed by John M. Bryan , total amount claimed: $20181673.85 (St James, Michael) |

| Description: |
| Remarks: |

| Creditor: (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | Claim No: 123<br>Filed: 03/09/2006<br>Entered: 03/09/2006 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: 03/14/2006 |

Unsecured claimed: $4033873.00
**Total     claimed: $4033873.00**

History:
123-1   03/09/2006 Claim #123 filed by John M. Bryan , total amount claimed: $4033873 (St. James, Michael)

Description:
Remarks: (123-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct creditor.

| Creditor: (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | Claim No: 124<br>Filed: 03/09/2006<br>Entered: 03/09/2006<br>Amended By Claim No: 126 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: 03/13/2006 |

Unsecured claimed: $134544.89
**Total     claimed: $134544.89**

History:
124-1   03/09/2006 Claim #124 filed by John M. Bryan , total amount claimed: $134544.89 (St. James, Michael)
126-1   03/09/2006 Claim #126 filed amending Claim #124 filed by John M. Bryan , total amount claimed:
          $1345444.89 (St. James, Michael)

Description: (124-1) Incorrect amount see Amended Claim #126
(126-1) Incorrect amount entered, corrected.
Remarks:

| Creditor: (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | Claim No: 125<br>Filed: 03/09/2006<br>Entered: 03/09/2006<br>Amended By Claim No: 139 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: 03/14/2006 |

Secured claimed: $497115.08
**Total     claimed: $497115.08**

History:
125-1   03/09/2006 Claim #125 filed by John M. Bryan , total amount claimed: $497115.08 (St. James, Michael)
139-1   03/14/2006 Claim #139 filed amending Claim #125 filed by Sycamore Vineyards , total amount claimed:
          $497115.08 (St. James, Michael)

Description:

*Remarks:* (125-1) Creditor does not match creditor on claim . Registered participant to refile claim with correct creditor.

| *Creditor:*    (8457866)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA. 94111 | **Claim No: 126**<br>*Filed:*    03/09/2006<br>*Entered:* 03/09/2006<br>*Amends Claim No:* 124 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* 03/13/2006 |
|---|---|---|

Secured claimed:  $1345444.89

**Total**    **claimed: $1345444.89**

*History:*
124-1   03/09/2006 Claim #124 filed by John M. Bryan , total amount claimed: $134544.89 (St. James, Michael)

126-1   03/09/2006 Claim #126 filed amending Claim #124 filed by John M. Bryan , total amount claimed: $1345444.89 (St. James, Michael)

*Description:* (124-1) Incorrect amount see Amended Claim #126
(126-1) Incorrect amount entered, corrected.

*Remarks:*

| *Creditor:*    (8376769)<br>Sugarloaf Farming Corp.<br>dba Peter Michael Winery<br>12400 Ida Clayton Rd.<br>Calistoga, CA 94515 | **Claim No: 127**<br>*Filed:*    03/09/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1500.00

**Total**    **claimed: $1500.00**

*History:*
127-1   03/09/2006 Claim #127 filed by Sugarloaf Farming Corp. , total amount claimed: $1500 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8460971)<br>Heritage Paper Company<br>6850 Brisa St.<br>Livermore, CA 94550 | **Claim No: 128**<br>*Filed:*    03/09/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

Unsecured claimed: $101157.38

**Total**    **claimed: $101157.38**

*History:*
128-1   03/09/2006 Claim #128 filed by Heritage Paper Company , total amount claimed: $101157.38 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8376678)<br>Hotel Hospitality Publicity Group<br>530 Divisadero St<br>San Francisco CA 94117 | **Claim No: 129**<br>*Filed:*    03/10/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $675.00 | |
| **Total** **claimed: $675.00** | |

*History:*
129-1    03/10/2006 Claim #129 filed by Hotel Hospitality Publicity Group , total amount claimed: $675 (lj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8555375)<br>Argo Partners<br>12 West 37th St., 9th Fl.<br>New York, NY 10018 | **Claim No: 130**<br>*Filed:* 03/10/2006<br>*Entered:* 03/14/2006 | *Status:* Transfer<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* 09/15/2006 |

| | |
|---|---|
| Unsecured claimed: $4985.78 | |
| **Total** **claimed: $4985.78** | |

*History:*
130-1    03/10/2006 Claim #130 filed by Argo Partners , total amount claimed: $4985.78 (lj)

04/18/2006 Updated Claim (#130). Transfer Agreement 3001 (e) 2 Transferor: Wollborg-Michelson (Claim No. 130) To Argo Partners  (lj, ) Status: Transfer

*Description:* (130-1) Transferred to Argo Partners 3/29/06

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8451452)<br>DE Jones & Daughters<br>358 Patten St<br>Sonoma CA 95476 | **Claim No: 131**<br>*Filed:* 03/10/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

| | |
|---|---|
| Unsecured claimed: $475.00 | |
| **Total** **claimed: $475.00** | |

*History:*
131-1    03/10/2006 Claim #131 filed by DE Jones & Daughters , total amount claimed: $475 (lj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (8460998)<br>Fire Pump Testing & Sales, Inc.<br>7059 Commerce Circle, Ste  C<br>Pleasanton, CA 94588 | **Claim No: 132**<br>*Filed:* 03/10/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

| | |
|---|---|
| Unsecured claimed: $2301.99 | |
| **Total** **claimed: $2301.99** | |

*History:*
132-1    03/10/2006 Claim #132 filed by Fire Pump Testing & Sales, Inc , total amount claimed: $2301.99 (lj)

*Description:*

*Remarks:*

CANB Live Database - Modify the description for an existing claim                    Page 38 of 57

| Creditor:     (8376726)<br>Markham Vineyards<br>Attn Bryan Del Bondio<br>2812 St Helena Hwy. North<br>PO Box 636<br>St Helena CA 94574 | Claim No: 133<br>Filed:  03/10/2006<br>Entered: 03/14/2006<br>Amended By Claim No. 135 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $796.13 |
| **Total**        **claimed: $796.13** |

