# Northern District of California
# Claims Register

## 05-14660 Connaught Capital Partners, LLC CASE CONVERTED on 08/03/2007

Judge: Alan Jaroslovsky    Chapter: 7
Office: Santa Rosa         Last Date to file claims:
Trustee: Andrea A. Wirum   Last Date to file (Govt):

| Creditor: (8423903) Internal Revenue Service 1301 Clay Street, Stop 1400S Oakland, CA 94612-5210 | Claim No: 1 Filed: 01/06/2006 Entered: 01/06/2006 Amended By Claim No: 1 | Status: Filed by: CR Entered by: Smith, Mikeal Modified: |
|---|---|---|

Unsecured claimed: $100.00
Total       claimed: $100.00

History:
  1-1   01/06/2006 Claim #1 filed by Internal Revenue Service, total amount claimed: $100 (Smith, Mikeal)
  1-2   06/14/2006 Amended Claim #1 filed by Internal Revenue Service, total amount claimed: $0 (Smith, Mikeal)

Description:
Remarks:

| Creditor: (8457828) John M. Bryan Bryan & Edwards 600 Montgomery Street 35th Floor San Francisco, CA. 94111 | Claim No: 2 Filed: 03/09/2006 Entered: 03/09/2006 | Status: Filed by: CR Entered by: St. James, Michael Modified: 03/10/2006 |
|---|---|---|

Unsecured claimed: $1345444.89
Total       claimed: $1345444.89

History:
  2-1   03/09/2006 Claim #2 filed by John M. Bryan, total amount claimed: $1345444.89 (St. James, Michael)

Description:
Remarks:

| Creditor: (8457828) John M. Bryan Bryan & Edwards 600 Montgomery Street 35th Floor San Francisco, CA. 94111 | Claim No: 3 Filed: 03/09/2006 Entered: 03/09/2006 | Status: Filed by: CR Entered by: St. James, Michael Modified: 03/14/2006 |
|---|---|---|

Unsecured claimed: $5624873.00
Total       claimed: $5624873.00

History:
  3-1   03/09/2006 Claim #3 filed by John M. Bryan, total amount claimed: $5624873 (St. James, Michael)

Description:

CANB Live Database - Modify the description for an existing claim                    Page 2 of 12

| | | |
|---|---|---|
| *Remarks:* (3-1) Creditor does not match the creditor on claim #3. Registered Participant to re-file claim with correct creditor. | | |

| Creditor: (8457828)<br>John M. Bryan<br>Bryan & Edwards<br>600 Montgomery Street<br>35th Floor<br>San Francisco, CA 94111 | Claim No: 4<br>Filed: 03/09/2006<br>Entered: 03/09/2006 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: |
|---|---|---|
| Unsecured claimed: $20181673.85<br>Total claimed: $20181673.85 | | |
| History:<br>  4-1   03/09/2006 Claim #4 filed by John M. Bryan, total amount claimed: $20181673.85 (St. James, Michael) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (8423915)<br>Robert Chu<br>c/o Curtis C. Jung<br>Jung & Yuen, LLP<br>888 S. Figueroa Street, Suite 720<br>Los Angeles, CA 90017 | Claim No: 5<br>Filed: 03/10/2006<br>Entered: 03/10/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|
| Unsecured claimed: $106706.85<br>Total claimed: $106706.85 | | |
| History:<br>  5-1   03/10/2006 Claim #5 filed by Robert Chu, total amount claimed: $106706.85 (ds) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (8423922)<br>Tadashi Shoji<br>c/o Curtis C. Jung<br>Jung & Yuen, LLP<br>888 S. Figueroa Street, Suite 720<br>Los Angeles, CA 90017 | Claim No: 6<br>Filed: 03/10/2006<br>Entered: 03/10/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|
| Unsecured claimed: $107846.58<br>Total claimed: $107846.58 | | |
| History:<br>  6-1   03/10/2006 Claim #6 filed by Tadashi Shoji, total amount claimed: $107846.58 (ds) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (8423887)<br>Art Gastelum/Michelle Gastelum<br>c/o Curtis C. Jung | Claim No: 7<br>Filed: 03/10/2006<br>Entered: 03/10/2006 | Status:<br>Filed by: CR<br>Entered by: ds |
|---|---|---|

