**WINSTON & STRAWN LLP**
ROLF S. WOOLNER (CA SBN: 143127)
HANNAH L. BLUMENSTIEL (CA SBN: 214842)
KIMBERLY S. MORRIS (CA SBN: 249933)
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
Email:         rwoolner@winston.com
Email:         hblumenstiel@winston.com
Email:         kmorris@winston.com

**MacCONAGHY & BARNIER, PLC**
JOHN H. MacCONAGHY (CA SBN: 83684)
645 First Street West, Suite D
Sonoma, California 95476
Telephone:     (707) 935-3205
Facsimile:     (707) 935-7051
Email:         macclaw@macbarlaw.com

Co-Counsel for Plaintiff, The Official Committee of Unsecured Creditors

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THE LEGACY ESTATE GROUP, LLC, a California Limited Liability Company, formerly doing business as FREEMARK ABBEY WINERY, BYRON VINEYARD & WINERY, AND ARROWOOD VINEYARD & WINERY,<br><br>Debtor. | Case No. 07-2943 PJH<br><br>Bankr. Case No. 05-14659 AJ<br>Adv. Case No. 06-01173 AJ<br><br>**PROOF OF SERVICE** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE LEGACY ESTATE GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST, KULWINDER SIDHU, DEVINDER SIDHU, PACIFIC PARAGON INVESTMENT FUND LTD., a British Columbia company, HARRY CHEW, and AIC CAPITAL PARTNERS, LLC, a California limited liability company,<br><br>Defendants. | |

JOHN M. BRYAN, JOHN M. AND FLORENCE E. BRYAN TRUST, J.M. BRYAN FAMILY TRUST,

        Defendants/Cross-Claimants,

v.

KULWINDER SIDHU, et al.,

        Defendants/Cross-Defendants.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

PROOF OF SERVICE

I, Sandra Chao, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. I am an employee of Winston & Strawn LLP, and my business address is 101 California Street, San Francisco, California, 94111. On October 19, 2007, I served a true and correct copy of:

**PLAINTIFF'S OPPOSITION TO JFB TRUST'S RENEWED MOTION TO WITHDRAW REFERENCE**

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO RENEWED MOTION TO WITHDRAW REFERENCE FILED BY DEFENDANTS THE JOHN M. AND FLORENCE E. BRYAN TRUST**

The following individuals were served by overnight delivery by enclosing a true and correct copy of said document(s) in a Federal Express envelope(s) addressed as set forth on the attached service list. The envelope(s) was (were) sealed and deposited with Federal Express that same day in the ordinary course of business at San Francisco, California:

| | |
|---|---|
| Defendant Pro Se Kulwinder Sidhu<br>csidhu@westover-capital-partners.com<br>906 Hunt Avenue<br>St. Helena, CA 94574<br>Telephone: (425) 985-5241 | Defendant Pro Se Devinder Sidhu<br>dev@dsidhu.com<br>906 Hunt Avenue<br>St. Helena, CA 94574<br>Telephone: (707) 287-3173 |

The following individuals received electronic service via CM/ECF:

| | |
|---|---|
| *Attorneys for Defendants and Cross-Claimants John M. Bryan, the John M. Bryan Family Trust, and the John M. and Florence E. Bryan Trust* | *Attorneys for Defendants and Cross-Defendants Harry Chew, Pacific Paragon Investment Funds, Ltd., and AIC Capital Partners LLC* |
| Glenn E. Westreich<br>gwestreich@nixonpeabody.com<br>Rosalyn P. Mitchell<br>rmitchell@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, California 94111<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300 | Elmer Dean Martin, III<br>elmer@bankruptcytax.net<br>22632 Golden Springs Drive, Suite 190<br>P.O. Box 4670<br>Diamond Bar, California 91763<br>Telephone: (909) 861-6700<br>Facsimile: (909) 861-3801 |
| Michael St. James<br>Michael@stjames-law.com<br>JAMES LAW, P.C.<br>155 Montgomery Street, Suite 1004<br>San Francisco, California 94104<br>Telephone: (415) 391-7566<br>Facsimile: (415) 391-7568 | Sean A. O'Keefe<br>sokeefe@okeefellc.com<br>O'KEEFE & ASSOCIATES LAW CORP., P.C.<br>660 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Telephone: (949) 720-4165<br>Facsimile: (949) 720-4111 |

1    I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on October 19, 2007.

*/s/ Sandra S. Chao*
Sandra S. Chao