History:
133-1   03/10/2006 Claim #133 filed by Markham Vineyards , total amount claimed: $796.13 (lj)
135-1   03/13/2006 Claim #135 filed amending Claim #133 filed by Markham Vineyards , total amount claimed: $3133.53 (lj)

Description:

Remarks: (135-1) Replaces Claim #133.

| Creditor:     (8461000)<br>E & J Gallo Winery<br>c/o Jolene A. Yee<br>600 Yosemite Blvd.<br>Modesto, CA 95354 | Claim No: 134<br>Filed:  03/10/2006<br>Entered: 03/14/2006<br>Amended By Claim No: 160 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $230490.10 |
| **Total**        **claimed: $230490.10** |

History:
134-1   03/10/2006 Claim #134 filed by E & J Gallo Winery , total amount claimed: $230490.1 (lj)
160-1   03/15/2006 Claim #160 filed amending Claim #134 filed by Gallo Vineyards, Inc. , total amount claimed: $230490.1 (lj)

Description:

Remarks: (160-1) Both checked amends and replaces.

| Creditor:     (8376726)<br>Markham Vineyards<br>Attn Bryan Del Bondio<br>2812 St Helena Hwy. North<br>PO Box 636<br>St Helena CA 94574 | Claim No: 135<br>Filed:  03/13/2006<br>Entered: 03/14/2006<br>Amends Claim No: 133 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $3133.53 |
| **Total**        **claimed: $3133.53** |

History:
133-1   03/10/2006 Claim #133 filed by Markham Vineyards , total amount claimed: $796.13 (lj)
135-1   03/13/2006 Claim #135 filed amending Claim #133 filed by Markham Vineyards , total amount claimed: $3133.53 (lj)

Description:

Remarks: (135-1) Replaces Claim #133.

| Creditor:     (8376877) | Claim No: 136 | Status: |
|---|---|---|

| Vinter Active LLC<br>9548 Wellington Circle<br>Windsor CA 94592 | *Filed:* 03/13/2006<br>*Entered:* 03/14/2006<br>*Amended By Claim No:* 174 | *Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $2894.48 | | |
| **Total** claimed: **$2894.48** | | |
| *History:*<br>136-1  03/13/2006 Claim #136 filed by Vinter Active LLC , total amount claimed: $2894.48 (lj)<br>174-1  03/20/2006 Claim #174 filed amending Claim #136 filed by Vinter Active LLC , total amount claimed:<br>$953.74 (lj) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (8376598)<br>Cintas First Aid Safety<br>1679 Enterprise Blvd #10<br>West Sacramento CA 95691 | **Claim No: 137**<br>*Filed:* 03/13/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $85.81 | | |
| **Total** claimed: **$85.81** | | |
| *History:*<br>137-1  03/13/2006 Claim #137 filed by Cintas First Aid Safety , total amount claimed: $85.81 (lj) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (8376685)<br>Imprezziv Paper Packaging Inc<br>138 Corwin St<br>Suite B<br>San Francisco CA 94114 | **Claim No: 138**<br>*Filed:* 03/13/2006<br>*Entered:* 03/14/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $10150.00 | | |
| **Total** claimed: **$10150.00** | | |
| *History:*<br>138-1  03/13/2006 Claim #138 filed by Imprezziv Paper Packaging Inc , total amount claimed: $10150 (lj) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (8376835)<br>Sycamore Vineyards<br>Attn Alan Brudos Financial Mgr<br>600 Montgomery St 35th Floor<br>San Francisco CA 94111 | **Claim No: 139**<br>*Filed:* 03/14/2006<br>*Entered:* 03/14/2006<br>*Amends Claim No:* 125<br>*Amended By Claim No:* 145 | *Status:*<br>*Filed by:* CR<br>*Entered by:* St. James, Michael<br>*Modified:* |
|---|---|---|
| Secured claimed: $497115.08 | | |
| **Total** claimed: **$497115.08** | | |
| *History:* | | |

| | |
|---|---|
| 125-1 | 03/09/2006 Claim #125 filed by John M. Bryan , total amount claimed: $497115.08 (St. James, Michael) |
| 139-1 | 03/14/2006 Claim #139 filed amending Claim #125 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael) |
| 145-1 | 03/14/2006 Claim #145 filed amending Claim #139 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael) |

*Description:*

*Remarks:* (125-1) Creditor does not match creditor on claim. Registered participant to refile claim with correct creditor. (145-1) Amended to correct party information only.

---

| *Creditor:* (8376715) Laminar Direct Capital LP Attn Thomas E Patterson, Esq. 2121 Avenue of the Stars, 33rd Fl Los Angeles, CA 90067 | **Claim No: 140** *Filed:* 03/14/2006 *Entered:* 03/14/2006 *Amended By Claim No:* 140 | *Status:* *Filed by:* CR *Entered by:* Neeley, Stacia *Modified:* 04/19/2007 |
|---|---|---|

Unsecured claimed: $1518255.00

**Total**    claimed: **$1518255.00**

*History:*
- 140-1  03/14/2006 Claim #140 filed by Laminar Direct Capital LP , total amount claimed: $25924362.11 (Neeley, Stacia)
- 140-2  04/18/2007 Amended Claim #140 filed by Laminar Direct Capital LP , total amount claimed: $1518255 (Neeley, Stacia)

*Description:* (140-1) Incorrect creditor address information, corrected.