| Jung & Yuen, LLP<br>888 S. Figueroa Street, Suite 720<br>Los Angeles, CA 90017 | | Modified: |
|---|---|---|
| Unsecured claimed: $107846.58<br>Total      claimed: $107846.58 | | |
| History:<br>7-1    03/10/2006 Claim #7 filed by Art Gastelum/Michelle Gastelum, total amount claimed: $107846.58 (ds) | | |
| Description: | | |
| Remarks: | | |

| Creditor:   (8423890)<br>Curtis C. Jung/Clifford P. Jung<br>Curtis C. Jung<br>Jung & Yuen, LLP<br>888 S. Figueroa Street, Suite 720<br>Los Angeles, CA 90017 | Claim No: 8<br>Filed:   03/10/2006<br>Entered: 03/10/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|
| Unsecured claimed: $53923.29<br>Total      claimed: $53923.29 | | |
| History:<br>8-1    03/10/2006 Claim #8 filed by Curtis C. Jung/Clifford P. Jung, total amount claimed: $53923.29 (ds) | | |
| Description: | | |
| Remarks: | | |

| Creditor:   (8461033)<br>J M Bryan Family Trust<br>c/o Bryan and Edwards<br>600 Montgomery St. 35th Fl.<br>San Francisco, CA 94111 | Claim No: 9<br>Filed:   03/14/2006<br>Entered: 03/14/2006 | Status:<br>Filed by: CR<br>Entered by: St. James, Michael<br>Modified: |
|---|---|---|
| Unsecured claimed: $5624873.00<br>Total      claimed: $5624873.00 | | |
| History:<br>9-1    03/14/2006 Claim #9 filed by J M Bryan Family Trust, total amount claimed: $5624873 (St. James, Michael) | | |
| Description: | | |
| Remarks: | | |

| Creditor:   (8461050)<br>Pacific Paragon Investment Fund LTD.<br>#615-1030 West Georgia St.<br>Vancouver, BC<br>V6E 2Y3 | Claim No: 10<br>Filed:   03/13/2006<br>Entered: 03/14/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|
| Unsecured claimed: $265000.00<br>Total      claimed: $265000.00 | | |
| History:<br>10-1    03/13/2006 Claim #10 filed by Pacific Paragon Investment Fund LTD., total amount claimed: $265000 (ds) | | |

Description:
Remarks:

| Creditor: (8423894) Dennis Tom #243 - 2680 Shell Road Richmond, BC, V6X 4C9 | Claim No: 11 Filed: 03/13/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: ds Modified: |

Unsecured claimed: $106580.83
Total claimed: $106580.83

History:
11-1    03/13/2006 Claim #11 filed by Dennis Tom, total amount claimed: $106580.83 (ds)

Description:
Remarks:

| Creditor: (8423884) 480412 BC Ltd dba North American Produce #243 - 2680 Shell Road Richmond, BC V6X 4C9 | Claim No: 12 Filed: 03/13/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: ds Modified: |

Unsecured claimed: $536054.79
Total claimed: $536054.79

History:
12-1    03/13/2006 Claim #12 filed by 480412 BC Ltd, total amount claimed: $536054.79 (ds)

Description:
Remarks:

| Creditor: (8423926) Ton Foon Investments Ltd #615 - 1030 West Georgia Street Vancouver, BC V6E 2Y3 | Claim No: 13 Filed: 03/13/2006 Entered: 03/14/2006 | Status: Filed by: CR Entered by: ds Modified: |

Unsecured claimed: $261561.64
Total claimed: $261561.64

History:
13-1    03/13/2006 Claim #13 filed by Ton Foon Investments Ltd, total amount claimed: $261561.64 (ds)

Description:
Remarks:

| Creditor: (8423891) D. Paul Andrews #615 - 1030 West Georgia Street Vancouver, BC V6E 2Y3 | Claim No: 14 Filed: 03/13/2006 Entered: 03/15/2006 | Status: Filed by: CR Entered by: ds Modified: |