*Remarks:*

---

| *Creditor:* (8376715) Laminar Direct Capital LP Attn Thomas E Patterson, Esq. 2121 Avenue of the Stars, 33rd Fl Los Angeles, CA 90067 | **Claim No: 141** *Filed:* 03/14/2006 *Entered:* 03/14/2006 | *Status:* *Filed by:* CR *Entered by:* Neeley, Stacia *Modified:* 03/17/2006 |
|---|---|---|

Secured claimed: $23383612.11

**Total**    claimed: **$23383612.11**

*History:*
141-1  03/14/2006 Claim #141 filed by Laminar Direct Capital LP , total amount claimed: $23383612.11 (Neeley, Stacia)

*Description:* (141-1) Incorrect creditor address information, corrected

*Remarks:*

---

| *Creditor:* (8376715) Laminar Direct Capital LP Attn Thomas E Patterson, Esq. 2121 Avenue of the Stars, 33rd Fl Los Angeles, CA 90067 | **Claim No: 142** *Filed:* 03/14/2006 *Entered:* 03/14/2006 | *Status:* *Filed by:* CR *Entered by:* Neeley, Stacia *Modified:* 03/17/2006 |
|---|---|---|

Secured claimed: $11362777.77

**Total**    claimed: **$11362777.77**

*History:*

| | |
|---|---|
| 142-1 03/14/2006 Claim #142 filed by Laminar Direct Capital LP , total amount claimed: $11362777.77 (Neeley, Stacia) | |
| Description: (142-1) Incorrect creditor address information, corrected. | |
| Remarks: | |

| Creditor: (8376715) Laminar Direct Capital LP Attn Thomas E Patterson, Esq 2121 Avenue of the Stars, 33rd Fl Los Angeles, CA 90067 | Claim No: 143 Filed: 03/14/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: Neeley, Stacia Modified: 03/17/2006 |
|---|---|---|
| Secured claimed: $9329905.57 **Total** claimed: $9329905.57 | | |
| History: 143-1 03/14/2006 Claim #143 filed by Laminar Direct Capital LP , total amount claimed: $9329905.57 (Neeley, Stacia) | | |
| Description: (143-1) Incorrect creditor address information, corrected. | | |
| Remarks: | | |

| Creditor: (8376715) Laminar Direct Capital LP Attn Thomas E Patterson, Esq 2121 Avenue of the Stars, 33rd Fl Los Angeles, CA 90067 | Claim No: 144 Filed: 03/14/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: Neeley, Stacia Modified: 03/17/2006 |
|---|---|---|
| Secured claimed: $6421724.37 **Total** claimed: $6421724.37 | | |
| History: 144-1 03/14/2006 Claim #144 filed by Laminar Direct Capital LP , total amount claimed: $6421724.37 (Neeley, Stacia) | | |
| Description: (144-1) Incorrect creditor address informaiton, corrected | | |
| Remarks: | | |

| Creditor: (8461021) Sycamore Vineyards Bryan & Edwards 600 Montgomery Street 35th Floor San Francisco, CA. 94111 | Claim No: 145 Filed: 03/14/2006 Entered: 03/14/2006 Amends Claim No: 139 | Status: Filed by: CR Entered by: St. James, Michael Modified: 03/14/2006 |
|---|---|---|
| Secured claimed: $497115.08 **Total** claimed: $497115.08 | | |
| History: 139-1 03/14/2006 Claim #139 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael) 145-1 03/14/2006 Claim #145 filed amending Claim #139 filed by Sycamore Vineyards , total amount claimed: $497115.08 (St. James, Michael) | | |
| Description: | | |
| Remarks: (145-1) Amended to correct party information only. | | |

CANB Live Database - Modify the description for an existing claim          Page 42 of 57

| Creditor: (8461028) J M Bryan Family Trust c/o Bryan and Edwards 600 Montgomery St. 35th Fl. San Francisco, CA 94111 | Claim No: 146 Filed: 03/14/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: St. James, Michael Modified: |
|---|---|---|

| Unsecured claimed: $4033873.00 |
|---|
| **Total**     claimed: **$4033873.00** |

| History: |
|---|
| 146-1   03/14/2006 Claim #146 filed by J M Bryan Family Trust , total amount claimed: $4033873 (St. James, Michael) |
| Description: |
| Remarks: |

| Creditor: (8461039) Coffey Lane Vineyards c/o David N. Chandler, p.c. 1747 4th Street Santa Rosa, CA 95404 | Claim No: 147 Filed: 03/14/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: Chandler, David Modified: |
|---|---|---|

| Secured claimed: $308070.00 |
|---|
| **Total**     claimed: **$308070.00** |

| History: |
|---|
| 147-1   03/14/2006 Claim #147 filed by Coffey Lane Vineyards , total amount claimed: $308070 (Chandler, David) |
| Description: |
| Remarks: |

| Creditor: (8376741) Murray Farms Attn Mike Murray 2149 Broadway San Francisco CA 94115 | Claim No: 148 Filed: 03/14/2006 Entered: 03/15/2006 | Status: Filed by: CR Entered by: lj Modified: |
|---|---|---|

| Unsecured claimed: $90566.99 |
|---|
| **Total**     claimed: **$90566.99** |

| History: |
|---|
| 148-1   03/14/2006 Claim #148 filed by Murray Farms , total amount claimed: $90566 99 (lj) |
| Description: |
| Remarks: |

| Creditor: (8461327) World Cooperage Co., Inc. c/o Kelly A. Woodruff, Esq. Farella Braun & Martel LLP 235 Montgomery St , 17th Fl San Francisco, CA 94104 | Claim No: 149 Filed: 03/14/2006 Entered: 03/15/2006 | Status: Filed by: CR Entered by: lj Modified: |
|---|---|---|

| Unsecured claimed: $70256.00 |
|---|

| Total | claimed: $70256.00 |
|---|---|

**History:**
149-1   03/14/2006 Claim #149 filed by World Cooperage Co., Inc., total amount claimed: $70256 (lj)

**Description:**

**Remarks:**

---

| Creditor:     (8461348)<br>Central Valley Builders Supply<br>1785 C Tanen St., Ste. C<br>Napa, CA 94559 | Claim No: 150<br>Filed:   03/14/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $943.36