Unsecured claimed: $66691.78
Total claimed: $66691.78

| History: | |
|---|---|
| 14-1 | 03/13/2006 Claim #14 filed by D. Paul Andrews, total amount claimed: $66691.78 (ds) |

| Description: |
|---|
| Remarks: |

| Creditor: (8461400)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson, Esq.<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | Claim No: 15<br>Filed: 03/15/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin<br>Modified: |
|---|---|---|

Secured claimed: $25924362.11
Total    claimed: $25924362.11

| History: | |
|---|---|
| 15-1 | 03/15/2006 Claim #15 filed by Laminar Direct Capital L.P., total amount claimed: $25924362.11 (Barash, Martin) |

| Description: |
|---|
| Remarks: |

| Creditor: (8423914)<br>Peter Tom<br>#243 - 2680 Shell Road<br>Richmond, BC, V6X 4C9 | Claim No: 16<br>Filed: 03/13/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $106136.99
Total    claimed: $106136.99

| History: | |
|---|---|
| 16-1 | 03/13/2006 Claim #16 filed by Peter Tom, total amount claimed: $106136.99 (ds) |

| Description: |
|---|
| Remarks: |

| Creditor: (8423920)<br>Stan Karon/Stan Karon Holdings LTD.<br>#615 - 1030 West Georgia Street<br>Vancouver, BC, V6E 2Y3 | Claim No: 17<br>Filed: 03/13/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $53342.47
Total    claimed: $53342.47

| History: | |
|---|---|
| 17-1 | 03/13/2006 Claim #17 filed by Stan Karon/Stan Karon Holdings LTD, total amount claimed: $53342.47 (ds) |

| Description: |
|---|
| Remarks: |

| Creditor: (8461400)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson, Esq. | Claim No: 18<br>Filed: 03/15/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin |
|---|---|---|

| Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | | Modified: |
|---|---|---|

| Unsecured claimed: $9329905.57 |
| Total      claimed: $9329905.57 |

History:
   18-1    03/15/2006 Claim #18 filed by Laminar Direct Capital L.P., total amount claimed: $9329905.57 (Barash, Martin)

Description:

Remarks:

| Creditor:   (8461400)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson, Esq.<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | Claim No: 19<br>Filed:   03/15/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin<br>Modified: |
|---|---|---|

| Secured claimed: $11362777.77 |
| Total      claimed: $11362777.77 |

History:
   19-1    03/15/2006 Claim #19 filed by Laminar Direct Capital L.P., total amount claimed: $11362777.77 (Barash, Martin)

Description:

Remarks:

| Creditor:   (8461400)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson, Esq.<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | Claim No: 20<br>Filed:   03/15/2006<br>Entered: 03/15/2006 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin<br>Modified: |
|---|---|---|

| Secured claimed: $23383612.11 |
| Total      claimed: $23383612.11 |

History:
   20-1    03/15/2006 Claim #20 filed by Laminar Direct Capital L.P., total amount claimed: $23383612.11 (Barash, Martin)

Description:

Remarks:

| Creditor:   (8423918)<br>Shirley Lee<br>#615 - 1030 West Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 21<br>Filed:   03/13/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

| Unsecured claimed: $32962.99 |
| Total      claimed: $32962.99 |

| History: | |
|---|---|
| 21-1 | 03/13/2006 Claim #21 filed by Shirley Lee, total amount claimed: $32962.99 (ds) |
| Description: | |
| Remarks: | |

| Creditor: (8423898)<br>Elaine Lee<br>#615 - 1030 West Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 22<br>Filed: 03/13/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $26347.95
**Total** claimed: $26347.95

| History: | |
|---|---|
| 22-1 | 03/13/2006 Claim #22 filed by Elaine Lee, total amount claimed: $26347.95 (ds) |
| Description: | |
| Remarks: | |

| Creditor: (8423901)<br>Harry Tom<br>#342 - 2680 Shell Road<br>Richmond, BC V6X 4C9 | Claim No: 23<br>Filed: 03/13/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $104536.99
**Total** claimed: $104536.99