| Total | claimed: $943.36 |
|---|---|

**History:**
150-1   03/14/2006 Claim #150 filed by Central Valley Builders Supply, total amount claimed: $943.36 (lj)

**Description:**

**Remarks:**

---

| Creditor:     (8376841)<br>The Compleat Winemaker<br>955 Vintage Ave<br>St Helena CA 94574 | Claim No: 151<br>Filed:   03/14/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $26854.67

| Total | claimed: $26854.67 |
|---|---|

**History:**
151-1   03/14/2006 Claim #151 filed by The Compleat Winemaker, total amount claimed: $26854.67 (lj)

**Description:**

**Remarks:**

---

| Creditor:     (8461513)<br>Wilson Daniels Ltd<br>Kathryn A. Coleman, Esq.<br>Gibson Dunn & Crutcher LLP<br>One Montgomery St., Ste 3100<br>San Francisco, CA 94104 | Claim No: 152<br>Filed:   03/15/2006<br>Entered: 03/15/2006<br>Amended By Claim No: 152 | Status:<br>Filed by: CR<br>Entered by: Fromme, Eric<br>Modified: 03/17/2006 |
|---|---|---|

Unsecured claimed: $60079.22

| Total | claimed: $60079.22 |
|---|---|

**History:**
152-1   03/15/2006 Claim #152 filed by Wilson Daniels Ltd., total amount claimed: $1227354.71 (Fromme, Eric)
152-2   08/04/2006 Amended Claim #152 filed by Wilson Daniels Ltd., total amount claimed: $60079.22 (Fromme, Eric)

**Description:** (152-1) Creditor address information incorrect, corrected.

**Remarks:**

CANB Live Database – Modify the description for an existing claim                Page 44 of 57

| Creditor: (8462199)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | Claim No: 153<br>Filed: 03/16/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin<br>Modified: |
|---|---|---|

Secured claimed: $530000.00

**Total**    claimed: **$530000.00**

History:
  153-1    03/16/2006 Claim #153 filed by Laminar Direct Capital L.P., total amount claimed: $530000 (Barash, Martin)

Description:

Remarks:

| Creditor: (8462199)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | Claim No: 154<br>Filed: 03/16/2006<br>Entered: 03/16/2006<br>Amended By Claim No: 154 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin<br>Modified: |
|---|---|---|

Unsecured claimed: $1.00

**Total**    claimed: **$1.00**

History:
  154-1    03/16/2006 Claim #154 filed by Laminar Direct Capital L.P., total amount claimed: $0 (Barash, Martin)
  154-2    10/13/2006 Amended Claim #154 filed by Laminar Direct Capital L.P., total amount claimed: $1 (Barash, Martin)

Description:

Remarks:

| Creditor: (8462667)<br>Alary Vineyards<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 155<br>Filed: 03/16/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Secured claimed: $115551.68

**Total**    claimed: **$115551.68**

History:
  155-1    03/16/2006 Claim #155 filed by Alary Vineyards, total amount claimed: $115551.68 (Chandler, David)

Description:

Remarks:

| Creditor: (8460722)<br>General Electric Capital Corporation<br>c/o Dennis D. Miller<br>Stein & Lubin LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | Claim No: 156<br>Filed: 03/15/2006<br>Entered: 03/21/2006 | Status: Withdraw 933<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $564490.79

**Total**    claimed: **$564490.79**

*History:*
156-1    03/15/2006 Claim #156 filed by General Electric Capital Corporation , total amount claimed: $564490.79 (lj)
933    07/13/2007 Withdrawal of Claim: 156 Filed by Creditor General Electric Capital Corporation. (Attachments: # 1 Certificate of Service)(Miller, Dennis) Status: Withdraw

*Description:*
*Remarks:*

| *Creditor :*    (8376815) Shifflett Vineyards Attn Jeffery Shifflett PO Box 2536 Yountville CA 94599 | **Claim No: 157** *Filed:*    03/15/2006 *Entered:* 03/21/2006 | *Status.* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

Unsecured claimed: $244504.12

**Total**    claimed: **$244504.12**

*History:*
157-1    03/15/2006 Claim #157 filed by Shifflett Vineyards , total amount claimed: $244504.12 (lj)

*Description:*
*Remarks:*

| *Creditor :*    (8464606) Gelco Corporation dba GE Fleet Services Three Capital Dr. Eden Prairie, MN 55344 Attn: Keith Bergquist | **Claim No: 158** *Filed:*    03/15/2006 *Entered:* 03/21/2006 | *Status:* Withdraw 932 *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

Unsecured claimed: $80766.88

**Total**    claimed: **$80766.88**

*History:*
158-1    03/15/2006 Claim #158 filed by Gelco Corporation dba GE Fleet Services , total amount claimed: $80766.88 (lj)
932    07/13/2007 Withdrawal of Claim: 158 Filed by Creditor GELCO CORPORATION dba GE FLEET SERVICES. (Attachments: # 1 Certificate of Service)(Miller, Dennis) Status: Withdraw

*Description:*
*Remarks:*

| *Creditor :*    (8464628) Wineshipping.com LLC 21481 8th St. East, Ste. 15C Sonoma, CA 95476 | **Claim No: 159** *Filed:*    03/15/2006 *Entered:* 03/21/2006 | *Status:* *Filed by:* CR *Entered by:* lj *Modified:* |
|---|---|---|