| History: | |
|---|---|
| 23-1 | 03/13/2006 Claim #23 filed by Harry Tom, total amount claimed: $104536.99 (ds) |
| Description: | |
| Remarks: | |

| Creditor: (8462068)<br>Dr. Douglas Yee<br>#615 1030 W. Georgia St.<br>Vancouver, BC<br>V6E 2Y3 | Claim No: 24<br>Filed: 03/13/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $107500.00
**Total** claimed: $107500.00

| History: | |
|---|---|
| 24-1 | 03/13/2006 Claim #24 filed by Dr. Douglas Yee, total amount claimed: $107500 (ds) |
| Description: | |
| Remarks: | |

| Creditor: (8423913)<br>Pacific Paragon Financial Grp., Ltd<br>#615-1030 West Georgia Street<br>Vancouver, B.C. V6E 2Y3 | Claim No: 25<br>Filed: 03/13/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $40578.44 | |
| Total claimed: $40578.44 | |

| History: | |
|---|---|
| 25-1 | 03/13/2006 Claim #25 filed by Pacific Paragon Financial Grp., Ltd, total amount claimed: $40578.44 (ds) |

| Description: |
|---|
| Remarks: |

| Creditor: (8461400)<br>Laminar Direct Capital L.P.<br>c/o Thomas E. Patterson, Esq<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>2121 Avenue of the Stars, 33rd Floor<br>Los Angeles, CA 90067 | Claim No: 26<br>Filed: 03/16/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: Barash, Martin<br>Modified: |
|---|---|---|

| | |
|---|---|
| Secured claimed: $530000.00 | |
| Total claimed: $530000.00 | |

| History: | |
|---|---|
| 26-1 | 03/16/2006 Claim #26 filed by Laminar Direct Capital L.P., total amount claimed: $530000 (Barash, Martin) |

| Description: |
|---|
| Remarks: |

| Creditor: (8423885)<br>607286 B.C. Ltd.<br>#615 - 1030 West Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 27<br>Filed: 03/15/2006<br>Entered: 03/16/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $70466.96 | |
| Total claimed: $70466.96 | |

| History: | |
|---|---|
| 27-1 | 03/15/2006 Claim #27 filed by 607286 B.C. Ltd., total amount claimed: $70466.96 (ds) |

| Description: |
|---|
| Remarks: |

| Creditor: (8423884)<br>480412 BC Ltd.<br>dba North American Produce<br>#243 - 2680 Shell Road<br>Richmond, BC V6X 4C9 | Claim No: 28<br>Filed: 03/15/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $442500.00 | |
| Total claimed: $442500.00 | |

| History: | |
|---|---|
| 28-1 | 03/15/2006 Claim #28 filed by 480412 BC Ltd., total amount claimed: $442500 (ds) |

| Description: |
|---|
| Remarks: |

| Creditor: (8423897)<br>Dr. Ray Fong, Inc.<br>#615 - 1030 West Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 29<br>Filed: 03/15/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $78435.62
Total       claimed: $78435.62

History:
29-1   03/15/2006 Claim #29 filed by Dr. Ray Fong, Inc., total amount claimed: $78435.62 (ds)

Description:
Remarks:

| Creditor: (8423905)<br>Kanwaljit Kaur Thiara<br>#615-1030 West Georgia Street<br>Vancouver, BC V6E 2Y3 | Claim No: 30<br>Filed: 03/15/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $105216.44
Total       claimed: $105216.44

History:
30-1   03/15/2006 Claim #30 filed by Kanwaljit Kaur Thiara, total amount claimed: $105216.44 (ds)

Description:
Remarks:

| Creditor: (8423888)<br>Brian Fehr<br>#615 - 1030 West Georgia Street<br>Vancouver, BC, V6E 2Y3 | Claim No: 31<br>Filed: 03/15/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $107145.21
Total       claimed: $107145.21

History:
31-1   03/15/2006 Claim #31 filed by Brian Fehr, total amount claimed: $107145.21 (ds)