Unsecured claimed: $38937.45

**Total**    claimed: **$38937.45**

*History:*

CANB Live Database - Modify the description for an existing claim                    Page 46 of 57

| 159-1 | 03/15/2006 Claim #159 filed by Wineshipping com LLC , total amount claimed: $38937.45 (lj) |
|---|---|
| Description: | |
| Remarks: | |

| Creditor:        (8464631)<br>Gallo Vineyards, Inc.<br>c/o Jolene A. Yee<br>600 Yosemite Blvd.<br>Modesto, CA 95354 | Claim No: 160<br>Filed:   03/15/2006<br>Entered:  03/21/2006<br>Amends Claim No: 134 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: 03/24/2006 |
|---|---|---|
| Unsecured claimed: $230490.10 | | |
| **Total        claimed: $230490.10** | | |

| History | |
|---|---|
| 134-1  03/10/2006 Claim #134 filed by E & J Gallo Winery , total amount claimed: $230490.1 (lj) | |
| 160-1  03/15/2006 Claim #160 filed amending Claim #134 filed by Gallo Vineyards, Inc. , total amount claimed: $230490.1 (lj) | |

| Description: | |
|---|---|
| Remarks. (160-1) Both checked amends and replaces. | |

| Creditor:        (8376535)<br>American Linen<br>3311 Industrial Dr<br>Santa Rosa CA 95403 | Claim No: 161<br>Filed:   03/15/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by  lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $868.45 | | |
| **Total        claimed: $868.45** | | |

| History: | |
|---|---|
| 161-1  03/15/2006 Claim #161 filed by American Linen , total amount claimed: $868.45 (lj) | |

| Description: | |
|---|---|
| Remarks: | |

| Creditor:        (8451509)<br>Stone & Youngberg<br>One Ferry Bldg<br>San Francisco CA 94111 | Claim No: 162<br>Filed:   03/15/2006<br>Entered 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|
| Unsecured claimed: $320000.00 | | |
| **Total        claimed: $320000.00** | | |

| History: | |
|---|---|
| 162-1  03/15/2006 Claim #162 filed by Stone & Youngberg , total amount claimed: $320000 (lj) | |

| Description: | |
|---|---|
| Remarks: | |

| Creditor:        (8376646)<br>Fesler Construction Co<br>PO Box 458 | Claim No: 163<br>Filed:   03/15/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj |
|---|---|---|

| Santa Maria CA 93456 | | | Modified: |
|---|---|---|---|

**Unsecured claimed:** $647.50

**Total** **claimed: $647.50**

*History:*
   163-1   03/15/2006 Claim #163 filed by Fesler Construction Co , total amount claimed: $647.5 (lj)

*Description:*

*Remarks:*

---

| *Creditor:*    (8464637) <br> Wine Tasting Network <br> 1-800-Flowers.com <br> One Old Country Rd., Ste. 500 <br> Carle Place, NY 11514 | **Claim No: 164** <br> *Filed:*   03/16/2006 <br> *Entered:* 03/21/2006 <br> *Amended By Claim No:* 172 | *Status:* <br> *Filed by:* CR <br> *Entered by:* lj <br> *Modified:* |
|---|---|---|

**Unsecured claimed:** $0.00

**Total** **claimed: $0.00**

*History:*
   164-1   03/16/2006 Claim #164 filed by Wine Tasting Network , total amount claimed: $0 (lj)
   172-1   03/22/2006 Claim #172 filed amending Claim #164 filed by Wine Tasting Network , total amount claimed: $47002.89 (lj)

*Description:* (164-1) No amount listed on proof of claim.

*Remarks:*

---

| *Creditor:*    (8464660) <br> Unisource Worldwide, Inc <br> P.O. Box 60000 <br> San Francisco, CA 94160 | **Claim No: 165** <br> *Filed:*   03/16/2006 <br> *Entered:* 03/21/2006 | *Status:* <br> *Filed by:* CR <br> *Entered by:* lj <br> *Modified:* |
|---|---|---|

**Unsecured claimed:** $1325.07

**Total** **claimed: $1325.07**

*History:*
   165-1   03/16/2006 Claim #165 filed by Unisource Worldwide, Inc. , total amount claimed: $1325.07 (lj)

*Description:*

*Remarks:* (165-1) No creditor address information on front of proof of claim.

---

| *Creditor:*    (8376549) <br> ASG Northern California <br> 2200 Lucien Way <br> Maitland FL 32751 | **Claim No: 166** <br> *Filed:*   03/16/2006 <br> *Entered:* 03/21/2006 | *Status:* <br> *Filed by:* CR <br> *Entered by:* lj <br> *Modified:* |
|---|---|---|

**Unsecured claimed:** $731.49

**Total** **claimed: $731.49**

*History:*
   166-1   03/16/2006 Claim #166 filed by ASG Northern California , total amount claimed: $731.49 (lj)

*Description:*

CANB Live Database - Modify the description for an existing claim                    Page 48 of 57

Remarks:

| Creditor:        (8464664)<br>W. R. Hambrecht Co LLC<br>539 Bryant St.<br>San Francisco, CA 94107<br>Attn: J. Fayman, CFO | Claim No: 167<br>Filed: 03/16/2006<br>Entered: 03/21/2006<br>Amended By Claim No: 167 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $2143351.71

Secured    claimed:       $0.00

Priority   claimed:       $0.00

Unknown   claimed:       $0.00

**Total     claimed: $2143351.71**

History:

167-1  03/16/2006 Claim #167 filed by W. R. Hambrecht Co LLC , total amount claimed: $1713337 (lj)

◉ 167-2  09/28/2006 Amended Claim #167 filed by W. R. Hambrecht Co LLC , total amount claimed: $2143351.71 (lj)

Description:

Remarks: (167-2) Amended claim reflect different address, added party with new address into case.

| Creditor:        (8376588)<br>Carneros Warehousing<br>PO Box 1344<br>Sonoma CA 95476 | Claim No: 168<br>Filed: 03/16/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $336923.00