Description:
Remarks:

| Creditor: (8423908)<br>Leo Fung and Cheng Lun Wang<br>#243 - 2680 Shell Road<br>Richmond, BC V6X 4C9 | Claim No: 32<br>Filed: 03/15/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|

Unsecured claimed: $53499.56
Total       claimed: $53499.56

History:
32-1   03/15/2006 Claim #32 filed by Leo Fung and Cheng Lun Wang, total amount claimed: $53499.56 (ds)

Description:
Remarks:

| Creditor: (8423911)<br>Nigel J. Bennett<br>#243 - 2680 Shell Road<br>Richmond, BC, V6X 4C9 | Claim No: 33<br>Filed: 03/15/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|
| Unsecured claimed: $214158.90<br>Total claimed: $214158.90 | | |
| History:<br>33-1   03/15/2006 Claim #33 filed by Nigel J. Bennett, total amount claimed: $214158.9 (ds) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (8423910)<br>Mary Catherine Fortuna<br>#243 - 2680 Shell Road<br>Richmond, BC, V6X 4C9 | Claim No: 34<br>Filed: 03/16/2006<br>Entered: 03/17/2006 | Status:<br>Filed by: CR<br>Entered by: ds<br>Modified: |
|---|---|---|
| Unsecured claimed: $37945.75<br>Total claimed: $37945.75 | | |
| History:<br>34-1   03/16/2006 Claim #34 filed by Mary Catherine Fortuna, total amount claimed: $37945.75 (ds) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (8702602)<br>Kulwinder Sidhu<br>c/o Binder & Malter, LLP<br>Heinz Binder, Esq.<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Claim No: 35<br>Filed: 02/22/2007<br>Entered: 02/22/2007 | Status:<br>Filed by: CR<br>Entered by: Shakoori, Roya<br>Modified: 02/23/2007 |
|---|---|---|
| Unknown claimed: $0.00<br>Total claimed: $0.00 | | |
| History:<br>● 35-1   02/22/2007 Claim #35 filed by Kulwinder Sidhu, total amount claimed: $0 (Shakoori, Roya) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (8702603)<br>Devinder Sidhu<br>c/o Binder & Malter, LLP<br>Heinz Binder, Esq.<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Claim No: 36<br>Filed: 02/22/2007<br>Entered: 02/22/2007 | Status:<br>Filed by: CR<br>Entered by: Shakoori, Roya<br>Modified: 02/23/2007 |
|---|---|---|
| Unknown claimed: $0.00<br>Total claimed: $0.00 | | |

| | | |
|---|---|---|
| *History:* <br> ⊙ 36-1    02/22/2007 Claim #36 filed by Devinder Sidhu , total amount claimed: $0 (Shakoori, Roya) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:*   (8778944) <br> The Legacy Estate Group, LLC <br> Joel B. Weinberg, Esq. <br> 17401 Ventura Blvd. #B-21 <br> Encino, CA 91316 | Claim No: 37 <br> *Filed:*   05/17/2007 <br> *Entered:* 05/17/2007 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Morello, Sally <br> *Modified:* |
| Unsecured claimed: $8500000.00 <br> Total       claimed: $8500000.00 | | |
| *History:* <br> ⊙ 37-1    05/17/2007 Claim #37 filed by The Legacy Estate Group, LLC , total amount claimed: $8500000 (Morello, Sally) | | |
| *Description:* | | |
| *Remarks:* | | |

## Claims Register Summary

Case Name: Connaught Capital Partners, LLC
Case Number: 05-14660
Chapter: 7
Date Filed: 11/18/2005
Total Number Of Claims: 37

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | $53799856.92 | |
| Secured | $61200751.99 | |
| Priority | | |
| Unknown | $0.00 | |
| Administrative | | |
| Total | $115000608.91 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/26/2007 14:30:22 | | | |
| PACER Login: | jm0199 | Client Code: | Legacy |
| Description: | Claims Register | Search Criteria: | 05-14660 Filed or Entered From: 9/6/2004 Filed or Entered To: 12/31/2007 |
| Billable | | | |

| Pages: | 3 | Cost: | 0.24 |