**Total     claimed: $336923.00**

History:

168-1  03/16/2006 Claim #168 filed by Carneros Warehousing , total amount claimed: $336923 (lj)

Description: (168-1) Month to Month lease

Remarks:

| Creditor:        (8451454)<br>Dependable Septic Systems<br>I I-G Poco Way #119<br>American Canyon CA 94503-1103 | Claim No: 169<br>Filed: 03/16/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Unsecured claimed: $2051.00

**Total     claimed: $2051.00**

History:

169-1  03/16/2006 Claim #169 filed by Dependable Septic Systems , total amount claimed: $2051 (lj)

Description:

Remarks:

| Creditor:        (8464667)<br>Wells Fargo Financial Leasing, Inc.<br>c/o Richard P. Wagner<br>400 Oceangate, Ste. 700 | Claim No: 170<br>Filed: 03/16/2006<br>Entered: 03/21/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

Long Beach, CA 90802

Unsecured claimed: $88215.73

**Total**    claimed: $88215.73

*History:*
170-1    03/16/2006 Claim #170 filed by Wells Fargo Financial Leasing, Inc., total amount claimed: $88215.73 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8464719)<br>Wines Central, LLC<br>710 L St., Bldg. 627<br>Vallejo, CA 94592 | **Claim No: 171**<br>*Filed:*    03/16/2006<br>*Entered:* 03/21/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
| --- | --- | --- |

Unsecured claimed: $8259.80

**Total**    claimed: $8259.80

*History:*
171-1    03/16/2006 Claim #171 filed by Wines Central, LLC , total amount claimed: $8259.8 (lj)

*Description:*

*Remarks:*

| *Creditor:*    (8464637)<br>Wine Tasting Network<br>1-800-Flowers.com<br>One Old Country Rd., Ste. 500<br>Carle Place, NY 11514 | **Claim No: 172**<br>*Filed:*    03/22/2006<br>*Entered:* 03/22/2006<br>*Amends Claim No:* 164 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
| --- | --- | --- |

Unsecured claimed: $47002.89

**Total**    claimed: $47002.89

*History:*
164-1    03/16/2006 Claim #164 filed by Wine Tasting Network , total amount claimed: $0 (lj)
172-1    03/22/2006 Claim #172 filed amending Claim #164 filed by Wine Tasting Network , total amount claimed: $47002.89 (lj)

*Description:* (164-1) No amount listed on proof of claim.

*Remarks:*

| *Creditor:*    (8465246)<br>SBC Yellow Pages<br>Bankruptcy Unit<br>101 Spear St., Rm. 534<br>San Francisco, CA 94105 | **Claim No: 173**<br>*Filed:*    03/20/2006<br>*Entered:* 03/22/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |
| --- | --- | --- |

Unsecured claimed: $5139.07

**Total**    claimed: $5139.07

*History:*
173-1    03/20/2006 Claim #173 filed by SBC Yellow Pages , total amount claimed: $5139.07 (lj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8376877)<br>Vinter Active LLC<br>9548 Wellington Circle<br>Windsor CA 94592 | **Claim No: 174**<br>*Filed:*    03/20/2006<br>*Entered:* 03/22/2006<br>*Amends Claim No:* 136 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $953.74

**Total**        claimed: **$953.74**

*History:*

136-1    03/13/2006 Claim #136 filed by Vinter Active LLC , total amount claimed: $2894.48 (lj)

174-1    03/20/2006 Claim #174 filed amending Claim #136 filed by Vinter Active LLC , total amount claimed: $953.74 (lj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8469486)<br>McMaster-Carr Supply<br>9939 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | **Claim No: 175**<br>*Filed:*    03/29/2006<br>*Entered:* 03/30/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $366.03

**Total**        claimed: **$366.03**

*History:*

175-1    03/29/2006 Claim #175 filed by McMaster-Carr Supply , total amount claimed: $366.03 (lj)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8473664)<br>United Parcel Service<br>c/o RMS Bankruptcy Services<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030 | **Claim No: 176**<br>*Filed:*    04/06/2006<br>*Entered:* 04/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Diaz, Denise<br>*Modified:* 04/07/2006 |

Unsecured claimed: $14807.74

**Total**        claimed: **$14807.74**

*History:*

176-1    04/06/2006 Claim #176 filed by United Parcel Service , total amount claimed: $14807.74 (Diaz, Denise)

*Description:* (176-1) Telephone number not required, corrected.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (8376804)<br>Santa Barbara County Tax Collector<br>Attn Bernice James<br>PO Box 579<br>Santa Barbara CA 93102-0579 | **Claim No: 177**<br>*Filed:*    04/06/2006<br>*Entered:* 04/06/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lj<br>*Modified:* |

Unsecured claimed: $121840.27

| Total        claimed: $121840.27 |
| --- |

**History:**
177-1   04/06/2006 Claim #177 filed by Santa Barbara County Tax Collector , total amount claimed: $121840.27 (lj)

**Description:**

**Remarks:**

---

| Creditor:    (8434913)<br>United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21093 | Claim No: 178<br>Filed:   04/06/2006<br>Entered: 04/06/2006 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
| --- | --- | --- |

Unsecured claimed: $14807.74

**Total        claimed: $14807.74**

**History:**
178-1   04/06/2006 Claim #178 filed by United Parcel Service , total amount claimed: $14807.74 (lj)

**Description:**

**Remarks:**

---

| Creditor:    (8473797)<br>CA State Brd of Equalization<br>Special Procedures Sect MIC55<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | Claim No: 179<br>Filed:   04/06/2006<br>Entered: 04/06/2006<br>Amended By Claim No: 179 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
| --- | --- | --- |

Unsecured claimed: $241950.00

**Total        claimed: $241950.00**

**History:**
179-1   04/06/2006 Claim #179 filed by CA State Brd of Equalization , total amount claimed: $6183.36 (lj)
179-2   12/28/2006 Amended Claim #179 filed by CA State Brd of Equalization , total amount claimed: $241950 (lj)

**Description:**

**Remarks:**

---

| Creditor:    (8485717)<br>Geyserville-Silverado Premium Properties<br>c/o David N. Chandler<br>1747 Fourth St.<br>Santa Rosa, CA 95404 | Claim No: 180<br>Filed:   04/28/2006<br>Entered: 04/28/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
| --- | --- | --- |

Unsecured claimed: $51789.85

**Total        claimed: $51789.85**

**History:**
180-1   04/28/2006 Claim #180 filed by Geyserville-Silverado Premium Properties , total amount claimed: $51789.85
          (Chandler, David)

**Description:**

**Remarks:**

| Creditor:     (8452949)<br>Rodgers Creek Vineyard, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA. 95404 | Claim No: 181<br>Filed:    04/28/2006<br>Entered: 04/28/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Unsecured claimed: $330753.84

**Total**        **claimed: $330753.84**

History:
181-1   04/28/2006 Claim #181 filed by Rodgers Creek Vineyard, LLC , total amount claimed: $330753.84 (Chandler, David)

Description:

Remarks:

| Creditor:     (8485718)<br>Hasset Lane Vineyards<br>c/o David N. Chandler<br>1747 Fourth St.<br>Santa Rosa, CA 95404 | Claim No: 182<br>Filed:    04/28/2006<br>Entered: 04/28/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Unsecured claimed: $93221.73

**Total**        **claimed: $93221.73**

History:
182-1   04/28/2006 Claim #182 filed by Hasset Lane Vineyards , total amount claimed: $93221.73 (Chandler, David)

Description:

Remarks:

| Creditor:     (8452953)<br>Handal-Denier Vineyards, LLC<br>c/o David N. Chandler, p.c.<br>1747 4th Street<br>Santa Rosa, CA 95404 | Claim No: 183<br>Filed:    04/28/2006<br>Entered: 04/28/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Unsecured claimed: $25544.00

**Total**        **claimed: $25544.00**

History:
183-1   04/28/2006 Claim #183 filed by Handal-Denier Vineyards, LLC , total amount claimed: $25544 (Chandler, David)

Description:

Remarks:

| Creditor:     (8486085)<br>Shifflett Vineyards<br>c/o David N. Chandler<br>1747 Fourth St.<br>Santa Rosa, CA 95404 | Claim No: 184<br>Filed:    04/28/2006<br>Entered: 04/28/2006 | Status:<br>Filed by: CR<br>Entered by: Chandler, David<br>Modified: |
|---|---|---|

Unsecured claimed: $185000.00

| Total | claimed: $185000.00 |
|---|---|

*History:*
184-1    04/28/2006 Claim #184 filed by Shifflett Vineyards , total amount claimed: $185000 (Chandler, David)

*Description:*

*Remarks:*

---

| *Creditor:* (8607890)<br>Andrea Wirum, Trustee for<br>Connaught Capital Partners, LLC<br>c/o McNutt & Litteneker, LLP<br>188 The Embarcadero, Ste. 800<br>San Francisco, CA 94105 | **Claim No: 185**<br>*Filed:* 11/08/2006<br>*Entered:* 11/08/2006 | *Status:*<br>*Filed by:* TR<br>*Entered by:* Litteneker, Rebecca<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $4236959.12 | |
|---|---|
| **Total** claimed: $4236959.12 | |

*History:*
185-1    11/08/2006 Claim #185 filed by Andrea Wirum, Trustee for , total amount claimed: $4236959.12 (Litteneker, Rebecca)

*Description:*

*Remarks:*

---

| *Creditor:* (8608420)<br>Pacific Paragon Investment Fund Ltd<br>1518-1030 W. Georgia Street<br>Vancouver, BC B6E 2Y3 | **Claim No: 186**<br>*Filed:* 11/09/2006<br>*Entered:* 11/09/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Martin, Elmer<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $265000.00 | |
|---|---|
| **Total** claimed: $265000.00 | |

*History:*
186-1    11/09/2006 Claim #186 filed by Pacific Paragon Investment Fund Ltd , total amount claimed: $265000 (Martin, Elmer)

*Description:*

*Remarks:*

---

| *Creditor:* (8608420)<br>Pacific Paragon Investment Fund Ltd<br>1518-1030 W. Georgia Street<br>Vancouver, BC B6E 2Y3 | **Claim No: 187**<br>*Filed:* 11/10/2006<br>*Entered:* 11/10/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Martin, Elmer<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $220000.00 | |
|---|---|
| **Total** claimed: $220000.00 | |

*History:*
187-1    11/10/2006 Claim #187 filed by Pacific Paragon Investment Fund Ltd , total amount claimed: $220000 (Martin, Elmer)

*Description:*

*Remarks:*

CANB Live Database - Modify the description for an existing claim          Page 54 of 57

| Creditor: (8376765)<br>Pacific Paragon Financial Group Ltd<br>#615-1030 West Georgia St<br>Vancouver BC V6E 2Y3<br>Canada | Claim No: 188<br>Filed: 11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

| Unsecured claimed: $251692.22 |
|---|
| **Total** claimed: $251692.22 |

**History:**
- 188-1  11/10/2006 Claim #188 filed by Pacific Paragon Financial Group Ltd , total amount claimed: $251692.22 (Martin, Elmer)

**Description:**

**Remarks:**

| Creditor: (8376765)<br>Pacific Paragon Financial Group Ltd<br>#615-1030 West Georgia St<br>Vancouver BC V6E 2Y3<br>Canada | Claim No: 189<br>Filed: 11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

| Unsecured claimed: $75000.00 |
|---|
| **Total** claimed: $75000.00 |

**History:**
- 189-1  11/10/2006 Claim #189 filed by Pacific Paragon Financial Group Ltd , total amount claimed: $75000 (Martin, Elmer)

**Description:**

**Remarks:**

| Creditor: (8608971)<br>Bi-Optic Ventures Inc<br>1518-1030 W. Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 190<br>Filed: 11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by: CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

| Unsecured claimed: $154398.23 |
|---|
| **Total** claimed: $154398.23 |

**History:**
- 190-1  11/10/2006 Claim #190 filed by Bi-Optic Ventures Inc , total amount claimed: $154398.23 (Martin, Elmer)

**Description:**

**Remarks:**

| Creditor: (8608973)<br>Harry Chew<br>1518-1030 W. Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 191<br>Filed: 11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by: CR<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

| Unsecured claimed: $16508.45 |
|---|
| **Total** claimed: $16508.45 |

CANB Live Database - Modify the description for an existing claim          Page 55 of 57

| History: | |
|---|---|
| 🌐 191-1 | 11/10/2006 Claim #191 filed by Harry Chew , total amount claimed: $16508 45 (Martin, Elmer) |
| Description: | |
| Remarks: | |

| Creditor:      (8608974)<br>Venturex Global Investment Corp.<br>133-2688 Shell Road<br>Richmond, BC V6X 4E1 Canada | Claim No: 192<br>Filed:      11/10/2006<br>Entered: 11/10/2006 | Status:<br>Filed by: CR.<br>Entered by: Martin, Elmer<br>Modified: |
|---|---|---|

| Unsecured claimed: $80000.00 | |
|---|---|
| **Total**      **claimed: $80000.00** | |

| History: | |
|---|---|
| 🌐 192-1 | 11/10/2006 Claim #192 filed by Venturex Global Investment Corp. , total amount claimed: $80000 (Martin, Elmer) |
| Description: | |
| Remarks: | |

| Creditor:      (8702600)<br>Kulwinder Sidhu<br>c/o Binder & Malter, LLP<br>Heinz Binder, Esq.<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Claim No: 193<br>Filed:      02/22/2007<br>Entered: 02/22/2007 | Status:<br>Filed by: CR.<br>Entered by: Shakoori, Roya<br>Modified: |
|---|---|---|

| Unknown claimed:  $0.01 | |
|---|---|
| **Total**      **claimed: $0.01** | |

| History: | |
|---|---|
| 🌐 193-1 | 02/22/2007 Claim #193 filed by Kulwinder Sidhu , total amount claimed: $0.01 (Shakoori, Roya) |
| Description: | |
| Remarks: | |

| Creditor:      (8702601)<br>Devinder Sidhu<br>c/o Binder & Malter, LLP<br>Heinz Binder, Esq.<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Claim No: 194<br>Filed:      02/22/2007<br>Entered: 02/22/2007 | Status:<br>Filed by: CR.<br>Entered by: Shakoori, Roya<br>Modified: |
|---|---|---|

| Unknown claimed:  $0.01 | |
|---|---|
| **Total**      **claimed: $0.01** | |

| History: | |
|---|---|
| 🌐 194-1 | 02/22/2007 Claim #194 filed by Devinder Sidhu , total amount claimed: $0 01 (Shakoori, Roya) |
| Description: | |
| Remarks: | |

| Creditor:      (8741399) | Claim No: 195 | Status: |
|---|---|---|

| Ferrellgas<br>One Liberty Plaza<br>Mail Drop 40<br>Liberty, MO 64068 | Filed: 04/06/2007<br>Entered: 04/11/2007 | Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $2118.67 | | |
|---|---|---|
| **Total**      claimed: $2118.67 | | |

**History:**
⊙ 195-1  04/06/2007 Claim #195 filed by Ferrellgas , total amount claimed: $2118 67 (lj)

**Description:**

**Remarks:**

| Creditor:      (8451502)<br>Sofia Bayly<br>Flores De Amor<br>PO Box 392<br>Glen Ellen CA 95442 | **Claim No: 196**<br>Filed: 04/12/2007<br>Entered: 04/12/2007 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $600.00 | | |
|---|---|---|
| **Total**      claimed: $600.00 | | |

**History:**
⊙ 196-1  04/12/2007 Claim #196 filed by Sofia Bayly , total amount claimed: $600 (lj)

**Description:**

**Remarks:**

| Creditor:      (8451509)<br>Stone & Youngberg<br>One Ferry Bldg<br>San Francisco CA 94111 | **Claim No: 197**<br>Filed: 04/19/2007<br>Entered: 04/19/2007 | Status:<br>Filed by: CR<br>Entered by: lj<br>Modified: |
|---|---|---|

| Unsecured claimed: $0.00 | | |
|---|---|---|
| **Total**      claimed: $0.00 | | |

**History:**
⊙ 197-1  04/19/2007 Claim #197 filed by Stone & Youngberg , total amount claimed: $0 (lj)

Description: (197-1) No amount listed. Shareholder

**Remarks:**

## Claims Register Summary

**Case Name:** The Legacy Estate Group LLC
**Case Number:** 05-14659
**Chapter:** 11
**Date Filed:** 11/18/2005
**Total Number Of Claims:** 197

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $44169472.30 | |

CANB Live Database - Modify the description for an existing claim                    Page 57 of 57

| | | |
|---|---|---|
| Secured | $77205271.07 | |
| Priority | $305545.26 | |
| Unknown | $0.02 | |
| Administrative | | |
| Total | $121680288.65 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/26/2007 14:27:07 | | | |
| PACER Login: | jm0199 | Client Code: | Legacy |
| Description: | Claims Register | Search Criteria: | 05-14659 Filed or Entered From: 9/6/2004 Filed or Entered To: 12/31/2007 |
| Billable Pages: | 15 | Cost: | 1.20 |